Receipt # 0621684

ORIGINAL

FILED
APR 8 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**GEE & JENSEN ENGINEERS, ARCHITECTS AND PLANNERS,**

**Plaintiff,**

**vs.**

**UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,**

**Defendant.**

**No.:** 05- 457C

**Judge:** ____________________

**COMPLAINT**

The Plaintiff, Gee & Jenson Engineers, Architects and Planners (hereinafter "Gee & Jenson") complains of the Defendant herein as follows:

**JURISDICTIONAL and FACTUAL ALLEGATIONS**

1. Gee & Jenson at all times relevant herein was in the business of providing architectural and engineering services.

2. The Defendant, the United States of America, is a Defendant in this action by virtue of the actions and omissions of its agency and instrumentality, the United States Department of the Navy (hereinafter the "Navy").

3. This case involves Contract No. N62467-93-D-0911 (hereinafter the "Contract"). The Contract was awarded to Gee & Jenson on or around July 23, 1993 and involved providing design and engineering services for construction of buildings, some of which were located in Charleston, South Carolina.

4. Gee & Jenson completed the work required by the Contract and the Navy accepted the work

performed by Gee & Jenson.

5. In 1998, the Navy notified Gee & Jenson of alleged design defects and problems with a building located in Charleston, South Carolina and designed and engineered by Gee & Jenson under the terms of the Contract.

6. On or around April 7, 2004, the Navy issued a final contracting officer's decision (Attachment 1 hereto) claiming Gee & Jenson was financially liable for alleged damages to a building designed by Gee & Jenson under the Contract, and demanded payment of $138,083.00.

7. This Court has jurisdiction over this matter pursuant to 41 U.S.C. § 609.

8. Gee & Jenson has timely and properly pursued and exhausted all administrative remedies prior to instituting this action.

9. Gee & Jenson provided the design and engineering services required by the Contract in accordance with the terms and conditions of the Contract, all of a professional quality and technically accurate and in accordance with the standards for design and engineering.

10. The Navy wrongfully, improperly, and without cause made a claim for damages against Gee & Jenson.

**WHEREFORE**, Gee & Jenson prays for judgment against the Navy finding that Gee & Jenson is not financially liable to the Government for any of the damages claimed by the Navy, that the claim against Gee & Jenson was improper and without cause, that the Navy failed to follow the proper procedures for asserting a claim against Gee & Jenson, and that Gee & Jenson is entitled to all damages incurred as a result of the wrongful actions by the Navy, attorney's fees, interest as may be applicable, and for such other and further relief as this Court deems just and proper.

**PEDERSEN & SCOTT, P.C.**

William A. Scott, Esquire
775 St. Andrews Blvd.
Charleston, South Carolina 29407
(843) 556-5656
Fax (843) 556-5635
ATTORNEY FOR PLAINTIFF,
GEE & JENSON ENGINEERS,
ARCHITECTS AND PLANNERS

Dated this 6th day of April, 2005.

DEPARTMENT OF THE NAVY
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
P.O. BOX 190010
2155 EAGLE DRIVE
NORTH CHARLESTON, SC 29419-9010

APR 1 1 2004

IN REPLY REFER TO:

4365
Code ACQ00Bgt
93-C-0911
07 APR 2004

FINAL DECISION 04-S-03

CERTIFIED - RETURN RECEIPT REQUESTED

Gee & Jenson, A Division of CH2M HILL
One Harvard Circle
West Palm Beach, FL 33409

Subj: CONTRACT N62467-93-C-0911, NISE EAST BUILDING, NAVAL WEAPONS STATION, CHARLESTON, SC

Gentlemen:

The Government has investigated financial responsibility associated with the damages to the NISE EAST Building at the Naval Weapons Station, Charleston, South Carolina. Your firm has been found to be financially liable in the amount of $138,083.00. The breakdown is as follows: the recommended fix to the precast sill is $70,000.00 and the Forensic Engineering Consultation Study and Services and associated administrative costs are $68,083.00. You may complete the repair yourself or we will complete the work and charge you the cost to do so. Should you choose to perform the work yourself, it will be performed in accordance with the criteria provided by the Government. However, the government specified criteria is provided solely to mitigate damages, and does not relieve you of the ultimate responsibility for the design defects and/or repair work. Should you choose not to perform the work we will perform the work ourselves and seek recovery of all costs. We will also continue to hold you responsible for the alleged design defects should the repairs fail because, again, the method of repair undertaken seeks to mitigate damages. This matter is considered to be in dispute as defined in the Disputes clause of your contract, and that this Final Decision of the Contracting Officer is necessary for contractual resolution.

Demand is hereby made upon you to perform the repair work or for payment of $138,083.00. You are reminded that, pursuant to the clause of the contract entitled INTEREST, any payment not received within 30 days shall bear interest from that date. The interest rate per annum shall be the interest rate in effect on the date of this letter, which has been established by the Secretary of the Treasury, pursuant to Public Law 9241.

Subj: CONTRACT N62467-93-C-0911, NISE EAST BUILDING, NAVAL WEAPONS STATION, CHARLESTON, SC

Please advise by April 17, 2004, whether you will remit payment in the amount due. Payment is payable to "United States Treasurer", and annotated with the contract number to the following address: Commander, Southern Division, Naval Facilities Engineering Command, 2155 Eagle Drive, P.O. Box 190010, North Charleston, SC 29419-9010. This is the Final Decision of the Contracting Officer.

This Decision may be appealed to the Armed Services Board of Contract Appeals, which is the authorized representative of the Secretary for hearing and determining contract disputes. If you decide to appeal this decision, written notice thereof must be mailed or otherwise furnished to the Armed Services Board of Contract Appeals, Skyline Six, 5109 Leesburg Pike, 7th Floor, Falls Church, VA 22041, within ninety days from the date you receive this decision. A copy thereof shall also be furnished to the Contracting Officer from whose decision the appeal is taken, at the address set forth at the head of this letter, Attention: Head, Contract Department. The notice should indicate that an appeal is intended, should reference this decision, identify the contract by number, and state the amount in dispute. The rules of procedures of the Armed Services Board of Contract Appeals are in the Department of Defense Federal Acquisition Regulation Supplement (DFARS), Appendix A, Part Two. Optional Accelerated Procedures are available in appeals involving $50,000 or less and Small Claims (expedited) procedures are available in appeals involving $10,000 or less. In lieu of appealing to the Board of Contract Appeals, you may bring action directly in the Court of Federal Claims* within 12 months of the date you receive this decision (*except as provided in Section 4 of the Contract Disputes Act (Maritime Contracts)).

Sincerely,

DAVID F. DEMOSKE
DIRECTOR OF ACQUISITION
CONTRACTING OFFICER