IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS,<br>ARCHITECTS AND PLANNERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-457C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Tara K. Hogan as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

s/Tara K. Hogan
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-1011
Fax: (202) 307-0972

Dated: May 5, 2005

CERTIFICATE OF FILING

I hereby certify that on May 5, 2005, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan