# In the United States Court of Federal Claims

No. 05-457C ADR PILOT
(Filed: May 16, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
FEE & JENSEN ENGINEERS,
ARCHITECTS AND PLANNERS,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to my docket pursuant to the ADR Pilot Program on April 8, 2005. Counsel are hereby notified that I am available to discuss a means for resolving this action. Should the parties wish to pursue alternative dispute resolution, they are directed to contact chambers at 202-357-6524. Otherwise, initiation of ADR proceedings is deferred.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Lynn J. Bush