IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS, ARCHITECTS, & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457 (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a sixty (60) day enlargement of time, to and including August 7, 2005, to file a response to the complaint. Our response is currently due on June 7, 2005. This is defendant's first request for an enlargement for this purpose. William Scott, counsel for plaintiff, indicated he does not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the Navy. Counsel was first able to speak to the agency counsel on May 27, 2005. Despite diligent efforts, the agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date. This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report, including potential travel to Charleston, South Carolina to obtain and review the large number of files relating to this contract dispute. The additional time requested is also necessary for defendant's counsel to confer with the agency, to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion

for enlargement of time of sixty eight (60) days, to and including, August 7, 2005, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202)307-1011
Fax: (202) 514-8624

May 31, 2005

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 31st day of May, 2005 a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan