# In the United States Court of Federal Claims

**NOTICE**

**GEE & JENSEN ENGINEERS,**
**ARCHITECTS & PLANNERS**

**No. 05-457 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 2, 2005**

To Attorney of Record, Assistant Attorney General, and Judge Bush:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed May 31, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk