IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS, ARCHITECTS & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457c |
| v. | ) | (Judge Bush) |
| | ) | (ADR Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims,("RCFC") the parties respectfully submit the following joint preliminary status report.

A. Jurisdiction:

The plaintiff states that the Court has jurisdiction pursuant to the Contracts Disputes Act and the Tucker Act. Defendant has no basis at this time to dispute jurisdiction.

B. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

C. Bifurcation:

The parties do not believe that bifurcation of liability and damages is appropriate.

D. Deferral:

The parties do not believe deferral is appropriate at this time.

E. Remand/Suspension:

Neither party seeks remand or suspension.

F. Joinder:

Neither party intends to join additional parties at this time.

G. Dispositive Motions:

The parties anticipate that, during or after the conclusion of discovery in this case, they may file cross motions for summary judgment pursuant to RCFC 56.

H. Relevant Issues:

Based upon a preliminary review of the case, the parties believe that the following relevant issues appear in this case

(1) Whether Gee & Jensen was negligent in its provision of architect-engineering services for the NISE East building?

(2) Whether Gee & Jensen is liable for costs associated with remediation of water damage in the NISE East building?

I. Settlement:

During or after discovery, the parties will be in a better position to further evaluate the possibility of settlement.

J. Trial

The parties anticipate the possibility of filing motions for summary judgment during or after discovery. If such dispositive motions are not filed or are not completely dispositive of this

action, the parties anticipate proceeding to trial. Neither party requests expedited trial scheduling. The requested place of trial is Washington, D.C.

K. Electronic Case Management

The parties have no special issues regarding electronic case management needs.

L. Additional Information

The parties have no additional information of which the Court should be aware at this time.

M. Proposed Schedule:

| | |
|---|---|
| Initial Disclosures: | November 30, 2005 |
| Disclosure of Expert Reports: | August 22, 2006 |
| End of Discovery: | November 1, 2006 |
| Deadline to File Motions for Summary Judgment: | January 31, 2007 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/William A. Scott
WILLIAM A. SCOTT
Pedersen & Scott, P.C.
775 St. Andrews Blvd.
Charleston, S.C. 29407
Tel: (843) 556-5656
Fax: (843) 556-5635

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

October 13, 2005

CERTIFICATE OF FILING

I hereby certify that on this 13th day of October, 2005 a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan