IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSON ENGINEERS<br>ARCHITECTS AND PLANNERS,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 04-457C<br>(Judge Bush) |

JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims, the parties respectfully request that the Court modify its order dated October 20, 2005, to enlarge the period provided for producing expert reports by sixty (60) days from August 22, 2006, to and including October 22, 2006 and to extend the close of the fact discovery period by sixty one (61) days from November 1, 2006, to and including, January 2, 2007. This is the parties' first motion for an enlargement of time for this purpose. Counsel for the plaintiff, William Scott, is traveling out of the country and consents to counsel for defendant filing this motion on behalf of both parties.

Although the parties have been working together to complete discovery, obtain documents from third parties, and to discuss resolution of this case, additional time is requested to continue discovery for the following reasons. Counsel for defendant has not yet received copies of essential documents produced as a result of a third party subpoena duces tecum. Additional time is also necessary to schedule times for depositions of fact and expert witnesses and for thorough preparation of expert reports in this case. In addition, counsel for the plaintiff will be out of the office until August 17, 2006 and defendant's counsel will be out of the office August 30 through September 5, 2006.

As a result, the parties are filing this motion jointly and respectfully request that the Court modify the October 20, 2005 scheduling order as follows:

1. disclosure of expert reports and related material pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims shall take place on or before October 22, 2006;
2. Fact discovery will close on January 2, 2007;
3. No later than January 15, 2007, the parties will file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

August 8, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 8, 2006, a copy of the foregoing "JOINT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan