# In the United States Court of Federal Claims

No. 05-457 C

(Filed August 11, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 8, 2006, defendant filed on behalf of the parties a Joint Motion for an Extension of Time to Complete Discovery. Therein, the parties request a modification of the schedule of proceedings in the subject matter, so that

> 1. [D]isclosure of expert reports and related material pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims shall take place on or before October 22, 2006;
> 2. Fact discovery will close on January 2, 2007;
> 3. No later than January 15, 2007, the parties will file a joint status report.

Jt. Mot. at 2. For good cause shown, the parties' motion is **GRANTED**.[1] The court's order of October 20, 2005 is hereby superseded in relevant part, and remains otherwise unchanged.

---

[1]/ Because October 22, 2006 is a Sunday, the expert reports deadline is moved to Monday, October 23, 2006. Because January 15, 2007 is a federal holiday, the joint status report deadline is moved to Tuesday, January 16, 2007.

Accordingly, it is hereby **ORDERED** that

(1) **Disclosure of Expert Reports** shall occur on or before **October 23, 2006**;

(2) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, as well as any amendment of pleadings shall be **COMPLETED** on or before **January 2, 2007**; and

(3) On **January 16, 2007**, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. The status report shall also set forth a proposed schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17. Further, in their report the parties shall indicate their preference for a revised date for the filing of dispositive motions.

s/Lynn J. Bush
LYNN J. BUSH
Judge