IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSON ENGINEERS<br>ARCHITECTS AND PLANNERS,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-457C<br>(Judge Bush) |

DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims, the parties respectfully request that the Court modify August 11, 2006 scheduling order to enlarge the period provided for producing expert reports by ninety-nine (99) days to and including February 1, 2007 and to extend the close of the fact discovery period one hundred twenty nine (129) days to March 1, 2007. This is the parties' second motion for an enlargement of time for this purpose. Counsel for the plaintiff does not oppose this motion.

The parties have been continuing to work together to complete discovery and have met to discuss resolution of this case, including possible bases for settlement. Additional time is requested to continue discussions, schedule times for depositions of fact and expert witnesses and for thorough preparation of expert reports in this case. The parties also anticipate limited time to work on this case in November and December because of work obligations and federal holidays.

As a result, the parties are filing this motion jointly and respectfully request that the Court modify the August 11, 2006 scheduling order as follows:

1. disclosure of expert reports and related material pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims shall take place on or before February 1, 2007;

2. Fact discovery will close on March 1, 2007;

3. No later than March 15, 2007, the parties will file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

October 23, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 23, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan