IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS,<br>ARCHITECTS & PLANNERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-457C<br>(Judge Bush) |

JOINT STATUS REPORT

Pursuant to the Court's scheduling order, last modified on February 2, 2007 order, the parties respectfully submit this joint status report informing the Court of the parties' progress.

Since the Court's last order, the parties have made substantial progress towards completing discovery. The parties have exchanged expert witness reports and deposed their respective expert witnesses. In addition, counsel for Gee & Jensen has deposed four Government witnesses. At this time, counsel for the defendant believes that further discovery is needed. Specifically, counsel for the United States intends to depose three of plaintiffs' witnesses and to propound limited supplemental written discovery. Counsel for the parties are presently conferring to find appropriate dates in the next two months to schedule depositions. Counsel for the United States anticipates that, if depositions are scheduled within the next sixty days, no further enlargements of time from this Court will be necessary.

Counsel for Gee & Jensen presently intends to file a motion for summary judgment following the close of discovery. Finally, the parties continue to discuss the possibility of settlement, but have not yet been able to reach a compromise. Accordingly, the parties request additional time, until July 15, 2007, in which to complete remaining discovery and to file a joint

status report with the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2228
Fax: (202) 305-7643

Attorneys for Defendant

S/William A. Scott
WILLIAM A. SCOTT
Pedersen & Scott, P.C.
775 St. Andrews Blvd.
Charleston, S.C. 29407
Tel: (843) 556-5656
Fax: (843) 556-5635

Attorney for Plaintiff

May 14, 2007

CERTIFICATE OF FILING

I hereby certify that on this 14th day of May 2007 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan