# In the United States Court of Federal Claims

No. 05-457 C

(Filed May 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On May 14, 2007, pursuant to the court's February 2, 2007 order, the parties filed a Joint Status Report within which they report that they have exchanged expert witness reports and deposed their respective expert witnesses. Additionally, the parties state that plaintiff's counsel has deposed four government witnesses and defendant's counsel intends to depose three of plaintiff's witnesses and to propound limited supplemental written discovery. Plaintiff's counsel indicates that he intends to file a motion for summary judgment following the close of discovery. For the above stated reasons, the parties request an additional two months, to and including July 15, 2007, within which to complete discovery, continue settlement discussions and file a joint status report.

Accordingly, it is hereby **ORDERED** that on **July 16, 2007**, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined

whether any or all of the instant matter may be settled. Further, in their report the parties shall indicate their preference for a revised date for the filing of any dispositive motions.

/s/Lynn J. Bush
LYNN J. BUSH
Judge