IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS, ARCHITECTS & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's scheduling order, last modified on May 15, 2007, the parties respectfully submit this joint status report informing the Court of the parties' progress.

Since the Court's last order, the parties have made progress towards completing discovery. On May 23, 2007, the defendant served its second set of requests for production of documents and interrogatories upon the plaintiff. Counsel for Gee & Jensen expects to serve its responses to this discovery no later than Friday, July 20, 2007. In addition, the depositions of three of plaintiff's witnesses have been scheduled for July 24 and 25, 2007 in West Palm Beach, Florida.

The parties believe that if this discovery can be satisfactorily completed by August 1, 2007, that the parties will not need further time for discovery. Accordingly, the parties propose that they will file another joint status report in thirty (30) days, on August 16, 2007, informing the Court of their progress.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/William A. Scott
WILLIAM A. SCOTT
Pedersen & Scott, P.C.
775 St. Andrews Blvd.
Charleston, S.C. 29407
Tel: (843) 556-5656
Fax: (843) 556-5635

Attorney for Plaintiff

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2228
Fax: (202) 305-7643

Attorneys for Defendant

July 16, 2007

CERTIFICATE OF FILING

I hereby certify that on this 16th day of July 2007 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan