# In the United States Court of Federal Claims

No. 05-457 C

(Filed July 18, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 16, 2007, the parties filed a Joint Status Report within which they report that they can satisfactorily complete discovery by August 1, 2007. Additionally, the parties propose that they file another joint status report in thirty days, to and including August 16, 2007, informing the court of their progress.

Accordingly, it is hereby **ORDERED** that on **August 16, 2007**, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case; whether discovery has been completed; and, the extent to which the parties have determined that any or all of the instant matter may be settled. Further, in their report, the parties shall indicate their preference for a revised date for the filing of any dispositive motions.

/s/Lynn J. Bush
LYNN J. BUSH
Judge