IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS, ARCHITECTS & PLANNERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-457C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's July 11, 2007 order, the parties respectfully submit this joint status report informing the Court of the parties' progress.

The parties have not yet completed discovery. On August 14, 2007, Gee & Jensen served its responses to the defendant's May 23, 2007 set of requests for production of documents and interrogatories. Counsel for the defendant is currently reviewing the documents produced and the responses to interrogatories. Discovery has been slowed as a result of attempts to locate documents. The plaintiff found two additional boxes of documents in August and has produced those documents to the Government's counsel. The depositions of three witnesses originally scheduled for July 24 and 25, 2007 were cancelled to allow Gee & Jensen time to search for additional documents and respond to written discovery prior to the depositions. Those depositions have not yet been rescheduled, pending the determination of witness availability. Counsel for the parties currently believe that those depositions will likely be scheduled during the last week of September.

The parties have not yet determined that any portion of the claims are appropriate for settlement. Therefore, at this time, the parties believe that discovery should be completed and that the parties proceed.

As indicated in the May 14, 2007 joint status report, Gee & Jensen intends to file a dispositive motion following the completion of discovery. Accordingly, the parties propose the following schedule for filing dispositive motions:

| Event | Due Date |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 19, 2007 |
| Defendant's Response to Plaintiff's Motion and Cross Motion (if any) | November 23, 2007 |
| Plaintiff's Reply to Defendant's Response | December 14, 2007 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/William A. Scott
WILLIAM A. SCOTT
Pedersen & Scott, P.C.
775 St. Andrews Blvd.
Charleston, S.C. 29407
Tel: (843) 556-5656
Fax: (843) 556-5635

Attorney for Plaintiff

August 16, 2007

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2228
Fax: (202) 305-7643
Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 16th day of August 2007 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan