# In the United States Court of Federal Claims

No. 05-457 C
(Filed August 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

GEE & JENSEN ENGINEERS, ARCHITECTS & PLANNERS,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 16, 2007, the parties filed a Joint Status Report within which they report that the parties have not completed discovery. Therefore, the report states that the parties are not able at this juncture to determine if any portion of the plaintiff's claims are appropriate for settlement. The report also states that plaintiff intends to file a dispositive motion upon completion of discovery. The parties propose the following schedule for filing of dispositive motions:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | October 19, 2007 |
| Defendant's Response to Plaintiff's Motion And Cross Motion (if any) | November 23, 2007 |
| Plaintiff's Reply to Defendant's Response | December 14, 2007 |

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment shall be filed on or before **October 19, 2007**, all subsequent deadlines shall be set in accordance with the courts rules.

/s/Lynn J. Bush
LYNN J. BUSH
Judge