


EXHIBIT
1