


EXHIBIT
tabbies
2