
STUCCO OVER GYP. SHEATHING
6" MTL STUDS W/ R-19 THERMAL BLANKET INSUL.
1" X 4" PT WOOD BLOCKING
SEALANT W/ BACKER ROD
GLAZING
SHIM
4 13/16" 2 1/2"
7 HEAD R41 R97 3"=1'-0"
G.W.B. OVER MTL. STUDS
PREFABRICATED STRUCT. STEEL WALL FRAME W/ R-19 BLANKET INSUL.
STUCCO OVER LATH ON GYP. SHEATHING W/ CONT. DAMPPROOFING
P.T. 1x BLOCKING
P.T. WD. SHIM
SEALANT AND BACKER ROD
ALUMINUM RIBBON WINDOW SYSTEM
ALUM. BRONZE ANODIZED TRIM FIN. TO MATCH FRAME FIELD VERIFY SIZE
OPERABLE WINDOW UNIT
GLAZING
HEAD 3"=1'-0"
4 13/16" 2 1/2"
GLAZING
OPERABLE WINDOW UNIT
ALUMINUM RIBBON WINDOW SYSTEM
P.T. WOOD SHIM
SEALANT AND BACKER ROD
T. OF PRECAST SILL 122'-0" REF.
ALUM. BRONZE ANODIZED STOOL TRIM FIN. TO MATCH FRAME FIELD VERIFY SIZE
1 1/2" MTL. FURRING CHANNEL
PRECAST SILL SEE DETAIL 3/A168
1" EMBEDMENT
5/8" ø X 1" STEEL STUD @ 36" O.C.
G.W.B. OVER MTL. STUDS
BRICK VENEER W/ 2" DEBRIS FREE AIR SPACE
5/8"øx1" STL. STUD @ 36" O.C.
2 3/8"
PREFABRICATED STRUCT. STEEL WALL FRAME OR TUBE R-11 BLANKET INSUL. GYP. SHEATHING W/ CONT. DAMPPROOFING
5/8" 3 5/8" 4" 2" 3 1/2" 3"
1'-6" TO COL ℄
SILL 3"=1'-0"
4" X 3" CLIP ANGLE SEE STRUCT.
ONE PIECE BELLOW FLASHING
ROOFING MEMBRANE
GLAZING
ALUMINUM RIBBON WINDOW SYSTEM
P.T. WOOD SHIM
SEALANT AND BACKER ROD
T. OF PRECAST SILL 122'-0" REF.
PRECAST SILL
BRICK VENEER W/ 2" DEBRIS FREE AIR SPACE
PREFABRICATED STRUCT. STEEL WALL FRAME OR TUBE R-11 BLANKET INSUL. GYP. SHEATHING W/ CONT. DAMPPROOFING
10 SILL @ 2ND FLOOR TYP. R41 R97 3"=1'-0"
FOCUS AREA OF WORK TYPICAL
GRAPHIC SCALE
1' 9" 6" 3" 0 1'
3" = 1'-0"
RIESBERG ARCHITECTS, LLC FORENSIC ARCHITECTURE 295 MEETING STREET CHARLESTON, SC 29401
DRAWING REVISIONS
SPAWAR ENGINEERING SERVICE CENTER CHARLESTON, SC
REMEDIATE WATER INFILTRATION
EXTERIOR WINDOW DETAILS
Naval Facilities Engineering Command
Southern Division
Charleston, South Carolina
WILLIAM F. RIESBERG CHARLESTON, SC 2529
RECORD DRAWING DATE AUG 31, 2004
CODE I.D. NO. 80091
DRAWING SIZE: D
NAVFAC DRAWING NO. 5417712
SHEET 11 OF
R97

EXHIBIT

3