


EXHIBIT 4

tabbies

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE
CHARLESTON, SC

DSGN WF RIESBERG | DR WF RIESBERG | CHK WF RIESBERG
SUPV WF RIESBERG | MJ GILLESPIE CH ENGR
SUBMITTED BY (TECHNICAL BRANCH)

DRAWING REVISIONS

| Rev. | Description | Prep By | Date | Apprvd. |
|---|---|---|---|---|
| | | | | |

SPAWAR ENGINEERING SERVICE CENTER CHARLESTON, SC

REMEDIATE WATER INFILTRATION

TYPICAL SILL JOINT DETAILS

APPROVED FOR COMMANDER, NAVFAC

Naval Facilities Engineering Command
Southern Division
Charleston, South Carolina

SEAL AREA
STATE OF SOUTH CAROLINA
WILLIAM F. RIESBERG
CHARLESTON, SC
2329
REGISTERED ARCHITECT

RECORD DRAWING DATE AUG 31, 2004
CODE I.D. NO. 80091
DRAWING SIZE: D
SPEC. NO.
CONSTRN. CONTR. NO.
NAVFAC DRAWING NO. 5417713
SHEET 12 OF 12
R97A