FOR THE UNITED STATES COURT OF FEDERAL CLAIMS

DEPOSITION OF JAMES HERRINGTON

GEE & JENSEN ENGINEERS,
ARCHITECTS AND PLANNERS,

COPY

Plaintiff,

vs.

CASE NO. 1:05-cv-00457-LIB

UNITED STATES OF AMERICA,
DEPARMENT OF THE NAVY,

Defendant.

---

DEPONENT: JAMES HERRINGTON

DATE: APRIL 4, 2007

TIME: 1:00 P.M.

LOCATION: NAVFAC, SOUTHERN DIVISION
2155 EAGLE DRIVE
NORTH CHARLESTON, SOUTH CAROLINA

REPORTED BY: DENISE MCCAULEY, RPR, IA-CSR, GA-CCR
CLARK & ASSOCIATES
P.O. Box 73129
North Charleston, South Carolina 29422
(843)762-6294

EXHIBIT
6

it must have been -- I don't know. It's somewhere in these documents when they did it. It's probably several years, because I was at SPAWAR at the time, and I've been over there nearly four years.

Q. It was, when you say you've been over there four years, Pizzagalli had already finished the work over four years ago?

A. Well, what I'm saying is if Pizzagalli had that, they probably did this work in 2000. I think that's a reasonable assumption. Okay. Now, I don't know when Hitt did the work, but it's been within the last, probably, within the last few years, because I was over there working for them at that time.

Q. And I think this was in the time frame of 2004-2005?

A. And that would make sense.

Q. Okay. And I think you already said you didn't do any testing after Pizzagalli finished their work to see if that corrected all the problems?

A. None that I know of, but ask Bill Riesberg tomorrow.

Q. I will. Did you have any documentation of where the damage was when Pizzagalli did their repairs, or would the Riesberg report be the best evidence of that?

A. Riesberg would probably be the better report on that thing.
Q. Did you see any evidence of any continuing or additional damage after they did their work, Pizzagalli did the work?
A. I don't recall.
Q. Would you keep -- if somebody reported a problem, would that have been something you would have maintained?
A. Could have been, but at we're talking a transition from when I was there here and transitioned over there.
Q. Well, are you aware since you've been over there of any problems with water infiltration?
A. I've got one right now.
Q. And where is that?
A. It's back on the, back on one of the wings over the -- it would be the northeast wing.
Q. Okay. Now, from the time you went over there until the occurrence of this problem, have you seen any other issues with water infiltration?
A. None that I've seen shown up.
Q. The one that is there now, tell us what's there and --
A. Relatively new problem. I have not

investigated it to figure out what's going on, and it only seems to show up when the sun and the moon are in the right phases.

Q. Would it be fair to say that where water comes in is not necessarily where water goes out?

A. Typically doesn't work that way. Everything flows downhill.

Q. Flows downhill, but where it goes in the middle nobody knows?

A. Chasing water leaks is a very difficult project.

Q. Okay. Let's keep going with WP-3, the inadequate drip in the precast sill. That was corrected?

A. Yes.

Q. Okay. And then WP-4, that's inadequate structural glazing. Can you tell me what that is?

A. The specifications required a particular thickness of glazing on these window sills, and in some locations you did not get the thickness of the glazing. It has to do with wind ratings, not water issues.

Q. That's what I was going to ask. Does this have anything to do with water infiltration in the building?

A. No. Water -- structural issues, not water.