# In the United States Court of Federal Claims

No. 05-457 C
(Filed October 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 18, 2007, plaintiff electronically filed Plaintiff's Motion for Partial Summary Judgment. The Clerk's Office notified chambers of the undersigned that the submission was defective. Plaintiff's filing is defective because the proposed findings of uncontroverted fact are missing, pursuant to RCFC 56(h)(1) and the judge's name was not on the filing, see RCFC 5.3(g). The matter was referred to the undersigned for a ruling.

Accordingly, it is hereby **ORDERED** that the Clerk's Office shall **STRIKE** Plaintiff's Motion for Partial Summary Judgment (docket no. 25), filed October 18, 2007, from the court's docket for the above-stated defects; and, plaintiff shall **FILE** its **Motion for Partial Summary Judgment and Proposed Findings of Uncontroverted Fact** on or before **October 31, 2007**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge