

EXHIBIT

1