

EXHIBIT

tabbies

2