
STUCCO OVER GYP. SHEATHING
6" MTL STUDS W/ R-19 THERMAL BLANKET INSUL.
1" X 4" PT WOOD BLOCKING
SEALANT W/ BACKER ROD
GLAZING
7 HEAD
R41 R97 3"=1'-0"
G.W.B. OVER MTL. STUDS
PREFABRICATED STRUCT. STEEL WALL FRAME W/ R-19 BLANKET INSUL.
STUCCO OVER LATH ON GYP. SHEATHING W/ CONT. DAMPPROOFING
P.T. 1x BLOCKING
P.T. WD. SHIM
SEALANT AND BACKER ROD
ALUMINUM RIBBON WINDOW SYSTEM
OPERABLE WINDOW UNIT
GLAZING
ALUM. BRONZE ANODIZED TRIM FIN. TO MATCH FRAME FIELD VERIFY SIZE
HEAD
3"=1'-0"
ALUM. BRONZE ANODIZED STOOL TRIM FIN. TO MATCH FRAME FIELD VERIFY SIZE
1 1/2" MTL. FURRING CHANNEL
1" EMBEDMENT
G.W.B. OVER MTL. STUDS
5/8"øx1" STL. STUD @ 36" O.C.
T. OF PRECAST SILL 122'-0" REF.
PRECAST SILL SEE DETAIL 3/A168
5/8" ø X 1" STEEL STUD @ 36" O.C.
BRICK VENEER W/ 2" DEBRIS FREE AIR SPACE
PREFABRICATED STRUCT. STEEL WALL FRAME OR TUBE R-11 BLANKET INSUL. GYP. SHEATHING W/ CONT. DAMPPROOFING
SILL
3"=1'-0"
1'-6" TO COL ℄
4" X 3" CLIP ANGLE SEE STRUCT.
ONE PIECE BELLOW FLASHING
ROOFING MEMBRANE
PRECAST SILL
10 SILL @ 2ND FLOOR TYP.
R41 R97 3"=1'-0"
FOCUS AREA OF WORK TYPICAL
GRAPHIC SCALE
3" = 1'-0"
RIESBERG ARCHITECTS, LLC FORENSIC ARCHITECTURE 295 MEETING STREET CHARLESTON, SC 29401
DRAWING REVISIONS
SPAWAR ENGINEERING SERVICE CENTER CHARLESTON, SC
REMEDIATE WATER INFILTRATION
EXTERIOR WINDOW DETAILS
Naval Facilities Engineering Command
Southern Division
Charleston, South Carolina
STATE OF SOUTH CAROLINA WILLIAM F. RIESBERG CHARLESTON, SC 2529 REGISTERED ARCHITECT
RECORD DRAWING DATE AUG 31, 2004
CODE I.D. NO. 80091
DRAWING SIZE: D
NAVFAC DRAWING NO. 5417712
SHEET 11 OF
R97

EXHIBIT 3