
* AT CONTRACTORS OPTION, LOCATE COMPRESSION SEAL WHERE INDICATED.
EXIST. ALUMINUM RIBBON WINDOW SYSTEM
EXISTING GLAZING
EXISTING P.T. WOOD SHIM
EXISTING SEALANT AND BACKER ROD
SEALANT
BACKER ROD
AIR SPACE
EXISTING PRECAST SILL
COMPRESSION SEAL
WEEP
TRIM COMPRESSION SEAL AT DRIP
LIMIT OF WORK
EXIST. CONT. DAMPPROOFING
EXISTING VENEER W/ 2" DEBRIS FREE AIR SPACE
EXISTING BRONZE ANODIZED ALUM STOOL TRIM
EXISTING GYP. WALL BD. ON MTL. FURRING OVER RIGID INSUL. (R-4)
5/8" 1 1/2" 7 5/8" 2" 3 1/2" 3"
5/8"
2 SILL JOINT AT RIBBON WINDOW OPTION*
3 R97A 3"=1'-0"
REPAIR PER SIZE OF EXISTING GAP. SEE DETAILS 1a, 1b, 1c/SH. R97A
1
2 R97 A
EXIST. ALUMINUM RIBBON WINDOW SYSTEM
EXISTING GLAZING
EXISTING P.T. WOOD SHIM
EXISTING SEALANT AND BACKER ROD
SEALANT END DAM
SEALANT
BACKER ROD
1/4" AIR SPACE
COMPRESSION SEAL SEGMENT AS NECESSARY
EXISTING PRECAST SILL
TRIM COMPRESSION SEAL AT DRIP
LIMIT OF WORK
EXIST. CONT. DAMPPROOFING
EXISTING VENEER W/ 2" DEBRIS FREE AIR SPACE
EXISTING BRONZE ANODIZED ALUM STOOL TRIM
EXISTING GYP. WALL BD. ON MTL. FURRING OVER RIGID INSUL. (R-4)
SILLS
5/8" 1 1/2" 7 5/8" 2" 3 1/2" 3"
5/8"
2 SILL JOINT AT RIBBON WINDOW TYPICAL
3 R97A 3"=1'-0"
EXHIBIT
4
RIESBERG ARCHITECTS, LLC FORENSIC ARCHITECTURE
DSGN WF RIESBERG DR MJ GILLESPIE CHK WF RIESBERG
SUPV WF RIESBERG CH ENGR
DRAWING REVISIONS
Rev. Description Prep By Date Apprvd.
SPAWAR ENGINEERING SERVICE CENTER CHARLESTON, SC
REMEDIATE WATER INFILTRATION
TYPICAL SILL JOINT DETAILS
Naval Facilities Engineering Command
Southern Division
Charleston, South Carolina
STATE OF SOUTH CAROLINA WILLIAM F. RIESBERG CHARLESTON, SC 2329 REGISTERED ARCHITECT
RECORD DRAWING DATE AUG 31, 2004
CODE I.D. NO. 80091
DRAWING SIZE: D
SPEC. NO.
CONSTRN. CONTR. NO.
NAVFAC DRAWING NO. 5417713
SHEET 12 OF 12
R97A