DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
SOUTHERN DIVISION FIELD OFFICE, CHARLESTON AREA
2120 QUALITY CIRCLE
GOOSE CREEK, SC 29445-8611

R10
N62467-96-C-1096
03 November 1999

Mr. Angelo Pizzagalli
Pizzagalli Construction Company
50 Joy Drive, P.O. Box 2009
South Burlington, Vermont 05407-2009

SUBJECT: CONTRACT N62467-96-C-1096 – NISE EAST ENGINEERING CENTER
NAVAL WEAPONS STATION, CHARLESTON, SC

Ref: (a) Phoncon between CDR Joe Hedges and Angelo Pizzagalli of 3 Nov 1999
(b) Pizzagalli Letter dtd 16 Apr 99
(c) Riesberg Architects Forensic Report dtd 11 Nov 98
(d) 19 Mar 99 Meeting with Pizzagalli Construction and Southern Division
(e) Pioneer fax of 1 Mar 99

Mr. Pizzagalli,

Per reference (a), the Government forwards you the following list of construction deficiencies pertaining to Contract N62467-93-C-1096 for your immediate corrective action:

a. Improper Insulation: Per reference (b), the Government accepts your corrective plan of action of inspection and repair. However, your letter indicated that you would accomplish an inspection of this item by 23 April 1999 and we have received no confirmation that this occurred.

b. Improper Firesafing: Firesafing was used in many areas in this facility. Per reference (b), you indicated the difference between firesafing and firestopping. However, in reference (c) page 6, the A/E states: "Firesafing is used as a firestopping...," demonstrating that these terms are interchangeable. Per reference (b), the Government approved the firestopping material submittal for electrical penetrations only. Documentation provided by you shows this to be correct; however, no record can be found pertaining to other firestopping submittals required throughout this facility

c. Poor Flashing Workmanship: Per reference (b), the Government accepts your corrective plan of action of inspection and repair.

EXHIBIT 7

ID 480

EXHIBIT 3 4-3-07

d. Failure to Provide Upstand on Through-wall Flashing: Per reference (c), the upstand on the through-wall flashing required by the contract documents (1/4 in. minimum) was not made. Your firm is responsible for corrective action.

e. Inadequate Drip in Precast Concrete Sill: Per reference (b), you indicated that the sill manufacturer's response would be forwarded to the Government in April 1999. To date, we have not received any corresponding documentation. Therefore, your firm is responsible for corrective action.

f. Inadequate Operable Window Installation: Per reference (b), the Government accepts your corrective plan of action.

g. Poor Brick Workmanship: Per reference (b), the Government accepts your corrective plan of action of inspection and repair.

h. Inadequate Sealant Installation: Per reference (d), the Government accepts your corrective plan of action.

i. Improper Installation of Insulation and Cladding on Ice Storage Tank: Per reference (e), the Government accepts your corrective plan of action.

The Government requests your plan of action and schedule to correct the above mentioned construction deficiencies, no later than 15 November 1999.

Sincerely,

J. D. HEDGES
CDR, CEC, USN
Resident Officer in Charge
Of Contracts

Copy to:
053
SPAWARS