IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS,<br>ARCHITECTS, & PLANNERS,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-457<br>(Judge Bush) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a fourteen (14) day enlargement of time, to and including December 17, 2007, to file a response to the plaintiff's motion for summary judgment. Our response is currently due on December 3, 2007. This is defendant's first request for an enlargement for this purpose. On November 19, William Scott, counsel for plaintiff, indicated by telephone conversation that Gee & Jensen does not oppose this motion.

The enlargement of time is necessary due to defendant's counsel's responsibilities before this Court and others. Specifically, defendant's counsel is responsible for preparing a reply brief in West Bay Builders, Inc. v. United States, Fed. Cl. No. 04-1140 on November 23, 2007. In addition, defendant's counsel is also responsible for preparing two response briefs to be filed in the United States Court of Appeals for the Federal Circuit, as well as preparing for and presenting oral argument before that court in Gregory Smith v. DVA, Fed. Cir. No. 2007-7222 on December 7, 2007. Because of these obligations, defendant's counsel will not be able to devote significant time to preparing a response to the motion for summary judgment.

This case involves complex technical questions which requires assistance and consultation with the agency, the Department of the Navy. An additional eleven days within

which to file our response will ensure adequate time for that consultation and thorough preparation of the response brief and sufficient time for supervisory review.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of fourteen (14) days, to and including, December 17, 2007, within which to file a response to the plaintiff's motion for summary judgment.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

November 19, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this day of November 19, 2007 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan