# In the United States Court of Federal Claims

No. 05-457 C
(Filed November 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| GEE & JENSEN ENGINEERS, | * |
| ARCHITECTS & PLANNERS, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 19, 2007, defendant filed an Unopposed Motion for Enlargement of fourteen days, to and including December 17, 2007, within which to file a response to plaintiff's motion for summary judgment. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge