IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSEN ENGINEERS, ARCHITECTS, & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457 (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant United States respectfully requests a thirty day enlargement of time, to and including January 14, 2008, to file its response to the plaintiff's motion for summary judgment. Our response is currently due on December 17, 2007. This is defendant's second request for an enlargement for this purpose. This Court previously granted a fourteen day enlargement of time. On December 14, William Scott, counsel for plaintiff, indicated that Gee & Jensen does not oppose this motion.

Although counsel of record originally believed that a fourteen day enlargement of time would be sufficient, counsel will be unable to file the response brief before the current deadline. Counsel is in the process of preparing and obtaining necessary affidavits from Navy employees, who have been difficult to reach due to end-of-year annual leave and Federal holidays. In addition, Pamela Nestell, counsel for the Navy, has official travel for another matter and has been unable to provide anticipated assistance with preparation of the brief. Due to the upcoming Federal holidays, already scheduled annual leave, and responsibilities in other matters, counsel will unable to prepare the brief and obtain the necessary supervisory review.

For the foregoing reasons, defendant respectfully requests the Court to grant its second

motion for enlargement of time of thirty days, to and including, January 14, 2008, within which to file a response to the plaintiff's motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

December 17, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 17th day of December , 2007 a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan