# In the United States Court of Federal Claims

No. 05-457 C
(Filed December 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 17, 2007, defendant filed an unopposed motion for an enlargement of time of thirty days, to and including January 14, 2008, within which to file a response to plaintiff's motion for summary judgment. Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge