IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS, & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457 (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant United States respectfully requests a four day enlargement of time, to and including January 18, 2008, to file its response to the plaintiff's motion for summary judgment. Our response is currently due on January 14, 2008. This is defendant's third request for an enlargement for this purpose. This Court previously granted a fourteen day enlargement of time and a thirty day extension of time. On January 9, counsel for defendant was unable to contact Gee & Jenson's counsel, Mr. Scott, by telephone and sent an electronic message to him requesting Gee & Jenson's position on the motion.

Although counsel of record originally believed the brief would be completed and filed by January 14, counsel will be unable to file the response brief before the current deadline. Counsel has been diligently obtaining necessary affidavits, exhibits, preparing the response brief, and receiving requested assistance and input from the Department of the Navy.

Counsel of record will be out of the office on January 10 and 11, 2008 and will be unable to complete remaining tasks as well as supervise the assembly of the voluminous appendix, which is estimated to comprise over two hundred pages, prior to the current deadline.

Counsel of record anticipates that she will be able to complete all remaining tasks, including receiving the appropriate supervisory review of the response motion, by Friday, January 18, 2008. Counsel of record does not anticipate that any further enlargements of time will be necessary.

For the foregoing reasons, defendant respectfully requests the Court to grant its third motion for enlargement of time of four days, to and including, January 18, 2008, within which to file a response to the plaintiff's motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara K. Hogan by Steven M. Mager
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

January 9, 2008

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 9th day of January, 2008 a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan by Steven M. Mager