# In the United States Court of Federal Claims

No. 05-457 C
(Filed January 14, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| GEE & JENSEN ENGINEERS, | * |
| ARCHITECTS & PLANNERS, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On January 10, 2008, defendant filed Defendant's Third Motion for an Enlargement of Time of four days, to and including January 18, 2008, within which to file a response to plaintiff's motion for summary judgment. Defendant states that the government was unable to reach plaintiff to obtain plaintiff's position on the subject matter. For good cause, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge