| | | |
|---|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS AND PLANNERS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-457C (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

## DECLARATION

William Haynes, pursuant to 28 U.S.C. Section 1746, hereby declares under penalty of perjury as follows:

1. I am an architect at the Naval Facilities Engineering Command, South East, Charleston, South Carolina, and submit this affidavit in support of the Government's Cross-Motion for Summary Judgment and Response to Plaintiff=s Motion for Summary Judgment.

2. I have been in my current position since October 1986, and worked on the project for the new building at the NISE East Complex, Naval Weapons Station, Charleston, SC.

3. The Engineer-In-Charge (EIC) for the design of the NISE East Complex was Jim Calder.

4. I was the technical reviewer for the architectural design of the building envelope at the NISE East Building, and reported to Mr. Calder on this project. In that capacity I was responsible for reviewing Gee & Jenson's architectural design submittals and was familiar with requests for deviations made by Gee & Jenson.

5. Gee & Jenson did not request a deviation from the requirement in the NAVFAC guide specifications for through-wall flashing.

6. No Navy official ever made a determination that flashing would be impractical, and there was never even any discussion on the issue.

7. If Gee & Jenson had requested a deviation from the requirement for through-wall flashing on the basis that it was impractical, it would have been denied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on Jan 14, 2008.

William Haynes