| | | |
|---|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS AND PLANNERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | ) | No. 05-457C<br>(Judge Bush) |

**DECLARATION**

Wayne Pannullo, pursuant to 28 U.S.C. Section 1746, hereby declares under penalty of perjury as follows:

1. I am the Facilities Manager at SPAWAR Systems Center Charleston, [formerly the NISE East Complex] at the Naval Weapons Station, Charleston, South Carolina, and submit this affidavit in support of the Government's Cross-Motion for Summary Judgment and Response to Plaintiff=s Motion for Summary Judgment.

2. The Facilities Manager's Office oversees the management and operation of all SPAWAR plant property totaling two million square feet in four states. I have been in my current position since January 1994.

3. I was the Facilities Manager during the construction of the NISE East Complex at the Naval Weapons Station, Charleston, SC.

4. The building was substantially complete on or about May 1997.

5. On or about Spring 1998, leaks (water staining on walls) were discovered in the NISE East Complex.

6. I attended a mediation between the Navy and Gee & Jenson on or about July 2002. During the mediation it was agreed that it would be too costly and disruptive to the building occupants to implement the most conservative fix. The Navy agreed to accept an alternative solution to the complete dismantling of the window wall system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 1/17/08.

Wayne Pannullo