IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS, AND PLANNERS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-457C<br>(Judge Bush) |

APPENDIX TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

OF COUNSEL:

PAMELA J. NESTELL
Trial Attorney
Department of the Navy
720 Kennon St. SE
Washington Navy Yard, DC 20374

TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

January 18, 2008

Attorneys for Defendant

# Exhibit 1

# ARCHITECT–ENGINEER CONTRACT

N[illegible]7–93–D–0911

Rec'd Gee & Jenson WPB

2. DATE OF CONTRACT
20 JUL 93

JUL 2 3 1993

[illegible]ME OF ARCHITECT–ENGINEER
[illegible] & JENSON ENGRS., ARCHS., AND PLANNERS

3B. TELEPHONE NO. (Include Area Code)
(407)683–3301 Job # ..............

[illegible]DRESS OF ARCHITECT–ENGINEER (Include Zip Code)
One Harvard Circle, PO Box 24600
West Palm Beach, FL 33416–4600 A05606

**DUPLICATE ORIGINAL**

4. DEPARTMENT OR AGENCY AND ADDRESS (Include Zip Code)
SOUTHERN DIVISION, NAVAL FACILITIES ENGINEERING COMMAND
P.O. BOX 190010
CHARLESTON, SC 29419–9010 CODE 0212CC:cc TEL: (803) 743–0905

5. PROJECT TITLE AND LOCATION
AE DESIGN SERVICES FOR WATERFRONT & INDUSTRIAL FACILITIES IN SUPPORT OF SURFACE SHIPS AND SUBMARINES IN FL, GA, SC AND TX

6. CONTRACT FOR (General description of services to be provided)
Schedule of Services labor classifications, labor, overhead, and profit are shown on pages 2 – 11. These rates are fixed for the base and option years and will be used for all orders and modifications throughout the life of the contract.

[illegible]s an Indefinite Delivery Requirements contract. See Clause FAR 52.216–21, [illegible]UIREMENTS (APR 1984). Award of Lot I, Base Year (Item 0001) only. Items 0[illegible]2 through 0005 are subject to the option provisions contained herein.

(CONTINUED ON PAGE 2)

7. CONTRACT AMOUNT (Express in words and figures)
FOUR MILLION DOLLARS AND NO CENTS

ESTIMATED AMOUNT $4,000,000

8. NEGOTIATION AUTHORITY
PL 92–582(40 USC 541)

9. ADMINISTRATIVE, APPROPRIATION, AND ACCOUNTING DATA

SUBMIT INVOICES TO: ATTN: 04S
ADMINISTERED BY: CODE 0212 TEL: (803) 743–0903
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 10068
CHARLESTON, SC 29411–0068

PAYMENT WILL BE MADE BY:
DEFENSE FINANCE & ACCOUNTING CTR.
DEFENSE ACCOUNTING OFFICE –
CLEVELAND CENTER
621 PLEASANT VALLEY ROAD
PORT HUENEME, CA 93043–4300

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT I – BASE YEAR

ITEM DESCRIPTION

0001 AE design services for Waterfront & Industrial Facilities in Support of Surface Ships and Submarines in FL, GA, SC and TX with an estimated cost of construction (ECC) of greater than $1 million, with the exception of those projects discussed in Note 3 on page 7. The period of performance for this base year is 20 Jul 93 through 19 Jul 94. The ECC of projects for which design services will be ordered during this performance period is $55,000,000. The estimated total fee for these design services for this performance period is $4,000,000.00.

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0001AA | Project Manager | $34.62 |
| 0001AB | Architect | 21.03 |
| 0001AC | Structural Engineer | 26.00 |
| 0001AD | Mechanical Engineer | 26.18 |
| 0001AE | Electrical Engineer | 22.02 |
| 0001AF | Civil Engineer | 22.92 |
| 0001AG | Landscape Architect | 20.84 |
| 0001AH | Environmental Permitting | 24.83 |
| 0001AI | Architectural Drafting | 13.95 |
| 0001AJ | Structural Drafting | 16.66 |
| 0001AK | Mechanical Drafting | 11.93 |
| 0001AL | Electrical Drafting | 13.96 |
| 0001AM | Civil Drafting | 12.46 |
| 0001AN | Landscape Architect Drafting | 12.96 |
| 0001AO | Spec/Report Writer | 24.81 |
| 0001AP | Typist | 10.85 |
| 0001AQ | Cost Estimator | 18.12 |
| 0001AR | Overhead | 140.00% |
| 0001AS | Profit | 10.00% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0001AT | Project Manager | $71.08 |
| 0001AU | Architect | 55.36 |
| 0001AV | Civil Engineer | 49.20 |
| 0001AW | Structural Engineer | 45.80 |
| 0001AX | Mechanical Engineer | 61.49 |
| 0001AY | Electrical Engineer | 59.07 |
| 0001AZ | Architectural Draftsman | 24.51 |
| 0001BA | Civil Draftsman | 24.64 |
| 0001BB | Structural Draftsman | 22.57 |
| 0001BC | Mechanical Draftsman | 33.53 |
| 0001BD | Electrical Draftsman | 35.93 |
| 0001BE | Specification Writer | 51.16 |
| 0001BF | Clerical | 26.21 |

Note: Includes 134.29% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT I – BASE YEAR (Cont'd)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| **HANSCOMB ASSOCIATES, INC. (Consultant)** | | |
| 0001BG | Estimator | $62.20 |

Note: Includes 140% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT II – FIRST OPTION YEAR

| ITEM | DESCRIPTION |
|---|---|
| 0002 | AE design services for Waterfront & Industrial Facilities in Support of Surface Ships and Submarines in FL, GA, SC and TX with an estimated cost of construction (ECC) of greater than $1 million, with the exception of those projects discussed in Note 3 on page 7. The period of performance for this base year is 20 Jul 94 through 19 Jul 95. The ECC of projects for which design services will be ordered during this performance period is $20,000,000. The estimated total fee for these design services for this performance period is $1,500,000.00. |

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0002AA | Project Manager | $35.76 |
| 0002AB | Architect | 21.72 |
| 0002AC | Structural Engineer | 26.86 |
| 0002AD | Mechanical Engineer | 27.04 |
| 0002AE | Electrical Engineer | 22.75 |
| 0002AF | Civil Engineer | 23.68 |
| 0002AG | Landscape Architect | 21.53 |
| 0002AH | Environmental Permitting | 25.65 |
| 0002AI | Architectural Drafting | 14.41 |
| 0002AJ | Structural Drafting | 17.21 |
| 0002AK | Mechanical Drafting | 12.32 |
| 0002AL | Electrical Drafting | 14.42 |
| 0002AM | Civil Drafting | 12.87 |
| 0002AN | Landscape Architect Drafting | 13.39 |
| 0002AO | Spec/Report Writer | 25.63 |
| 0002AP | Typist | 11.21 |
| 0002AQ | Cost Estimator | 18.72 |
| 0002AR | Overhead | 140.00% |
| 0002AS | Profit | 10.00% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0002AT | Project Manager | $73.42 |
| 0002AU | Architect | 57.19 |
| 0002AV | Civil Engineer | 50.82 |
| 0002AW | Structural Engineer | 47.31 |
| 0002AX | Mechanical Engineer | 63.52 |
| 0002AY | Electrical Engineer | 61.02 |
| 0002AZ | Architectural Draftsman | 25.32 |
| 0002BA | Civil Draftsman | 25.45 |
| 0002BB | Structural Draftsman | 23.31 |
| 0002BC | Mechanical Draftsman | 34.64 |
| 0002BD | Electrical Draftsman | 37.12 |
| 0002BE | Specification Writer | 52.85 |
| 0002BF | Clerical | 27.07 |

Note: Includes 134.29% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT II – FIRST OPTION YEAR (Cont'd)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| **HANSCOMB ASSOCIATES, INC. (Consultant)** | | |
| 0002BG | Estimator | $64.25 |

Note: Includes 140% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT III – SECOND OPTION YEAR

ITEM DESCRIPTION

0003 AE design services for Waterfront & Industrial Facilities in Support of Surface Ships and Submarines in FL, GA, SC and TX with an estimated cost of construction (ECC) of greater than $1 million, with the exception of those projects discussed in Note 3 on page 7. The period of performance for this base year is 20 Jul 95 through 19 Jul 96. The ECC of projects for which design services will be ordered during this performance period is $3,000,000. The estimated total fee for these design services for this performance period is $300,000.00.

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0003AA | Project Manager | $36.94 |
| 0003AB | Architect | 22.44 |
| 0003AC | Structural Engineer | 27.75 |
| 0003AD | Mechanical Engineer | 27.93 |
| 0003AE | Electrical Engineer | 23.50 |
| 0003AF | Civil Engineer | 24.46 |
| 0003AG | Landscape Architect | 22.24 |
| 0003AH | Environmental Permitting | 26.50 |
| 0003AI | Architectural Drafting | 14.89 |
| 0003AJ | Structural Drafting | 17.78 |
| 0003AK | Mechanical Drafting | 12.73 |
| 0003AL | Electrical Drafting | 14.90 |
| 0003AM | Civil Drafting | 13.29 |
| 0003AN | Landscape Architect Drafting | 13.83 |
| 0003AO | Spec/Report Writer | 26.48 |
| 0003AP | Typist | 11.58 |
| 0003AQ | Cost Estimator | 19.34 |
| 0003AR | Overhead | 140.00% |
| 0003AS | Profit | 10.00% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0003AT | Project Manager | $75.85 |
| 0003AU | Architect | 59.08 |
| 0003AV | Civil Engineer | 52.50 |
| 0003AW | Structural Engineer | 48.87 |
| 0003AX | Mechanical Engineer | 65.62 |
| 0003AY | Electrical Engineer | 63.03 |
| 0003AZ | Architectural Draftsman | 26.16 |
| 0003BA | Civil Draftsman | 26.29 |
| 0003BB | Structural Draftsman | 24.08 |
| 0003BC | Mechanical Draftsman | 35.78 |
| 0003BD | Electrical Draftsman | 38.34 |
| 0003BE | Specification Writer | 54.59 |
| 0003BF | Clerical | 27.96 |

Note: Includes 134.29% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT IV – THIRD OPTION YEAR

ITEM DESCRIPTION

0004 AE design services for Waterfront & Industrial Facilities in Support of Surface Ships and Submarines in FL, GA, SC and TX during construction. The period of performance for this option year is 20 Jul 96 through 19 Jul 97. The estimated total fee for these construction support services is $750,000.00.

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0004AA | Project Manager | $38.16 |
| 0004AB | Architect | 23.18 |
| 0004AC | Structural Engineer | 28.67 |
| 0004AD | Mechanical Engineer | 28.85 |
| 0004AE | Electrical Engineer | 24.28 |
| 0004AF | Civil Engineer | 25.27 |
| 0004AG | Landscape Architect | 22.97 |
| 0004AH | Environmental Permitting | 27.37 |
| 0004AI | Architectural Drafting | 15.38 |
| 0004AJ | Structural Drafting | 18.37 |
| 0004AK | Mechanical Drafting | 13.15 |
| 0004AL | Electrical Drafting | 15.39 |
| 0004AM | Civil Drafting | 13.73 |
| 0004AN | Landscape Architect Drafting | 14.29 |
| 0004AO | Spec/Report Writer | 27.35 |
| 0004AP | Typist | 11.96 |
| 0004AQ | Cost Estimator | 19.98 |
| 0004AR | Overhead | 140.00% |
| 0004AS | Profit | 10.00% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0004AT | Project Manager | $78.35 |
| 0004AU | Architect | 61.03 |
| 0004AV | Civil Engineer | 54.23 |
| 0004AW | Structural Engineer | 50.48 |
| 0004AX | Mechanical Engineer | 67.79 |
| 0004AY | Electrical Engineer | 65.11 |
| 0004AZ | Architectural Draftsman | 27.02 |
| 0004BA | Civil Draftsman | 27.16 |
| 0004BB | Structural Draftsman | 24.87 |
| 0004BC | Mechanical Draftsman | 36.96 |
| 0004BD | Electrical Draftsman | 39.61 |
| 0004BE | Specification Writer | 56.39 |
| 0004BF | Clerical | 28.88 |

Note: Includes 134.29% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT IV – THIRD OPTION YEAR (Cont'd)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| **HANSCOMB ASSOCIATES, INC. (Consultant)** | | |
| 0004BG | Estimator | $68.56 |

Note: Includes 140% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT V – FOURTH OPTION YEAR

| ITEM | DESCRIPTION |
|---|---|
| 0005 | AE design services for Waterfront & Industrial Facilities in Support of Surface Ships and Submarines in FL, GA, SC and TX during construction. The period of performance for this option year is 20 Jul 97 through 19 Jul 98. The estimated total fee for these construction support services is $750,000.00. |

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0005AA | Project Manager | $39.42 |
| 0005AB | Architect | 23.94 |
| 0005AC | Structural Engineer | 29.62 |
| 0005AD | Mechanical Engineer | 29.80 |
| 0005AE | Electrical Engineer | 25.08 |
| 0005AF | Civil Engineer | 26.10 |
| 0005AG | Landscape Architect | 23.73 |
| 0005AH | Environmental Permitting | 28.27 |
| 0005AI | Architectural Drafting | 15.89 |
| 0005AJ | Structural Drafting | 18.98 |
| 0005AK | Mechanical Drafting | 13.58 |
| 0005AL | Electrical Drafting | 15.90 |
| 0005AM | Civil Drafting | 14.18 |
| 0005AN | Landscape Architect Drafting | 14.76 |
| 0005AO | Spec/Report Writer | 28.25 |
| 0005AP | Typist | 12.35 |
| 0005AQ | Cost Estimator | 20.64 |
| 0005AR | Overhead | 140.00% |
| 0005AS | Profit | 10.00% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| 0005AT | Project Manager | $80.94 |
| 0005AU | Architect | 63.04 |
| 0005AV | Civil Engineer | 56.02 |
| 0005AW | Structural Engineer | 52.15 |
| 0005AX | Mechanical Engineer | 70.03 |
| 0005AY | Electrical Engineer | 67.26 |
| 0005AZ | Architectural Draftsman | 27.91 |
| 0005BA | Civil Draftsman | 28.06 |
| 0005BB | Structural Draftsman | 25.69 |
| 0005BC | Mechanical Draftsman | 38.18 |
| 0005BD | Electrical Draftsman | 40.92 |
| 0005BE | Specification Writer | 58.25 |
| 0005BF | Clerical | 29.83 |

Note: Includes 134.29% overhead and 10% profit

Block 6 (Continued):

SCHEDULE OF SERVICES LABOR CLASSIFICATIONS, LABOR, OVERHEAD, AND PROFIT

LOT V – FOURTH OPTION YEAR (Cont'd)

| | LABOR CATEGORY | HOURLY RATE |
|---|---|---|
| **HANSCOMB ASSOCIATES, INC. (Consultant)** | | |
| 0005BG | Estimator | $70.82 |

Note: Includes 140% overhead and 10% profit

10. The United States of America (called the Government) represented by the Contracting Officer executing this contract and the Architect-Engineer agree to perform this contract in strict accordance with the clauses and the documents identified as follows, all of which are made a part of this contract:



Block 6 continued:

FOR CLARIFICATION PURPOSES, THE FOLLOWING INFORMATION IS PROVIDED:

1. This contract consists of:

   a. The BASE YEAR;
   b. Two, one-year options for design services;
   c. Two, one-year options for construction support of designs accomplished under this contract.

2. There will be no new design projects awarded under this contract in the third and fourth option years. These option years will consist of construction support services only.

3. At the option of the government, awards for services supporting constructioncontracts with estimated values less than $1 million may be made if the work is not covered by another A-E services contract.

YOUR OFFER, ATTACHMENT C, FOR THE WORK IDENTIFIED IN THE ATTACHED STATEMENT OF WORK IS ACCEPTED. THIS ACTION CONSUMMATES THE CONTRACT WHICH CONSISTS OF THE FOLLOWING DOCUMENTS: THE STATEMENT OF WORK, YOUR OFFER, AND THIS CONTRACT DOCUMENT. NO FURTHER CONTRACTUAL DOCUMENTATION IS NECESSARY.

ATTACHMENT A – STATEMENT OF WORK DTD 15 JUN 93
ATTACHMENT B – AE CLAUSES, INDEFINITE DELIVERY REQUIREMENT (IDR) CONTRACT DTD JUN 93
ATTACHMENT C – YOUR OFFER DTD 16 JUL 93

If the parties to this contract are comprised of more than one legal entity, each entity shall be jointly and severally liable under this contract.
The parties herto have executed this contract as of the date recorded in item 2.

| | SIGNATURES | NAMES AND TITLES *(TYPED)* |
|---|---|---|
| 11. ARCHITECT-ENGINEER OR OTHER PROFESSIONAL SERVICES CONTRACTOR | | |
| A | | |
| B | | A. H. DEMOS |
| C | | Director, A-E/Constr |
| D | | Contract Division |
| | | Contracting Officer |
| 12. THE UNITED STATES OF AMERICA | | |
| Contracting Officer | [signature] | |

JUNE 1993 (REV 6/7/93)
BRAC.SCP

Code 402(JAC)
Date 15 June 93

DEPARTMENT OF THE NAVY
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P. O. BOX 190010
NORTH CHARLESTON, SC 29419-9010

## APPENDIX A: STATEMENT OF WORK

Project Title: **Waterfront & Industrial Facilities in Support of Surface Ships and Submarines.**

Location: **States of Florida, Georgia, South Carolina, & Texas.**

A/E Contract No.: **N62467-93-D-0911**

## SECTION 1 - GENERAL DESCRIPTION

This is a statement of required services to be performed by a professional Architect/Engineer (A/E) under the direction of the Commanding Officer, Southern Division, Naval Facilities Engineering Command, referred to hereinafter as the Officer-in-Charge (OIC), or his representatives, referred to hereinafter as Engineer-in-Charge (EIC)/Architect-in-Charge (AIC), Resident Officer-in-Charge of Construction (ROICC), and the Contracting Officer.

1.1 **Project Description**: The work includes project development, preparation of plans (in Autocad Rev 12 compatible format), specifications (using the SPECSINTACT System) and construction cost estimates (using the NAVFAC CES program) for new and upgrades of existing Waterfront Facilities and Industrial Facilities

in Support of Surface Ships and Submarines in the states of Florida, Georgia, South Carolina and Texas. This work may involve dealing with asbestos, lead and other hazardous waste. Studies, design-build packages, collateral equipment lists, permit application preparation, interior design, contractor submittal review, construction field inspection, operation and support information (OMSI), and as-built preparation may be required. The existence of asbestos, lead paint or other hazardous materials affecting construction or required demolition in the area of the project is possible. The existence of asbestos, lead paint or other hazardous materials affecting construction or required demolition in the area of the project is possible. The A-E may be required to conduct a comprehensive asbestos/lead paint survey and provide a design which will support the removal and disposal of hazardous materials in accordance with applicable laws and regulations. Firms must be able to accept work which involves asbestos, lead paint and hazardous materials. Contract award is contingent on availability of funds. Contract period is one year with two one-year options for the complete services described above, with two additional one-year options for support services during construction. The anticipated value of construction is between $60-$80 million. It is anticipated that the majority of this work will be at Kings Bay, GA, Ingleside, TX, Corpus Christi, TX, and Charleston, SC. This contract includes A-E services to develop studies and contract documents for construction contracts with estimated values greater than $1 million. At the option of the government, awards for services supporting construction contracts with estimated values less than $1 million may be made if the work is not covered by another A-E services contract.

JUNE 1993

# ARCHITECT-ENGINEER CLAUSES
# INDEFINITE DELIVERY REQUIREMENT (IDR) CONTRACT

**FAR 52-252-2 CLAUSES INCORPORATED BY REFERENCE (JUN 1988). This contract incorporates one or more of the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.**

## I. FEDERAL ACQUISITION REGULATION (48 CFR CHAPTER 1) CLAUSES

| | |
|---|---|
| FAR 52.202-1 | Definitions (SEP 1991) - Alternate I (APR 1984) |
| FAR 52.203-1 | Officials Not to Benefit (APR 1984) |
| FAR 52.203-3 | Gratuities (APR 1984) |
| FAR 52.203-5 | Covenant Against Contingent Fees (APR 1984) |
| FAR 52.203-7 | Anti-Kickback Procedures (OCT 1988) |
| FAR 52.203-9 | Requirement for Certificate of Procurement Integrity - Modification (NOV 1990) |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity (SEP 1990) |
| FAR 52.203-12 | Limitations on Payments to Influence Certain Federal Transactions (JAN 1990) (Applicable over $100,000) |
| FAR 52.204-2 | Security Requirements (APR 1984) - Alternate II (APR 1984) |
| FAR 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment (NOV 1992) (Applicable over $25,000) |
| FAR 52.212-12 | Suspension of Work (APR 1984) |
| FAR 52.212-13 | Stop-Work Order (AUG 1989) |
| FAR 52.212-15 | Government Delay of Work (APR 1984) |
| FAR 52.215-1 | Examination of Records by Comptroller General (FEB 1993) |
| FAR 52.215-2 | Audit - Negotiation (FEB 1993) (Applicable over $25,000) |
| FAR 52.215-22 | Price Reduction for Defective Cost or Pricing Data (JAN 1991) (Applicable over $500,000) |
| FAR 52.215-23 | Price Reduction for Defective Cost or Pricing Data - Modifications (DEC 1991) (Applicable over $500,000) |
| FAR 52.215-24 | Subcontractor Cost or Pricing Data (DEC 1991) (Applicable over $500,000) |
| FAR 52.215-25 | Subcontractor Cost or Pricing Data - Modifications (DEC 1991) (Applicable over $500,000) |
| FAR 52.215-27 | Termination of Default Benefit Pensions Plan (SEP 1989) |
| FAR 52.215-30 | Facilities Capital Cost of Money (SEP 1987) |
| FAR 52.215-31 | Waiver of Facilities Capital Cost of Money (SEP 1987) |

| | |
|---|---|
| FAR 52.215-39 | Revision or Adjustment of Plans for Postretirement Benefits Other Than Pensions (PRB) JUL 1991 |
| FAR 52.219-8 | Utilization of Small Business Concerns and Small Disadvantaged Business Concerns (FEB 1990) (Applicable over $10,000) |
| FAR 52.219.9 | Small Business and Small Disadvantaged Business Subcontracting Plan (Jan 1991) (Applicable over $500,00) |
| FAR 52.219-13 | Utilization of Women-Owned Small Business (AUG 1986) (Applicable over $25,000) |
| FAR 52.219-16 | Liquidated Damages - Small Business Subcontracting Plan (AUG 1989) |
| FAR 52.220-2 | Notice of Total Surplus Area Set-Aside (APR 1984) (Applicable over $25,000) |
| FAR 52.220-3 | Utilization of Labor Surplus Area Concerns (APR 1984) (Applicable over $25,000) |
| FAR 52.220-4 | Labor Surplus Area Subcontracting Program (APR 1984) |
| FAR 52.222-3 | Convict Labor (APR 1984) |
| FAR 52.222-26 | Equal Opportunity (APR 1984) |
| FAR 52.222-35 | Affirmative Action for Special Disabled and Vietnam Era Veterans (APR 1984) (Applicable over $10,000) |
| FAR 52.222-36 | Affirmative Action for Handicapped Workers (APR 1984) (Applicable over $2,500) |
| FAR 52.222-37 | Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era (JAN 1988) (Applicable over $10,000) |
| FAR 52.223-2 | Clean Air and Water (APR 1984) (Applicable over $100,000) |
| FAR 52.223-6 | Drug Free Workplace (JUL 1990) |
| FAR 52.226-1 | Utilization of Indian Organization and Indian-Owned Economic Enterprises (AUG 1991) |
| FAR 52.227-1 | Authorization and Consent (APR 1984) (Applicable over $25,000) |
| FAR 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (APR 1984) (Applicable over $25,000) |
| FAR 52.227-13 | Patent Rights - Acquisition by the Government (JUN 1989) |
| FAR 52.228-5 | Insurance - Work on a Government Installation (SEP 1989) |
| FAR 52.229-3 | Federal, State, and Local Taxes (JAN 1991) (Applicable over $25,000) |
| FAR 52.229-5 | Taxes - Contracts Performed in U.S. Possessions or Puerto Rico (APR 1984) |
| FAR 52.230-3 | Disclosure and Consistency of Cost Accounting Practices (AUG 1992) (Not applicable if small business or under $100,00) |
| FAR 52.230-5 | Administration of Cost Accounting Standards (AUG 1992) (Applicable over $100,000) |

| | |
|---|---|
| FAR 52.232-10 | Payments under Fixed-Price Architect-Engineer Contracts (AUG 1987) |
| FAR 52.232-16 | Progress Payments (JUL 1991) - Alternate I (AUG 1987) (Applicable if Small Business) |
| FAR 52.232-17 | Interest (JAN 1991) |
| FAR 52.232.19 | Availability of Funds for the Next Fiscal Year (APR 1984) (Applicable in Indefinite-Quantity Contracts) |
| FAR 52.232-23 | Assignment of Claims (JAN 1986) - Alternate I (APR 1984) |
| FAR 52.232-26 | Prompt Payment for Fixed-Price Architect-Engineer Contracts (APR 1989) |
| FAR 52.232-28 | Electronic Funds Transfer Payment Methods (APR 1989) |
| FAR 52.233-1 | Disputes (DEC 1991) - Alternate I (DEC 1991) |
| FAR 52.233-3 | Protest After Award (AUG 1989) |
| FAR 52.236-22 | Design Within Funding Limitations (APR 1984) |
| FAR 52.236-24 | Work Oversight in Architect-Engineer Contracts (APR 1984) |
| FAR 52.236-25 | Requirements for Registration of Designers (APR 1984) |
| FAR 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation (APR 1984) |
| FAR 52.242-13 | Bankruptcy (APR 1991) (Applicable over $25,000) |
| FAR 52.243-1 | Changes - Fixed Price - Alternate III (APR 1984) |
| FAR 52.244-4 | Subcontractors and Outside Associates and Consultants (APR 1984) |
| FAR 52.248-2 | Value Engineering-Architect Engineer (MAR 1990) |
| FAR 52.249-7 | Termination (Fixed-Price Architect-Engineer (APR 1984) |
| FAR 52.253-1 | Computer Generated Forms (Jan 1991) |

## II. DEPARTMENT OF DEFENSE FEDERAL ACQUISITION REGULATION SUPPLEMENT (DFARS)

| | |
|---|---|
| DFARS 252.203.7000 | Statutory Prohibition on Compensation to Former Department of Defense (DOD) Employees (DEC 1991) (Applicable over $100,000) |
| DFARS 252.203-7001 | Special Prohibition on Employment (DEC 1991) (Applicable over $25,000) |
| DFARS 252.203-7002 | Display of DOD Hotline Poster (DEC 1991) (Applicable over $5,000,000) |
| DFARS 252.203-7003 | Prohibition Against Retaliatory Personnel Actions (APR 1992) (Applicable over $500,000) |
| DFARS 252.205-7000 | Provision of Information to Cooperative Agreement Holders (DEC 1991) (Applicable over $500,000) |
| DFARS 252.215-7000 | Pricing Adjustment (DEC 1991) |

| | |
|---|---|
| DFARS 252.215-7002 | Cost Estimating System Requirements (DEC 1991) |
| DFARS 252.219-7003 | Small Business and Small Disadvantaged Business Subcontracting Plan (DOD Contracts) (DEC 1991) (Applicable over $500,000) |
| DFARS 252.219-7005 | Incentive for Subcontracting with Small Businesses, Small Disadvantaged Businesses, Historically Black Colleges and Universities, and Minority Institutions (DEC 1991) |
| DFARS 252.227-7022 | Government Rights (Unlimited) (MAR 1979) |
| DFARS 252.227-7023 | Drawings and Other Data to Become Property of Government (MAR 1979) |
| DFARS 252.227-7024 | Notice and Approval of Restricted Designs (APR 1984) |
| DFARS 252.227-7033 | Rights in Shop Drawings (APR 1966) |
| DFARS 231.231-7000 | Supplemental Cost Principles (DEC 1991) (Applicable over $25,000) |
| DFARS 252.232-7006 | Reduction or Suspension of Contract Payments Upon Finding of Fraud (AUG 1992) |
| DFARS 252.233-7000 | Certification of Claims and Requests for Adjustment or Relief (DEC 1991) (Applicable over $100,000) |
| DFARS 252.236-7009 | Option for Supervision and Inspection Services (DEC 1991) |
| DFARS 252.237-7019 | Identification of Uncompensated Overtime (APR 1992) (Applicable over $100,000) |
| DFARS 252.243-7001 | Pricing of Contract Modifications (DEC 1991) |

* * * * * * * * * *

FAR 52.216-18 ORDERING (APR 1984)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders by the individual or activities designated in the Schedule. Such orders may be issued from date of award to contract completion.

(b) All delivery orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order and this contract, the contract shall control.

(c) If mailed, a delivery order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally or by written telecommunications only if authorized in the Schedule.

FAR 52.216-19 DELIVERY ORDER LIMITATIONS (APR 1984)

(a) Minimum Order. When the Government requires supplies or services covered by this contract in an amount of less than $5,000.00 the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor--

(1) Any order in excess of $4,000,000.00

(2) A series of orders from the same ordering office within 15 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract, the Government is not required to order a part of any one requirements from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) or (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 15 days after issuance, with written notice stating the Contractor's intent not to ship item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

FAR 52.216-21 REQUIREMENTS (APR 1984)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Governments requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Delivery-Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the

Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract beyond one year after the contract completion date.

FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days prior to contract expiration; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

FAR 52-220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS (APR 1984).

(a) This acquisition is not a set-aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may effect (1) entitlement to award in case of tie offers, or (2) offer evaluation in accordance with the Buy American Act clause of this solicitation. In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50% of the contract price.

______________________ ______________________

______________________ ______________________

(b) Failure to identify the locations as specified above will preclude considerations of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

**FAR 52.236.23 RESPONSIBILITY OF THE ARCHITECT-ENGINEER CONTRACTOR (APR 1984)**

(a) The Contractor shall be responsible for the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other services furnished by the Contractor under this contract. The Contractor shall, without additional compensation, correct or revise any errors or deficiencies in its design, drawings, specifications, and other services.

(b) Neither the Government's review, approval or acceptance of, nor payment for, the services required under this contract shall be construed to operate as a waiver of any rights under this contract or of any cause of action arising out of the performance of this contract, and the Contractor shall be and remain liable to the Government in accordance with applicable law for all damages to the Government caused by the Contractor's negligent performance of any of the services furnished under this contract.

(c) The rights and remedies of the Government provided for under this contract are in addition to any other rights and remedies provided by law.

(d) If the Contractor is comprised of more than one legal entity, each such entity shall be jointly and severally liable hereunder.

FAC 5252.201-9300 CONTRACTING OFFICER AUTHORITY (AUG 1991)

In no event shall any understanding or agreement between the Contractor and any Government employee other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer. The Contractor is hereby put on notice that in the event a change in the work to be performed or increases the scope of the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

FAC 5252. 209-9300 ORGANIZATIONAL CONFLICTS OF INTEREST (DEC 1991)

The restrictions described herein shall apply to the Contractor and its affiliates, consultants and subcontracts under this contract. If the Contractor under this contract prepares or assists in preparing a statement of work specifications and plans, the Contractor and its affiliates shall be ineligible to bid or participate, in any capacity, in any contractual effort which is based on such statement of work or specifications and plans as a prime contractor, subcontractor, consultant or in any similar capacity. The Contractor shall not incorporate its products or services in such statement of work or specification unless so directed in writing by the Contracting Officer, in which case the

restriction shall not apply. This contract shall include this clause in its subcontractors' or consultants' agreements concerning the performance of this contract.

FAC 5252.216-9300 APPOINTMENT OF ORDERING OFFICER(S) (AUG 1991)

Any duly appointed Contracting Officer of the "procuring" and/or "administerieng" department or agency may execute delivery orders under this contract provided the total price of the delivery order does not exceed the individual Contracting Officer(s) warrant limitations.

FAC 5252.216-9305 DELIVERY ORDER PROCEDURES (AUG 1991)

When the Contracting Officer wishes to order work under the contract, the Contractor will be provided a scope of work detailing the Government's requirements and a cost proposal will be required for the proposed work. The contractor will respond with a proposal in an expeditious manner, but in no event later than directed in the request for proposal.

Proposal. The Contractor's cost proposal will address the scope of work in sufficient detail to satisfy the EIC and Contracting Officer.

Price Breakdown. In connection with any proposal it makes, the Contractor shall furnish a price breakdown, itemized as directed by the Contracting Officer or the EIC. unless otherwise directed, the breakdown shall be in sufficient detail to permit an analysis of all materials, labor, equipment, subcontract, and overhead costs, as well as profit, and shall cover all work involved in the scope of work. Any amount claimed for subcontractors shall be supported by a similar breakdown.

Negotiations. In the event there are differences in the Contractor's proposal and the Government Estimate, the Contractor and the Contracting Officer shall meet at the direction of the Contracting Officer to negotiate the extent of effort and costs of the proposed work.

(1) If the Contractor and the Government fail to agree in whole or in part on the unit costs or the level of effort, the Contracting Officer may determine, on the basis of the information available, the unit prices and/or level of effort to which the Contractor is entitled, and a unilateral delivery order or modification thereto will be issued directing the Contractor to proceed with the work. However, the Contractor may not be required unilaterally to perform work outside the general scope of the contract.

(2) It is most desirable to obtain agreement on all possible items of the work at the earliest possible time. A total unilateral delivery order will be issued only as a last resort.

(3) The Contractor shall have the right to contest, under the "DISPUTES' clause, FAR 52.233-1, any determination made by the Contracting Officer under paragraph 1, above. However, this shall not excuse the Contractor from proceeding with performance of the contract work as ordered or the contract work as changed.

Delivery orders for the contract work will be on Department of Defense DD Form 1155. DD Form 1155 will be processed as described on the form. The delivery order will contain the following:

(1) Date of order
(2) Contract order and order number
(3) Item number and description, quantity, and unit price
(4) Delivery or performance date
(5) Place of delivery or performance (including consignee)
(6) Packaging, packing and shipping instructions, if any
(7) Accounting and appropriation data
(8) Statement of services
(9) Any other pertinent data

Delivery orders will be issued to the Contractor in duplicate. The original shall be retained by the Government. One copy shall be submitted by the Contractor with the invoice for payment.

Oral or Written Telecommunications Orders. The Contracting Officer may issue oral or written telecommunications orders only in emergency circumstances. Oral or written telecommunications orders will be confirmed by issuance of a written delivery order on DD Form 1155 within two (2) working days.

Modifications to Delivery Orders. Orders may be modified by agreement between the Contracting Officer and the Contractor. Modifications to delivery orders shall be effected on a Standard Form 30. Orders may be modified orally or by written telecommunications by the Contracting Officer in emergency circumstances. Oral or written telecommunication modifications shall be confirmed by issuance of a written modification on Standard Form 30 within two (2) working days from the time of the communication modifying the order.

If a delivery order is deposited in the U.S. mail, mailing time (5 working days for regular mail and 1 working day for express mail) will be incorporated into the delivery order submittal schedule. The Contracting Officer will notify the A-E office when an order is deposited in the mail. The A-E will notify the Contracting Officer upon receipt of the order. If delays are encountered in mailing without the fault of the Contractor, a time extension may be granted by the Contracting Officer.

FAC 5252.216-9311 ESTIMATED QUANTITIES (DEC 1991)

As referred to in paragraph (a) of the REQUIREMENTS clause of this contract, the Government is not obligated to place any orders under this contract. The estimated total quantity of work to be ordered is the total dollar value of the "estimated" quantity for each item as set forth in the Schedule. The estimated total quantity is the maximum limit of the contractor's obligation to deliver and the Government's obligation to order.

FAC 5252.236-9300 LIMITATIONS ON AUTHORITY OF A-E (JUL 1991)

Unless specific exceptions are established by a written instruction issued by the contracting Officer, the A-E:

a. Shall not authorize any deviation from the construction contract documents or approve any substitute materials or equipment.

b. Shall not exceed limitations on the Government's authority as set forth in construction contract documents.

c. Shall not undertake any of the responsibilities of the contractor, subcontractors, construction contractor's Superintendent or Contractor Quality Control Representative.

d. Shall not expedite or accelerate the work of construction contractor and subcontractors.

e. Shall not advise on or issue directions relative to any aspect of the means, methods, techniques, sequences or procedures of construction unless such is specifically called for in construction contract documents.

f. Shall not authorize or advise users to occupy projects in whole or in part, unless agreed to by the Contracting Officer.

FAC 5252.236-9302 A-E CONTRACTS FOR CONSULTATION AND ADVICE (AUG 1991)

In addition to the services required by any other contract provisions, the contractor shall provide work-days of general engineering services and consultation at the construction site or at such other locations as the Government may desire, when and as required by the Contracting Officer during the course of construction.

FAC 5252.236-9311 GENERAL STATEMENT OF ARCHITECT-ENGINEER SERVICES (DEC 1991)

As may be necessary to accomplish the work described in this contract, the Contractor shall prepare and furnish to the Government, complete and ready for use, all necessary studies, preliminary sketches, estimates working records and other drawings

(including large scale details, as required), and specifications; shall check shop drawings furnished by the construction contractor; shall furnish consultation and advice as requested by the Government during the construction (but not including the supervision of the construction work); and shall furnish all other architectural and engineering services, including those specified hereinafter and required in connection with the accomplishment of Naval public works and/or utilities projects. Without limiting the foregoing, it is further specifically agreed that:

(a) The Contractor shall, if necessary, visit the site and shall hold such conferences with representatives of the Government and take such other action as may be necessary to obtain the data upon which to develop the design and preliminary sketches showing the contemplated project.

(b) The preliminary sketches shall include plans, elevations and sections developed in such detail and with such descriptive specifications as will clearly indicate the scope of the work and make possible a reasonable estimate of the cost.

(c) The preliminary sketches together with an estimate of the cost of the project shown on the sketches shall be submitted for approval of the Contracting Officer.

(d) The Contractor shall change the preliminary sketches to the extent necessary to meet the requirements of the Government. After approval by the Contracting Officer, the Contractor shall furnish necessary prints of the approved preliminary sketches to the Contracting Officer.

(e) After the preliminary sketches and estimates have been approved, the Contractor shall proceed with the preparation of complete working drawings and specifications as required by the Contracting Officer in connection with the construction of the project. Working drawings, specifications and estimates shall be delivered to the Contracting Officer in such sequence and at such times as required by the Government and as to ensure that the construction work can begin promptly, procurement of materials made without delay, and the work prosecuted continuously. Working drawings and specifications shall be revised as necessary and, as required by the Contracting Officer, the Contractor shall furnish such number of sets of prints of the approved specifications as may be required by the Contracting Officer.

(f) Upon arrival of final plans, the Contractor shall deliver to the Government one set of tracings in such medium and on such materials as may be required by the Contracting Officer suitable for blue-printing, showing complete approved construction requirements (not of "as-built" construction unless otherwise stipulated); provided, however, that should this contract be terminated by the Government, the contractor shall deliver to the Government one set of tracings as may be required by the Contracting Officer. Such tracings as are delivered shall be signed by the Government as an indication of approval thereof, and shall become and remain the property of the Government.

(g) The Contractor shall perform all necessary architectural-engineering service of every kind required in connection with the studies, designs, and the preparation of drawings and specifications, but said services shall not, unless otherwise stipulated, include borings, test piles and pits, or supervision of construction work executed from the

drawings and specifications; provided, however, that the Contractor shall furnish upon request and without additional compensation, such amplifications and explanations and attend such conferences as may, in the opinion of the Contracting Officer, be necessary to clarify the intent of the drawings and specification, and shall afford the benefit of the Contractor's advice on questions that may arise in connection with construction of the project.

(h) The Contractor shall, without additional compensation, correct or revise the drawings, specification, or other materials furnished under this contract, if the Contracting Officer finds that such revision is necessary to correct errors of deficiencies for which the Contractor is responsible.

## FAC 5252.242-9300 ADMINISTRATIVE CONTRACTING OFFICER REPRESENTATIVES. (AUG 1991)

The Engineer-in-Charge, Property Administrator, or Contract Specialist may represent the Administrative Contracting Officer as authorized.

## FAC 5252.242-9301 DESIGNATION OF CONTRACT SPECIALIST (AUG 1991)

The designated Contract Specialist will be the Administrative Contracting Officer's Representative on all other contract administrative matters. The Contract Specialist should be contacted regarding all matters pertaining to the contract or delivery order except technical matters and property administration.

## FAC 5252.242-9302 DESIGNATION OF ENGINEER-IN-CHARGE (EIC) (AUG 1991)

The project EIC will be designated by the Contracting Officer upon contract delivery order award. As such, the EIC is responsible for monitoring the performance and progress, as well as overall technical management of the effort required hereunder, and should be contacted regarding questions or problems of a technical nature. In no event, however, will any understanding or agreement, modifications, change order, or other matter deviating from the terms of the contract between the Contractor and any person other than the Contracting Officer be effective or binding upon the Government, unless formalized by proper contractual documents executed by the Contracting Officer prior to completion of this contract.

When, in the opinion of the Contractor, the EIC requests effort outside the scope of the contract, the Contractor will promptly notify the Contracting Officer in writing. No action will be taken by the contractor under such technical instruction until the Contracting Officer has determined if such effort is within the scope of the contract and, if not, has issued a contract modification.

The A-E's contractual interpretations, opinions, and suggestions shall be given only to the Contracting Officer. All other interpretations, opinions and suggestions on technical matters relating to the engineering services ordered under the contract shall be given the EIC.

A-E RESPONSIBILITY AS IT RELATES TO ASBESTOS (MAY 1991)

The A-E shall inspect all existing facilities being demolished or altered as a part of this design contract to assess presence of asbestos insulation. Concealed spaces shall be inspected where feasible. The assessment shall be based on building age, space functions, past asbestos survey records where available, and construction document records at the activity. Questionable insulation material will be assumed to be asbestos until proven otherwise. The A-E shall make this investigation on the initial site visit, and shall, at all times, exercise due care in accordance with OSHA Standards, 29 CFR 1910.1001 - Asbestos. See 40 CFR 61 Subpart M - National Emission Standard for Asbestos for additional guidance. Results of the inspection shall be included in the first submittal, usually 35%. Suspect friable and non-friable asbestos shall be reported to the OIC immediately.

If asbestos insulation is found, the A-E may be authorized at a later date by contract amendment to:

1. Conduct comprehensive asbestos survey including sample collection and testing and field consultation.

2. For contracts involving extensive asbestos removal, the A-E may be authorized to hire a qualified asbestos consultant or Certified Industrial Hygienist.

3. Prepare plans and specifications to indicate where this material is located and specify the procedure to be followed during construction and/or demolition to prevent the release of airborne asbestos.

If asbestos insulation is found that the A-E did not identify (visible thermal insulation) due to negligent performance of this contract, the A-E will be liable for all additional costs associated with its removal and disposal. These costs might typically include, but are not limited to, delay costs, additional A-E mobilization/demobilization costs, etc.

This clause is to be utilized in conjunction with the "Responsibility of Architect-Engineer Contractor" clause of the contract and is intended to specifically define the A-E's duty and liability with respect to asbestos.

(End of Clauses)

| Post-it™ brand fax transmittal memo 7671 | # of pages ▸ 8 |
|---|---|
| To Chris Cotton | From D. Goddeau |
| Co. | Co. |
| Dept. | Phone # |
| Fax # 803/743-0853 | Fax # |

GEE & JENSON
Engineers-Architects-Planners, Inc.

One Harvard Circle
West Palm Beach, FL 33409
Telephone (407) 683-3301
Fax (407) 686-7446

July 16, 1993

Commanding Officer
Southern Division
Naval Facilities Engineering Command
2155 Eagle Drive
North Charleston, SC 29419-9010

Re: Indefinite Delivery Requirement For Waterfront and Industrial Facilities; A/E Contract No. N62467-93-R-0911

Attention: Code 0212CC

Dear Ms. Cotton:

In accordance with our recent telephone negotiations Gee & Jenson agrees to provide A/E services on the above referenced contract for the wage rates, overhead factors and profits indicated on the attached sheets. As shown on the sheets, wage rates will be escalated on the annual anniversary date of the contract at the rate of 3.3%. Further, our subcontractors, Ralph Hahn and Associates and Hanscomb Associates, Inc., have indicated their agreements with their respective rates.

We look forward to working with the Southern Division team in the accomplishment of those assignments which may be included in this contract.

Sincerely,

Donald L. Goddeau, P.E.
Senior Vice President

DLG:tvb
50:101

encs.

cc: Ralph Hahn & Associates
Hanscomb Associates, Inc.

## BASE YEAR

### GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $34.62 |
| Architect | $21.03 |
| Structural Engineer | $26.00 |
| Mechanical Engineer | $26.18 |
| Electrical Engineer | $22.02 |
| Civil Engineer | $22.92 |
| Landscape Architect | $20.84 |
| Environmental Permitting | $24.83 |
| Architectural Draftsman | $13.95 |
| Structural Draftsman | $16.66 |
| Mechanical Draftsman | $11.93 |
| Electrical Draftsman | $13.96 |
| Civil Draftsman | $12.46 |
| Landscape Draftsman | $12.96 |
| Specification Writer | $24.81 |
| Typist | $10.85 |
| Cost Estimator | $18.12 |
| Overhead | 140% |
| Profit | 10% |

### RALPH HAHN & ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $71.08 |
| Architect | $55.36 |
| Civil Engineer | $49.20 |
| Structural Engineer | $45.80 |
| Mechanical Engineer | $61.49 |
| Electrical Engineer | ~~$57.29~~ 59.07 |
| Architectural Draftsman | $24.51 |
| Civil Draftsman | $24.64 |
| Structural Draftsman | $22.57 |
| Mechanical Draftsman | $33.53 |
| Electrical Draftsman | $35.93 |
| Specification Writer | $51.16 |
| Clerical | $26.21 |

Contains an overhead rate of 134.29% and a profit rate of 10%.



12 Jul 93

**BASE YEAR (Cont'd)**

**HANSCOMB ASSOCIATES, INC. (Consultant)**

| LABOR CLASSIFICATION | RATE |
|---|---|
| Estimator | ~~$60.72~~ 62.20 |

Contains an overhead rate of 140% and a profit rate of 10%.

**FIRST OPTION YEAR**

**GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.**

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $35.76 |
| Architect | $21.72 |
| Structural Engineer | $26.86 |
| Mechanical Engineer | $27.04 |
| Electrical Engineer | $22.75 |
| Civil Engineer | $23.68 |
| Landscape Architect | $21.53 |
| Environmental Permitting | $25.65 |
| Architectural Draftsman | $14.41 |
| Structural Draftsman | $17.21 |
| Mechanical Draftsman | $12.32 |
| Electrical Draftsman | $14.42 |
| Civil Draftsman | $12.87 |
| Landscape Draftsman | $13.39 |
| Specification Writer | $25.63 |
| Typist | $11.21 |
| Cost Estimator | $18.72 |
| Overhead | 140% |
| Profit | 10% |

**RALPH HAHN & ASSOCIATES, INC. (Consultant)**

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $73.42 |
| Architect | $57.19 |
| Civil Engineer | $50.82 |
| Structural Engineer | $47.31 |

SECOND OPTION YEAR (Cont'd)

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | |
|---|---|
| Overhead | 140% |
| Profit | 10% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $75.85 |
| Architect | $59.08 |
| Civil Engineer | $52.50 |
| Structural Engineer | $48.87 |
| Mechanical Engineer | $65.62 |
| Electrical Engineer | ~~$61.13~~ 63.03 |
| Architectural Draftsman | $26.16 |
| Civil Draftsman | $26.29 |
| Structural Draftsman | $24.08 |
| Mechanical Draftsman | $35.78 |
| Electrical Draftsman | $38.34 |
| Specification Writer | $54.59 |
| Clerical | $27.96 |

Contains an overhead rate of 134.29% and a profit rate of 10%.

HANSCOMB ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATE |
|---|---|
| Estimator | ~~$64.79~~ 66.37 |

Contains an overhead rate of 140% and a profit rate of 10%.

THIRD OPTION YEAR

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $38.16 |

THIRD OPTION YEAR (Cont'd)

GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| | |
|---|---|
| Architect | $23.18 |
| Structural Engineer | $28.67 |
| Mechanical Engineer | $28.85 |
| Electrical Engineer | $24.28 |
| Civil Engineer | $25.27 |
| Landscape Architect | $22.97 |
| Environmental Permitting | $27.37 |
| Architectural Draftsman | $15.38 |
| Structural Draftsman | $18.37 |
| Mechanical Draftsman | $13.15 |
| Electrical Draftsman | $15.39 |
| Civil Draftsman | $13.73 |
| Landscape Draftsman | $14.29 |
| Specification Writer | $27.35 |
| Typist | $11.96 |
| Cost Estimator | $19.98 |
| Overhead | 140% |
| Profit | 10% |

RALPH HAHN & ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $78.35 |
| Architect | $61.03 |
| Civil Engineer | $54.23 |
| Structural Engineer | $50.48 |
| Mechanical Engineer | $67.79 |
| Electrical Engineer | ~~$62.15~~ 65.11 A |
| Architectural Draftsman | $27.02 |
| Civil Draftsman | $27.16 |
| Structural Draftsman | $24.87 |
| Mechanical Draftsman | $36.96 |
| Electrical Draftsman | $39.61 |
| Specification Writer | $56.39 |
| Clerical | $28.88 |

Contains an overhead rate of 134.29% and a profit rate of 10%.

HANSCOMB ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATE |
|---|---|
| Estimator | ~~$66.93~~ 68.56 A |

Contains an overhead rate of 140% and a profit rate of 10%.



11.T.193 A

## FOURTH OPTION YEAR

### GEE & JENSON ENGRS., ARCHS., AND PLANNERS, INC.

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $39.42 |
| Architect | $23.94 |
| Structural Engineer | $29.62 |
| Mechanical Engineer | $29.80 |
| Electrical Engineer | $25.08 |
| Civil Engineer | $26.10 |
| Landscape Architect | $23.73 |
| Environmental Permitting | $28.27 |
| Architectural Draftsman | $15.89 |
| Structural Draftsman | $18.98 |
| Mechanical Draftsman | $13.58 |
| Electrical Draftsman | $15.90 |
| Civil Draftsman | $14.18 |
| Landscape Draftsman | $14.76 |
| Specification Writer | $28.25 |
| Typist | $12.35 |
| Cost Estimator | $20.64 |
| Overhead | 140% |
| Profit | 10% |

### RALPH HAHN & ASSOCIATES, INC. (Consultant)

| LABOR CLASSIFICATION | RATES |
|---|---|
| Project Manager | $80.94 |
| Architect | $63.04 |
| Civil Engineer | $56.02 |
| Structural Engineer | $52.15 |
| Mechanical Engineer | $70.03 |
| Electrical Engineer | ~~$65.23~~ 67.26 |
| Architectural Draftsman | $27.91 |
| Civil Draftsman | $28.06 |
| Structural Draftsman | $25.69 |
| Mechanical Draftsman | $38.18 |
| Electrical Draftsman | $40.92 |
| Specification Writer | $58.25 |
| Clerical | $29.83 |

Contains an overhead rate of 134.29% and a profit rate of 10%.