# Exhibit 2

# ORDER FOR SUPPLIES OR SERVICES

(CONTRACTOR MUST SUBMIT FOUR COPIES OF INVOICE)

Form Approved OMB No. 0704-0187 Expires Aug. 31, 1992

PAGE 1 OF 2

Public Reporting burden for this collection of information is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0187), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send your completed form to the procurement official identified in item 6.

| 1. CONTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER | 4. REQUISITION/PURCH REQUEST NO. | 5. CERTIFIED FOR NATIONAL DEFENSE UNDER DMS REG 1 |
|---|---|---|---|---|
| N62467-93-D-0911 | 0001 | 93SEP03 | N65236-001A/01F-DO 0001 | DO- N/A |

6. ISSUED BY CODE N62467
COMMANDING OFFICER, SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 10068
CHARLESTON, SC 29411-0068
CHRIS COTTON, CODE 0211CC; PH 803-743-0936

7. ADMINISTERED BY (if other than 6) CODE
SAME AS BLOCK 6

**DUPLICATE ORIGINAL**

8. DELIVERY FOB
(X) DEST
( ) OTHER
(See Schedule if other)

9. CONTRACTOR CODE FACILITY CODE
GEE & JENSON ENGRS., ARCHS., AND PLANNERS
ONE HARVARD CIRCLE, PO BOX 24600
WEST PALM BEACH, FL 33416-4600
A05606

10. DELIVER TO FOB POINT BY (Date)
See Schedule

11. MARK IF BUSINESS IS
(X) SMALL
( ) SMALL DISADVANTAGED
( ) WOMEN-OWNED

12. DISCOUNT TERMS
None

13. MAIL INVOICES TO
SAME AS BLOCK 14

14. SHIP TO CODE 049
Southern Division, Naval Facilities Engineering Com.
2155 Eagle Drive, P.O. Box 10068
Charleston, SC 29411-0068

15. PAYMENT WILL BE MADE BY CODE
Defense Finance & Accounting Center
Defense Accounting Office – Cleveland Center
621 Pleasant Valley Road
Port Hueneme, CA 93043-4300

MARK ALL PACKAGES AND PAPERS WITH CONTRACT OR ORDER NUMBER

16. TYPE OF ORDER
DELIVERY X — This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE — Reference your ... furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUS HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES THE PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
AB 1731804.57RB 000 652360 068892 2D C30073 652363905O3Q $169,417,00
N2276#N6523693RC30073 UIC N65236 BUPROJ 001A 01F

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICE | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| 0001 | A-E Services for Phase I – On-Site Analysis for NISE East Consolidation in accordance with Attachment A dated 22 Jul 93, Rev. 27 Aug 93.<br><br>The start date for this work will be the date signed by the Contracting Officer.<br><br>The basic contract fee is changed from $0 to $169,417.00, a net increase of $169,417.00. | 1 | JOB | $169,417 | $169,417.00 |

(Continued on Page 2)

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY J. D. Daniel
J. D. DANIEL, Head, Eastern Branch, A-E/Constr. Contracts
CONTRACTING OFFICER/ORDERING OFFICER

25. TOTAL $169,417.00

29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
( ) INSPECTED ( ) RECEIVED ( ) ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

27. SHIP NO. ( ) PARTIAL ( ) FINAL

28. D.O. VOUCHER NO.

30. INITIALS

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

36. I certify this account is correct and proper for payment

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

31. PAYMENT ( ) COMPLETE ( ) PARTIAL ( ) FINAL

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NUMBER | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD FORM 1155, MAY 90 — *Previous editions are obsolete.*

**19. CONTINUED**

Phase II – On-Site Schematic in the amount of $505,074.00 and Phase III – 100% Design in the amount of $1,772,460.00 may be awarded at a later date.

The Government may elect to exercise Phase IV for Review of Contract Submittalsat any time prior to 60 months after date for Phase I in accordance with the attachment Statement of Work in the negotiated amount of $191,040.00 within 36 months of this order with an escalation of 3.3% (.275% per month) beyond 36 months after award of Phase I for an additional 24 months. The exercise of this phase will be accomplished by formal modification to this order.

The following trip rate is hereby established for Unplanned Field and Office Consultation for NISE East Consolidation:

| | | |
|---|---|---|
| Architect | $21.03 x 2.40 OH x 1.10 profit x 16 hours | = $ 888 |
| Structural | $26.00 x 2.40 OH x 1.10 profit x 16 hours | = $1,098 |
| Airfare | 2 people x ($566 to Chasn) | = $1,132 |
| Rental | 1 car x $55 x 1 | = $ 55 |
| Subsistence | 2 people x 1 day at $93 | = $ 186 |
| | | $3,359 |

The above trip rate will be accomplished by formal modification to this order.

Attachment A – Statement of Work dated 22 Jul 93, Rev. 27 Aug 93
Attachment B – Gee & Jenson agreement letter dated 2 Sep 93

Code 4021(JAC)
Date 22 JULY 93
REV: 27 AUGUST 93

DEPARTMENT OF THE NAVY
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P. O. BOX 190010
NORTH CHARLESTON, SC 29419-9010
APPENDIX A: STATEMENT OF WORK

Project Title: NISE EAST COMPLEX

Location: NWS SOUTH ANNEX, CHARLESTON S.C.

A/E Contract No.: N62467-93-R-0911
DELIVERY ORDER 0001/00

Project Outline:

| ITEM | SCOPE | U/M | NET CONSTRUCTION FUNDS AVAILABLE |
|---|---|---|---|
| ENGINEERING CENTER | 256,000 | SF | $25,975,535 |
| LABORATORY | 180,000 | SF | 9,442,309 |
| WAREHOUSE FACILITY | 308,000 | SF | 2,036,434 |
| TOTAL | | | $37,454,278 |

# TABLE OF CONTENTS


| TOPIC | PARAGRAPH |
|---|---|
| **SECTION 1 - GENERAL DESCRIPTION** | |
| Project Description | 1.1 |
| Construction Funds | 1.2 |
| **SECTION 2 - SCOPE OF SERVICES** | |
| Phase I - Project Engineering Phase A | 2.1 |
| Project Team Orientation Meeting | 2.1.1 |
| Site Investigation | 2.1.2 |
| User Questionnaire | 2.1.3 |
| On-Site Project Analysis Conference | 2.1.4 |
| On-Site Schematic Conference (Squatter's Session) | 2.1.5 |
| Phase II - Project Engineering Phase B | |
| Photography | 2.1.6 |
| Roofing Analysis | 2.1.7 |
| Asbestos Assessment | 2.1.8 |
| Energy Analysis | 2.1.9 |
| Economic Analysis | 2.1.10 |
| Fire Protection Assessment | 2.1.11 |
| Environmental Permits and Approvals | 2.1.12 |
| Project Engineering Submittal | 2.1.13 |
| Phase III - Final Design Phase | 2.2 |
| A/E Orientation | 2.2.1 |
| In-Progress Reviews | 2.2.2 |
| Outline Specifications | 2.2.3 |
| Structural Interior Design (SID) | 2.2.4 |
| Comprehensive Interior Design (CID) | 2.2.5 |
| 100% Design Documents | 2.2.6 |
| Site/Existing Conditions Verification | 2.2.7 |
| Final Design Documents | 2.2.8 |
| Environmental and Construction Permit Applications | 2.2.9 |
| Special Design/Construction Features | 2.2.10 |
| Coordination Review | 2.2.11 |
| NAVFAC Drawing Database | 2.2.12 |
| Operating and Maintenance Support Information | 2.2.13 |
| Bidding, Construction and Post Construction Phases | 2.3 |
| Preparation of Amendments | 2.3.1 |
| Bidding Support | 2.3.2 |
| Post Design and Construction Support | 2.3.3 |

SECTION 3 - ADDITIONAL CONSIDERATIONS


| | |
|---|---|
| Design Criteria and Project Specifications | 3.1 |
| Obtaining Design Criteria | 3.1.1 |
| Design Kit | 3.1.2 |
| Specifications | 3.1.3 |
| Handicapped Access | 3.2 |
| Seismic Design | 3.3 |
| Submittal Register | 3.4 |
| Conference Minutes/Telephone Transcripts | 3.5 |
| Identification of Project Documents | 3.6 |
| Drawing Mylars | 3.7 |
| Cost Engineering | 3.8 |
| Medical and Dental Projects | 3.9 |
| Site Adaptation of Previous Design | 3.10 |
| Unplanned Consultation During Design and Construction | 3.11 |
| Historical Structures | 3.12 |


SECTION 4 - A/E RESPONSIBILITY & RELATION TO GOVERNMENT


| | |
|---|---|
| OIC Point of Contact | 4.1 |
| Governing Criteria | 4.2 |
| Consultation with Client Activity | 4.3 |
| Site Investigation Responsibilities | 4.4 |
| Site Investigation Reports | 4.4.1 |
| Payments | 4.5 |


SECTION 5 - PROJECT LIMITATIONS


| | |
|---|---|
| Scope Limitation | 5.1 |
| Cost Limitation | 5.2 |


SECTION 6 - SCHEDULE OF SERVICES AND SUBMITTALS


| | |
|---|---|
| Project Schedule | 6.1 |
| Submittal Document Set Composition | 6.2 |
| Distribution of Submittals | 6.3 |

## SECTION 1 - GENERAL DESCRIPTION

This is a statement of required services to be performed by a professional Architect/Engineer (A/E) under the direction of the Commanding Officer, Southern Division, Naval Facilities Engineering Command, referred to hereinafter as the Officer-in-Charge (OIC), or his representatives, referred to hereinafter as Engineer-in-Charge (EIC)/Architect-in-Charge (AIC), Resident Officer-in-Charge of Construction (ROICC), and the Contracting Officer.

1.1 Project Description: The project consists of constructing a new engineering center, converting several buildings to lab spaces and upgrading warehouses.

1.2 Construction Funds: Funds in the amount of $37,454,278 are scheduled to be available for construction of the Project.

## SECTION 2 - SCOPE OF SERVICES

Phase I of A/E services includes project development, and on site analysis sessions. Phase II of A/E Service includes on site schematic sessions, facilities studies, and parametric cost estimating and programming, for the Project. Phase III of A/E services includes development of a complete design for the Project including preparation of drawings, specifications, design calculations, and detailed estimates of construction cost. The A/E shall conform to the requirements of SOUTHNAVFACENGCOM P-141 (A-E Guide), except as modified herein. The A-E will be held responsible for the quality of their work. If the EIC/AIC determines that a design submittal is unacceptable, thus necessitating a resubmittal, the Contracting Officer may require the A/E to travel to SOUTHNAVFACENGCOM at no additional cost to the Government to resolve the problems with the design.

### 2.1 PHASE I - PROJECT ENGINEERING PHASE A

Phase I services shall be accomplished by the A/E immediately after award of this contract. No portion of Phases II or III Services shall be accomplished or compensated for prior to award of a contract modification or written Notice to Proceed. Phase I will consist of the following:

#### 2.1.1 PROJECT TEAM ORIENTATION MEETING

A project team orientation meeting will be held at the activity's locations to introduce all team members, outline the Phase I process, discuss team objectives, discuss project goals and objectives, develop the schedule of Phase I events, gather available organizational, site, and other existing information, discuss the unique aspects of the project, determine initial site investigative work, familiarize the team with the site, and identify any similar facilities for potential site visits and

building evaluations. The team members shall include representatives from the customer group (funder, operator, user, and maintainer), the A/E, and Southern Division. The minutes for the orientation meeting will include a clear written understanding of the team's objectives relative to the on-site process. Also included, will be the initial written goals and objectives specific to the project.

2.1.2 SITE INVESTIGATION

The A/E shall obtain site data and investigate existing site conditions, utilities and facilities as necessary to properly integrate design of the Project with existing site conditions. Except as otherwise contracted, site investigation shall include complete and accurate soils investigation, topographic survey and verification of location and availability of utility and drainage systems. Existing as-built record drawings when available will be furnished by the client activity for information; however, the A/E shall be responsible for field verifying as-built drawings and other site features which may influence the design of the Project. The A/E shall photograph and study the surrounding built and unbuilt environment for purposes of providing compatible design.

2.1.3 USER QUESTIONNAIRE

The A/E shall prepare and distribute a User Questionnaire intended to obtain quantitative and descriptive information and criteria from the facility users required to complete design of this project. Questions will include but are not limited to staffing, adjacencies, relationships, furnishings, equipment, power requirements, heat load, and other special requirements. Questionnaires should be issued and returned prior to on-site team conferences.

2.1.4 ON-SITE PROJECT ANALYSIS CONFERENCE

The A/E shall conduct an on-site project analysis conference at the activity to systematically define the project. The preparatory effort will include all preliminary field and office work including questionnaires, special studies, literary surveys, code research, analysis of existing field conditions, project photographs, and preliminary graphical presentation material on data collected. The A/E shall perform adequate preliminary field and office work including special studies as necessary to be thoroughly prepared for this conference.

A comprehensive look at project requirements is necessary to define and organize program elements and design features prior to beginning the schematic design. The intent is to enhance communications among team members; to analyze and address all concepts, issues, and priorities pertaining to the project; and understand the goals, objectives, processes, and relationships of

the users being served. Conference/work room space will be provided by the Government. This analysis study will include as a minimum:

a. determining project goals and objectives
b. preparing graphic analysis of project site, existing facilities, and other pertinent factual data
c. conducting interviews and work sessions with designated user groups and key decision makers (qualitative information)
d. graphical diagramming and organizing conceptual information
e. refining quantitative information including project scope, space allocations, parking, budgetary cost estimate, of primary and supporting facilities, etc.
f. preparing summary project statements that reflect the unique qualitative aspects of the project
g. developing gaming diagrams of spaces graphically illustrating spatial proportions and relationship
h. documenting any outstanding issues to be resolved with an indication of who is responsible
i. reaching total team consensus on project definition

The project analysis conference will be completely documented in 8 1/2" x 11" format, describing the user's objectives, project data, conceptual considerations, quantitative needs, and summary project statements. It will include the organization and analysis of interview results, questionnaire summaries, investigative reports, economic considerations, cost summary, of primary and supporting facilities, outstanding issues, conference minutes, and other project information and data. The information in the document shall be the result of a collaborative effort by the total project team.

Phase II - Project Engineering Phase B

2.1.5 ON-SITE SCHEMATIC CONFERENCE (SQUATTER'S SESSION)

The A/E shall conduct an on-site project schematic development conference at the activity to develop an approved schematic design based on the project analysis documentation.

Prior to the on-site schematic conference, all the A/E team members should have a thorough understanding of the project analysis documentation. The preparatory work for this conference should include resolution of any outstanding issues, graphical clarifications of any concepts, and any other work necessary to be fully ready to produce a schematic design. The A/E shall prepare in advance of the conference preliminary concepts as necessary to develop and improve upon during the on-site.

The on-site schematic conference will be attended by the total project team including all applicable disciplines of the A/E design team. Conference room space will be provided by the Government. The conference will be working session utilizing the team approach and will continue until agreement on a schematic design is reached. Elements of the schematic conference include verification of the project analysis documentation (program requirements and square footage), preliminary selection of construction materials and systems, economic analysis, preliminary parametric cost estimate, and schematic design drawings.

Afterwards, the A/E will prepare minutes of the conference and will forward a formal Project Engineering Submittal (Schematic Documentation) to include site plan(s), floor plan(s), roof plan(s), elevations, major building sections, color slides and photos, fire and life safety code search, parametric cost estimate, outfitting/furnishing (collateral equipment) lists, rough furniture layout plan, total team sign off sheet indicating schematic approval, and other information required by the "Project Engineering Submittal" paragraph.

2.1.6 PHOTOGRAPHY

The A/E shall submit with the Project Engineering submittal a video tape record (VHS format) of existing site conditions and prominent facilities adjacent to the project site that will influence the architectural design of the project. The video tape shall be forwarded to the AIC/EIC and will be studied by the Architectural Review Board to determine the architectural compatibility of the project with existing permanent facilities. The video tape must include an audio description of existing facilities and site features keyed to a site map.

2.1.7 ROOFING ANALYSIS

Submit a roofing report with the Project Engineering Submittal. For new construction the Roofing Report shall describe the roof system to be installed and include the following as a minimum: structural deck type, vapor treatment, insulation type, thickness, and attachment, membrane type and attachment, and surfacing type. For roof replacement and repair, investigate the existing construction and conditions as necessary to provide an effective and constructible design. Determine adequacy of substrates and components to receive any attachments necessary. Thoroughly investigate the deck conditions so as to include appropriate repair and safety provisions in the design documents, calling specific attention to areas of unsound material. Such investigation may involve destructive and nondestructive means in addition to visual inspection. Cut a minimum of one core sample on each roof section to be repaired or replaced for purposes of identifying existing materials, attachment, and condition. Provide a permanent watertight patch of compatible materials where the core

sample was removed. The Roofing Report shall include the following as a minimum: existing roof construction and method of attachment, deck type and condition noting any areas of deterioration, and a description of the roof system to be installed including vapor treatment, insulation, membrane, surfacing, type of attachment, and photographs (not photo copies) of general conditions and specific areas requiring repair or replacement. Photos shall be indexed or keyed. Areas of deck deterioration shall be clearly identified and appropriate repair and safety provisions included in the final contract documents.

2.1.8 ASBESTOS ASSESSMENT

The A/E shall make an asbestos probability assessment of all existing facilities being demolished or altered as part of this Project. The assessment shall be based on building age, space functions, past asbestos survey records where available, construction document records at the activity, and visual observations. Concealed spaces shall be assessed where feasible. The assessment shall determine the location, condition, and quantity of all materials suspected of containing asbestos. The A/E shall make these determinations on the initial site visit, and shall, at all times, exercise due care in accordance with OSHA standards. The results of the assessment shall be included with the Project Engineering submittal. Suspected friable and non-friable asbestos shall be reported to the EIC/AIC immediately. The A/E may be authorized at a later date by contract amendment to conduct a comprehensive asbestos survey (including sample collection, testing, handling and disposal) from which detailed plans and specifications shall be provided. Consultants must be properly licensed to operate within the applicable State.

2.1.9 ENERGY ANALYSIS

The A/E shall perform an energy analysis, investigating all architectural, electrical, mechanical and other energy related features of the project. The analysis shall be conducted in accordance with and by the methods prescribed in SOUTHNAVFACENGCOM 15000; special emphasis is directed to Section 7. For this project, a full computerized energy analysis as described in SOUTHNAVFACENGCOM 15000, Section 7 shall be used. Preliminary micro-computer or hand calculations may be used to eliminate simple alternatives before inputting the final analysis. Results of the preliminary analysis shall be included in the Input Data Summary and the "Basis of Design".

2.1.9.1 The alternatives to be considered shall be formulated and presented for approval prior to performing the actual energy analysis. In addition, a summary of the energy analysis input data to be used in the final analysis shall be presented. The summary shall include all data as required by SOUTHNAVFAC 15000, Section 7, and the A/E Guide, Section 15.

Normally, alternatives and input data will be generated and approved during the on-site schematic development meeting. In the event there is a requirement for an accelerated schedule, telephonic approval may be obtained from SOUTHNAVFAC Code 4032, (803) 743-0381. A record of the telephonic approval shall be prepared by the A/E and forwarded to the EIC/AIC. The A/E shall not prepare the final analysis without approval by the EIC/AIC of the alternatives and Input Data Summary.

2.1.9.2 Based on the approved alternatives and Input Data Summary, the final analysis shall be performed to select the optimum alternatives for incorporation into the design. Selection shall be based on lowest life cycle cost; however, <u>no alternative shall be considered unless proven system performance can be assured within the required design parameters</u>. Work shall be scheduled such that design effort contingent upon the results of the analysis will not begin until the optimum design has been determined.

2.1.9.3 Deliverables - The final analysis shall repeat the alternatives considered and the input data summary required above, and shall include 8 1/2" X 11" copies of all computer input/output sheets. An evaluation summary of output results shall be given for each alternative considered, and rationale presented for each system selected. The final analysis shall become a part of the "Basis of Design" and shall be submitted with the Project Engineering submission. Computer sheets may be bound separately from the "Basis of Design".

2.1.10 ECONOMIC ANALYSIS

The A/E shall perform life cycle cost analyses to assess the economic consequences of alternative systems, subsystems or building components which contribute significant construction costs to the Project. The analyses shall be prepared using methods described in NAVFAC P-442 "Economic Analysis Handbook" and shall be presented in the supporting documentation for the Project Engineering submittal. Such analyses are in addition to the requirements of the Energy Analysis.

2.1.11 FIRE PROTECTION ASSESSMENT

In order to assess the adequacy of water supply for fire fighting purposes, the A/E shall conduct water pressure and water flow field tests. Results of these tests shall be included with the Project Engineering submittal.

2.1.12 ENVIRONMENTAL PERMITS AND APPROVALS

Design of the Project shall comply with all applicable environmental and stormwater laws, codes, and regulations and the requirements of permitting agencies. The A/E shall identify all permits and approvals which are required for the Project by

coordinating with all applicable Federal, State and local agencies.

2.1.13 PROJECT ENGINEERING SUBMITTAL

In addition to the services previously described, the A/E shall provide a Project Engineering submittal consisting of the following:

a. Project site plan and location map showing all structures, roads, parking, retention ponds and walkways in 8 1/2" by 11" format and D size (34" by 22") format.

b. Single line floor plans showing functional utilization and layout for major pieces of equipment including consideration for systems furniture where appropriate, in 8 1/2" by 11" format and D size (34" by 22") format.

c. Sketches showing exterior elevations and materials and one building section in 8 1/2" by 11" and D size formats.

d. Topographical and site survey on D size drawings, complete soils investigation report and other site investigation reports as required. Show soil boring locations on topographical survey drawings.

e. Utilities layout plan showing connection points and routes for all project utilities, as well as any off-site utility upgrade requirements, on D size drawings.

f. Environmental plan discussing any significant environmental issues and identifying all required permits, approvals or easements that will be required. Provide names and addresses of permitting agencies and a time schedule for obtaining necessary permits and approvals.

g. Basis of Design for all architectural systems including, but not limited to, wall and roof systems and a compatibility analysis showing architectural style, materials and compatibility with the urban design as established in the Base Exterior Architectural Plan (BEAP). Also provide typical roof and exterior wall sections to demonstrate the design control of moisture migration and water penetration.

h. Basis of Design for the mechanical systems.

i. Basis of Design for the electrical systems.

j. Basis of Design for the structural systems.

k. Basis of Design for civil systems including stormwater management.

l. Basis of Design for any unique design features which will significantly influence project cost; i.e. security, hardening, pollution abatement, special construction quality control, systems furniture, etc.

m. Design assumptions, preliminary calculations, economic analysis considerations, life safety considerations, energy analysis/considerations, etc., supporting the Basis of Design.

n. A written report for all investigative and interview fact findings.

o. Parametric project cost estimate in NAVFAC Cost Engineering Systems format using NAVFAC provided computer program.

p. NAVFAC DD Form 1391 and Budget Estimate Summary Sheet. Refer to SOUTHDIV 01191, "Guidelines for Preparation of Project Engineering Documentation", for guidance.

q. Total Team Sign-off Sheet. The A/E shall obtain signatures of all major project participants (customer/user, activity, major claimant, A/E, SOUTHNAVFAC, etc.) that the documents contained in the Project Engineering submittal are satisfactory.

r. Project special consideration statements. Refer to SOUTHDIV 01191 for guidance.

s. Collateral equipment list. The A/E shall develop a facility outfitting list of furniture and equipment based on information provided by the activity customer and interviews with the activity.

t. Land acquisition/easement data. Where applicable, the A/E shall prepare legal plats and descriptions for any easements or land, not owned by the Federal Government, which must be acquired for this project.

u. Dredging information. Where applicable, the A/E shall estimate the quantity of dredging, show limits of dredging and identify disposal sites.

2.2 PHASE III - FINAL DESIGN PHASE

Phase III shall consist of design services for the project in accordance with the A/E Guide except as modified herein. Design services shall be based on the approved Project Engineering submission. Documentation shall be as set forth in the A/E Guide. The Government will have the right of proceeding with Phase III services within 24 months after the award of the contract for Phase II. The Government right of proceeding with Phase II services will be contingent in part upon the Project remaining substantially the

same as described in Section 1. Phase III will consist of the following:

2.2.1 A/E ORIENTATION

A one day A/E orientation briefing will be conducted at SOUTHNAVFACENGCOM by the EIC/AIC for A/Es with no recent work experience with SOUTHNAVFACENGCOM. A/E representatives of each applicable discipline, including consultants, who will actually be responsible for the various aspects of the design shall attend.

2.2.2 IN-PROGRESS REVIEWS

The A/E shall work closely with the activity/user and SOUTHNAVFACENGCOM during the design phase. Since the first formal submission the A/E will make is the 100% design submission, the A/E should plan on frequent in-progress review meetings and submissions of in-progress design documents. For purposes of estimating travel and reproduction costs assume 3 in-progress review meetings will be held at the A/E's office and 5 copies of in-progress documents will be mailed to locations specified by the EIC/AIC. Travel and reproduction for additional in-progress reviews will be negotiated as a modification to this contract. Additional in-progress reviews may also be held at the A/E's office as deemed necessary by the EIC/AIC.

2.2.3 OUTLINE SPECIFICATIONS

Prior to beginning development of project specifications the A/E shall submit an outline specification to the EIC/AIC for review. The outline specification shall be prepared as specified in Section 18 of the A/E Guide.

2.2.4 STRUCTURAL INTERIOR DESIGN (SID)

Structural Interior Design consists of the design, selection and color coordination of all building surfaces, built-in furnishings, window treatments, interior graphics/signage, and similar items that are integral to or attached to the structure. Systems furniture consisting of powered panels with hung on worksurface and storage units and task seating will be included. Additionally, preliminary furniture/equipment layouts showing adequate wall space, circulation area, and other related considerations shall be contained in the 100% and final design submittals. Coordination with the Comprehensive Interior Designer (CID) is required. The A/E shall prepare 2 interior color boards (8-1/2" X 11" format) using actual samples of materials to be incorporated in the Project and shall submit them with the 100% design submittals.

2.2.5 COMPREHENSIVE INTERIOR DESIGN (CID)

The A/E shall be required to perform CID service consisting of space planning and furnishings/equipment selection for outfitting the facility. Space planning consists of creating appropriate adjacencies and layout for open planned spaces and functional layout for all other spaces. Furnishings selections service consists of specifications from government and commercial sources in accordance with military procurement regulations and applicable tables of allowances. CID Phase A will require A/E orientation at SOUTHNAVFACENGCOM, a pre-design meeting with the customer/activity, a concept submittal brochure at Phase III 100% design submittal consisting of: concept statement, furnishings plans, furnishings illustrations, item summary list (source, quantity, and price) and furnishings finish boards, followed by a presentation of the concept brochure. The Phase III final design submittal for CID Phase A consists of updating the 100% submittal along with action taken in response to the 100% review. CID Phase B will require a pre-final submittal consisting of all items of the Phase III final design submittal for CID Phase A as well as procurement data, specifications, waivers, and related data and may require a review conference with the activity customer. The CID Phase B final submittal will be an updated pre-final.

2.2.6 100% DESIGN DOCUMENTS

The 100% design documents shall be prepared in accordance with the A/E Guide and shall be complete and ready for advertisement. Therefore, all A/E reviews shall be accomplished prior to the 100% submittal and the 100% documents shall contain all A/E signatures and professional seals, contract numbers and NAVFAC drawing numbers.

2.2.7 SITE/EXISTING CONDITIONS VERIFICATION

The A/E shall visit the Project site with the ROICC CHARLESTON and Public Works NWS representatives during the 100% review period to field verify the accuracy of the design and existing conditions as shown on the construction documents. Any discrepancies or omissions shall be corrected prior to the final submittal. The A/E shall provide a visit report outlining the scope of the site verification and the findings.

2.2.8 FINAL DESIGN DOCUMENTS

If the OIC chooses not to advertise the 100% design submittal, the A/E shall resolve or incorporate all 100% review comments into the final submittal.

2.2.9 ENVIRONMENTAL AND CONSTRUCTION PERMIT APPLICATIONS

When environmental/construction permits are required, the A/E shall provide signed and sealed environmental permit applications including all necessary drawings, specifications, sketches, calculations, etc. Unless otherwise approved, all such documents shall be provided with the 100% submittal to the EIC/AIC for submission to the appropriate agencies. Permit documents shall be signed and sealed by a professional engineer registered in the state where the project is located.

2.2.10 SPECIAL DESIGN/CONSTRUCTION FEATURES

The A/E shall provide a listing of special design and construction features peculiar to this project with the 100% submittal. This listing should highlight those features that may require special Government attention during fabrication and/or construction. Examples of such features might include special phasing requirements, unusual tolerances, specialized or unique construction features, critical quality control requirements (submittals, testing or inspection), etc. As part of the 100% submittal, the A/E shall also identify specific points during the construction sequence where the A/E recommends visits to the job site to allow the A/E to observe construction and provide assistance to the ROICC. If such visits are required they will be authorized by contract amendment at a later date. If the A/E determines that there are no special design and construction features peculiar to this project, the A/E shall provide a negative response to this requirement.

2.2.11 COORDINATION REVIEW

Prior to submitting 100% documents, the A/E shall conduct a formal interdisciplinary coordination review of the completed design to ensure that the drawings and specifications are fully coordinated and checked. This review shall be conducted by an independent team of engineers and architects who were not directly involved with the design of the project. As part of the 100% submittal the A/E shall provide the marked-up coordination review check set of drawings and specifications to demonstrate that such a review has been performed.

2.2.12 NAVFAC DRAWING DATABASE

Provide a 3.5 inch or 5.25 inch floppy disk with a list of all NAVFAC drawing numbers and titles used in this project. (This is the same information that will be required in the project specification section 01010.) Provide the database in a two column format with the drawing number as one column and the drawing title (all capital letters) as the other column. The database will be appended to a dBase III Plus database, therefore, a seven digit

number, a space then a maximum forty character drawing title is needed. The data must be in ASCII, WordPerfect 5.0, Lotus 123, Volkswriter, or dBase III Plus. If dBase III Plus format is chosen the file structure should be:

| | | | | |
|---|---|---|---|---|
| 1 | NUMBER | Numeric | 7 | 0 |
| 2 | SUBTITLE | Character | 40 | |

2.3 BIDDING, CONSTRUCTION AND POST CONSTRUCTION PHASES

2.3.1 PREPARATION OF AMENDMENTS

The A/E shall prepare amendments to the construction documents and cost estimates during the bidding and construction phases as necessary to interpret and clarify the documents, and to correct errors and omissions. The A/E shall prepare amendments in accordance with SOUTHNAVFACENGCOM Guide Specification 01007, entitled "CONTRACT AMENDMENTS-GUIDANCE AND PROCEDURES." These services will be provided by the A/E without additional compensation. The A/E shall not respond to questions from bidders or contractors without approval of the Contracting Officer.

2.3.2 BIDDING SUPPORT

The A/E will not be required to reproduce or distribute bidding documents or otherwise provide special bidding services. Final cost estimates that are over or under the apparent low responsive bid by more than 15% will require a post-bid analysis by the A/E to determine the reasons for the variance. The A/E shall submit a written analysis to the EIC/AIC within seven days after date of request by the EIC/AIC. The analysis shall identify specific areas of variance, the reasons for the variances, and an award/reject recommendation with full rationale to support the recommendation.

2.3.3 POST DESIGN AND CONSTRUCTION SUPPORT

2.3.3.1 REVIEW OF CONTRACT SUBMITTALS - PHASE IV

A fee for the review of construction contract submittals shall be negotiated as Phase IV for future award by the Contracting Officer. The Contracting officer may exercise Phase IV at any time prior to 36 months after the award of this action at the negotiated price. Phase IV may be exercised at any time prior to 60 months after the award of this action at the price stated in this delivery order escalated at a rate as specified in the basic contract for each month in excess of the 36 months, up to 24 months. The A/E shall review all shop drawings, manufacturer's catalog data and other construction contract submittals, except those reserved for approval by the ROICC, SOUTHNAVFAC, or the contractor's quality control staff. The A/E will not be required to review fire protection submittals. All

submittals shall be forwarded by the ROICC or the contractor to the A/E for review. The A/E shall review these submittals for compliance with the construction contract documents and provide a written recommendation to the ROICC for approval, disapproval or resubmittal within 10 working days after receipt.

The A/E is cautioned that submittals cannot be expected in a single complete package. Submittals can be expected at various times and for various items throughout the construction phase of the project. Each copy of the submittals shall be stamped by the A/E with the date and time received, construction contract number and title, specification number, and name of the A/E firm, and shall contain the signature of the person performing the review and the date of the review. A minimum of four copies of each submittal shall be returned to the ROICC and all copies shall be annotated by the A/E with any comments, deficient items or changes.

Submittals for any equipment requiring utility connections shall be specifically reviewed for proper interface with the utility. Reviews should identify any deviations and state what modifications are necessary to install the equipment in accordance with the supplied data. A specific check shall also be made to determine that equipment which is to be installed in hazardous locations is approved for use in the particular Class, Division, and Group of the hazardous location.

If submittals are unsatisfactory or do not conform to the contract plans and specifications to such an extent that the A/E recommends rejection or resubmission, notes of sufficient scope for the contractor to correct the submittal shall be clearly marked on all copies of the submittal. The contractor will then resubmit and the A/E must repeat the review cycle until the submittals are in compliance with the contract documents and all approved deviations are clearly marked. If after two submittals have been reviewed, the A/E determines that the contractor is not progressing satisfactorily toward submittal completion, he shall inform the ROICC.

2.3.3.2 OTHER SUPPORT SERVICES

The A/E may be authorized by contract modification at a later date to provide post design and construction administration services consisting of:

a. Field observation and consultation
b. Full time inspection of project construction
c. Preparation of Operating and Maintenance Support information (OMSI), O&M manuals, training, etc.
d. Preparation of construction contract amendments, including cost estimates to describe new or revised project requirements

e. Office consultation
f. Preparation of as-built record drawings
g. Start-up assistance
h. Post-occupancy evaluation
i. Architectural photography of the completed project.

## SECTION 3 - ADDITIONAL CONSIDERATIONS

### 3.1 DESIGN CRITERIA AND PROJECT SPECIFICATIONS

A/E shall design the project and prepare the project specifications in accordance with criteria and guide specifications listed in the current "SOUTHNAVFACENGCOM Index of Criteria" (Guide 00001), and with other criteria as may be provided by the EIC/AIC. This "Index of Criteria" lists Guide Specifications, NAVFAC Design Manuals, Military Handbooks, and other types of criteria documents; the "Index of Criteria" can only be obtained from SOUTHNAVFAC-ENGCOM. The Compact Disc-Read Only Memory (CD-ROM) system titled Construction Criteria Base (CCB), distributed by the National Institute of Building Sciences (NIBS), includes most of the criteria used for SOUTHNAVFACENGCOM projects; this same criteria is available (in paper copies) from the Naval Publications and Forms Center.

#### 3.1.1 OBTAINING DESIGN CRITERIA

A/E is responsible for obtaining all necessary NFGS Guide Specifications listed in the "SOUTHNAVFACENGCOM Index of Criteria" at his expense; SOUTHNAVFACENGCOM will provide only the interim Regional Revisions to these guides. SOUTHNAVFACENGCOM will provide paper copies of pertinent NAVFAC Design Manuals, Military Handbooks, and NAVFAC Technical Publications upon request (Note that these documents are also available from the two sources named in above paragraph). Other items listed in the Index of Criteria, that are not available from either of the sources named in the above paragraph, and are necessary for the project, will be provided, upon request, by SOUTHNAVFACENGCOM at no cost to the A/E. Addresses for the above sources are included in the A/E Guide.

#### 3.1.2 DESIGN KIT

After award of the A/E contract, (and after each amendment to an Indefinite Quantity A/E contract,) the A/E will be provided with a "Design Kit". This Design Kit will include the following regional information (which is not available from the CCB): the current SOUTHNAVFACENGCOM Index of Criteria, a set of the current SOUTHNAVFACENGCOM interim Regional Revisions to the NFGS Guide Specifications, and other applicable regional guidance. Paper copies of guide specifications included in the CCB will not be provided. The EIC/AIC may include some of the pertinent Design

Manuals, Military Handbooks, and other design criteria at this time. Ensure that a current DESIGN KIT is on hand before starting each project; if not, request one from the EIC/AIC.

3.1.3 SPECIFICATIONS

The project specifications shall be prepared utilizing the "SPECSINTACT" system of the "Construction Criteria Base" (CCB). Note the emphasis on the requirement to use the "SPECSINTACT" system; merely subscribing to CCB and then developing specifications by any other method, other than "SPECSINTACT", will not be acceptable. The A/E shall use the Guide Specifications listed in the current "SOUTHNAVFACENGCOM Index of Criteria" for each project. Most of these Guides are included in the "NAVY" Master, or the "SOUTHDIV" Master, of the "SPECSINTACT" System. Additionally, the A/E shall incorporate all applicable SOUTHNAVFACENGCOM interim Regional Revisions, and any other pertinent specification information that the EIC/AIC may provide. Should there be a substantial time lapse between A/E's receipt of the initial Design Kit for a project and the time the A/E actually starts preparation of the specifications (more than three months), the A/E shall obtain a current SOUTHNAVFACENGCOM Index of Criteria, and a current set of SOUTHNAVFACENGCOM interim Regional Revisions before preparing specifications. In addition to the hard copies required with the "final" submission, provide a "SPECSINTACT" system back-up copy of the completed project specification on 3 1/2 inch or 5 1/4 inch floppy disks. (Do NOT use DOS "Backup" for this purpose.)

3.2 HANDICAPPED ACCESS

The Project shall be designed for accessibility of physically handicapped persons in accordance with the "Uniform Federal Accessibility Standards".

3.3 SEISMIC DESIGN

Project design is required for Seismic Zone 3 in accordance with NAVFAC P-355, "Seismic Design for Buildings".

3.4 SUBMITTAL REGISTER

The A/E shall generate a Submittal Register, using the "SPECSINTACT" system of the Construction Criteria Base. Column (e), titled "GOVT OR A/E REVIEWER", of this computer generated Submittal Register shall be filled in manually by the A/E, utilizing information from SOUTHNAVFACENGCOM Guide 01031 "Instructions/Procedures for Construction Contract Submittals". This completed Submittal Register shall be included as an attachment to project specification section 01300 "Submittals".

3.5 CONFERENCE MINUTES/TELEPHONE TRANSCRIPTS

The A/E shall prepare minutes of all conferences, meetings and telephone conversations in connection with this Project and distribute copies to all parties. The EIC/AIC, Attn: Code 4021JAC shall be included for copies of all minutes and transcripts regardless of attendance/participation.

3.6 IDENTIFICATION OF PROJECT DOCUMENTS

The Project submittal documents shall be packaged into three separate and complete sets identified with the following Construction Contract and Specification Numbers:

| Project | Construction Contract No. | Specification No. |
|---|---|---|
| FY94 Engineering Ctr | N62467-93-C-1096 | 06-93-1096 |
| FY94 Laboratory | N62467-93-C-1097 | 06-93-1097 |
| FY94 Warehouse Fac. | N62467-03-C-1098 | 06-93-1098 |

3.7 DRAWING MYLARS

The A/E will be furnished pre-printed "D" size mylars (34" X 22"). All final drawings shall be prepared in accordance with the A/E Guide; they shall be either hand-drafted or computer-aided mylar originals or photographic reproductions using washoff image mylar, of 3-4 mil thickness, with images on front of sheet only if 4 mil mylar is submitted. Diazo-type or electrostatic reproduction processes are not acceptable. Neither will stick-ons be allowed on final submittal drawings. Special pre-printed mylar sheets such as plan and profile or cross-section sheets shall be provided by the A/E.

3.8 COST ENGINEERING

The A/E shall prepare construction cost estimates for the project in accordance with 01190, "SOUTHNAVFACENGCOM Cost Estimate Instruction" (latest edition). This project will require the A/E to prepare the cost estimate using the NAVFACENGCOM Cost Engineering System (CES) microcomputer cost estimating program.

3.11 UNPLANNED CONSULTATION DURING DESIGN AND CONSTRUCTION

A schedule of rates for unplanned field and office consultation/support during design and construction will be negotiated as an option for future contract modification. The A/E shall not undertake any unplanned consultative services unless specifically authorized by the Contracting Officer. Unplanned consultative services may include, but may not be limited to the following:

a. Design services
b. Site investigation

c. Consultation to the EIC/AIC or ROICC
d. Review of variances during construction

Manday rates shall be stated in the basic contract.

3.12 HISTORICAL STRUCTURES

This project involves an existing property that is potentially eligible for listing on the National Register of Historic Places. The design must comply with applicable State and Federal guidelines for historical buildings.

SECTION 4 - A/E RESPONSIBILITY & RELATION TO GOVERNMENT

4.1 OIC POINT OF CONTACT

During the execution of the Project design, the A/E shall direct all technical matters through the Project EIC/AIC Jim Caulder, Code 4021(JAC), and all contractual matters through the Contracting Officer, unless otherwise directed in writing.

4.2 GOVERNING CRITERIA

In the event there is a conflict between the Project scope and estimated cost supplied herein and those appearing in other project data which may be provided, the scopes and estimated costs shown herein shall govern.

4.3 CONSULTATION WITH CLIENT ACTIVITY

During the course of the contract, the A/E shall follow such technical and design instructions as may be issued to him by the EIC/AIC. The A/E shall consult with ROICC CHARLESTON and Public Works Office NWS in matters concerning local conditions and operational requirements. However, the A/E will be responsible directly to the EIC/AIC for insuring that project limitations incorporated herein are not exceeded. Technical and design matters which conflict with directions from the EIC/AIC shall be brought to the attention of the EIC/AIC immediately.

4.4 SITE INVESTIGATION RESPONSIBILITIES.

All site investigation work, including topographic and soil surveys, shall be coordinated with the Public Works Officer.

During the execution of site investigation work, the A/E shall be responsible for obtaining necessary permits and complying with all applicable laws, codes and regulations, including OSHA regulations. The A/E shall be responsible for all damages to persons or property which occur as a result the A/E's fault or negligence. The A/E shall take proper safety precautions to protect the public, the property of the public and the Government from physical hazards and unsafe conditions. Upon completion of the site investigation, the A/E shall return the property to its original condition except as released in writing by the Public Works Officer.

4.4.1 SITE INVESTIGATION REPORTS

The A/E shall submit to the EIC/AIC a brief report of each site investigation visit. The report shall include the names of personnel contacted, a brief synopsis of the findings of the visit, and a list of problems encountered during the site investigation.

4.5 PAYMENTS

Payments for A/E services shall be made in accordance with the A/E Guide except as otherwise agreed to at the time of negotiations for this contract.

## SECTION 5 - PROJECT LIMITATIONS

5.1 SCOPE LIMITATION

The A/E shall design the Project in accordance with the Project Outline and Section 1 - General Description. The scope of any feature may not be exceeded without written approval of the EIC/AIC. Minor deviations in the scope of supporting items may be made to suit field conditions.

5.2 COST LIMITATION

The A/E shall design the Project within the net construction funds available using customary Naval Facilities Engineering Command contracting procedures. To maximize chances of awarding the construction contract within available funds the A/E shall structure the construction documents so as to have a base bid item of approximately 90% of the net construction funds available. The base bid shall include all essential features necessary to satisfy the Project requirement and to provide a complete and usable facility. One to four additive bid items shall be included as appropriate to provide the complete scope of the Project. The first additive bid item should be in the range of 5% to 10% of the net construction funds available. Other additive bid items should be in the range of 3% to 5% of the net construction funds available.

## SECTION 6 - SCHEDULE OF SERVICES AND SUBMITTALS

The A/E shall complete and distribute the work in time to meet the schedule and submittal requirements indicated hereinafter.

### 6.1 PROJECT SCHEDULE

**PHASE I: PROJECT ENGINEERING SCHEDULE PHASE A**

| Event | Design Period (Note 1) | From Event (Note 2) | Estimated Review Period (Note 3) |
|---|---|---|---|
| | (See Notes on Next Page) | | |
| 1. Contract Start Date (Note 4) | 0 | N/A | N/A |
| 2. Project Team Orientation Meetings at Washington,DC; Portsmouth, VA; St. Inigoes | 7 | 1 | N/A |
| 3. On-site Project Analysis Conference at Washington, DC | 28 | 2 | |
| 4. Project Analysis Document | 7 | 3C | |
| **PHASE II: PROJECT ENGINEERING SCHEDULE PHASE B** | | | |
| 5. On-site Project Schematic Conference at Charleston, SC | 28 | 4R | |
| 6. Energy Analysis | 14 | 5 | |
| 7. Project Engineering Sub. | 14 | 5 | |

**PHASE III: DESIGN SCHEDULE**

| Event | Design Period (Note 1) | From Event (Note 2) | Estimated Review Period (Note 3) |
|---|---|---|---|
| 8. Start Date (Note 5) | 0 | N/A | N/A |
| 9. 100% Design Submittal | 180 | 8 | |
| 10. 100% Review Conference at Washington, DC | 30 | 9 | |
| 11. Final Design Submittal | 30 | | N/A |

Notes

1. Maximum time interval in number of calendar days after event listed in "From Event" column.
2. Number shown identifies applicable prior event. A "R" suffix indicates from receipt of conformed review. A "C" suffix indicates from completion.
3. Estimated time interval in number of calendar days from receipt of submitted documents by EIC/AIC to return of reviewed documents to A/E.
4. Contract Start Date is the date as stated in the contract.
5. Start Date for Phase II is the date as stated in the amendment to the contract authorizing Phase II.

6.2 SUBMITTAL DOCUMENT SET COMPOSITION

PHASE I DOCUMENTS — DISTRIBUTION OF SUBMITTALS (See Paragraph 6.3)

| | EIC/AIC | PWO | ROICC | VE | SPAWARS | NAVELEX |
|---|---|---|---|---|---|---|
| Project Analysis Document | 8 | | | 3 | 2 | 2 each |
| Project Engineering Submittal | 8 | | | 3 | 2 | 2 each |
| Video Tape w/Map & Exterior Color Boards | 2 | | | | | |

PHASE II DOCUMENTS

| | EIC/AIC | PWO | ROICC | SPAWAR | NAVELEX |
|---|---|---|---|---|---|
| 100% SUBMITTAL | | | | | |
| *Prints of Drawings | 10 | 2 | 2 | 2 | 2 each |
| *Copies of Specs | 10 | 2 | 2 | 2 | 2 each |
| Completed "Specification Check-Off List for A/E" | 10 | | | | |
| Cost Estimates | 10 | | | | |
| Design Calcs. | 10 | | | | |
| Interior/Exterior Color Boards | 2 | | | | |
| Final Envir./Constr. Permit Documents | 2 | | | | |

| | |
|---|---|
| Special Design/Constr. Features List | 4 |
| Coordination Review Check Dwgs. & Specs. | 1 |

Contractor's OMSI
Submittal List

CID-Phase A (Concept)
Concept Statement
Furnishings Plans
Furnishings Illustrations
Item Summary List (Source, Quantity and Price)
Furnishings Finish boards]

*Complete with all A/E seals & signatures, contract numbers and drawing numbers.

FINAL DESIGN SUBMITTAL

| | EIC/AIC |
|---|---|
| Original or Photographic Dwgs. | 1 |
| Prints of Dwgs. | |
| Original Specs and Computer Disks | 1 |
| Copy of Specs | |
| Cost Estimates | 3 |
| **Design Calcs | |
| **Energy Analysis | |
| **Economics Analysis | |
| **Soils Report | |
| **Roofing Report | |
| **Asbestos Assessment | |
| **Lead Assessment | |
| Special Design/ Construction Features List | |
| Marked-Up 100% Specs | 1 |
| NAVFAC Drawing Database | 1 |
| | 25 |

| | |
|---|---|
| Contractor OMSI Submittal List | |
| Response to 100% Review Comments | 1 copy to EIC/AIC and each reviewing agency that provided comments on the 100% design submittal. |
| CID-Phase A (Concept)<br>Concept Statement<br>Furnishings Plans<br>Furnishings Illustrations<br>Item Summary List (Source, Quantity and Price)<br>Furnishings Finish Boards<br>100% Review Comment Action | |
| Misc. Design Manuals and SOUTHDIV Materials | Return to EIC/AIC. |

**Bound into one volume (where practical)

### 6.3 DISTRIBUTION OF SUBMITTALS

The A/E shall distribute submittals directly to each reviewing agency and shall provide a copy of all transmittal letters to the SOUTHNAVFACENGCOM EIC/AIC. The EIC/AIC will provide the A/E with a sample transmittal letter.

| Reviewing Agency | Address |
|---|---|
| EIC/AIC | Commanding Officer<br>(Attn: 4021(JAC)<br>SOUTHNAVFACENGCOM<br>2155 Eagle Dr., P. O. Box 190010<br>North Charleston, SC 29419-9010 |
| PWO | Commanding Officer<br>Attn: LCDR McCulum<br>WPNSTA CHASN<br>2316 Redbank Road ST 100<br>Goose Creek, SC 20445-8610 |
| ROICC | Resident Officer in Charge of Construction<br>Building NH52<br>Naval Base<br>Charleston, SC 29408 |

| | |
|---|---|
| SPAWARS | Commander<br>Attn: CDR Don Black, Code 10-214<br>Space and Naval Warfare Systems Command<br>Washington, DC 20363-5200 |
| NAVELEXCEN | Commanding Officer<br>Attn: Mr. Gene Newman, Code 00B<br>Naval Electronic Systems Engineering Center<br>P. O. Box 55<br>Portsmouth, VA 23705-0055 |
| | Commanding Officer<br>Attn: Mr. Randy Morris, Code 3000<br>Naval Electronic Systems Engineering Activity<br>St. Inigoes, MD 20684-0010 |
| Engineering | Commanding Officer<br>Attn: Mr. Bob Kappler, Code 00B<br>Naval Electronic Systems Security Center, 3801 Nebraska, Ave NW<br>Washington, DC 20393-5454 |
| | Commanding Officer<br>Attn: Mr. Tate Seabrook, Code 31<br>Naval Electronic Systems Engineering Center<br>4400 Marriott Drive<br>North Charleston, SC 29406 |
| NCTAMSLANT | Naval Computer and Telecommunication Area Master Station LANT<br>Building V53, Room 239<br>Attn: Code N83, George Castor<br>Norfolk, VA 23511-5355 |
| COMNISCOM | Commander<br>Naval Investigative Service Command<br>Code 24X25<br>Washington, DC 20388-5024 |

Post-it™ brand fax transmittal memo 7671 | # of pages ▸

| | |
|---|---|
| To Chris Cotton | From Tom Orlowski |
| Co. | Co. |
| Dept. | Phone # |
| Fax # 803/743-0853 | Fax # |

GEE & JENSON
Architects-Planners, Inc.

One Harvard Circle
West Palm Beach, FL 33409
Telephone (407) 683-3301
Fax (407) 686-7446

September 2, 1993

Commanding Officer
Southern Division
Naval Facilities Engineering Command
2155 Eagle Drive
North Charleston, SC 29419-9010

Re: Indefinite Delivery Requirement For Waterfront and Industrial Facilities; A/E Contract No. N62467-93-R-0911; Delivery Order 001, NISE East Complex

Attention: Code 0212CC

Dear Ms. Cotton:

Based on our negotiations for the fee for the above referenced project and in accordance with the stated scope of work as further defined during negotiations, we agree to perform the services for the amounts shown on the attached schedule of fees and expenses. We understand that the total fee of $2,446,951 will be allocated by phase as indicated in the schedule and that the shop drawing amount of $191,040 is an option that may be utilized during the construction phase. The shop drawing effort includes the following manday trip rates:

| | | | |
|---|---|---|---|
| Architect | $21.03 x 2.40 OH x 1.10 profit x 16 hours | = | $ 888 |
| Structural | $26.00 x 2.40 OH x 1.10 profit x 16 hours | = | $1,098 |

Subsistence:

| | | | |
|---|---|---|---|
| Airfare: | 2 people x $566 (to Charleston) | = | $1,132 |
| Rental: | 1 car x $55/day x 1 day | = | $55 |
| Subsistence: | 2 people x 1 day at $93/day | = | $186 |
| | Total: | = | $3,359 |

Job# 93-282.0

org to Acctg
cy to Billing File

**DEPARTMENT OF THE NAVY**

SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DR., P.O. BOX 190010
NORTH CHARLESTON, S.C. 29419-9010

Rec'd Gee & Jenson WPB
SEP 7 1993
Job # ...............

PLEASE ADDRESS REPLY TO THE COMMANDING OFFICER, NOT TO THE SIGNER OF THIS LETTER. REFER TO:

4330
Code 0212CC
93-0911
3 Sep 93

Gee & Jenson Engrs., Archs., and Planners
One Harvard Circle, PO Box 24600
West Palm Beach, FL 33416-4600

Gentlemen:

Enclosed is a copy of fully executed Delivery Order 0001 for **NISE EAST CONSOLIDATION UNDER N62467-93-D-0911, A/E DESIGN SERVICES FOR WATERFRONT & INDUSTRIAL FACILITIES IN SUPPORT OF SURFACE SHIPS AND SUBMARINES IN FL, GA, SC AND TX.** This copy is for your files.

If there are any questions concerning this correspondence, the point of contact is Chris Cotton (803) 743-0905.

Sincerely,

J. D. Daniel

J. D. DANIEL
Head, Support A-E/Construction
Contracts Branch
Contracting Officer

Encl:
( ) SF 252 (w/attachments)
( ) SF 30 (w/attachments)
(X) DD1155 (w/attachments)