# Exhibit 3

# GUIDE FOR ARCHITECT-ENGINEER FIRMS

# PERFORMING SERVICES FOR THE

# SOUTHERN DIVISION

# NAVAL FACILITIES ENGINEERING COMMAND

# CHARLESTON, S.C.

SOUTHNAVFACENGCOM P-141 (JUNE 1989)

FOREWORD

1. This Tenth Edition of the Architect/Engineer Guide supersedes the Ninth Edition (Rev. 5/84) with Change No. 1 (Rev. 3/87). It is intended to maintain the edition current on a continuous basis by the issuance of changes as may become necessary. For this reason, the edition is issued with removable fasteners for easy removal and insertion of amended pages.

2. The purposes of this publication are:

a. to supplement Naval Facilities Engineering Command instructions and design requirements;

b. to present a clear understanding of Navy design requirements;

c. to obtain uniformity of drawings, specifications and cost estimates prepared by Architect/Engineers firms;

d. to minimize the time which must be spent both by Navy personnel and Architect/Engineer firms on essential administrative details in order that maximum attention may be directed to the technical content of the design product.

3. The Naval Facilities Engineering Command desires to promote constructive dialogue with the Architect/Engineer community. To this end, firms are encouraged to advise this command of errors, conflicts, and improvements which will contribute to improvements in this publication and will contribute to the ultimate goal of obtaining quality facilities at a reasonable cost. Suggestions or comments may be provided either to the staff of SOUTHNAVFACENGCOM in the course of normal working relationships or submitted in writing.

REVIEWED AND APPROVED (REF: SECNAV INSTRUCTION 5600.16A)

SIGNATURE Date

J. A. BROADDUS, CDR CEC
Head, Acquisition Department

TABLE OF CONTENTS


| SECTION | TITLE | PAGE |
|---|---|---|
| 1 | INTRODUCTION | 1-1 |
| | 1. PURPOSE | 1-1 |
| | 2. SCOPE | 1-1 |
| 2 | COMMAND DESIGN POLICY | 2-1 |
| | 1. GENERAL | 2-1 |
| | 2. IMPLEMENTATION | 2-1 |
| 3 | DEFINITIONS AND ABBREVIATIONS | 3-1 |
| | 1. ACTIVITY OR CLIENT ACTIVITY | 3-1 |
| | 2. ARCHITECT/ENGINEER (A/E) | 3-1 |
| | 3. BUDGET | 3-1 |
| | 4. CIVIL WORKS | 3-1 |
| | 5. CONSULTANT | 3-1 |
| | 6. DOD | 3-1 |
| | 7. ENGINEER-IN-CHARGE | 3-1 |
| | 8. ESTIMATED CONSTRUCTION COST | 3-1 |
| | 9. FEDERAL ACQUISITION REGULATION | 3-1 |
| | 10. MCON | 3-1 |
| | 11. MCNR | 3-2 |
| | 12. MCAF | 3-2 |
| | 13. NONAPPROPRIATED FUNDS | 3-2 |
| | 14. NAVAL FACILITIES ENGINEERING COMMAND | 3-2 |
| | 15. OFFICER IN CHARGE | 3-2 |
| | 16. OFFICER IN CHARGE OF CONSTRUCTION | 3-2 |
| | 17. O&MN | 3-2 |
| | 18. OPERATING AND MAINTENANCE SUPPORT INFORMATION | 3-2 |
| | 19. PROJECT ENGINEERING DOCUMENTATION FOR MILITARY CONSTRUCTION PROJECTS | 3-2 |
| | 20. PROJECT MANAGER | 3-2 |
| | 21. PUBLIC WORKS OFFICER | 3-2 |
| | 22. RESIDENT OFFICER IN CHARGE OF CONSTRUCTION OR RESIDENT ENGINEER IN CHARGE OF CONSTRUCTION | 3-3 |
| | 23. SECNAV | 3-3 |
| | 24. SOUTHERN DIVISION, NAVAL FACILITIES ENGINEERING COMMAND | 3-3 |
| | 25. STATEMENT OF WORK | 3-3 |
| | 26. SUPERVISION, INSPECTION AND OVERHEAD | 3-3 |
| 4 | ADMINISTRATION OF A/E CONTRACT | 4-1 |
| | 1. A/E SELECTION | 4-1 |
| | 2. STATEMENT OF WORK | 4-1 |
| | 2.1 The Scope | 4-1 |
| | 2.2 Changes to the Scope | 4-1 |
| | 3. AWARD OF A/E CONTRACT | 4-1 |
| | 4. A/E ORIENTATION | 4-1 |
| | 5. PRELIMINARY VISIT TO SITE | 4-1 |
| | 5.1 Pre-negotiation Conference | 4-1 |
| | 6. PAYMENTS | 4-2 |
| | 7. CORRESPONDENCE | 4-2 |

| SECTION | TITLE | PAGE |
|---|---|---|
| 5 | RESPONSIBILITIES OF THE A/E | 5-1 |
| | 1. CONTRACT CLAUSES | 5-1 |
| | 2. COST LIMITATION | 5-1 |
| | 3. QUALITY OF WORK | 5-1 |
| | 4. CONFORMANCE TO CRITERIA | 5-2 |
| | 5. A/E PROJECT MANAGER | 5-2 |
| | 6. POOR A/E PERFORMANCE | 5-2 |
| | 7. ERRORS AND NEGLIGENT PERFORMANCE | 5-2 |
| | 8. CHANGES IN SCOPE | 5-2 |
| | 9. DOCUMENT OWNERSHIP | 5-2 |
| 6 | EVALUATION OF A/E PERFORMANCE | 6-1 |
| | 1. PERFORMANCE EVALUATIONS | 6-1 |
| | 2. DESIGN PHASE EVALUATION | 6-1 |
| | 3. INTERIM PERFORMANCE EVALUATIONS | 6-1 |
| | 4. CONSTRUCTION PHASE EVALUATIONS | 6-1 |
| | 5. AWARDS FOR EXCELLENT PERFORMANCE | 6-1 |
| | 6. AFFECT ON FUTURE SELECTION | 6-1 |
| 7 | RELEASE OF INFORMATION | 7-1 |
| | 1. CLEARANCE | 7-1 |
| | 2. INTERPRETATION OF DRAWINGS AND SPECIFICATIONS | 7-1 |
| | 3. MILITARY SECURITY REQUIREMENTS | 7-1 |
| | 4. PUBLIC INFORMATION ACT | 7-1 |
| 8 | GENERAL DESIGN REQUIREMENTS | 8-1 |
| | 1. GENERAL | 8-1 |
| | 2. RECORD OF CONTACTS | 8-1 |
| | 3. PRIVATE VS GOVERNMENT DESIGN | 8-1 |
| | 4. CONTRACTOR'S OPTIONS | 8-1 |
| | 5. A/E SITE INVESTIGATION | 8-2 |
| | 6. DEMOLITION/RENOVATION PROJECTS | 8-2 |
| | 7. CONTACTS WITH UTILITY COMPANIES | 8-2 |
| | 8. SITE DEVELOPMENT AND LANDSCAPING | 8-2 |
| | 9. SITE ADAPTATION OF STANDARD DRAWINGS | 8-3 |
| | 10. ENVIRONMENTAL PROTECTION | 8-3 |
| | 10.1 The National Environmental Policy Act of 1969 | 8-3 |
| | 10.2 Pollution Control | 8-3 |
| | 10.3 Stormwater Management | 8-4 |
| | 10.4 Permit Documents | 8-4 |
| | 11. PHYSICAL SECURITY FEATURES | 8-4 |
| | 12. OPERATING AND MAINTENANCE SUPPORT INFORMATION | 8-4 |
| | 12.1 Degree of OMSI | 8-4 |
| | 12.2 Preparation of OMSI Package | 8-5 |
| | 12.3 Specific Requirements in OMSI Execution | 8-5 |
| | 13. PROJECT ENGINEERING DOCUMENTATION | 8-5 |
| | 14. VALUE ENGINEERING | 8-5 |
| | 14.1 Design Phase | 8-5 |
| | 14.2 Construction Phase | 8-5 |

| SECTION | TITLE | PAGE |
|---|---|---|
| | 15. POST DESIGN SERVICES | 8-6 |
| | 15.1 Pre-Construction Conference | 8-6 |
| | 15.2 Submittal Checking | 8-6 |
| | 15.3 Site Visit During Construction | 8-7 |
| | 15.4 Construction Inspection | 8-7 |
| 9 | DATA AND CRITERIA | 9-1 |
| | 1. PROJECT DATA | 9-1 |
| | 2. SITE INFORMATION | 9-1 |
| | 3. CRITERIA | 9-1 |
| | 4. CRITERIA INDEX | 9-2 |
| | 5. DEPARTMENT OF DEFENSE CRITERIA | 9-2 |
| | 6. NAVFAC TECHNICAL PUBLICATIONS | 9-2 |
| | 7. DEFINITIVE DESIGNS | 9-2 |
| | 8. STANDARD DESIGNS | 9-2 |
| | 9. GOVERNMENT SPECIFICATIONS AND STANDARDS | 9-3 |
| | 10. OTHER GOVERNMENT CRITERIA SOURCES | 9-3 |
| | 11. NON-GOVERNMENT CRITERIA | 9-3 |
| | 12. REVIEW OF CRITERIA | 9-3 |
| | 13. OSHA | 9-3 |
| | 14. TECHNICAL ASSISTANCE AVAILABLE | 9-4 |
| 10 | PREPARATION OF DRAWINGS | 10-1 |
| | 1. GENERAL | 10-1 |
| | 2. BID ITEMS | 10-1 |
| | 3. DRAWING FORMAT | 10-1 |
| | 4. DRAFTING MEDIA | 10-1 |
| | 5. TITLE BLOCKS | 10-1 |
| | 6. LETTER-SIZE SKETCHES | 10-2 |
| | 7. SCALES | 10-2 |
| | 7.1 Conventional Scales | 10-2 |
| | 7.2 Graphic Scales | 10-2 |
| | 8. ARRANGEMENT OF DRAWINGS | 10-2 |
| | 9. LETTERING AND SHADING | 10-2 |
| | 9.1 Shading | 10-2 |
| | 9.2 Lettering | 10-3 |
| | 9.3 Symbols | 10-3 |
| | 10. DECALS AND STICK-ON DRAFTING AIDS | 10-3 |
| | 11. CROWDED DRAWINGS | 10-3 |
| | 12. DIRTY AND SMUDGED TRACINGS | 10-3 |
| | 13. COMMON DISCREPANCIES IN NOMENCLATURE | 10-3 |
| | 14. QUALITY CONTROL REVIEW | 10-5 |
| | 15. DRAWING NUMBERS | 10-5 |
| | 16. A/E CERTIFICATION AND SIGNATURES | 10-5 |
| | 17. CHANGES TO DRAWINGS | 10-5 |
| | 18. RECORD DRAWINGS | 10-6 |
| | 19. GENERAL REQUIREMENTS FOR PREPARATION OF DRAWINGS | 10-6 |

| SECTION | TITLE | PAGE |
|---|---|---|
| 11 | CIVIL DESIGN | 11-1 |
| | 1. DESIGN GUIDANCE | 11-1 |
| | 1.1 Subsurface Conditions | 11-1 |
| | 1.2 Surveys | 11-1 |
| | 1.3 Permits | 11-2 |
| | 1.4 Fire Protection | 11-2 |
| | 2. SUBMITTAL REQUIREMENTS | 11-2 |
| | 2.1 Schematic Submittal | 11-2 |
| | 2.2 35% SUBMISSION | 11-2 |
| | 2.3 100% SUBMISSION | 11-5 |
| | 3. GENERAL REQUIREMENTS FOR PREPARATION OF DWGS | 11-6 |
| | 4. CIVIL DETAILS | 11-7 |
| 12 | ARCHITECTURAL DESIGN | 12-1 |
| | 1. DESIGN GUIDANCE | 12-1 |
| | 1.1 Base Exterior Architectural Plan | 12-1 |
| | 1.2 Uniform Federal Accessibility Standards | 12-1 |
| | 1.3 Interior Design | 12-1 |
| | 1.4 On-Site Schematic Development | 12-1 |
| | 1.5 Fire Protection | 12-1 |
| | 1.6 Criteria and Special Submissions for Air Force | 12-1 |
| | 1.7 Dos and Don'ts | 12-2 |
| | 2. SUBMITTAL REQUIREMENTS | 12-2 |
| | 2.1 Schematic Submission | 12-2 |
| | 2.2 35% Submission | 12-4 |
| | 2.3 100% Submission | 12-6 |
| | 2.4 Final Submission | 12-10 |
| 13 | STRUCTURAL DESIGN | 13-1 |
| | 1. DESIGN GUIDANCE | 13-1 |
| | 1.1 Design Criteria | 13-1 |
| | 1.2 Dos and Don'ts | 13-1 |
| | 2. SUBMITTAL REQUIREMENTS | 13-2 |
| | 2.1 35% Submittal | 13-2 |
| | 2.2 100% Submittal | 13-4 |
| | 2.3 Final Submittal | 13-6 |
| 14 | SOIL AND PAVEMENT DESIGN | |
| | 1. DESIGN GUIDANCE | 14-1 |
| | 1.1 Design Criteria | 14-1 |
| | 1.2 Fire Protection | 14-1 |
| | 2. SUBMITTAL REQUIREMENTS | 14-1 |
| | 2.1 35% Submittal | 14-1 |
| | 2.2 100% Submittal | 14-5 |
| | 2.3 Final Submittal | 14-7 |

| | | |
|---|---|---|
| 15 | MECHANICAL DESIGN | 15-1 |
| | 1. DESIGN GUIDANCE | 15-1 |
| | 1.1 General | 15-1 |
| | 1.2 Dos and Don'ts | 15-1 |
| | 1.3 Fire Protection | 15-1 |
| | 2. SUBMITTAL REQUIREMENTS | 15-1 |
| | 2.1 Schematic Submittal | 15-1 |
| | 2.2 35% Mechanical Submittal | 15-2 |
| | 2.3 100% Mechanical Submittal | 15-6 |
| | 2.4 Final Submittal | 15-6 |
| 16 | FIRE PROTECTION | 16-1 |
| | 1. DESIGN GUIDANCE | 16-1 |
| | 1.1 Design Criteria | 16-1 |
| | 1.2 Dos and Don'ts | 16-1 |
| | 2. SUBMITTAL REQUIREMENTS | 16-1 |
| | 2.1 35% Submittal Fire Protection | 16-1 |
| | 2.2 100% Submittal | 16-3 |
| | 2.3 Final Submittal | 16-4 |
| 17 | ELECTRICAL DESIGN | 17-1 |
| | 1. DESIGN GUIDANCE | 17-1 |
| | 1.1 General | 17-1 |
| | 1.2 Criteria | 17-1 |
| | 1.3 Points of Contact | 17-1 |
| | 1.4 Fire Protection | 17-1 |
| | 2. SUBMITTAL REQUIREMENTS | 17-1 |
| | 2.1 35% Electrical Submittal | 17-1 |
| | 2.2 100% Electrical Submittal | 17-3 |
| | 2.3 Final Submittal | 17-6 |
| 18 | SPECIFICATIONS PREPARATION | 18-1 |
| | 1. DESIGN GUIDANCE | 18-1 |
| | 1.1 General | 18-1 |
| | 1.2 Guide Specifications | 18-2 |
| | 1.3 Federal & Military Specifications | 18-2 |
| | 1.4 Design Kit | 18-2 |
| | 1.5 Coordination of Specifications and Drawings | 18-3 |
| | 1.6 Project Title | 18-3 |
| | 1.7 Bid Items | 18-4 |
| | 1.8 Quality Control Provisions | 18-5 |
| | 1.9 Obtaining Interruptions & Outages Requirements | 18-5 |
| | 1.10 Proprietary or Restrictive Requirements | 18-5 |
| | 1.11 Use of "OR EQUAL" Specifications | 18-6 |
| | 1.12 Experience Clauses | 18-6 |
| | 1.13 Selection of Materials | 18-7 |
| | 1.14 Buy American Act | 18-7 |
| | 1.15 Contract Amendments Prepared by A/E | 18-7 |
| | 1.16 Specifications Preparation Check List | 18-7 |
| | 2. SUBMITTAL REQUIREMENTS | 18-7 |
| | 2.1 General (All Submittals) | 18-7 |
| | 2.2 35% Submission (Outline Specifications) | 18-8 |
| | 2.3 100% Submission | 18-8 |
| | 2.4 Re-Submissions and Extra Submissions | 18-8 |
| | 2.5 Final Submission | 18-8 |

| | | |
|---|---|---|
| 19 | COST ENGINEERING | 19-1 |
| | 1. GUIDANCE | 19-1 |
| | 2. OBJECTIVE | 19-1 |
| | 3. GENERAL REQUIREMENTS | 19-1 |
| | 4. SUBMISSION REQUIREMENTS | 19-2 |
| | 4.1 Schematic Design Submission | 19-2 |
| | 4.2 Preliminary 35% Submission | 19-2 |
| | 4.3 100% Submission | 19-3 |
| | 4.4 Final Submission | 19-3 |
| 20 | SUBMISSION OF DRAWINGS, SPECIFICATIONS AND COST ESTIMATES | 20-1 |
| | 1. GENERAL | 20-1 |
| | 2. DISTRIBUTION OF SUBMITTALS | 20-1 |
| | 3. RETURN OF PREVIOUS REVIEW COMMENTS BY A/E | 20-1 |
| | 4. 100% DESIGN SUBMITTAL | 20-1 |
| | 4.1 100% Contractor's Submittal List | 20-1 |
| | 5. FINAL SUBMITTAL | 20-1 |
| | 5.1 Final Original Drawings | 20-2 |
| | 5.2 Final Specifications | 20-2 |
| | 5.3 Final Contractor Submittal List | 20-2 |
| | 5.4 Final Cost Estimate | 20-2 |
| | 5.5 Final Contractor's OMSI Submittal List | 20-2 |
| | 5.6 Final Design Calculations | 20-2 |
| | 5.7 Miscellaneous | 20-3 |

SECTION 1

INTRODUCTION

1. PURPOSE: This publication is issued to inform Architect/Engineer (A/E) firms of the policies, general procedures and requirements of the Southern Division, Naval Facilities Engineering Command, pertaining to professional services performed under architectural and engineering contracts, and to obtain quality contract documents. It is essential that all A/E personnel, associates and consultants responsible for the preparation of construction contact documents (drawings, specifications and cost estimates), studies or other services, follow the procedures and instructions contained herein.

2. SCOPE: Special emphasis is placed on the responsibilities of the A/E under the terms of his contract with the Government. This information is contained in Section 5. Other sections define the standards of design, detailed requirements, format, presentation and submittal of drawings, specifications, cost estimates, and other related documents. Sections 10 through 19 outline technical requirements for each discipline, and copies of these sections should be given to the appropriate design team members.

*** END OF SECTION 1 ***

SECTION 2

COMMAND DESIGN POLICY

1. GENERAL: Our underlying philosophy is one of responsive, responsible, and defensible design for Navy shore facilities with a commitment to design principles and practices which are requirements - based, logical, and conservative. Our designs must produce facilities that are straightforward and businesslike. They must respond to user needs, but reflect a responsible use of public funds. They must be defensible in terms of scope, cost, and appearance. Appropriate, defensible design is:

Well planned
Effective in function
Appropriate in form and appearance
Cost-effective
Constructable
Adaptable and durable over time in the operating environment giving proper weight to each of the above elements.

Monumental structures, stylistic applications of ornament, extreme configurations, excessive automation/mechanization; poor choices of utility, electrical or HVAC systems; and exotic landscaping or materials are inconsistent with our objective to create pleasant, efficient and cost effective facilities.

2. IMPLEMENTATION: Before beginning the design, the A/E should review current criteria, instructions and guide specifications provided by SOUTHNAVFACENGCOM, and make a thorough study of conditions at the site and the requirements of the project. If, after an analytical review, the A/E is of the opinion that a deviation from instructions, Navy criteria or building codes would be of benefit to the Government, the A/E shall bring the matter to the attention of the EIC for a decision. Government construction is also required to conform to the nationally recognized building codes, which predominate in the local area. SOUTHNAVFACENGCOM encourages the A/E to use his ingenuity, talent and professional expertise to develop the best possible design for all elements of the project within the constraints imposed. However, the use of untried concepts and materials for which no "track record" exists, is discouraged and will be rejected. Those projects, which in themselves are state-of-the-art, will be acceptable.

***END OF SECTION 2***

SECTION 3

DEFINITIONS AND ABBREVIATIONS

1. ACTIVITY OR CLIENT ACTIVITY: A military unit, organization, station, or installation, or a non-DOD agency performing a military function or mission.

2. ARCHITECT/ENGINEER (A/E): The design, technical consulting firm engaged for professional architectural and/or engineering services.

3. BUDGET: Generally, the budget figure is the estimated construction cost (ECC) plus Government supervision, inspection and overhead (SIOH-5.5% of the ECC) and contingency requirements (5% of the ECC plus SIOH).

4. CIVIL WORKS: A contract to provide construction at a Naval Weapons Industrial Reserve Plant. Usually, these A/E contracts are negotiated between the A/E and the Contractor operating the particular plant for the Navy. Regulations require that these designs comply with the same criteria as any other design for the Navy and to NAVFAC P-95 in particular.

5. CONSULTANT: A Sub-contractor (Engineer or Architect) with which the A/E sub-contracts to prepare part of the total design package, or anyone outside the A/E's organization who is retained by the A/E to assist him in the performance of studies, investigations, surveys and other such services, including design.

6. DOD: Department of Defense.

7. ENGINEER IN CHARGE (EIC): The OIC representative of the Design Division, SOUTHNAVFACENGCOM who administers the A/E contract during the design stage. He coordinates the design work of the A/E with the OIC, the Activity, and other organizations concerned with the project. He shall be contacted directly for information and advice. Throughout this document EIC is used synonymously to indicate "Engineer-in-Charge or Architect-in- Charge."

8. ESTIMATED CONSTRUCTION COST (ECC): The estimate of the cost amount that Contractors will bid for the construction of a project.

9. FEDERAL ACQUISITION REGULATION (FAR): Contracts for all goods and services must comply with the requirements expressed in this regulation.

10. MCON: A short-name appropriation designation for the Military Construction Navy Program, and identifies those Navy projects which are funded from Military Construction appropriations each fiscal year.

11. MCNR: Identifies those projects which are funded from Military Construction Navy Reserve appropriations.

12. MCAF: Identifies those projects which are funded from Military Construction Air Force appropriations.

13. NONAPPROPRIATED FUNDS (NAF): NAF projects are those projects required to meet the morale, welfare and recreational program needs of the Navy, but are not funded through the MCON or O&MN programs.

14. NAVAL FACILITIES ENGINEERING COMMAND (NAVFACENGCOM): The design and construction agency for the Department of the Navy, the Marine Corps and certain other Government agencies.

15. OFFICER IN CHARGE (OIC): The Officer in Charge of A/E contracts is the Commanding Officer, Southern Division, Naval Facilities Engineering Command, or the person designated to act for him in any phase of the work.

16. OFFICER IN CHARGE OF CONSTRUCTION (OICC): In the administration of construction contracts, the Commanding Officer, Southern Division, Naval Facilities Engineering Command acts as the Officer in Charge of Construction.

17. O&MN: A short-name appropriation designation for projects funded from the Operations and Maintenance Navy appropriation.

18. OPERATING AND MAINTENANCE SUPPORT INFORMATION (OMSI): Documentation and procedures necessary to promote and maximize the efficiency, economy, safety and effectiveness of the life cycle operation and maintenance of a facility.

19. PROJECT ENGINEERING DOCUMENTATION FOR MILITARY CONSTRUCTION PROJECTS (PED): A preliminary report of the scope and estimated cost of a proposed project, based on completed and reviewed 35 percent drawings, specifications, cost estimate and back-up data, which is used as the basis of a request to Congress for authorization to construct a facility under the Military Construction Program.

20. PROJECT MANAGER (PM): The OIC representative who coordinates the project with the OIC, the Activity, and the sponsor (usually a Command of the Navy Department), and who will provide liaison in matters pertaining to scope and funding of the project.

21. PUBLIC WORKS OFFICER (PWO): The PWO is the design/engineering agency of the Activity. In many cases, the ROICC at a particular Activity, has the additional responsibility as PWO for that Activity.

22. RESIDENT OFFICER IN CHARGE OF CONSTRUCTION (ROICC) OR RESIDENT ENGINEER IN CHARGE OF CONSTRUCTION (REICC): The Commanding Officer SOUTHNAVFACENGCOM (OIC) usually delegates the field administration, surveillance/inspection of a construction contract to a Resident Officer in Charge of Construction or to a Resident Engineer in Charge of Construction. In this case, A/E correspondence during the construction phase of the work shall be directed to the ROICC or REICC, with copies to the Commanding Officer, SOUTHNAVFACENGCOM, attention the appropriate PM and EIC.

23. SECNAV: Secretary of the Navy.

24. SOUTHERN DIVISION, NAVAL FACILITIES ENGINEERING COMMAND (SOUTHNAVFACENGCOM): Represents the Naval Facilities Engineering Command in twelve states of the Southern United States and certain areas outside the continental United States.

25. STATEMENT OF WORK: This document indicates the extent of the work to be accomplished by the A/E and becomes part of the A/E contract. Referred to as "Scope" throughout this document.

26. SUPERVISION, INSPECTION AND OVERHEAD (SIOH): A fee charged against the project to cover the expenses of SOUTHNAVFACENGCOM during construction of the project.

*** END OF SECTION 3 ***

SECTION 4

ADMINISTRATION OF A/E CONTRACT

1. A/E SELECTION: Complete information concerning SOUTHNAVFACENGCOM policies and procedures for consideration and selection is available from the Manager, A/E Selections, Code 0213A, SOUTHNAVFACENGCOM, P.O. Box 10068, 2155 Eagle Drive, Charleston, South Carolina 29411; Telephone number (803) 743-0749.

2. STATEMENT OF WORK: After the selection of an A/E, a copy of "The Statement of Work" will be forwarded to the A/E. This document, subsequently referred to as the Scope, will indicate the extent of the work to be accomplished by the A/E and serves as the basis for the A/E's fee proposal and the Government's estimate of the A/E fee.

2.1 The Scope: The Scope is used for all projects, and is a part of the contract between the A/E and the Government, therefore, it is essential that the two parties agree that the work to be accomplished as described therein, is accurate and complete.

2.2 Changes to the Scope, when necessary, will be made in writing in accordance with the Contract Clauses. Government representatives do not have the authority to verbally modify the Scope.

3. AWARD OF A/E CONTRACT: The A/E is authorized to begin work only upon receipt of a Contract, issued by SOUTHNAVFACENGCOM on Standard Form 252, A/E Fixed Price Contract.

4. A/E ORIENTATION: When required by the Scope, an A/E orientation briefing shall be conducted at SOUTHNAVFACENGCOM by representatives of the OIC. A/E representatives of each applicable discipline, including consultants, who will actually be responsible for the various aspects of the design shall attend.

5. PRELIMINARY VISIT TO SITE: If the A/E considers that a visit to the site is necessary before submitting his fee proposal, arrangements will be made by the A/E with the understanding that the Government will not be responsible for any costs incurred by such visit.

5.1 Pre-negotiation Conference: For certain projects, pre-negotiation visits to the Activity may be necessary for reviewing and clarifying the proposed items of A/E Services and to become more familiar with site conditions. The pre-negotiation conference will be attended by the EIC, A/E and SOUTHNAVFACENGCOM representatives, and representatives of the Activity. A/E attendance is voluntary and the Government will not be responsible for A/E costs incurred by this visit.

6. PAYMENTS: Shortly after award of the contract, a payment information package will be forwarded to the A/E by SOUTHNAVFACENGCOM. This package contains guidance and forms for preparing and submitting payments in accordance with the Contract Clause entitled "Payments Under Fixed-Price Architect-Engineer Contracts". Monthly payments may be made as the work progresses subject to submission by the A/E of estimates of the value of completed services and determination by the OIC that the A/E's performance has been satisfactory. The extent of supporting data required from the A/E will vary depending upon the amount of the invoice and past A/E performance.

7. CORRESPONDENCE: Correspondence with SOUTHNAVFACENGCOM shall be addressed to the Commanding Officer, Southern Division, Naval Facilities Engineering Command, P. O. Box 10068, 2155 Eagle Drive, Charleston, South Carolina 29411- 0068. All correspondence shall contain the ORIGINAL AND ONE COPY. Correspondence relating to a particular project shall be addressed as stated above and designated to the attention of the particular EIC in charge of the project. Copies of all correspondence concerning fee proposals, design schedule, project scope and design cost shall be addressed to the appropriate PM, in addition to the EIC. All correspondence relating to the A/E Contract shall reference the number of that contract. All correspondence relating to the Construction Contract documents (Drawings and Specifications) shall reference the A/E Contract Number; the project title, location, and the Construction Contract Number. When bulky submittal items are forwarded under separate cover, a copy of the forwarding letter and other related correspondence shall be included with the package forwarded under separate cover.

*** END OF SECTION 4 ***

SECTION 5

RESPONSIBILITIES OF THE A/E

1. CONTRACT CLAUSES: Prior to proceeding with any work, the A/E should review the Contract Clauses and all attachments, in detail. The A/E shall be responsible for the professional and technical accuracy and the coordination of all designs, drawings, specifications, cost estimates and other work or materials furnished, including those prepared by his consultants.

2. COST LIMITATION: The A/E is responsible for designing the facility for the lowest total cost including original construction cost and accumulated maintenance and operating cost for the duration of the design life. It is the responsibility of the A/E to design a facility which can be constructed within the authorized construction funds, and within applicable cost limitations as defined in Clause entitled "Design within Funding Limitations" of The Contract Clauses and paragraph "Cost Limitation" of the Scope. The A/E shall determine at the earliest possible stage of design, that the cost of the project will or will not exceed the funds stated in the Scope; if it will, the A/E shall promptly notify the EIC and the PM in writing. The Project submitted by the A/E shall provide a complete and usable facility which will reasonably assure the award of a construction contract within the funds available and any cost limitations as set forth in the Scope. Should this not be the case, the A/E is responsible for redesign of the project in order to obtain an award within the funds available.

3. QUALITY OF WORK: The work of the A/E will be reviewed by SOUTHNAVFACENGCOM to the extent necessary to establish conformance with the authorized scope and applicable Navy design criteria, and to establish a reasonable assurance that the work can be completed within the funds authorized. SOUTHNAVFACENGCOM WILL NOT UNDERTAKE A DETAILED TECHNICAL REVIEW OF THE WORK. It will be the responsibility of the A/E, acting in a professional capacity, to ensure the accuracy, completeness and correctness of the cost estimate and all engineering concepts and details of the work, including the coordination of the various architectural, structural, mechanical, electrical, and other subdivisions thereof with each other and with the specifications. The A/E ASSUMES FULL RESPONSIBILITY FOR THE TECHNICAL ACCURACY AND PROFESSIONAL ADEQUACY of all work which he presents over his signature. THE A/E SHALL ASSIGN COMPETENT ARCHITECTS AND ENGINEERS, EXPERIENCED IN THEIR RESPECTIVE DISCIPLINES, TO THE VARIOUS PARTS OF THE WORK TO INSURE ALL ELEMENTS ARE DESIGNED CORRECTLY AND IN ACCORDANCE WITH THE BEST ARCHITECTURAL AND ENGINEERING PRACTICES. ERRORS AND/OR DEFICIENCIES IN A/E's PERFORMANCE SHALL BE CORRECTED OR REVISED BY THE A/E AT NO ADDITIONAL FEE.

4. CONFORMANCE TO CRITERIA: All work shall be in accordance with current SOUTHNAVFACENGCOM criteria, instructions and guide specifications, and shall be in accordance with the best architectural and engineering practices. Workmanship on the drawings shall be neat with all lines and lettering of proper weight and clarity for complete legibility and satisfactory reproduction. ALL ELEMENTS OF SUBMITTALS SHALL BE CHECKED BY THE A/E. SUCH CHECK SHOULD BE MADE BY QUALIFIED PROFESSIONALS IN THE RESPECTIVE DISCIPLINES, OTHER THAN THOSE PREPARING THE MATERIAL.

5. A/E PROJECT MANAGER: One Individual of the A/E Firm shall be designated as Project Manager. The Project Manager shall be fully cognizant of the requirements of the A/E Contract, performance schedule and contents of this publication and will work directly with the assigned SOUTHNAVFACENGCOM PM and EIC, who will furnish design guidance necessary for the successful execution of the work.

6. POOR A/E PERFORMANCE: When poor performance by the A/E results in the need for a resubmission of drawings, cost estimate and/or specifications, the A/E may be required to send representatives to SOUTHNAVFACENGCOM to discuss the problems. Additional costs associated with this meeting are not allowed.

7. ERRORS AND NEGLIGENT PERFORMANCE: Design errors or omissions which result in damages or extra cost to the Government will be evaluated for potential A/E financial liability. If the Government determines that the A/E is financially liable for a design deficiency, the A/E will be so advised by official correspondence. Reimbursement of costs incurred by the Government as a result of the A/E's errors and/or negligent performance will be actively pursued by SOUTHNAVFACENGCOM. The preferred method of settlement of A/E financial liability is for the A/E to accept responsibility and negotiate directly with the Contractor. Where the A/E cannot reach an agreement with the Contractor or if the A/E declines to negotiate or accept responsibility, SOUTHNAVFACENGCOM will arrange settlement directly with the Contractor and will bill the A/E.

8. CHANGES IN SCOPE: The A/E shall not deviate from the authorized Scope. IN NO CASE SHALL CHANGES IN SCOPE BE MADE AT THE ACTIVITY LEVEL. THE A/E's RESPONSIBILITY IS DIRECTLY TO THE OIC AND ANY REQUESTED DEVIATION FROM THE SCOPE OR ELABORATIONS WITHIN THE SCOPE MUST BE BROUGHT TO THE ATTENTION OF THE OIC FOR RESOLUTION. During the progress of the work, the A/E may expect minor changes in criteria within the general scope of the project and should make necessary adjustments accordingly. Should MAJOR changes in the Scope be authorized, appropriate modification to the A/E contract will be negotiated in accordance with the requirements of the "Changes" clause of the Contract Clauses.

9. DOCUMENT OWNERSHIP: Under Clause "Drawings and Other Data to Become Property of the Government" of the Contract Clauses, the ownership of all tracings, designs, specifications, notes and other work is vested in the Government.

*** END OF SECTION 5 ***

SECTION 6

EVALUATION OF A/E PERFORMANCE

1. PERFORMANCE EVALUATIONS: The Government will prepare A/E performance evaluations for all Design and Engineering Services Contracts. A/E performance will be rated as either excellent, average or poor taking into consideration such things as technical quality, coordination of design documents, maintaining project shedules, cooperativeness, etc. Incomplete submissions, late submissions or resubmissions will have significant adverse impact on an A/E's performance evaluation.

2. DESIGN PHASE EVALUATION: Immediately upon completion of final design, or engineering services, the EIC will evaluate the A/E performance on the services rendered. Standard Form 1421, "Performance Evaluation (Architect-Engineer)", is used for this purpose and is maintained in the A/E Contract and Qualification Data File. The A/E will be notified in writing if a "Poor" rating is proposed, or if the A/E is not recommended for future contracts, and will be allowed an opportunity to meet with appropriate personnel at SOUTHNAVFACENGCOM to discuss the rating and possible corrective actions. The A/E's response will be taken into consideration when finalizing the evaluation. If the final evaluation is still "Poor", it will be attached to the finalized evaluation form. The A/E will also be notified in writing if an "Excellent" rating is earned.

3. INTERIM PERFORMANCE EVALUATIONS may be prepared and used to advise A/Es of their performance during the execution of a contract as considered appropriate by the Contracting Officer.

4. CONSTRUCTION PHASE EVALUATION: Within 90 days after beneficial occupancy of the facilities constructed, the ROICC will submit an evaluation of the effectiveness of the A/E, and the A/E prepared contract documents, during construction. This evaluation, also on Standard Form DD 1421, is maintained in the A/E Contract and Qualification Data File.

5. AWARDS FOR EXCELLENT PERFORMANCE: A/E Firms that perform contract services in an excellent manner may be considered for special recognition. Certificates of Appreciation are given by the Commanding Officer, SOUTHNAVFACENGCOM and Certificates of Commendation are given by the Commander, NAVFACENGCOM for exemplary performance in one or more areas of contract services. In addition, Design Excellence Awards are given (after construction is underway) for exemplary performance in all areas of A/E services.

6. AFFECT ON FUTURE SELECTION: All performance evaluations are available to future slate and selection boards and will be considered when subsequent A/E selections are made. Furthermore, copies of all evaluations will be sent to other Federal Design and Construction Agencies for their use in selecting A/Es for their design contracts.

***END OF SECTION 6***

SECTION 7

RELEASE OF INFORMATION

1. CLEARANCE: Before any information concerning a project under design or construction is released for publication or public speeches, the A/E shall contact the Public Affairs Office, (803) 743-0771, for the proper procedure to follow in securing a clearance and release in writing from the OIC.

2. INTERPRETATION OF DRAWINGS AND SPECIFICATIONS: During the bidding period, all requests made to the A/E by prospective bidders for clarification or interpretation of drawings and specifications shall be referred to the Contract Department, SOUTHNAVFACENGCOM. A telephone number will be listed in the "Bidding" section of the specifications. Written correspondence should be addressed to the Commanding Officer, Southern Division, Naval Facilities Engineering Command, 2155 Eagle Drive, P.O. Box 10068, Charleston, South Carolina, 29411-0068. If the inquiry cannot be satisfied by SOUTHNAVFACENGCOM, the matter will be referred to the A/E by the EIC for clarification and preparation of an Amendment if necessary. Amendments shall be prepared in accordance with SOUTHNAVFACENGCOM 01007, Contract Amendments - Guidance and Procedure.

3. MILITARY SECURITY REQUIREMENTS: All classified projects are to be accomplished in accordance with appropriate clauses of the FAR, which will be added to the contract when applicable, and other supplemental security requirements as imposed by the OIC.

4. PUBLIC INFORMATION ACT: The Public Information Act, 5 USC 522, as amended, requires the release of records held by Government Agencies or Offices when requested by interested parties, unless such records are covered by one of the "exemptions" listed in the law. The FAR and SECNAV Instruction 5720.42 provide DOD and Navy policy and guidance on handling requests for records and exemptions under this Act. Of primary concern to SOUTHNAVFACENGCOM is the release of cost and pricing data which Contractors consider as privileged and essential to their competitive position in their respective economic sectors. In the past, the interpretation of whether back-up cost estimates were privileged, and therefore exempted from release, has been an administrative decision. In all negotiations, the A/E is advised that The Public Information Act applies to the data provided during negotiations. Therefore, in the event an A/E wishes his cost and pricing data to be privileged and exempt from public release under the referenced Act, he should advise SOUTHNAVFACENGCOM in writing and appropriately mark each page containing such data. All requests from third parties for records shall be referred to SOUTHNAVFACENGCOM Code 012, (803) 743-0810.

*** END OF SECTION 7 ***

SECTION 8

GENERAL DESIGN REQUIREMENTS

1. GENERAL: A/E services are used for designing projects which have been conceived by an Activity to serve an operational requirement. The Scope will define the type of submissions required by the A/E for review by SOUTHNAVFACENGCOM, the Activity and others.

2. RECORD OF CONTACTS: All conferences with SOUTHNAVFACENGCOM personnel, or Activity (Station) personnel, including telephone conversations, consultations or other forms of contact, which involve some question of scope, primary design element, or other consideration of basic import, shall be verified in writing by the A/E and forwarded in duplicate, to SOUTHNAVFACENGCOM, marked one copy each to the attention of the PM and EIC; the general intent being that the PM and EIC will be fully apprised of all factors affecting the project. THE SCOPE AS NEGOTIATED, SHALL NOT BE MODIFIED UNDER ANY CIRCUMSTANCES WITHOUT WRITTEN APPROVAL OF THE OIC.

3. PRIVATE VS GOVERNMENT DESIGN: There are certain basic differences between private and Government design, which should be understood thoroughly and adhered to completely by the A/E. Failure to grasp these basic differences in rules and policies has been the source of many costly disputes. These are:

a. The Government cannot limit bidding to a selected list of Contractors known to do good work. ANY CONTRACTOR may bid. Therefore, drawings and specification requirements must leave little to the imagination. They must be clear, concise, detailed, and thoroughly coordinated.

b. Department of Defense Directives require reference to Federal and Military Specifications as applicable, where an acceptable commercial standard does not exist. The A/E shall use the best available Commercial Specifications, Standards and/or procedures to describe fully that which is to be provided. Use of these specifications assures the nonrestrictive competition required in expenditure of public funds. Specifications shall be "nonproprietary" (See Section 18).

c. Many Navy structures require a higher order of reliability than do similar private industry structures.

d. The BUY AMERICAN ACT requires that only domestic construction materials and equipment will be specified and used in Government Contracts.

4. CONTRACTOR'S OPTIONS: Drawings and specifications shall be prepared to permit the Contractor a choice of materials or methods when optional materials or methods would be equally satisfactory for the purpose and are comparable in cost. When a design is to be a part of a construction contract, choice of designs may be permitted, such as hemispherical bottom or semi-ellipsoidal bottom for an elevated steel water tank.

5. A/E SITE INVESTIGATION: In most cases the Scope requires site investigation. The A/E shall obtain necessary licenses and permits, and comply with all applicable laws, codes and regulations in connection with this investigation and shall be responsible for all damages to persons or property that may occur. The A/E shall take proper safety precautions to protect the public, the property of the public and Government personnel and property. BEFORE STARTING THE WORK, IT IS THE RESPONSIBILITY OF THE A/E TO VISIT THE SITE AND INSPECT THE LOCATION OF THE WORK AND TO BECOME ACQUAINTED WITH ALL PERTINENT LOCAL CONDITIONS. Site visits during the design phase shall be arranged with the Activity PWO. During site visits the A/E shall:

a. Discuss the Scope as negotiated and the schedule of performance
b. Verify and identify existing conditions and underground utilities by reviewing "as-built" drawings (if available) and consulting with Activity (Station) maintenance personnel responsible for operation and maintenance of utility systems.

6. DEMOLITION/RENOVATION PROJECTS: The Government does not require bidders to visit the project site prior to submitting a bid. Therefor to avoid claims and extra costs it is important that existing features to be demolished or altered be adequately shown on the drawings and described in the specifications in sufficient detail to allow the contractor to bid that portion of the work. This will require adequate site investigation and verification of as-built drawings. Where existing conditions cannot be readily determined, such as the thickness of pavement or existence of hidden items, quantities shall be estimated to establish a basis for bidding. If the cost to demolish or alter hidden features is significant, the A/E shall request the OIC to authorize additional investigation or testing.

7. CONTACTS WITH UTILITY COMPANIES: The A/E shall contact appropriate utility company representatives as necessary to determine the nearest location and characteristics of service facilities capable of supplying requirements. Such contacts should be made on an information basis only. CAUTION SHOULD BE EXERCISED TO AVOID ANY IMPLIED COMMITMENT on the part of the Navy for any planned requirements. Also, feasibility studies conducted should be based on cost-of-service information provided by the OIC in lieu of the published or quoted rates of the supplier. The cost of utility service for use in feasibility studies and information concerning selection of fuel will be furnished by the OIC upon request. SOUTHNAVFACENGCOM Utilities Division shall be consulted through the EIC, on all matters affecting existing or proposed utilities at a particular Activity before contacting any utility company. Prior to preparation of preliminary submittals, the A/E should contact the Utilities Division on all matters regarding utility sources as they apply to a particular project. All contacts should be made through the cognizant EIC.

8. SITE DEVELOPMENT AND LANDSCAPING: In the design of the site development and landscaping, the A/E shall provide a design in accordance with these documents:

a. Base Exterior Architectural Plan (BEAP). Where a BEAP has been established for an activity, its recommendations shall be considered primary direction for selection and placement of plant material and for general site development.

b. SOUTHNAVFACENGCOM 11015.11, "Guidelines for Tree Selection and Care on Construction Sites"

9. SITE ADAPTATION OF STANDARD DRAWINGS: For certain repetitive type structures, and specialized structures, NAVFAC Standard Drawings or construction drawings of previously designed structures may be furnished to the A/E for site adaptation. Site adaptation, in general, consists of siting the facility and designing all exterior features (paving, drainage, utilities, etc.); modifying the foundation structure to suit the site; seismic considerations; necessary mechanical changes (heating, evaporative cooling or air conditioning) to suit the climatic conditions existing at the site. If other changes in Standard Drawings are contemplated, such changes normally will be defined in the Scope. It is not the responsibility of the A/E to review or check the design of the Standard Drawings furnished for site adaptation. However, if errors in the drawings are discovered or if the design or functional layout appears unworkable for the site adaptation, the matter shall be brought immediately to the attention of the EIC in writing. If necessary mechanical or electrical equipment cannot fit into the spaces provided in the Standard Drawings, then such space will be adjusted or increased as necessary to accommodate the equipment. Such necessary changes are construed to be part of site adaptation. Refer to Section 9, for related information.

10. ENVIRONMENTAL PROTECTION:

10.1 The National Environmental Policy Act. The National Environmental Policy Act of 1969 declared a national policy to promote efforts which will prevent or eliminate damage to the environment and biosphere and stimulate the health and welfare of man. Presidential Executive Order 12088, signed on 13 October 1978, established the policy "that the Federal Government in the design, operation and maintenance of its facilities shall provide leadership in the nationwide effort to protect and enhance the quality of our air and water resources."

10.2 Pollution Control. All applicable pollution control standards promulgated by Federal, State and local agencies in implementing environmental legislation; Clean Water Act; Resource Conservation Recovery Act; Safe Drinking Water Act; Noise Control Act; Toxic Substances Control Act; Marine Protection and Sanctuaries Act; Federal Insecticide, Fungicide and Rodenticide Act; are applicable. "Applicable pollution control standards" are the same substantive, procedural, and other requirements that would apply to the private and industrial sectors. Facilities shall be designed to comply with the most stringent Federal, State or local standards. Navy specialists are available and should be consulted during the early stages of design regarding appropriate standards and the extent to which they are to be incorporated in the Construction Contract Documents. The A/E will be required to make an Asbestos Probability Assessment of all existing work being demolished or altered as part of the design.

10.3 Stormwater Management. Stormwater Management shall be incorporated into all applicable designs so as to eliminate or reduce the discharge of pollutants from impervious surfaces, i.e. rooftops, and parking areas. Applicable state stormwater management guidelines shall be followed.

10.4. Permit Documents. The A/E shall prepare permit documents for any Federal, State or local environmental or stormwater permits which may be required. The OIC shall submit these A/E prepared permits to the appropriate agency for approval.

11. PHYSICAL SECURITY FEATURES: Physical Security includes both active and passive measures to safeguard personnel, protect property and assets, and prevent losses. Depending upon the type of facility involved, there are a number of documents and instructions controlling Physical Security. Guidance sources include Military Handbook 1013/1 "Design Guidelines for Physical Security of Fixed Land-Based Facilities" and portions of other Design Manuals and Military Handbooks. Appropriate consideration should be given to Physical Security in preparing the drawings and specifications. Required and/or desirable Physical Security features should be incorporated initially to eliminate costly additions later. Specialists in various aspects of Physical Security are available at most activities and at SOUTHNAVFACENGCOM and should be consulted during early stages of design development to ensure that required Physical Security standards and features are considered and incorporated. The EIC will arrange consultant with the Design Division Physical Security point of contact at SOUTHNAVFACENGCOM upon request of the A/E.

12. OPERATING AND MAINTENANCE SUPPORT INFORMATION (OMSI): When required by the Scope, the A/E shall provide operation and maintenance support information necessary to promote and maximize the efficiency, economy, safety and effectiveness of the life cycle operation and maintenance of the facility. The principal OMSI elements requiring consideration are:

a. Operation and Maintenance Technical Documentation
b. Supply Support (Repair Parts, Fuels, Lubricants and related items)
c. Maintenance Planning
d. Maintenance and Test Equipment
e. Operating and Maintenance Indoctrination
f. Staffing and Budgeting
g. Inspection Plan
h. Training
i. Extended Special Warranties
j. Basic Data for Facilities Support Contracts/ Performance Work Statements (FSC/PWS)

12.1 Degree of OMSI: The degree of OMSI is determined during the project submittal phase and an appropriate budget cost estimate is developed and clearly identified in the PED and project DD Form 1391. At the 35% design stage an outline of OMSI is submitted by the A/E and upon review, the full scope of the OMSI with final cost estimate is developed.

12.2 Specific Requirements in Preparation of OMSI Package: The A/E shall develop specific construction contract requirements in each appropriate section of the specifications to insure that adequate information is obtained from the Construction Contractor to permit the A/E to prepare the prefinal or draft OMSI package prior to the facility BOD. The 100% and final design submittals will contain a Contractor's OMSI Submittal List, which is a complete list of all OMSI requirements to be submitted by the construction contractor and a specific timetable for their submission. The timetable will allow for normal lead times in the contractor's acquisition of major equipment and systems for which an OMSI requirement exists, but will not compromise the A/E responsibility to insure that a draft OMSI is prepared and reviewed prior to BOD. Thorough checking of the Contractor's OMSI Submittal List will be negotiated as part of the A/E contract scope.

12.3 Specific Requirements in OMSI Execution: The draft OMSI will be utilized by the A/E to indoctrinate the operating and maintenance personnel of the facility and to conduct the operational testings of facility systems. The A/E will prepare final OMSI documentation, incorporating all lessons learned during the indoctrination and operational testing, and submit the completed package no later than 9 months after BOD. Indoctrination, operational testing, and preparation of the final OMSI package will also be negotiated as part of the A/E contract scope.

13. PROJECT ENGINEERING DOCUMENTATION (PED): 100% PED when required by the Scope, shall be prepared in accordance with SOUTHNAVFACENGCOM 01191, "Guidelines for Preparation of Project Engineering Documentation", and forwarded with the 35% submittal with number of copies specified by the Scope.

14. VALUE ENGINEERING:

14.1 Design Phase: All projects having an ECC of 2-million dollars or more will be considered for a Value Engineering Team Study performed at the 35% design stage. If such an analysis is required, it will be included in the Scope. Normally the Value Engineering Team Study will be accomplished by a separate VE Consulting Firm under contract with SOUTHNAVFACENGCOM. The A-E Design Firm will be required to brief the VE Firm on the project requirements and design concepts, provide copies of the 35% design documents to the VE Firm and review and comment on the value engineering recommendations.

14.2 Construction Phase: All construction contracts with a construction cost greater than $100,000 contain a clause allowing the Contractor to submit Value Engineering Change Proposals (VECP) for consideration. The Contractor receives 55% of approved savings and the Government retains 45%. Should the A/E be required to evaluate a VECP, an amendment to the scope will be issued and an appropriate fee negotiated for the services required.

15. POST DESIGN SERVICES: The field administration and inspection of the construction contract normally will be delegated by the OIC to a ROICC or REICC. During the construction period, the A/E may be required to furnish the following services, either to the OICC or the ROICC/REICC as appropriate. The requirements for these services may be included in the Scope, or included by Amendment at a later date.

15.1 Pre-Construction Conference: When required, the A/E shall schedule a representative to attend the pre-construction conference for the purpose of consultation on matters relating to the project, and to become acquainted with problems which the ROICC and/or the Construction Contractor anticipate during construction. The A/E shall take appropriate action as deemed necessary, as a result of this conference. All actions affecting the A/E Contract (Scope) shall be coordinated with the EIC.

15.2 Submittal Checking: When required by the A/E contract, the A/E shall review designated or all of the Construction Contractor's shop drawings, samples, catalog cuts, manufacturers' certificates, mill certificates, and other data which are submitted for review. The shop drawings, catalog cuts and other data shall be endorsed as being in compliance, or not in compliance, with the construction contract requirements, by means of a stamped notation on the face of the submission:

Contract Spec. No.

For
(Title of Contract)

Checked By: Date:
(Name & Firm)

NO EXCEPTIONS TAKEN - RECOMMEND ACCEPTANCE.

RECOMMEND ACCEPTANCE WITH CORRECTIONS NOTED.

RESUBMITTAL REQUIRED - RETURNED FOR CORRECTIONS NOTED.

REJECTED - SEE REMARKS BELOW:

REMARKS:

Select the appropriate notation and insert the signature of the checker, and the name of the A/E Firm. No particular format is prescribed, but the essential information noted above shall be given. The A/E shall indicate the corrections to be made on all copies submitted and shall keep one file copy. The A/E shall stamp and conform five copies to be returned to the ROICC, who will Government stamp those copies to be returned to the Contractor. The A/E shall submit, when appropriate,