letters of explanation or recommendation to the ROICC concerning the shop drawings. If the Contractor requests approval for material or equipment which is non-conforming to the contract requirements, but which the A/E considers to be satisfactory, the A/E shall furnish the answers to the following questions:

a. Is the substitution of equal, greater or less quality than the design requirements?
b. If of less quality, what is the difference in value?
c. If of equal of better quality, what are the advantages to the Government in accepting the substitution at no change in contract price?

The need for expeditious handling of shop drawings and data submittals cannot be overemphasized since delays in processing these submittals can lead to delay claims by the Construction Contractor. Under normal circumstances, the A/E should strive to return submittals to the ROICC within ten days of receipt.

15.3 Site Visit During Construction: At the option of the Government, the A/E may be required to send certain key personnel to the construction site to observe and report on particular phases of construction or problems. The number of visits, type of personnel required, and the scope of the desired services shall be prescribed in an amendment to the A/E's contract. Upon written authorization, the A/E shall schedule and coordinate the site visit with the ROICC. Should the A/E visit the site on his own volition or perform any service outside the scope of services contracted for, reimbursement will not be made.

15.4 Construction Inspection: When required, the A/E shall provide construction inspection services to ensure compliance with the contract drawings and specifications. The extent and nature of such services will be explicitly identified in the Scope, or amendment to the Scope.

*** END OF SECTION 8 ***

SECTION 9

DATA AND CRITERIA

1. PROJECT DATA: Criteria and other information peculiar to the project, will be provided by the OIC.

2. SITE INFORMATION: All available information relative to existing conditions at the site of construction will be provided to the A/E by the appropriate Client Activity upon request. He shall evaluate and verify such information and make field measurements and investigations as necessary to prepare adequate construction drawings and specifications. If (due to unforseen conditions), additional site or soils data is required to adequately develop the design, the A/E shall furnish the OIC specific written recommendations with an itemized cost estimate for this work. Upon OIC approval, the A/E will be directed to obtain additional information and the contract will be adjusted in accordance with the Contract Clauses.

3. CRITERIA: In addition to this publication, the A/E will be provided copies of the following, on a loan basis:

a. NAVFAC Design Manuals (DM) and Military Handbooks (MIL-HDBK).
b. When available, pertinent information relative to the project which has been developed and would be beneficial to the A/E in preparation of drawings and specifications (e.g., studies, previously prepared PEDs, drawings, topographical maps, soils and other data relative to site conditions, existing structures and utilities).
c. MIL-HDBK-1190, Facility Planning and Design Guide
d. Standard drawings and specifications, when applicable.
e. Definitive Drawings, with design criteria and outline specifications, when applicable.
f. NAVFAC Technical Publications, as applicable.
g. Air Force Regulations, Manuals, Phamplets, Design Instruction Letters and Engineering Technical Letters (ETLs) when applicable.
h. NAVFACENGCOM and SOUTHNAVFACENGCOM Guide Specifications. These do not have to be returned. (See Section 18.)

In the event information contained in a DM or MIL-HDBK conflicts with current SOUTHNAVFACENGCOM Criteria, the Current Criteria shall govern. Copies of NAVFAC DMs and MIL-HDBKs and criteria listed in (a) thru (g) above, ARE FURNISHED ON A LOAN BASIS AND SHALL BE RETURNED WITH THE FINAL SUBMISSION. OTHERWISE, THIS MAY BE REASON FOR DELAY OF FINAL PAYMENT TO THE A/E.

4. CRITERIA INDEX: The NAVFAC Documentation Index, "Keywords Out of Context (KWOC)", NAVFAC P-349, presents a composite, consolidated subject index of design criteria for the construction, maintenance, modernization, and rehabilitation of Navy Facilities. The subjects are selected keywords taken from the titles of official instructions, publications, NAVFAC guide specs, NAVFAC DMs, MIL-HDBKs, Civil Engineering Laboratory publications, forms, and reports, and these reference documents are in turn listed adjacent to the related keyword subject in the index. P-349 also includes complete numerical listings of the reference documents by type.

5. DEPARTMENT OF DEFENSE CRITERIA: Department of Defense MIL-HDBK-1190, "Facility Planning and Design Guide", contains the basic criteria applicable to all Military Construction. Appropriate NAVFAC instructions and publications have been developed to implement, clarify or supplement the data contained in the Manual. Those publications applicable to a particular project will be made available to the A/E at the appropriate time.

6. NAVFAC TECHNICAL PUBLICATIONS: Publications pertinent to the work are listed in the SOUTHNAVFACENGCOM "Index of Criteria" and will be made available by the OIC. These technical publications contain planning, design and other information.

7. DEFINITIVE DESIGNS: Definitive Designs are issued by NAVFAC for buildings and structures for which there will be a repetitive need in future Military Construction Programs. These definitive designs set forth the best combination of functional requirements and engineering judgment as determined from the experience of NAVFAC and the cognizant using Commands. While minor modifications may be necessary to meet specific site requirements, or local conditions, major modifications must be fully supported and cleared through SOUTHNAVFACENGCOM. Modifications to Definitives will be coordinated at a Pre-Design Conference to accommodate the needs of the specific Activity and other requirements of the Scope. Elimination of the use of definitive drawings, or modifications thereto to accommodate or incorporate personal or limited-experience concepts will not be approved.

8. STANDARD DESIGNS: Standard structures (mandatory and nonmandatory) are those for which construction drawings and specifications (referred to as standard drawings and standard specifications) are available. Mandatory standards are developed for certain specialized structures to insure uniform construction which will meet the rigid operational requirements established by using Commands and their use is mandatory without deviation. Nonmandatory standards are furnished as recommended guides and present complete construction information. Modifications may be made in the manner delineated by MIL-HDBK-1006/1 "Policy and Procedures for Project Drawing and Specification Preparation".

9. GOVERNMENT SPECIFICATIONS AND STANDARDS: Federal and Military Specifications, Qualified Products Lists, Military Handbooks, Military and Federal Standards, and similar documents are available from the Naval Publications and Forms Center, Philadelphia, PA. The procedure for obtaining these documents is contained in the front of MILITARY BULLETIN 34. Additional current information on this service is contained in Appendix I.

10. OTHER GOVERNMENT CRITERIA SOURCES: Department of Commerce and other Government Agency criteria are used when applicable to the design of the project; some of the more frequently used publications are listed in MILITARY BULLETIN 34.

11. NON-GOVERNMENT CRITERIA: It is the policy of the Government to use non-Government or industry criteria as much as possible, where it does not conflict with the requirements or interests of the Government, or result in restrictive bidding and competition. The American Society for Testing and Materials, American National Standards Institute and others as listed in MILITARY BULLETIN 34; are used extensively in SOUTHNAVFACENGCOM contracts.

12. REVIEW OF CRITERIA: After award of the A/E contract, the A/E should review the requirements and criteria furnished him with the Design Kit. Additional criteria needed may be requested from the OIC.

13. OSHA: NAVFACENGCOM has a continuing program to bring criteria in line with OSHA requirements; however, there may be conflicts with both DOD and NAVFAC criteria. OSHA regulations are continually being updated and supplemented so that new conflicts may be generated before resolutions can be achieved. OSHA does not apply where other Federal Agencies exercise statutory authority to prescribe or enforce standards or regulations affecting occupational safety or health. Special OSHA requirements do not apply to conditions covered under:

a. State nuclear safety or health standards or regulations implementing 42 USC Section 2021; 2021 et seq;
b. Explosives safety or health standards or regulations implementing 10 USC Section 172;
c. Nuclear safety or health standards or regulations implementing 42 USC Sections 2012 and 2121(b) or 2201(b) such as standards and regulations imposed by the Navy on facilities used in support of the Navy Nuclear Propulsion Program.

The A/E shall assure that facilities being designed as places of employment are designed in compliance with the Occupational Safety and Health Act, PL 91-596, except as outlined above and when conflicting with NAVFAC criteria. Cases of conflict shall be referred to the EIC for resolution. Particular attention should be given to 29CFR1910 subparts D "Walking-Working Surfaces", E "Means of Egress", G "Occupational Health and Environmental Control", J "General Environmental Control", L "Fire

Protection" and S "Electrical Code". When designing facilities for the handling of hazardous materials or substances, allowable concentrations of such materials may dictate the design of air conditioning or ventilation equipment. Therefore, all persons involved in design of places of employment should become thoroughly familiar with the OSHA standards and apply these standards wherever applicable in the design of DOD facilities.

14. TECHNICAL ASSISTANCE AVAILABLE: SOUTHNAVFACENGCOM maintains a staff of Architects, Engineers and Specialists who review A/E prepared documents. The EIC will arrange for consultation conferences with the staff at SOUTHNAVFACENGCOM upon the request of the A/E. Consultants are available in the following fields:

a. Architecture
b. Structural Engineering
c. Mechanical Engineering
d. Electrical Engineering
e. Civil Engineering
f. Specifications Engineering
g. Fire Protection Engineering
h. Safety
i. Soil Conservation and Erosion Control
j. Termite and Pest Control and Wood Preservation
k. Environmental Engineering
l. Maintenance
m. Interior Design
n. Cost Engineering
o. Environmental Protection
p. Value Engineering
q. Real Estate
r. Asbestos Removal
s. Roofing
t. Quality Assurance
u. Physical Security
v. Small Arms Ranges
w. Landscaping

*** END OF SECTION 9 ***

SECTION 10

PREPARATION OF DRAWINGS

1. GENERAL: The preparation of project drawings must conform to MIL-HDBK-1006/1 and the requirements contained in Sections 11 thru 17 of this manual. Drawings must be complete, accurate, and explicit. All elements of the work shall be properly coordinated to insure that there are no conflicts between disciplines or between drawings and specifications, Provide sufficient detail to show the extent, size, shape, and relationship between materials. Duplication of information on the drawings and in the specifications must be avoided. Project drawings for repetitive type facilities should be prepared to enable site-adaptation for another facility with minimal revision. To accomplish this, all details pertaining to the individual site such as location map, site plan, extension of utilities, soil boring logs, foundations plans, and foundation details shall be placed on sheets separate from those containing the basic facility. ALL DRAWINGS, SPECIFICATIONS, AND CALCULATIONS SHALL BE REVIEWED BY EXPERIENCED ENGINEERS AND ARCHITECTS OTHER THAN THE DESIGNER.

2. BID ITEMS: NAVFACENGCOM has established as a basic policy that only ADDITIVE bid items shall be used. See Section 18 for policy concerning describing bid items on the drawings.

3. DRAWING FORMAT: The drawing format, style, and lettering shall be in accordance with MIL-HDBK-1006/1. Every effort shall be made to avoid poor spacing, careless lettering, weak lines, and crowded drawings, particularly in view of the use of 105 mm filming system and the use of reduced half- size sets of prints for bidders.

4. DRAFTING MEDIA: SOUTHNAVFACENGCOM will provide the necessary quantity of polyester preprinted "D" size sheets (34" x 22"). Occasionally "F" size sheets (28 x 40") will be used. All final drawings shall be either hand-drafted or computer-aided originals or photographic reproductions using washoff image mylar, of 3-4 mil thickness, with images on front of sheet only if 4 mil mylar is submitted. The A/E shall be responsible for the additional cost of photographic reproductions. Diazo- type or electrostatic reproduction processes are not acceptable. Neither will stick-ons be allowed on final submittal drawings.

5. TITLE BLOCKS: A sample of the drawing title block will be furnished the A/E upon commencement of design work. Preprinted mylar sheets furnished by SOUTHNAVFACENGCOM will have the correct title blocks printed on them. Consultants SHALL NOT place supplemental title blocks on the tracings. The A/E of record is the only one entitled to have his name appear in the title block or on the tracings. The project title shall be on ONE LINE and NOT TO EXCEED 28 LETTERS and SPACES. On drawing cover (title) sheet, the project title shall be unabridged (not abbreviated).

6. LETTER-SIZE SKETCHES: Letter-size sketches shall not be placed in the specifications; show all details and delineations on the drawings. Should sketches be required for a special reason, SOUTHNAVFAC Code 406 stocks reproducible media for that purpose. An Architectural grid of 8 X 8 and an Engineering grid of 10 X 10 are available. These sketch media may be obtained from the EIC by written or telephone request at any time during the life of the contract, free of charge.

7. SCALES:

7.1 Conventional Scales: Locate directly under the title of each Plan, Elevation, Section, Detail, etc. (Example: SCALE 1/8" = 1' 0"). Closely related groups of details having identical scales and tied together with a common title may receive a single indication of scale under their common title.

7.2 Graphic Scales: In Addition to Conventional Scales, a series of graphic scales which shall include every scale used on the sheet shall be located at the lower right corner of each sheet. Scales shall be placed in sequence according to size with the smallest uppermost. It is not sufficient to place all scales on one master sheet; each sheet must be treated independently as each drawing is reduced in size and not always in exact-scaled proportions. For these reasons, it is imperative that graphic scales be shown on each sheet, and that they be accurate.

8. ARRANGEMENT OF DRAWINGS: Drawings should be arranged in the following order:

a. Title sheet and index of drawings (only for projects containing 60 or more drawings) all on first drawing. Do not provide a cover sheet which shows only the project title and location.
b. Vicinity and project location plans (This sheet may be combined with the title and index sheet for small projects.)
c. Civil and Sanitary (including pump stations and similar facilities)
d. Soil Boring Logs
e. Landscape and irrigation
f. Architectural (including interior design)
g. Structural
h. Mechanical (heating, ventilation, and air conditioning)
i. Plumbing
j. Electrical
k. Fire Protection

9. LETTERING AND SHADING:

9.1 Shading: The Naval Facilities Engineering Command uses a 105 mm filming system for microfilming construction drawings. THIS OFFICE, IN FURTHER UTILIZATION OF THE 105 MM SYSTEM, IS USING HALF-SIZE BIDDER'S DRAWINGS. Reduced-size bidder's sets will be reproduced by the offset process. The quality of these reduced prints is a direct result

of the drafting efforts of the A/E preparing the drawings. The finest cameras and most carefully controlled processing cannot produce good results unless the original drawing is of a high quality. For these reasons, SHADING SHALL NOT BE USED TO emphasize details. When reproduced half-size, the shaded area prints opaque.

9.2 Lettering: THE MINIMUM SIZE FREEHAND LETTERING, WHICH INCLUDES ALL ALPHA - NUMERIC SYMBOLS USED ON ALL PROJECT DRAWINGS, SHALL BE NOT LESS THAN 5/32 INCH HIGH UPPER CASE AND PREFERABLY VERTICAL, and mechanical or computer graphics not less than 0.150 inch. Make minimum gap between lines equal to one-half the letter height.

9.3 Symbols: SOUTHNAVFACENGCOM reproduces all drawings half-scale (1/4 actual size) for bidding and construction purposes; therefor, all symbols must be large enough to be completely legible when reduced to half-scale. Symbols for project features shall conform to current industry standards.

9.3.1 Symbols used to identify sections, elevations and details shall utilize circles at least 5/8 inch in diameter which identify the sheet number where the section, elevation or detail is taken and the sheet number where it is shown. See MIL-HDBK-1006/1 for examples.

10. DECALS AND STICK-ON DRAFTING AIDS: THESE DEVICES ARE NOT ACCEPTABLE and shall not be affixed to final tracings submitted to SOUTHNAVFACENGCOM. If used, a photographic wash off film reproducible mylar of equal quality shall be substituted. All reproducible mylars shall be trimmed to 22 inches by 34 inches.

11. CROWDED DRAWINGS: Particular attention should be given in the preparation of drawings, as to the amount of detail to be shown in a given space. When reduced to half-size, numerous lines and symbols which are closely spaced on the full-size drawings, probably will be reproduced as a black, smudged line or area. Detail which is unnecessary or does not improve the understanding of the work, should not be shown on the drawings. Large scale details should be provided as necessary to insure a clear presentation of the information when reduced to half-size.

12. DIRTY AND SMUDGED TRACINGS: Dirty and smudged tracings result in decreased legibility. The front and back of all drafting media shall be kept clean.

13. COMMON DISCREPANCIES IN NOMENCLATURE: There are many phrases and statements placed on drawings which are considered satisfactory civilian architectural and engineering practice but are not acceptable Government practice. The following is a list of some items found repeatedly on drawings submitted by A/E's. After each discrepancy or group of related discrepancies, there is the preferred designation.

A. INCORRECT: "As instructed by the Architect."

CORRECT: (Should not be used)

B. INCORRECT: "By others."
"By the Navy."
"By the Naval Facilities Engineering Command."

CORRECT: "By the Government."

C. INCORRECT: "By Electrical Contractor."
"By Plumbing Contractor."
"By the Plumber."
"By the Elevator Contractor."

CORRECT: (Should not be used)

EXPLANATION: No statement is necessary. The Government recognizes only the PRIME CONTRACTOR; the assignment of work to subcontractors is the prime contractor's responsibility and should not be done by the designer.

D. In the event work which is shown on the drawings is not included in the scope of the contract, use the following:

CORRECT: "Not in contact", "NIC" or "By the Government," or "Government Furnished Equipment," "GFE".

E. INCORRECT: "12 GA zinc-coated steel flashing."
"Copper flashing."

CORRECT: "Metal flashing" (Metals are referred to only as metal and not as a particular kind or gauge. Kind and weight are covered in the Specifications.)

F. INCORRECT: "Sheetrock."

CORRECT: "Gypsum board" (Proprietary names are not permitted.)

G. INCORRECT: "Proposed."

CORRECT "New".

H. INCORRECT: "Install ."
"Furnish ."

CORRECT: "Provide "
See CONSTRUCTION CONTRACT CLAUSES for definitions.

EXPLANATION:

"Install is defined to mean that others will furnish the item and the Contractor is only responsible for installation and/or connection. "Furnish" is defined to mean that the Contractor furnishes the item and others are responsible for installation and/or connection. "Provide" means the Contractor is responsible for furnishing, installing and testing the item.

14. QUALITY CONTROL REVIEW: The A-E shall perform a structured final quality control review of all drawings and specifications prior to final submittal. Review for technical accuracy, coordination of work within each discipline, coordination of work among disciplines, and coordination of drawings and specifications. Where required by the scope, the A/E shall provided a red-lined check set of drawings and specifications as evidence that this review has been accomplished.

15. DRAWING NUMBERS: NAVFAC drawing numbers will be assigned and furnished to the A/E by the EIC. Upon submission of final drawings the unused drawing numbers will be reclaimed by the EIC and shall not be used by the A/E for any other drawing. The A/E contract number shall NOT appear on the drawings nor in the specifications. Drawing numbers shall be shown on the 100% submission.

16. A/E CERTIFICATION AND SIGNATURES: All supervisors, designers, draftsmen, and checkers who are directly concerned with the preparation of NAVFAC drawings shall place their surnames on each tracing. A registered corporate member of the prime A/E firm (i.e., the firm having the contract with SOUTHNAVFACENGCOM) or a responsible person of comparable status shall sign all drawings in the "submitted by" section of the title block. The title and/or index sheet shall be sealed by this same individual. All drawings, other than the title and/or index sheet, shall be sealed by the architect or engineer in responsible charge of the work portrayed on that drawing. Drawings prepared by consultant to the prime A/E may be sealed by the consultant. The firm name shown in the title block shall be that of the prime A/E. The names of consultants to the prime A/E shall not be placed on drawings. Registration seals (of a reproducible media) shall be stamped to the left of the title block. All signatures and numbering of drawings shall be accomplished prior to the 100% submission of contract documents.

17. CHANGES TO DRAWINGS: All changes to drawings shall be coordinated with the EIC, and made on ORIGINAL MYLARS ONLY. Making changes on substitute Mylars, Photacs or Sepia copies of the original drawings is strictly prohibited. When changes are made to the originals, appropriate change symbols must be used to indicate the changes and the "Revision" block at the top-right of the sheet must be completed with the required information, symbols, signatures and dates. If the originals are not in the possession of the A/E, they shall be obtained from the EIC. If additional sheets of drawings are required to affect the changes, blank mylar preprinted sheets and additional drawing numbers must be obtained from the EIC.

18. RECORD DRAWINGS: The following is applicable when the A/E contract requires the preparation of record drawings showing "as-built" conditions upon completion of construction. A record of all changes occurring during construction will be made by the ROICC on the prints of the project drawings. At the conclusion of the project construction, the A/E will be furnished the tracings of all drawings and the prints marked by the ROICC. The tracings shall be corrected in black pencil in accordance with MIL-HDBK- 1006/1, to show "as-built" changes indicated on the marked prints. Deleted or superseded portions of the drawings shall be erased. The final "as- built" tracing shall show the actual construction only, except when the original tracing contains portions of the drawing marked "N.I.C." (not in contract), or when optional methods of construction are shown. The optional methods of construction not used should be crossed out and noted "Not Built". No change needs to be made to those portions of the drawings marked "N.I.C.". Changes to the tracings shall be noted in the Description column of the Revision Block, "Corrected to As-Built". Where no changes are made to the tracings, the description shall be "As-Built, No Corrections". All AS-BUILT Tracings shall be dated the same.

19. GENERAL REQUIREMENTS FOR PREPARATION OF DRAWINGS (All Disciplines As Applicable):

a. On small uncomplicated projects, one or more plans may be combined onto one sheet, but never so that the plans will be crowded. All projects are photographically reduced to 1/2 scale (1/4 actual size) for bidding. As a result, crowded drawings become very difficult to read.
b. All plans should be oriented so that "north" is to the top or left of the sheet. The orientation should be the same from sheet to sheet.
c. The scale of the Civil and Site drawings should be the largest practical-preferably 1" = 10' or 1" = 20'. However, smaller scales will be acceptable to allow the entire plan to fit on a single sheet, provided the sheet is not too crowded. Architectural and Structural Plans shall be 1/8" = 1' 0" or 1/4" = 1' 0" where practicable.
d. Unless indicated differently in Sections 11 through 17, the scale of detail drawings should be a minimum of 3/4" = 1' -0" or 1" = 1'- 0". However, smaller scales will be acceptable on uncrowded details provided they are clearly legible when reduced to 1/2 scale (1/4 actual size).
e. Show all new work in heavy, dark lines and existing items in light or dashed lines.
f. Provide legend and graphic scales on all sheets. Key drawings where necessary or desirable.
g. Identify additive bid items if necessary for clarity.
h. Show north arrow on all plans.
i. Coordinate interfaces with other drawings, especially Plumbing with Civil and Utilities Plans.
j. Check drawings against calculations, soil boring report, and specifications.

*** END OF SECTION 10 ***

SECTION 11

CIVIL DESIGN

1. DESIGN GUIDANCE: The Civil portion of any design project shall be prepared, by a qualified civil engineer, in a thorough logical manner which follows the normal construction sequence. Include information in sufficient detail for all phases of the work to permit a complete technical review. All items in each submission shall be date stamped with the date and stage of design of submittal.

1.1 SUBSURFACE CONDITIONS: The A/E shall be responsible for all necessary soil explorations and laboratory tests. Complete reports of these tests, including specific interpretations and cautions, are essential and copies of such reports shall be made a part of the submittal requirements. The A/E shall analyze and interpret all necessary information concerning foundation soil conditions and shall include, in the preparation of specifications and drawings, complete and specific coverage of procedures for foundation construction and for handling unusual subsurface conditions. Soil explorations and tests should conform to the essential requirements outlined in NAVFAC Design Manuals DM-7.01, 7.02 and 7.03. Each sheet of test data showing data conditions, shall show the date on which the data was obtained. Data shown on the drawings, including soil boring logs, shall include the date and the name of the firm which obtained the data. All soil boring logs shall utilize symbols from the Unified Soil Classification System.

1.2 SURVEYS: The A/E shall make all field surveys required for the design of the project. In general, this shall consist of locating and identifying species of existing trees, topographic site surveys, alignment, profiles, cross sections and location of existing underground utilities. A sufficient number of semipermanent survey points to serve as initial horizontal and vertical survey controls for construction of the project shall be set. The horizontal control points and bench marks shall be shown and identified on the drawings. All survey reference points shall be tied-into existing grid and bench mark systems. Surveys shall conform to the essential requirements of DM-5.01 "Surveying" and shall be recorded in a bound field notebook to be submitted at the final submission.

1.2.1 UTILITIES: The A/E shall indicate the locations of all utilities crossing or immediately adjacent to the project limits. The utility locations shall be obtained from station drawings and visible surface indication, i.e. valve covers, catch basins, manholes, etc. Inverts of storm sewers and sanitary sewers shall be obtained and indicated at manholes or catch basins. Normally, excavation to uncover utilities will not be required. If excavation is required, it shall be stated in the Scope or by contract modification. Information concerning fire protection is located in Section 16. During the design process if it is determined that the location of an existing utility may interfere with the new construction, additional investigation/excavation should be performed to accurately locate the utility in order to prevent a construction change order.

1.2.2 WETLANDS: Should unexpected wetlands be encountered during the field investigation, the limits and location of the wetlands shall be surveyed and indicated on the drawings. The EIC should immediately be informed so that appropriate actions may be taken.

1.3 PERMITS: The general permit requirements are contained in the A/E's Statement of Work. The A/E shall become thoroughly familiar with the requirements of the appropriate permitting agencies and shall design in accordance with those requirements.

1.4 FIRE PROTECTION: See Section 16 for Fire Protection requirements.

2. SUBMITTAL REQUIREMENTS: The following requirements shall be met at each submittal.

2.1 SCHEMATIC SUBMITTAL: For most projects a Schematic Submittal will be required prior to the 35% submittal. The Civil portion of the Schematic Submission shall include the following drawings developed to the stage stated below:

a. Site Plans showing the following:
   (1) Pertinent boundaries including existing buildings/structures.
   (2) Outline of vehicle parking and access thereto. Indicate number of vehicles accommodated, including Handicapped Requirements. Show traffic flow pattern.
   (3) Outline of building and walks including functional relationships between buildings.
   (4) Pertinent dimensions
   (5) Trees to be removed - indicate types and sizes.
   (6) General slope of land (water runoff)
   (7) Existing site elements or factors having significant cost impact.
   (8) North arrow
   (9) Graphic Scale

2.2 35% SUBMISSION: For the 35% submission, the following shall be included and shall be developed to the stage indicated:

2.2.1 BASIS OF DESIGN: The Basis of Design should supplement the preliminary drawings, specifications and estimates. IT SHOULD BE A PRESENTATION OF FACTS SUFFICIENTLY COMPLETE TO DEMONSTRATE THAT THE CONCEPT OF THE PROJECT IS FULLY UNDERSTOOD and that subsequent design details and their ultimate presentation in the final drawings and specifications will be based on sound engineering. The Basis of Design should be bound to expedite SOUTHNAVFACENGCOM review of the submittal. The submission is to be substantiated by an economic analysis of alternatives examined and brief statements of the rationale for the various selections. Describe existing facilities and state their adequacy for use with the new facility. Describe and provide a rationale for all special design required to complete the facility. Brief statements shall be included that all cost effective systems/features are incorporated.

2.2.1.1 SITE DEVELOPMENT: A statement describing the site of the project, its natural advantages and disadvantages relative to its adequacy for the proposed project, natural vegetation, trees and topography which can be utilized in the enhancement of the completed facility. Additional statements should be made outlining the proposed landscaping and other site work necessary to complete the site development, including physical security requirements and considerations.

2.2.1.2 ROADS, DRIVEWAYS, PARKING AREAS, WALKS, AND RAILROADS

a. A statement of general soil conditions, with a brief outline of soil exploration and testing performed.
b. The type and volume of traffic, controlling wheel loads and types of classes of roads under consideration with justification for any deviation from criteria thicknesses for those classes.

2.2.1.3 WATER SUPPLY

a. Explanation of existing system, covering particularly the type, capacity, condition, present water use and unsatisfactory elements of component parts for major extensions.
b. Statement of type of construction proposed, materials for watermains, type of well, etc.
c. For distribution systems, statement of design domestic and fire flow, residual pressure, and elevation differentials (should include designer's estimate of pipe sizes).
d. Statement of sizes, elevations, capacities, etc., as can readily be determined without long computations or design consideration for reservoirs, treatment units, pumping plants, well pumps, and such units.

2.2.1.4 SEWERS AND SEWAGE DISPOSAL SYSTEMS

a. Explanation of existing system covering particularly the type, capacity, condition, present flow, and unsatisfactory elements of component parts for major extensions.
b. Interpretation of degree of treatment necessary by effluent requirements and units necessary for treatment.
c. Statement of materials to be used for sewer systems and sewage treatment plants.

2.2.1.5 FENCING: Describe type, height, clear zones, and justification for new fencing. Describe height and type of existing fence on or adjacent to the project site. Include a description of any special phasing required to maintain security during removal and installation of fencing.

2.2.1.6 ENVIRONMENTAL POLLUTION CONTROL: A statement explaining expected environmental pollution and the proposed method of control. A detailed description will be necessary for those facilities directly related to controlling air and water pollution; such as sewage treatment plants, industrial treatment facilities, incinerators, smoke elimination facilities and other similar projects.

2.2.1.7 STORM DRAINAGE

a. A statement of the requirements for storm water management for the particular state in which the project is located. Discuss security measures to be used for ditches or pipe larger than 10 inches which will pass beneath security fencing.
b. Explanation of the design approach to be taken, including materials selection.

2.2.2 DESIGN CALCULATIONS: The design of all Civil engineering aspects of the project shall be in accordance with the DM-5 series and other design criteria as required. Complete calculations shall be submitted for all design features. All references, codes and design data used in the calculations shall be included and source indicated in the calculations.

2.2.3 DESIGN DRAWINGS: The following drawings shall be included and shall be developed to the extent indicated.

a. General Location Map: Show project location, haul routes, borrow areas, disposal areas, laydown and storage areas and plant sites. This drawing may also serve as a cover sheet and should include a vicinity map. An Index of Drawings required at the 35% and 100%, may be shown on this drawing.

b. Existing Site and Demolition Plan: A complete and accurate map of the site, drawn to a scale of 1 inch equals 20 feet, showing existing contours and spot elevations, as well as all topographic features shall be provided. This plan should include all existing site information such as buildings, pavements, utilities, storm drainage, fencing, location and description of benchmarks, wooded areas, specimen trees, and other relevant and necessary information. All bench mark control points, markers or monuments shall be clearly referenced and described. The maps shall show accurate locations of borings and boring logs and shall be oriented so that North is to the top or to the left of the sheet and shall be prepared on standard 34 inch X 22 inch mylar sheets which will be furnished by the Government. The maps shall be provided with graphic scales, keymaps, north arrow, datum plane and station coordinates of bench marks, and legend to define all symbols used. All demolition should be shown on this drawing and indicated by legend. Demolished features should NOT be shown on subsequest drawings. The new facility should be outlined (by broken line) at the proper location on the Demolition Plan.

c. Site Plan: This plan should show all new aboveground site features including all buildings and pavements, complete with dimensions, traffic flow patterns, parking layout and striping, including Handicapped Parking Requirements, fences, and all other structures and facilities. Location of new facilities should be referenced to existing, identifiable surface features.

d. Grading and Storm Drainage Plan: This plan includes all existing and finish contours at maximum 1.0 foot interval, existing and finish spot elevations as necessary to insure proper drainage, ditches, existing and new storm drainage pipes with sizes and slopes shown, manholes, catch basins, curb inlets, headwalls, location and description of benchmarks, and other necessary structures. Clearly indicate locations of security barriers on man passable pipes and ditches which pass under security fences.

e. Water and Sewer System Plan: This plan should show all existing and new water and sewer lines with sizes indicated. The water system should include the approximate elevation of the existing lines and the location of all valves and hydrants. The sewer system should

include the location of manholes and pump stations, the inverts and top elevations of all manholes and cleanouts, and slopes of lines. Rough details of pump stations, and other special structures should be provided. Standard details need not be shown on this submission.

f. Soil Boring Logs: Logs should be referenced to the boring number in the plan sheet where shown. Soils should be identified in accordance with the Unified Soil Classification System. Standard penetration test blow counts and ground water table elevations shall be shown. Soil borings log elevations shall be referenced to true bench mark elevations shown on grading plan, and a note on the sheet shall indicate when and by whom the borings were taken. The drawing(s) should be complete at the 35% stage.

g. Other Drawings As Required.

2.3 100% SUBMISSION: For the 100% submission, the drawings and specification should be complete with signatures and seals such that the project could be built from them. The 100% submission should include all drawings described for the 35% submission plus all necessary detail sheets to complete the civil engineering portion of the project. In addition, other sheets required to show such information as profiles and cross sections for roads and ditches, profiles of sewer and drainage systems, and details of all appurtenances shall be included. The designer should review all Guide Specifications to be used in connection with the Civil Drawings. Most of the Guide Specifications contain design information in notes that indicate what must be shown on the drawings for proper coordination with the specifications. Some Guide Specifications contain standard details which must be included on the drawings if they are applicable to the project.

2.3.1 Calculations: Revise the 35% calculations and supplement as required for 100% design. Submit in same format as for 35% design.

2.3.2 Drawings shall meet the following requirements:

a. General Location Map - See 35% Drawing Requirement
b. Existing Site and Demolition Plan and Detail Drawings

(1) All items to be demolished clearly shown
(2) Limits of removal
(3) Complete description of items to be removed
(4) Details, where necessary, of items to be removed
(5) Depth and dimension of affected pipelines and foundations

c. Site Plan and Detail Drawings

(1) All necessary layout dimensions
(2) Street profiles
(3) Pavement sections and joint layout and details
(4) Handicapped provisions details
(5) Parking and other pavement marking
(6) Curb and gutter details
(7) Walk details
(8) Pavement repair details (i.e. utility crossings)

(9) Guard post details
(10) Fencing and gates location and details including security barriers for openings beneath fences and gates
(11) Wheel stop details
(12) Construction limits
(13) All existing aboveground features which are not to be demolished
(14) Street sign details

d. Grading and Storm Drainage Plans and Detail Drawings

(1) Existing and finish contours
(2) Existing and finish spot elevations
(3) Ditch profiles and sections
(4) Erosion protection
(5) Storm drainage piping layout, new and existing including security barriers
(6) Storm drainage structure details including security barriers
(7) Slopes and inverts of all pipes and profiles where necessary
(8) Inverts and top elevations of all structures
(9) Frames, grates and covers details
(10) Class or gauge of pipe
(11) Clearing and grubbing limits
(12) Grassing limits
(13) Benchmark information

e. Water and Sewer Systems Plans and Detail Drawings

(1) Overall layout of systems, showing line sizes
(2) New and Existing systems shown
(3) Valve and fire hydrant locations
(4) Fire hydrant installation details
(5) Sizes of all components of systems indicated
(6) Building services coordinated with building plumbing drawings
(7) Separation of water and sewer lines
(8) Backflow preventers
(9) Manhole spacing and details (including top and invert elevations)
(10) Cleanout location and details
(11) Pipeline profiles (Gravity sewers normally, plus force main when required by State Permitting Agency)
(12) Manhole, frames and cover details
(13) Pump station location and details
(14) Air release valves location and details
(15) Thrust block details
(16) Locations coordinated with existing and other utilities

f. Soil Boring Logs - See 35% Submittal
g. Other Drawings as Required, i.e. road and ditch profile, and cross section, sewer and storm drainage profiles, irrigation systems layout and detail, etc.

3. GENERAL REQUIREMENTS FOR PREPARATION OF DRAWINGS

a. On small uncomplicated projects, one or more of the above plans may be combined, but never so that the plans will be crowded.

b. All plans should be oriented so that "north" is to the top or left of the sheet. The orientation should be the same from sheet to sheet.

c. The scale of the Civil and Site drawings should be the largest practical and preferably 1" = 10' or 1" - 20'. However, smaller scales will be acceptable to allow the entire plan to fit on a single sheet, provided the sheet is not too crowded.

d. Show all new work in heavy, dark lines and existing items in light or dashed lines. (Poor quality and improper lettering size will be rejected and a resubmission will be required).

e. Show haul route, and borrow pit location (if on base).

4. CIVIL DETAILS: The following is a listing of Civil details which are most often used. A copy of any of these details is available upon request. These details may be edited and incorporated into the project as appropriate.

| Drawing Identification No. | Drawing Title |
|---|---|
| STORM DRAINAGE SYSTEM | |
| SD-1 | Standard Catch Basin |
| SD-2 | Standard Curb Inlet, Type "A" |
| SD-2A | Standard Curb Inlet, Type "A" |
| SD-3 | Special Curb Inlet, Type "B" |
| SD-4 | Gravity Concrete, Type "A" |
| SD-5 | Gravity Concrete, Type "B" |
| SD-6 | Reinforced Concrete Headwall, Type "C" |
| SD-7 | Standard Airfield Catch Basin |
| SD-7A | Standard Airfield Catch Basin |
| SD-8 | Standard Airfield Shallow Catch Basin |
| SANITARY SEWERAGE SYSTEM | |
| SS-1 | Exterior Sanitary Cleanout |
| SS-2 | Standard Building Sewer Service Connection |
| STORM DRAINAGE AND SANITARY SEWERAGE SYSTEMS | |
| SD & SS-1 | Standard Manhole |
| SD & SS-2 | Precast Concrete Manhole |
| SD & SS-3 | Drop Manhole |
| SD & SS-4 | Standard Airfield Manhole |
| PRESSURE PIPE | |
| PP-1 | Thrust Blocks |
| POTABLE WATER SYSTEM | |
| W-1 | Fire Hydrant |
| W-1A | Fire Hydrant |
| W-2 | Valve Box |
| W-3 | Post Indicator Valve |
| W-4 | Typical Building Water Service Connection |
| W-5 | Tapping Sleeve and Valve |
| W-6 | Water Meter |
| W-7 | Reduced Pressure Backflow Preventer |

PAVEMENT

| | |
|---|---|
| PVMT-1 | Sidewalk |
| PVMT-2 | Traffic Markings |
| PVMT-3 | Wheel Stop |
| PVMT-4 | Concrete Curb |
| PVMT-5 | Concrete Curb and Gutter |
| PVMT-6 | Depressed Curb and Gutter |
| PVMT-7 | Curb and Gutter at Driveways |
| PVMT-8 | Rigid Pavement Expansion Joint |
| PVMT-9 | Rigid Pavement Thickened Edge |
| PVMT-10 | Rigid Pavement Contraction Joints |
| PVMT-11 | Sidewalk Steps |

PIPE TRENCH AND PAVEMENT REPAIR

| | |
|---|---|
| PT & PR-1 | Pipe Trench Bedding in Earth |
| PT & PR-2 | Typical Bituminous Pavement Repair |
| PT & PR-3 | Typical Concrete Pavement Repair |
| PT & PR-4 | Pipe Support Under Floor Slabs Built on Grade at Naval Station, Charleston |

GUARD POST

| | |
|---|---|
| GP-1 | Guard Post |

FENCE

| | |
|---|---|
| F-1 | Fence Elevation and Section |
| F-2 | Double Swing Gate |
| F-3 | Single Swing Gate |

SIGNS

| | |
|---|---|
| SIGN-1 | Stop Sign |
| SIGN-2 | Yield Sign |
| SIGN-3 | One Way Sign |
| SIGN-4 | Speed Limit Sign |
| SIGN-5 | Handicapped Parking Sign |
| SIGN-6 | No Parking Sign |
| SIGN-7 | Sign Post |

IRRIGATION

| | |
|---|---|
| IRR-1 | Pop-up Rotor and Spray |

RECREATION

| | |
|---|---|
| REC-1 | Fixed Tennis Post |
| REC-2 | Removable Volleyball Net Post |
| REC-3 | Fixed Combined Basketball & Volleyball Net Post |

*** END OF SECTION 11 ***

SECTION 12

ARCHITECTURAL DESIGN

1. DESIGN GUIDANCE: Adherence to the following requirements will enable the Architect to develop the architectural design in a manner which will permit a more expeditious review and approval by the Government. Refer to STATEMENT OF WORK in A/E Contract documents for specific items when required in following paragraphs.

1.1 Base Exterior Architectural Plan (BEAP): The design guidance, which can be obtained from the EIC, is to be followed for Navy installations / bases. Refer to BEAP chapter entitled "Base Design Guides" which covers requirements for architectural style and elements, roads / parking / walkways, landscaping, signage, utilities, and site furnishings. The design will be reviewed by the Architectural Review Board (ARB) for architectural compatibility.

1.2 Uniform Federal Accessibility Standards (UFAS): The guidance for handicap accessibility shall be followed in the design of new facilities and alteration of existing facilities where civilian employees or the public will visit or work. The design will be reviewed and approved by the Handicapped-access Design (HCD) reviewer. The A/E shall complete the Handicapped Checklist provided by HCD reviewer.

1.3 Interior Design: There are two categories:

a. "Structural-related Segment" includes selection of finishes and furnishings physically attached to the building; it is applicable to all buildings. Air Force refers to this effort as Structural Interior Design (SID). See STATEMENT OF WORK, Color Board / SID requirements.
b. "Furnishings-related Segment" is an optional service which includes movable furnishings such as furniture, artwork, and equipment as well as fixed equipment having choices of colors and finishes which require coordination. Air Force refers to this service as Comprehensive Interior Design (CID). See STATEMENT OF WORK for requirements.

1.4 On-Site Schematic Development: When required by the STATEMENT OF WORK, will serve as the basis of SCHEMATIC SUBMISSION.

1.5 Fire Protection: See SECTION 16 - FIRE PROTECTION for Life Safety Code and other fire protection requirements.

1.6 Criteria and Special Submissions for Air Force (USAF) Projects: See STATEMENT OF WORK for required submission titles and special interim submission requirements.

1.7 Dos and Don'ts--Architectural Items:

a. Roof Slopes: Minimum roof slope for new construction is 1/2" in 12" and, for reroofing, 1/4" in 12" (USAF guidance AFR 88-15 permits 1/4" per foot minimum for Air Force projects -- we prefer 1/2" per foot minimum). Obtain slope by sloping the roof structure; do not use wet fill material, such as light weight 'insulating' concrete, to provide roof slopes. Ensure positive drainage along valleys between internal roof drains; use crickets or tapered insulation when necessary.

b. Roof Insulation: Do not use 'insulating' concrete fill for roofs. Whenever possible, locate the overhead insulation on the ceiling in lieu of the roof deck.

c. Roofing Materials for Navy Funded Projects: Single-ply Elastomeric Sheet roofing materials are acceptable for use in lieu of Built-up Bituminous Roofing (BUR); use of these materials should be considered in early stage of design. Avoid the use of BUR on small one-story buildings and buildings of more than two stories, when practical. Consider asphalt shingles or metal roofing and water-shedding roof slope whenever feasible.

d. Roof Mounted Equipment: Avoid roof mounted equipment, antennas, and air terminals (lightning rods) if possible.

e. Roof and Wall Flashing Details: Refer to the SOUTHDIV Guide Specification 07000, "ROOF DESIGN GUIDELINES", NRCA Roofing and Waterproofing Manual and SMACNA. Closure details of flashing must be shown on the drawings.

f. Wall Insulation: Do not use loose insulating fill in masonry walls. Show type, thickness, and R-Value on drawings.

g. Suspended ceilings: Avoid use of fire rated suspended ceilings -- protect structure by alternate means.

h. Windows: Consider operable windows (there is a non-heating / non-cooling period in the spring and fall seasons on military bases / installations). Use them where required by code and at other locations if compatible with energy, operational, and architectural requirements.

i. Exterior Masonry Walls: Avoid use of "single wythe" concrete masonry walls (cmu) where moisture penetration will cause problems. These walls may be used where water penetration and humidity are not a problem (i.e., certain service and utility buildings).

j. Glass Block: Glass block may not be used in exterior walls without submitting written justification for approval.

2. SUBMITTAL REQUIREMENTS

2.1 SCHEMATIC SUBMISSION: This will be required for most projects shortly after Notice to Proceed (NTP). See STATEMENT OF WORK for additional requirements. Coordination with the BEAP, UFAS, and "Do's and Don'ts" is required. These items are available thru the AIC / EIC. The Schematic Submission shall include the following submittal items:

2.1.1 Schematic Drawings: Submit following drawings as prints in the quantities required by the STATEMENT OF WORK.

a. Site Plans...see SECTION 11, CIVIL DESIGN.
b. Architectural Plans (drawn to scale) showing:

(1) Room/Space Names with net square foot (SF) labelled and special equipment or furnishings indicated. Differentiate "secure area" walls from standard walls.
(2) Door and window locations.
(3) Dimensions and pertinent notes.
(4) Toilet fixture locations with handicap accessible type noted.
(5) Area Tabulation Diagram with gross SF shown.
(6) Roof Plan showing slope, crickets, and anticipated roof mounted equipment.
(7) Plans oriented so that North is to top or left of sheet.
(8) North Arrow and Graphic scales on each sheet. (See SECTION 10)

c. Architectural Elevations (drawn to scale) showing:

(1) Exterior finish material and color notations coordinated with "exterior finish material samples".
(2) Anticipated mechanical / electrical equipment.
(3) Downspouts, flashing, crack control joints, expansion joints, and brick coursing.
(4) Doors with frames and windows with frames, mullions, and operating sash.
(5) Exterior grade and floor elevation(s).
(6) Extent of new additions / alterations related to existing construction.
(7) Notes identifying special construction elements related to architectural compatibility or other requirements.
(8) Graphic Scale on each sheet.

d. Architectural Building Section (drawn to scale) showing:

(1) Exterior wall type notations (cavity / veneer)... do not draw wall construction in detail.
(2) Outline of interior spaces and exterior limits of walls, floors, roofs, and shading devices.
(3) Graphic Scale on each sheet.

e. Perspective sketch (optional -- see STATEMENT OF WORK) showing:

(1) Two vanishing point view, accurately proportioned, of front and primary approach sides of facility.
(2) Rendered exterior finish indications coordinated with 'exterior finish material samples'.

2.1.2 Architectural Compatibility Brochure containing:

a. Narrative briefly introducing project and design approach to providing architectural compatibility with appropriate nearby 'permanent category' existing facilities and facilities under construction. Identify design elements, details, materials, colors, signage, and landscaping which coordinate with existing facilities. Limit to narrative to two typed pages maximum.
b. Slides showing nearby "permanent category" construction/buildings; include views of buildings impacting architectural compatibility. See STATEMENT OF WORK.
c. Diagramatic map of project site, drawn to scale, with adjacent building and 'architectural compatibility' building outlines, slide numbers, and direction of each slide view clearly shown.
d. Exterior finish material samples showing texture and color. Coordinate names with Architectural Elevation notations.

2.2 35% Submission: See STATEMENT OF WORK for Air Force project submission title; Air Force refers to 30% Submission as Early Preliminary Design (EPD).

2.2.1 Preliminary drawings: The design shall be developed to approximately the 35% level of completion and the drawings shall be submitted as prints in quantities required by STATEMENT OF WORK. Use Military Handbook (MIL HDBK) 1006/1 Reference Symbol convention. Include the following items as a minimum:

a. Architectural Floor Plans (drawn at 1/4" scale for small and 1/8" for large buildings) showing:

(1) Types of walls / partitions (secure area construction and acoustical and fire rating), door swings, door openings, windows, and stairs / steps / ramps with pertinent dimensions and notes.
(2) Rooms / spaces with names and numbers. Show furniture and furnishings on the "35% Furniture Footprint Plan".
(3) Key Plan on each floor plan sheet when the floor plan is not contained on a single sheet.
(4) Enlarged plans at 1/2" scale for toilets, typical dormitory bedrooms, kitchens, stairs, etc. Include toilet partitions, handicapped accessible/regular toilet fixtures/accessories/ drinking fountains, and other provisions for handicapped.
(5) Area Tabulation Diagram with gross SF shown for each type of area such as interior space (100% factor), covered walkways (50% factor), etc., per Navy or Air Force criteria.
(6) Plans oriented so that North is to the top or left of the sheet.
(7) North arrow and graphic scales. (See Section 10)

b. Roof Plan (may be drawn at smaller scale) showing:

(1) Slopes, internal drains or gutters, crickets, skylights, pipe penetrations, expansion joints, and roof-mounted (mech/elec/etc.) equipment.
(2) North arrow and graphic scale.

c. Building Elevations (normally at same scale as floor plan) showing:

(1) All sides with pertinent features noted. See Architectural Elevation requirements in SCHEMATIC SUBMISSION, paragraph 2.1.1 c.
(2) Graphic scale.

d. Exterior Wall Sections from foundation to roof membrane / parapet top for each type of exterior wall system. Show and label each material. Include 'R-values' for wall and roof insulation. See '100% SUBMISSION', paragraph 2.4.1 e. requirements. Include graphic scale on each sheet.
e. Typical Interior Partition Sections showing fire and acoustical ratings. Coordinate with floor plans.
f. Details showing sufficient information to permit development of a reliable cost estimate. The 35% Cost Estimate is of extreme importance...see Section 19. Include detail sections of typical roof at eaves or parapet conditions at 3" = 1'-0" scale.
g. Door, Window, and Louver Schedules -- see para. 2.4.1 f. (1), (2), and (3) following.
h. Interior Finish and Signage Schedules -- see para. 2.4.1 f. (4) and (5) following.
i. 35% Furniture Footprint Plan drawn to scale. This is necessary to ensure that all required furniture and equipment is coordinated with the Collateral Equipment List and that each space has been sized and configured appropriately.

2.2.2 Basis of Design (Architectural)

a. General: The Basis of Design should supplement the preliminary drawings, specifications, and estimates. IT SHOULD BE A PRESENTATION OF FACTS SUFFICIENTLY COMPLETE TO DEMONSTRATE THAT THE CONCEPT OF THE PROJECT IS FULLY UNDERSTOOD and that subsequent design details and their ultimate presentation in the final drawing and specifications will be based on sound engineering. The "Basis of Design (Architectural)" shall be included with the combined Basis of Design for the other design / engineering disciplines which will be bound separately from other submission documents. Energy conservation aspects of design resulting from investigation of the complete energy system must be discussed. Brief statements shall be included that all cost effective systems / features are incorporated, such as heat recovery, sun shade control devices and others as appropriate.
b. Architectural: Provide Architectural "Basis of Design" in format similar to following:

ARCHITECTURAL BASIS OF DESIGN

(1) Introduction: Briefly describe the purpose of this project and extent of construction. Refer to supporting Appendices at end of Basis of Design which should include DD Form 1391 and design conference minutes. For USAF projects include AF Form 1158 - Facility Summary.

(2) Architectural Compatibility: Briefly describe architectural style of buildings in the immediate vicinity of the site and other installation/base buildings having functions similar to the facility being designed. Discuss the approach to achieving architectural compatibility with nearby facilities (both existing and future construction). Identify design changes made in response to previous Architectural Review Board (ARB) comments.

(3) Type of Construction: Describe type of construction chosen with reference to anticipated building life and degree of combustibility.

(4) Building Insulation: Describe types of insulation to be provided with specific R-values for roof(s), walls, floor(s), etc.

(5) Construction Materials and Finishes: Describe materials for all major items of construction including interior / exterior finishes. The finishes may be identified in a Finish and Color Schedule with reference to SID / Exterior Color Boards / Brochure included in submittal.

(6) Discussion of Physical (barriers) and Electronic Security requirements including listed criteria defining those requirements. Address design features proposed for use in the construction.

(7) Equipment List: Describe items not considered to be a permanent part of the structure, such as portable equipment, work benches, shelving, bins, and removable partitions.

(8) Life-cycle Cost Comparison: Include data for selection of (a) exterior wall systems, (b) interior wall / partition systems, (c) roof system, (d) floor systems / finishes, and (d) ceiling systems / finishes. Show diagrams of system / finish options (three minimum of each type) with labelled components and related costs (tabular form showing first cost and life-cycle maintenance cost). Concisely list advantages / disadvantages for each system and identify system chosen with reason for selection. This data, consisting of items listed above, may be included as an appendix if referenced in the Architectural Basis of Design.

(9) Schematic Submission review comments with annotated responses.

2.2.3 Design Calculations: Bind design calculations into a separate submittal booklet.

2.3 100% Submission:

2.3.1 100% Drawings: The design shall be complete and the drawings shall be ready for bidding and construction. The drawings shall be submitted as prints in quantities required by STATEMENT OF WORK. Include the following items as a minimum:

a. Architectural Plans:

(1) Floor Plans showing:

(a) Complete dimensions.
(b) Spaces labelled with doors and windows numbered and door swings indicated.
(c) Enlarged plans / elevations / sections / and details cross referenced per MIL HDBK 1006/1 Reference Symbol guidance.
(d) Wall and partition thickness, secure area partition type, partitions that extend to overhead structure, fire and acoustical rated partitions (show rating). Reference symbols for each related section / detail.
(e) Water coolers, janitor sinks, floor drains, fire extinguisher cabinets, access ladders and hatches, "walk-off" mats in exterior entrances, public phones, signage directories, and built-in shelving and equipment.
(f) Wall and floor expansion / crack control joints.
(g) Boundaries of floor finish material changes and floor level transitions.
(h) Ramps, steps, and stairs.
(i) Gross SF Area Tabulation Table and Diagram (locate near title block for each floor plan sheet and show note "NOT TO BE USED FOR BIDDING PURPOSES").
(j) Necessary notes and schedules (use Key Notes for labels where practical).
(k) Key Plans when an entire floor is not shown on a single sheet. Exterior Elevation reference symbols may be shown on Key Plan.

(1) Graphic Scales Legend and North Arrow.
(2) Reflected Ceiling Plans at same scale as floor plans showing:

(a) All ceiling types (identified by note or legend) and acoustical ceiling tile grid(s).
(b) Junctions of different ceiling finishes and ceiling level changes.
(c) All partitions with fire walls and security / acoustical partitions which extend to structure above noted.
(d) HVAC diffusers and returns.
(e) Light fixtures.
(f) Access Panels.
(g) Ceiling mounted signage.
(h) All required notes.
(i) Graphic Scale and North Arrow on drawing sheet.

(3) Roof Plans showing:

(a) Roof layout with all pertinent dimensions.
(b) Parapet walls, expansion joints, crickets, overflow scuppers, roof drains, gutters, and downspouts.
(c) Direction of roof slope and amount of slope (minimum 1/2" per foot desired for USAF projects and required for USN projects -- 1/4" per foot absolute minimum for reroofing). All valleys shall have positive slope.

(d) All roof mounted equipment (coordinated with structural, mechanical, and electrical drawings). Mount air terminals (lighting rods) on parapet terminals.
(e) All roof penetrations, vents, exhausts, skylights, monitors, and access hatches.
(f) Reference symbols for wall sections, building sections, and details.
(g) All necessary notes.
(h) Graphic scale on drawing sheet.

(4) Enlarged Floor Plans showing:

(a) Enlarged toilet plans at 1/2" = 1'-0" with toilet fixtures (handicapped accessible and regular types) and toilet accessories labelled and special handicapped access clearances indicated.
(b) Kitchen layout with dimensions and equipment.
(c) Stairs with runs and widths, landings, and railings dimensioned.
(d) All necessary notes.
(e) Graphic Scale Legend on each drawing sheet.

b. Architectural Elevations showing:

(1) All sides of building with vertical dimensions and floor level elevations.
(2) All finish materials and special requirements labelled.
(3) Expansion and crack control joints.
(4) Exterior doors.
(5) Windows with operating sash indicated.
(6) Exhaust fans, louvers, and grills.
(7) Gutters, downspouts, splash blocks, and overflow scuppers.
(8) Roof mounted equipment, exhaust stacks, and antennas.
(9) Reference symbols for section and detail cuts.
(10) All necessary notes.
(11) Graphic scale on drawing sheet.

c. Building Sections (same scale as Architectural Floor Plans, when practical) showing:

(1) Floor, wall, partition, ceiling, and roof information for a minimum of one transverse and one cross section through entire building.
(2) Reference symbols for section and detail cuts.
(3) Doors, windows, finish materials, expansion joints, casework, toilet partitions, ladders, and signage.
(4) Lighting, HVAC registers and returns, built-in equipment,
(5) Graphic scale on drawing sheet.

d. Interior Elevations / Sections showing:

(1) Toilets with fixtures, vanities, partitions, finishes, and accessories with labels and reference symbols.

(2) Typical dormitory room with lighting, wall HVAC registers and returns, built-in furnishings, doors, windows, and outline of equipment (such as refrigerators) and furniture (such as beds, wardrobes, etc.) which are 'not-in-contract'. This is necessary for coordination and conflict prevention.
(3) Kitchen / food preparation area with equipment outlined, electrical outlets and switches at proper heights, fire extinguishers, alarm bells / horns, and HVAC equipment and registers / returns.
(4) Janitor closets with shelving, wall hooks, and built-in equipment.
(5) Stairs with dimensioned railings, treads, risers, nosings, and framing.

e. Wall Sections, sections, and details showing:

(1) All sections and details (including flashing, drip moldings, weepholes, vents, etc.) necessary for construction.
(2) Sections at minimum scale of 3/4"= 1'-0".
(3) Isometric details for each roof flashing condition at minimum scale of 3"= 1'-0" and with all applicable notes.
(4) Isometric detail of scuppers showing all flanges.
(5) Joint covers for metal coping covers and gravel stops.
(6) Roof crickets.
(7) Wall and roof insulation with 'R-values'.
(8) Door and window frame 'head, jamb, and sill' details. Also astragals, weatherstripping, thresholds, floor level changes (such as at entrances), and physical security features.
(9) Toilet partition, shower pan, floor / roof / balcony drains, and waterproofing details.
(10) Expansion joints, crack control joints for stucco / brick / cmu / concrete / ceramic tile / plaster, and joints between different finish materials.
(11) Stair/balcony railings and mounting brackets, wall-mounted doorstop bracing, vanity bracing, locker / weapons rack mounts, curtain wall / large window protective railings, and partition corner / corridor wall bumpers.
(12) Signage construction and method of mounting.
(13) Necessary notes.
(14) Titles referenced by Reference Symbol convention to Plans, Elevations, and Building Sections.

f. Schedules showing:

(1) Doors and frames with fire and acoustical rating, physical security feature notes, and detail reference numbers.
(2) Windows with frame material, glazing type, fire and acoustical rating, physical security feature notes, and detail reference numbers.
(3) Louvers with frame, vane operation, fire rating, physical security feature notes, and detail reference numbers.
(4) Interior finish materials for floor, base, wainscot, wall, and ceiling with ceiling height and color information.
(5) Signage with frame, mounting, letter style and height, finish, color, text, and location information.