(6) Medical equipment and casework schedule with JSN No's., description, logistic responsiblity code (i.e., GF/CI, CF/CI, etc.), spec. section, utility / vent / waste line type and size, electrical data for each item. Format available from Code 401.
(7) Equipment (see paragraph 2.2.2 b.(7) preceeding).
(8) Other drawings as necessary.

2.3.2 Other 100% Submittal Items:

a. 100% Specifications: See SECTION 18 for requirements.
b. 100% Calculations, Interior Design submittal items, Handicap Accessibility documentation, and Equipment Lists: See STATEMENT OF WORK and previous review comments for requirements.
c. 100% Cost Estimate: See SECTION 19 and STATEMENT OF WORK for requirements.
d. Copy of previous review comments: A copy of 35% submittal review comments annotated to indicate action taken for each comment.

2.4 Final Submission: See SECTION 20 for requirements.

***END OF SECTION 12 ***

SECTION 13

STRUCTURAL DESIGN

1. DESIGN GUIDANCE: Follow the most updated version of published criteria below, using generally accepted methods of analysis and design. Document methods and procedures so that calculations clearly indicate what you did and how you did it. Where no Navy criteria applies, use generally accepted industry practice, stating the rationale for it's use. Where you are in doubt about criteria, methods, procedures or structural requirements call (803) 743-0343 for assistance.

1.1 Design Criteria:

DM 02.01 - Structural Engineering - General Requirements
DM 02.02 - Structural Engineering - Loads
DM 02.03 - Structural Engineering - Steel Structures
DM 02.04 - Structural Engineering - Concrete Structures
MIL-HBK - 1002/5 - Timber Structures
MIL-HBK - 1002/6 - Aluminum Structures, Composite Structures, Structural Plastics, and Fiber - Reinforced composites
DM 02.08 - Blast Resistant Structures
DM 02.09 - Masonry Structural Design for Buildings (Basic Aug 1982)
DM 07.01 - Soil Mechanics (Basic May 1982)
DM 07.02 - Foundations and Earth Structures (Basic May 1982)
DM 07-03 - Soil Dynamics, Deep Stabilization, and Special Geotechnical Construction
MIL-HBK 1025/1 - 1987 Piers and Wharves
DM 25.04 - Seawalls, Bulkheads and Quaywalls
DM 26.04 - Fixed Moorings
DM 26.05 - Fleet Moorings
DM 26.06 - Moorings Design Physical and Emperial Data
MIL-HBK 1025/2 - Dockside Utilities for Ship Service
DM 25.05 - Ferry Terminals and Small Craft Berthing Facilities
MIL-HBK 1025/6 - General Criteria for Waterfront Construction
DM 26.01 - Harbors (Basic Jul 1981)
DM 38.01 - Weight Handling Equipment (Basic Jun 1982)
DM 38.04 - Pile Driving Equipment
P-355 - Seismic Design for Buildings
P-355.1 - Seismic Design Guidelines for Essential Buildings
P-397 - Structures to Resist the Effects of Accidental Explosions
MIL-HBK 1013/1 - Design Guidelines for Physical Security of Fixed Land-Based Facilities

1.2 Dos and Don'ts

a. Do respond to all review comments. Phone reviewer and EIC if you disagree with a review comment.
b. Do provide all calculations to support design. Calculate for all elements and loading conditions.
c. Don't design "by inspection" or by "Standard Practice".
d. Be specific when referencing other disciplines drawings.
e. Don't use masonry values listed in DM2.09 unless special inspection is called for in the specifications. The ROICC does not provide special inspection.

f. Design and detail all diaphragm to shear wall connections.
g. Provide continuous support to metal deck perimeter.
h. Consult soils engineer for pile installation and design.
i. Don't use cold formed steel members for primary structural steel framing.
j. Don't use stud backup for brick veneered walls unless stud backup is properly sized to limit deflection in the veneer. Design stud backup veneered walls as two component systems, applying a portion of the load to each component consistent with it's relative stiffness.
k. Don't use pre-engineered frames with non-standard framing schemes.

2. SUBMITTAL REQUIREMENTS:

2.1 35% SUBMITTAL:

2.1.1 Preliminary Drawings: The 35% preliminary drawings shall include, as a minimum the following:

2.1.1.1 Foundation plan at the same scale as the architectural plans to show the general sizes, location and arrangement of all significant features of the foundation system. Included is the layout of all slabs, footings, piers, grade beams, piles, caissons, pile/caisson caps, trenches, pits, openings, depressed and thickened slabs, etc. showing all dimensions and elevations necessary for construction. All dimensions shall be referenced to a column-line grid system oriented about the axes, usually length and width, of the structure and along the center-lines of the major support columns and walls. Elevations may be given using any datum consistent throughout the structural drawings so long as the chosen datum is referenced to the true elevation. Special construction features, sequencing and site conditions such as de-watering, excavation bracing, underpinning, expansive soils, existing structures, etc. which have a significant impact on project cost shall be shown.

2.1.1.2 Framing plans, consistent with the foundation plan, to show general sizes, location and arrangement of all significant features of the horizontal framing system. Included is the layout of all beams, joists, stringers, purlins, slabs, decks, plates, grating, etc. showing all dimensions and elevations necessary for construction. The elevations shall be referenced to some finished datum such as top of steel, slab, finished floor, concrete, joist, deck, etc. Special construction features, sequencing and site conditions which have a significant impact on project cost shall be shown.

2.1.1.3 Elevations, consistent with the foundation plans to show general sizes, location and arrangement of all significant features of the vertical framing system. Included is the layout of all columns, walls, beams, girts, stringers, bracing, etc. showing all dimensions and elevations necessary for construction. Reference elevations shall be consistent with the framing plans.

2.1.1.4 Sections and Details shall provide sufficient information to identify the general types of material and methods of construction required such that a reliable cost estimate can be developed for the structure. All parts or pieces shall be identified and shown in sufficient detail to provide an accurate representation of their size, connections and spatial relationships to other structural/architectural features. All dimension and elevation references shall be consistent with previous plans.

2.1.2 Basis of Design: The Basis of Design shall justify the foundation and structural systems to be used and presented in the 35% submittal. A brief synopsis shall be included to identify the logical alternatives for structural consideration and discuss the rationale used to determine the best foundation and structural system. Careful attention shall be given to all factors such as criteria, cost, local conditions, construction schedule and methods, availability of materials, etc. A discussion of physical security requirements, considerations and features and how they have been incorporated into design if applicable. An economic analysis for each alternative shall be provided and will usually be based on initial capital costs. However, a life cycle cost may also be necessary and shall be provided when required by contract. A brief description of the foundation and structural systems to be used shall be provided and, as a minimum, include the following:

2.1.2.1 Foundation shall include the subsurface conditions, the method of analysis and design, the allowable capacity and time/settlement curves for any differential/uniform settlement expected.

2.1.2.2 Structure shall include the type of construction, method of analysis and design, all significant design criteria and loads, and all special features to be included on the drawings.

2.1.3 Design Calculations: The analysis and design of all structures and its components shall be done in accordance with the design criteria applicable to the project. The calculations shall be legible, orderly and easily understandable. At the 35% submittal, the calculations should be complete for all major cost contributing components and include the following:

2.1.3.1 Cover Sheet shall include the project title, location, construction contract number and the names of the persons originating and checking the calculations. The person checking the calculations shall be a registered engineer practicing structural engineering and shall be a different engineer from the originator.

2.1.3.2 Index shall include a table of contents showing the subject and page number for each topic (introduction, design criteria, calculations) and subtopic (loads, materials, references, wind analysis, footing design, wall design, column design, etc.) addressed in the calculations. Each page, consecutively numbered, shall identify the total number of pages contained in the calculations (sheet of ), the revision number, date, project name, project location and be initialed by the originator and the checker.

2.1.3.3 Introduction shall include a brief statement describing the structural system, significant design parameters and any restrictions that may affect the project design.

2.1.3.4 Design Criteria shall be provided and, as a minimum, include the following:

2.1.3.4.1 Loads - includes all loadings, forces, temperature changes, induced settlements, etc that may affect the design of the structure. The list shall include the application/location, magnitude and units of measure for each load.

2.1.3.4.2 Restrictions - includes all limiting factors such as deflection limits, (horizontal and vertical), height restrictions, special tolerances for installing or operating equipment, or other special restrictions that may affect the design of the structure.

2.1.3.4.3 Materials - includes all material to be used and their allowable stress limits or yield points. The list shall include material's type and grade, class, allowable stress, yield and appropriate units of measure.

2.1.3.4.4 References - includes all criteria, accepted standards, manuals, codes, texts, papers, or other design information used in the analysis and design that is accepted in a public domain. All references shall be appropriately identified. Abbreviations such as AISC, ASTM, ACI, etc. are acceptable. Also include computer program, (source and name), along with the version and date used for analysis and design. Where criteria is provided by a facility user, document the originator in the calculations.

2.1.3.5 Calculations shall include the analysis and design of all (major cost contributing elements) beams, columns, walls, foundations, slabs, bracing, diaphragms, equipment supports, etc. and the connections to each other to provide a safe, stable, efficient and cost effective structural system. An adequate number of sketches with sufficient detail to make the designers intentions clear, concise and easily understandable shall be provided. All assumptions and references to codes, standards, criteria, drawings and computer outputs shall be noted as necessary.

2.1.3.6 Computer Outputs shall be identified similar to the calculations and may be referenced as an appendix or attachment. Document the program name, source and version. All schematic models used for computer input shall be provided. The models shall show, as a minimum, nodes/joint, element/members, materials/properties, and all loadings, temperature changes, induced settlements/deflections, etc., and a list of their combinations considered in the analysis. Computer results shall include an output summary listing for maximum/minimum stresses/forces and deflections for each element and the structure reactions for each loading combination.

2.2 100% SUBMITTAL:

2.2.1 100% Drawings: The 100% plans, detail sheets and other required drawings shall be completed in accordance with the following minimum requirements.

2.2.1.1 General Conditions

a. Design criteria for loads, materials, references
b. General notes for the project
c. Material notes such as structural steel, concrete, masonry, etc.
d. Bid information such as pile/caisson lengths
e. Special load test requirements
f. Other information/instructions to contractor
g. Abbreviations and symbols used for structural

2.2.1.2 Foundation Plan

a. Layout of foundation support systems showing all dimensions and elevations necessary for construction.
b. Size or schedule references for all foundation features such as footings, grade beams, piles, caissons, pile/caisson caps, etc.
c. Control/expansion joints in floor slab and foundation walls
d. Trenches, pits, openings, depressed/thickened slabs
e. Foundation alternatives
f. Test pile/caisson location
g. Special construction features - de-watering, excavation, bracing, underpinning , etc.
h. Special construction sequencing
i. Existing site conditions/features
j. North arrow ( orient plans so that north is to the top or left of the sheet)
k. Graphic scale

2.2.1.3 Framing Plans

a. Layout of horizontal framing elements showing all dimensions, orientation and elevations necessary for construction
b. Size or schedule references for all horizontal framing elements such as beams, joists, slabs, decks, grating, etc.
c. Slab control/expansion joints
d. Openings requiring special framing or reinforcing
e. Location of splices, brackets, penetrations, sleeves, embedments, bracing, weldments, etc.
f. Special temporary bracing, shoring or forming
g. Other special requirements, such as equipment clearances, travel distances for hoists and cranes, etc.
h. North arrow (orient plans so that north is to the top or left of the sheet)
i. Graphic scales

2.2.1.4 Elevations

a. Layout of vertical framing elements showing all dimensions, orientations and elevations necessary for construction
b. Size or schedule references for all vertical framing elements such as column, walls, piers, beams, bracing, etc.
c. Wall control/expansion joints
d. Openings requiring special framing or reinforcing
e. Location of splices, brackets, penetrations, sleeves, embedments, bracing, weldments, etc.
f. Special temporary bracing, shoring or forming
g. Other special requirements such as equipment clearances, travel distances for hoists and cranes, etc.
h. Graphic scales

2.2.1.5 Sections and Details

a. Layout of all sections and details showing all parts, shapes, sizes, materials, dimensions, elevations, arrangement and orientation necessary for construction
b. Standard connections or schedule references for forces, fasteners, welds, plates, clips, ties, stirrups, pins, etc.

c. All special connections completely detailed to a point where no further engineering is necessary
d. Concrete/masonry wall reinforcement details showing size, clearances, placement, shape, etc.
e. Lintel details or schedule references for loads, sizes, materials, arrangement, etc.
f. Anchor bolts, base plates, bearing plates, or schedule reference for materials, size, thickness, welds, embedments, threaded parts, projections, etc.
g. Diaphragm deck type, gauge, yield strength, minimum number of spans or length, fastener type and pattern
h. Applicable special notes and instructions
i. Graphic scales

2.2.1.6 Schedules

a. Provide all information/instructions for fabrications, forming, placement, erection, installation, etc. necessary for construction.
b. Schedules for beams, lintels, joist, trusses, frames, piles, caissons, footings, pile/caisson caps, grade beams, slabs, etc.
c. Calculated column loads, beam shear/reaction and moments, footing pressures, pile/caisson capacities/loads (vertical and horizontal) etc.
d. Special instructions, materials, process, etc.

2.2.1.7 Other Drawings

a. Layout of structural systems for special fabrications and construction such as space trusses/frames, long span trusses, vierendeel trusses, shells, towers, fabric structures, etc
b. Temporary structures to be dismantled/relocated

2.2.2 Calculations shall include the analysis and design of all (major cost contributing elements) beams, columns, walls, foundations, slabs, bracing, diaphragms, equipment supports, etc. and the connections to each other to provide a safe, stable, efficient and cost effective structural system. An adequate number of sketches with sufficient detail to make the designers intentions clear, concise and easily understandable shall be provided. All assumptions and references to codes, standards, criteria, drawings and computer outputs shall be noted as necessary.

2.2.3 Previous Review Comments. Return all previous review comments with annotated response (not single letter indication) for each with the 100% submittal. Responses must include what you did about the comment and what you changed.

2.3 Final submittal: See Section 20 for requirements.

NOTE: Provide original seal and signature of the checker on the cover sheet of the final structural calculations.

*** END OF SECTION 13 ***

# SECTION 14

## SOIL AND PAVEMENT DESIGN

1. DESIGN GUIDANCE: This Section is intended to provide guidance for large highway and airfield pavement projects. See Section 11 for Civil Design requirements on other types of projects.

1.1 Design Criteria:

DM 05.01 - CIVIL ENGINEERING - SURVEYING
DM 05.02 - CIVIL ENGINEERING - HYDROLOGY
DM 05.03 - CIVIL ENGINEERING - DRAINAGE SYSTEMS
DM 05.04 - CIVIL ENGINEERING - PAVEMENTS
DM 05.05 - CIVIL ENGINEERING - GENERAL PROVISIONS AND GEOMETRIC DESIGN FOR ROADS, STREETS, WALKS, AND OPEN STORAGE AREAS
DM 07.01 - SOIL MECHANICS
DM 07.02 - FOUNDATIONS & EARTH STRUCTURES
DM 07.03 - SOIL DYNAMICS, DEEP STABILIZATION, AND SPECIAL GEOTECHNICAL CONSTRUCTION
DM 21 - AIRFIELD PAVEMENTS
DM 21.01 - AIRFIELD GEOMETRIC DESIGN
DM 21.03 - FLEXIBLE PAVEMENT DESIGN FOR AIRFIELDS
DM 21.06 - AIRFIELD PAVEMENT DESIGN FOR FROST CONDITIONS & SUBSURFACE DRAINAGE
DM 21.09 - SKID RESISTANT RUNWAY SURFACES
MIL-HDBK-1021/4 - RIGID PAVEMENT DESIGN FOR AIRFIELDS
MIL-HDBK-1190 - FACILITY PLANNING AND DESIGN GUIDE
MIL-STD-619B - MILITARY STANDARD UNIFIED SOIL CLASSIFICATION SYSTEM FOR ROADS, AIRFIELDS, EMBANKMENTS AND FOUNDATIONS
MIL-STD-620A - MILITARY STANDARD TEST METHODS FOR BITUMINOUS PAVING MATERIALS
MIL-STD-621A - MILITARY STANDARD SUBGRADE, SUBBASE, AND TEST METHOD FOR PAVEMENT BASE-COURSE MATERIALS
MIL-HDBK-1013/1 - DESIGN GUIDELINES FOR PHYSICAL SECURITY OF FIXED LAND-BASED FACILITIES

1.2 Fire Protection: Guidance for Fire Protection see Section 16 of this Guide.

2. SUBMITTAL REQUIREMENTS

2.1 35% SUBMITTAL:

2.1.1 Preliminary Drawings: The 35% preliminary drawings shall include, as a minimum the following: (Orient plans so that north is to the top or left of the sheet.)

a. General Location Map:
Show project general location, haul routes, borrow areas, disposal areas, laydown and storage areas and plant sites. This drawing may also serve as a cover sheet and should include a vicinity map. An Index of Drawings, required at the 35% and 100%, may be shown on this drawing.

b. Existing Site & Demolition Plan:Show and identify all existing site features including buildings, pavements (including thicknesses of pavement layers), walks, curbs, gutters, utilities, drainage structures, benchmarks, trees or wooded areas, and fences. Identify and show limits of all surface and subsurface features to be demolished. Topographic features such as contours and spot elevations are normally not needed or desired on this plan. Projects with major clearing requirements should include a separate clearing and grubbing plan or if practical, clearing requirements may be shown on the grading plan.

c. Grading Plan and Profile:
Show grading requirements including existing and new contours to the extent necessary to prepare a viable preliminary cost estimate. Provide existing and new spot elevations as necessary to clearly indicate the design drainage pattern and the construction requirements. Show existing and new profiles of runways, taxiways, roads, and other features as appropriate for preliminary design. Clearly indicate location of security barriers on man-passable pipes and ditches which pass under security fences.

d. Geometric Layout:
Show layout of all runways, taxiways, parking aprons, roads, streets, parking areas, fences and gates and other surface facilities. Reference and tie into local coordinate system.

e. Paving Plan:
Identify each type of pavement. Provide details and/or schedules indicating pavement alternates or options.

f. Construction Sequence:
Show requirements of sequencing and phasing of work, temporary roads, detour routes, temporary markings, and special traffic controls.

g. Soils Data:
Show boring logs referenced to boring numbers located on plan view, usually grading and/or demolition plans. Soils must be identified in accordance with the Unified Soil Classification System. Show standard penetration test blow counts and ground water table elevations. Show soil boring log elevations referenced to true bench mark elevations shown on grading plan. Provide a note on the drawings indicating when and by whom the borings were taken. Soil data presentation should be complete at the 35% stage.

h. PC Concrete Joint Layout and Details:
Locate, identify and detail all joints required. Show details of flexible/rigid pavement junctures and transition between pavements of different design thicknesses.

i. Marking Plan and Details:
Show striping, numbering, signage and other marking requirements, including colors.

j. Other Plans and Details:
As required by project.

2.1.2 Basis of Design:

The Basis of Design shall provide justification and information for the pavement design used. A brief synopsis shall be included to identify the logical alternatives and discuss the rationale used to determine the best pavement sections. Careful attention shall be given to all factors such as criteria, cost, local conditions, construction schedule and methods, availability of materials, drainage, etc. Where necessary an economic analysis for each alternative shall be provided and will usually be based on initial capital costs. However, a life cycle cost may also be necessary and shall be provided when appropriate. A brief description of the pavement section to be used shall be provided and, as a minimum, include the subsurface conditions and the method of analysis and design. The Basis of Design should be bound to expedite SOUTHNAVFACENGCOM review of the submittal. The Basis of Design shall include, as a minimum, the following:

a. Roads, Driveways, Parking Areas, and Walks:

(1) A statement of general soil conditions, with a brief outline of soil exploration and testing performed.

(2) The type and volume of traffic, controlling wheel loads and types of classes or roads under consideration with justification for any deviation from criteria thicknesses for those classes.

b. Airfield Pavement:

(1) The appropriateness and relative economies of rigid and flexible paving. Factors of significant importance in both new pavement construction and in the rehabilitation of existing pavements are identification of design aircraft, gross loading, number of passes, and subgrade support and how each was determined.

(2) MIL-HDBK-1190 requires that alternate designs be prepared for both concrete and flexible pavement of all non-critical areas and that the Contractor be given the option of providing either. There are no quantity limitations on this requirement.

(3) A statement of general soil conditions with a brief outline of soil exploration and testing performed.

(4) Deviations from Design Manuals or other planning standards with reasons therefor.

(5) Method of handling storm drainage.

(6) General statement as to type of airfield lighting to be provided or maintained. Statement as to adequacy of existing runway and taxiway regulator capacities, light fixtures, handholes, and appurtenances.

Basis of Design should also include discussion of Physical Security requirement's, considerations and features, and how thy have been incorporated into the design.

2.1.3 Design Calculations: The design of all pavement structures and drainage systems shall be in accordance with the appropriate manual in the DM-5 and DM-21 series. Complete calculations shall be provided with all submissions congruent with the level of completeness of the drawings. All references, codes and computer programs should be identified as to source and section. Calculations should be legible, easily understandable, and cross-referenced to drawings, codes, and computer outputs. At the 35% submittal, the calculations should be essentially complete and include the following:

a. Cover Sheet shall include the project title, location, construction contract number and the names of the persons designing and checking the calculations. The person checking the calculations shall be different from the designer and each shall be a registered civil engineer.

b. Index shall include a table of contents showing the subject and page number for each topic (introduction, design criteria, calculations) and subtopics addressed in the calculations. Each page, consecutively numbered, shall identify the total number of pages contained in the calculations, the revision number, date, construction contract number and be initialed by the designer and the checker. The first page of each topic and subtopic shall be identified by the subject title.

c. Introduction shall include a brief statement describing significant design parameters and how they were established and any restrictions that may affect the project design.

d. Design Criteria shall be provided and, as a minimum, include the following:

(1) Loads - aircraft identification(s) and gross weight, number of passes, subgrade support, equivalent axle loads, etc.

(2) Materials - includes all material to be used and their allowable applications. The list shall include material's type and grade and class.

(3) References - includes all criteria, accepted standards, manuals, codes, texts, papers, or other design information used in the analysis and design that is accepted in a public domain. All references shall be appropriately identified. Abbreviations such as ASTM, ACI, etc. are acceptable. Also include name, manufacturer, version and date of computer program/software used for analysis and design.

e. Calculations shall include the analysis and design of pavement sections and drainage structures. An adequate number of sketches with sufficient detail to make the designers intentions clear, concise and easily understandable shall be provided. All assumptions and references to codes, standards, criteria, drawings and computer outputs shall be noted as necessary.

f. Computer Outputs shall be identified similar to the calculations and may be referenced as an appendix or attachment.

g. Soils Investigation Report shall be complete and prepared based on analysis of soil borings and samples obtained for the project. Analysis and recommendations shall be performed in accordance with DM-7, DM-5 and DM-21 series design manuals. The completed soils analysis and recommendations shall include excavation and back-filling requirements, allowable "K" values and CBR's, logs of all borings taken, and copies of all soils tests and test data. Boring logs shall be referenced to true bench mark elevation shown on grading plan.

2.2 100% SUBMITTAL

2.2.1 100% Drawings: The 100% plans, detail sheets and other required drawings shall be completed and satisfactory to secure proper construction of the new features required and shall indicate the following minimum requirements:

(1) General Location Map:

(a) General location of all new primary facilities and the relationship of existing facilities
(b) General notes for the project
(c) Borrow and disposal areas
(d) Laydown and storage sites
(e) Asphalt and concrete plant sites
(f) Vicinity map
(g) Haul routes
(h) Other information/instruction to contractor
(i) Abbreviations and symbols used

(2) Existing Site and Demolition Plan:
(See 35% Submittal)

(3) Grading Plan and Profile:

(a) Existing and finish contours
(b) Existing and finish spot elevations as appropriate
(c) Swale and channel details
(d) Storm line layout and profiles including security barrier locations if applicable
(e) Pipe and culvert materials including feasible alternates

(f) Drainage structure details including security barriers
(g) Erosion control structure details
(h) Clearing and grubbing limits
(i) Grassing limits
(j) Benchmark information
(k) Typical grading sections of pavements, shoulders, and clearance areas.
(l) North arrow
(m) Graphic scale
(n) Geosynthetic applications
(o) Applicable special notes and instructions
(p) Existing and new fences and gate locations including security barriers beneath fences

(4) Paving Plan and Details:

(a) Identify each type and design of pavement and material.
(b) Provide alternative designs for rigid and flexible pavements where options are permissible and economically feasible.
(c) Provide sectional details and/or schedules to show each type of pavement structure.
(d) For new flexible pavements, identify wearing course, binder course, tack coat, prime coat, base course, subbase course, and subgrade.
(e) For new rigid pavements, identify PCC paving reinforcement where required, base course, and subgrade.
(f) Indicate density requirements of each layer of base, subbase, subgrade and subsoil as appropriate.
(g) For flexible overlay construction, identify wearing course,binder course, leveling course, tack coats, seal coats, surface treatments, existing pavement preparation, geotextile interlayers, and other details as appropriate.
(h) For rigid overlay construction, identify PC concrete, bond breaking interlayers, bonding requirements, existing pavement preparation, and other details as appropriate.
(i) Indicate finish surface textures where appropriate.
(j) Bid information such as quantity of cracks in pavement to be sealed.
(k) Graphic scale and north arrow
(l) Applicable notes
(m) All sections and details necessary for construction

(5) Geometric Layout:
Stationing, curve data, lengths, widths, clearances and other dimensions necessary to locate and layout the horizontal placement of the work. Except for small projects and as approved by SOUTHNAVFACENGCOM, all dimensions shall be tied into the local coordinate system.

(6) Construction Sequence:
Provide plans, details and schedules of phasing and sequencing of new work. For projects having complex phasing requirements, consider the use of C.P.M. or other network system to graphically portray Interface and Phasing Requirements. Identify items of work and constraints of each phase. Show temporary roads, detour routes, temporary marking, and special traffic control requirements. Coordinate all work with the Activity's (station's)operations, security, fire protection, and safety personnel through the station's Public Works Officer.

(7) Soils Data:
(See 35% Submittal)

(8) PCC Joint Layout Details:

(a) Plan layout of joints including butt and keyed construction joint, weakened plane and other control joints, thickened edge and dowelled expansion joints.
(b) Rigid/flexible pavement juncture details
(c) Joint, sealer and groove details
(d) Paving structural transition details
(e) Feathering and keying details
(f) Reinforcement and dowel details
(g) Mooring eye location plans and details

(9) Marking Plan and Details:

(a) Airfield marking plans and details
(b) Simulated carrier deck markings
(c) Temporarily closed facility markings
(d) Road and parking area markings
(e) Sign details and schedules

(10) Other Drawings as Required:

2.2.2 100% Design Calculations: Revised 35% design calculations as necessary and submit in same format.

2.3 Final Submittal: See Section 20 for requirements. However, provide original seal and signature of the designer on the cover sheet of the final calculations.

*** END OF SECTION 14 ***

SECTION 15

MECHANICAL DESIGN

1. DESIGN GUIDANCE:

1.1 General: Mechanical Systems shall be designed in accordance with criteria outlined in MIL-HDBK-1190, DM-3, SOUTHNAVFAC 15000, AFM 88-15, AF Engineering Technical Letters and other DM's, Definitive Designs and criteria as appropriate.

1.2 Dos and Don'ts:

a. Heating and Cooling Loads: Calculate loads using current ASHRAE guide procedures. Include with your submission the HVAC processes plotted on a psychrometric chart.

b. Specifications: Modify guide specifications to suit the exact application, or provide your own when guidance does not exist.

c. Ductwork: Do Not provide single line ductwork on drawings. Always indicate outside dimensions of ductwork. Increase dimensions to compensate for duct liner when specified. Do Not instruct the contractor to increase dimensions. Include note on the drawings "All ductwork sizes shown are outside dimensions".

d. Control Systems: Provide specifications for pneumatic, electronic and electrical system(s) or any combination thereof. Do Not specify Direct Digital Control (DDC) without prior approval.(see 2.1.1.d) Prepare performance specifications to suit project requirements (no valid Guide Specification is available). Indicate control schematic, elementary diagram, control sequence and flow diagrams on the drawings. On all Air Force Projects comply with Engineering Technical Letters (ETL) 83-1 change 1 dated 22 July 1987 except for SAC Bases. When designing facilities for SAC Bases comply with ETL 83-1 dated 16 Feb 1983.

e. Energy Monitoring and Control Systems (EMCS): Do not combine with the control system specifications. Provide a separate section for EMCS. Combine the EMCS System with the control system drawings.

f. Energy Analysis: Obtain government review and approval of the energy analysis before the design has gone too far to permit changes. Submit summary type report with computer printouts.

g. When designing Air Force projects a careful review of design criteria should be made. Some major differences exist between Navy and Air Force Criteria.

1.3 Fire Protection: For Fire Protection design related to the Mechanical Design refer to Section 16 of this guide.

2. SUBMITTAL REQUIREMENTS:

2.1 Schematic Submittal: The Mechanical Schematic Submittal consist of the Energy Analysis Input Data and consideration of Architectural features necessary to accommodate the mechanical equipment. For most projects a Building Energy and Economic Analysis is required. When this analysis is required the proposed input data shall be submitted for review.

2.1.1 Energy and Economic Analysis Input Data: The following information shall be provided along with completed input forms for any computer program to be used.

a. Name of the computer program proposed for use in the analysis. Acceptable programs are described in SOUTHDIV 15000.

b. All facility input data including:
-Operational Schedules
-Design Temperatures
-"U" values
-Personnel loading
-Lighting levels
-Fuel prices
-Escalation rates, etc.
-Approximate Total Building Heating and Cooling Loads

c. Sensible and latent loads imposed by equipment processes (including domestic hot water) which will be included in the facility.

d. A written description of each alternative to be considered in the analysis. Include a brief explanation as to why each alternative is being considered. Indicate all assumptions made and any unusual requirements or building features. Include type of HVAC control system to be used with each alternative.

2.2 35% MECHANICAL SUBMITTAL: The 35% Mechanical Submittal shall include the following:

2.2.1 Basis of Design: The basis of design shall be a narrative presentation of facts which will clearly indicate the proposed mechanical system selection and major equipment selection. All system and major equipment selections shall be substantiated by a analysis of alternatives examined and a brief statement of the rationale for the various selections. A discussion shall be provided for the following:

a. Plumbing Systems

(1) Determination of number of each type of toilet fixtures.
(2) Selection of materials proposed for water pipe, soil pipe, stacks, etc.
(3) Estimated number of fixture units and water demand in gpm for all plumbing fixtures.
(4) Estimated maximum and minimum water pressure at each building.
(5) Type and size of domestic water heater. Also a statement as to whether condensate heat recovery is contemplated for domestic water heating.

b. Heating, Ventilation and Air Conditioning

(1) Design Conditions

(a) Outdoor design conditions, shall be in accordance with NAVFAC P-89, "Engineering Weather Data".
(b) Summer and winter indoor design temperatures shall be stated, based on criteria set forth in SOUTHDIV 15000 and DM-3.

(2) Heating

(a) A description of what source of heat energy will be used, such as extension of central high pressure steam, hot water, electricity or independent heating facility with the type of fuel to be utilized. Also include an explanation as to why this source was selected in lieu of other available sources.

(b) A brief description of the type and routing of the system proposed to convey the heat source, if applicable; for example, 100 psi, low level, above ground steam and condensate lines on concrete supports, interconnecting to the existing system at Manhole Number 150 and traveling due north into the mechanical equipment room.

(c) A description of the type of heating medium such as hot water, gas, steam or electric, and system to be used within the buildings. Also include reasons for selection of this system over others available.

(d) Type of heating system such as convector, baseboard, forced warm air or unit heater.

(e) Description of equipment to be used such as boiler, convectors, registers, type of pipe, etc.

(f) A specific type of control system will be specified only when justifiable; for example, when extending an existing system. Otherwise, the contractor shall be given the option of providing the control system, i.e.., pneumatic, electric or electronic.

(g) Location and type of heating plant.

(h) Brief explanation of the basis for selection of type of fuel, including an economic comparison with other fuels.

(3) Ventilation

(a) State whether a gravity or mechanical system is to be used and provide a brief description of the type proposed.

(b) Number of outside air changes per hour in various areas and the type of filtration if applicable.

(c) Describe the operation of the system in summer and winter use.

(d) Ventilation air quantity during heating season and how acquired.

(4) Air Conditioning

(a) Provide a complete description of the air conditioning system proposed including an explanation of why this system is preferred over others. Also indicate locations of major components of the system. Include a description of equipment to be used such as reciprocating or centrifugal compressor, condensers, air handling equipment, duct system. piping, etc.

(b) A statement of areas to be air conditioned for determining whether air conditioning is authorized in accordance with MIL-HDBK-1190.

(c) Statement of special humidification or dehumidification requirements, as well as special filtration requirements.

(d) Statement of any special architectural features being incorporated to reduce cooling loads.

(e) A specific type of control system will be specified only when justifiable; for example, when extending an existing system. Otherwise, the contractor shall be given the option of providing the control system, i.e.., pneumatic, electric or electronic.

(f) Statement of inside temperatures and relative humidities if applicable, outside wet and dry bulb design temperatures, "U" factors for the type of construction proposed and a statement of the economics of applying insulation and/or sun shades.

(g) A brief discussion of physical security requirements, considerations and features and how they have been incorporated into the design.

(5) Combination Systems

(a) For system in which the heating, ventilating and/or air conditioning are combined, repetition may be eliminated by consolidating the aforementioned requested information.

c. Miscellaneous Mechanical Systems

(1) Description of any special mechanical systems such as compressed air, hydraulic, nitrogen, etc., should explain the source of the medium.

d. Heating Plants and Heating Plant Additions

(1) Statement of type of fuel to be used and an economic comparison of the selected fuel with other available fuels.

(2) A brief description of new boilers including size, pressure and type.

(3) A description of any new auxiliaries to be added and what source of power will be used for their operation.

(4) Describe the fuel storage and conveying system to be installed.

(5) Describe the safety and combustion control systems utilized and how they will perform.

e. Refrigeration (Cold Storage)

(1) Statement of areas to be refrigerated, including their usage and temperatures to be maintained.

(2) Outside design dry and wet-bulb temperatures.

(3) Type of refrigeration equipment,

(4) Type and thickness of refrigeration insulation.

f. Fuel Distribution and Storage

(1) Gas

(a) Statement of type, location of take-off from supply, and available pressure.

(b) Statement of type and materials for pipe and valves.

(2) Liquid Petroleum Products

(a) Statement of unloading facilities, such as dock, tank car, or truck.
(b) Description of type of system and proposed features.
(c) Statement of basis for storage capacity, rate of pumping, and number of dispensing outlets.
(d) Description of power supply and power requirements.
(e) Selection of type and materials for pipe, tank, and valves.

2.2.2 Energy and Economic Analysis: The completed Energy and Economic Analysis shall be submitted with all backup and supporting data as well as a narrative supporting system selection. The following shall be provided:

a. All data required under paragraph entitled Schematic Submittal.
b. All SOUTHDIV review comments on the Schematic Submittal.
c. All information relative to system selection such as availability and condition of existing equipment proposed for use.
d. Description of proposed system and energy alternatives recommended with a narrative supporting the recommendation.

2.2.3 CALCULATIONS: Air conditioning calculations shall be in accordance with the ASHRAE Guide, latest edition. Manual calculations shall follow the procedures and shall be presented in the format of ASHRAE GRP 158, "Cooling and Heating Load Calculation Manual." Calculations shall include as a minimum:

a. Source documentation for all design values used.
b. Tabulation of inside and outside design temperatures and relative humidities. Include tolerance values for inside conditions.
c. Building sections (i.e. roof/ceiling & walls) showing U-value calculations.
d. HVAC calculations including tabulation of process/electronic loads.
e. Psychrometric plots showing all state points for each air handling unit.
f. Plumbing calculations including water heating and storage requirements.
g. Compressed air and industrial gases including demand tabulation.
h. Manufacturer's catalogue cuts documenting equipment selection points.
i. Energy calculations which are not a part of the energy and economic analysis.
j. Pump head calculations. Rule of thumb estimates for fitting losses is not acceptable.

2.2.4 Drawings: The drawings shall be prepared to include, as a minimum, the following:

a. Floor Plans showing the location of major equipment and ductwork. All ductwork shall be shown double line, to scale. Mechanical floor plans shall be not less than 1/8" = 1'0". Floor plan scales of 1/4" = 1'0" should be considered when the complexity of the work results in overcrowding of the drawings such as in the design of Hospitals. Mechanical Room Floor Plans and Details shall be drawn to a minimum scale of 1/4" = 1'0".

b. Basic system and riser diagrams.
c. Equipment Schedules not necessarily complete but at least showing sizes of major equipment.
d. Design conditions including tolerances of inside temperatures and relative humidities.
e. Basic control diagrams and written sequence of control.
f. Other mechanical information developed to date.
g. Site layout showing points of utility connections. If all of the utility connections are shown on the Civil Drawings than a Mechanical Site Layout will not be required.
g. Exterior piping including chilled/hot water, condenser water, plumbing/sanitary, steam, compressed air and gas piping, etc.
h. Equipment locations.
i. Fuel storage general arrangement.

2.3 100% MECHANICAL SUBMITTAL: The 100% Mechanical Submittal shall include the following:

2.3.1 Drawings: The drawings shall be prepared ready for bidding to include the following:

a. Plumbing Plans
b. HVAC Plans
c. Roof Plans
d. Large Scale Plans
e. Elevations
f. Sections
g. Details
h. Schedules
i. Control Diagrams
j. Sequence of control
k. Piping Schematics
l. Riser Diagrams
m. Legends
n. Plumbing Fixture Schedules
o. Notes
p. Design Conditions
q. Other Details as required

2.3.2 Calculations: Corrected to include all 35% review comments or a clear statement why the review comment was not complied with.

2.3.3 Copy of Previous Review comments: A copy of the 35% review comments marked to indicate the action taken for each comment.

2.4 FINAL SUBMITTAL: See Section 20 for requirements.

***END OF SECTION 15***

SECTION 16

FIRE PROTECTION

1. DESIGN GUIDANCE: Fire Protection can be basically defined as the protection of life and property against the threat of fire or other related hazards. The designer must know the everyday activity of the occupant and how to evacuate and isolate him from a fire in another space. Decisions must be made early in the project to provide the maximum degree of safety to the occupants and protection of property at an economical design.

1.1 Design Criteria:

a. MIL-HDBK-1008
b. National Fire Codes, published by the National Fire Protection Association
c. Uniform Building Code (UBC) published by the International Conference of Building Officials
d. MIL-HDBK-1190, Facility Planning and Design Guide
e. Factory Mutual Approval Guide
f. Underwriters' Laboratories Building Materials Directory

1.2 Dos and Don'ts:

a. Do decide early in the project all fire protection requirements. It is essential that all decisions regarding fire protection or life safety be made early to provide an effective and economical design.
b. Don't hesitate to contact the SOUTHNAVFACENGCOM Fire Protection Branch for clarification on any design criteria.
c. Don't use fire rated ceiling assemblies unless it is unavoidable.
d. Don't design multi-story buildings with unprotected vertical openings.
e. Don't combine fire alarm and suppression control into the same control panel unless approved by a SOUTHNAVFACENGCOM Fire Protection Engineer.

2. SUBMITTAL REQUIREMENTS:

2.1 35% Submittal Fire Protection: In designing buildings for fire protection, strict integration with all engineering disciplines must be established. It is essential that these objectives are identified and design decisions made as early as possible to provide an economical and effective design. This fire protection criteria is more frequently shown on the drawings of other disciplines except for more complex fire protection systems.

2.1.1 35% Drawings:

a. Civil Drawings
These drawings should show all existing and new water lines. Particular attention shall be made to the location of existing and proposed fire hydrants to ensure compliance with Mil-Handbook-1008. Point(s) of connection to sprinkler system supply lines shall be shown with required valves.