b. Architectural Drawings
Shown on the architectural drawings should be a general building layout with regard to life safety as defined by the Life Safety Code, NFPA 101, and fire area separation as required by the UBC. Included in this design should be the location of exits, fire walls, corridors, stairwells, and any other required fire rated enclosure. The designer should anticipate the occupants range of activities during a 24 hour day, 7 day week period to determine the required life safety needs of the occupant. It is critical that all life safety questions be answered early in the project as the floor plan is directly involved.

c. Mechanical Drawings
These drawings shall include the locations of any required fire or smoke dampers. The sprinkler riser shall be located on the plans but the layout of the overhead sprinkler piping is not shown. Any areas to be protected by sprinklers, halon or other automatic extinguishing system shall be clearly identified.

d. Electrical Drawings

(1) The electrical site plan should show the location of new exterior fire alarm reporting stations and the point of connection of new equipment to the base fire alarm system.
(2) The electrical floor plan should show all fire alarm and detection devices. If an electrically controlled suppression system is utilized, a separate floor plans showing these devices shall be utilized. Included shall be all manual pull stations, automatic detectors, control panels, and audible alarms. The location of exit lights and emergency lights shall be shown.
(3) A fire alarm riser diagram shall be shown which includes all fire alarm equipment and interconnections. Indicate the source of power supply and connection to base fire alarm system.
(4) Fire suppression system riser diagram shall be shown which includes all devices.

2.1.2 Basis of Design: Prior to the design of any structure specific questions regarding fire protection must be raised in order to address the occupants particular needs and acceptable level of fire risk as avenues of egress and fire rated separations are all basic to the floor plan. It is essential that any answers about fire protection be reached as early as possible. Addressed items should include:

a. Construction
Clearly identify and describe the type of construction to be used as defined by the Uniform Building Code detailing the maximum fire area and separation of structures. Occupant loading and exiting calculations conforming to the NFPA 101 (Life Safety Code) shall be submitted.

b. Fire Extinguishing System
Identify the fire extinguishing system to be provided detailing design parameters and area to be protected listing criteria references. The specific hazard to be protected (i.e. light

ordinary, extra, etc.) must be clearly outlined in addition to the density provided over the desired operating area. Calculations showing that water flow is adequate to meet sprinkler demands are required which necessitates a field survey by the A/E to determine actual water supply data. Design shall be in accordance with Mil-Handbook 1008 and NFPA criteria as appropriate.

c. Fire Alarm and Detection Systems
Clearly describe fire alarm and/or fire detection system to be provided. List all actuating devices and functions the system will perform including a sequence of operations. Any existing fire alarm equipment must be identified with special emphasis on the base wide fire reporting system.

2.1.3 35% Calculations: Provide water supply data and calculations verifying the availability of water for sprinkler systems. In addition occupancy calculations are required in order to conform with NFPA 101, Life Safety Code.

2.2 100% Submittal: Revise 35% Drawings and add additional drawings as required:

2.2.1 100% Drawings

a. Civil Drawings (normally shown on Civil Utility Sheets which show water distribution.

(1) Show all new and existing water piping including sizes.
(2) Show new and existing valve and fire hydrant location ensuring conformance with MIL-HDBK-1008.
(3) New valve and fire hydrants shall require an installation detail complete with guard posts.
(4) The water line supplying the sprinkler riser shall be shown with the connection into the building.
(5) The location of any required fire pump or water storage tank shall be shown.

b. Architectural

(1) The location and rating of smoke and fire walls must be clearly shown and detailed. Clearly indicate the specific hourly fire rating.
(2) A detail of the fire and smoke wall construction must be provided along with the particular Underwriters' Laboratories listing obtained from the latest edition of the U.L. Fire Resistance Directory.
(3) Details of any fire wall penetration shall be provided for each type of wall construction as outlined in the U.L. Building Materials Directory.
(4) Detail type and size of fire extinguisher to be provided. Base Fire Department should be contacted for further information.
(5) The class and hour rating of fire doors shall be provided on the door schedule.

c. Mechanical Drawings

(1) The location of sprinkler riser must be shown on the plumbing floor plan with a detail of the sprinkler riser also provided. (Note: Sprinkler piping layout is not shown)
(2) Any CO2 or halon banks shall be shown with the areas protected detailed. A riser diagram is also required.
(3) The location of smoke and fire dampers with a detail shall be shown.
(4) The physical layout of the fire pump and associated piping shall be provided.
(5) Any required duct mounted smoke detectors must be shown on the HVAC Drawings.
(6) Fire stopping detail for penetrations of fire walls with reference.

d. Electrical Drawings

(1) The existing base wide fire alarm system must be determined. If an exterior master box is required, the location must be shown. A detail of the master box pedestal must also be provided.
(2) All fire alarm and suppression devices including control panel, manual pull stations, automatic detectors, extinguishing system pressure switches, and audible devices shall be located on an electrical floor plan.
(3) A fire alarm riser and suppression system diagram showing the interconnection of all fire alarm equipment is required. Ensure the power supply and point of connection to base wide fire alarm is shown. (Note: Source of power to fire alarm control panel shall be taken prior to the main power disconnect.)
(4) Emergency lighting locations shall be provided on the electrical floor plan with a detail of each provided.
(5) The fire alarm zone, suppression, and annunciation schedule shall be detailed. Complex fire alarm systems such as jet engine test cells and hush houses, Aircraft Hangars, etc. shall require a chart detailing a sequence of operations.
(6) Fire stop details of electrical penetrations of fire wall with a note referring to the appropriate architectural sheet for fire wall location.

2.3 Final Submittal: The final submittal shall incorporate all previous review comments and be ready for signature by the fire protection engineer as covered in Section 20.

* * * END OF SECTION 16 * * *

SECTION 17

ELECTRICAL DESIGN

1. DESIGN GUIDANCE:

1.1 General: Designs utilizing sound engineering judgement supported by detailed calculations are required. All engineering decisions must be documented.

1.2 Criteria: Follow SOUTHNAVFACENGCOM 16000 "Technical Guidelines and Criteria for Electrical Design". Use other criteria as required by facility type (refer to SOUTHNAVFACENGCOM 00001 "Index of Criteria").

1.3 Points of Contact: Phone (803) 743-0400
J. H. (Jimmy) Stewart, Branch Head
W. R. (Bill) Clair, Eastern Group Supervisor (Eastern Time Zone)
W. H. (Bill) Dean, Western Group Supervisor (Central & Mountain Time Zones)

1.4 Fire Protection: See Section 16 for fire protection requirements.

2. SUBMITTAL REQUIREMENTS:

2.1 35% Electrical Submittal: The 35% Design Submission shall include, as a minimum, the following:

a. 35% Preliminary Drawings
b. 35% Design Data (Basis of Design, Design Calculations and Economic Analysis, if required)

2.1.1 35% Preliminary Drawings: The drawings shall be prepared to include, as a minimum, the following: Orient plans so that north is to the top or left of the sheet.

a. Existing Site and Demolition Plan
This plan should include all existing site information such as buildings, pavements and utilities. All electrical demolition should be shown on this drawing and indicated by legend. Demolished features should not be shown on subsequent drawings. Interior demolition should be shown on separate plan.

b. Site Plan
This plan should show new and remaining aboveground and underground electrical equipment. When located in proximity to other utilities, all should be shown to avoid conflicts. Information on existing conditions should be complete and field checked.

c. Lighting Plan(s)
These plans should show a building's full floor plan (first, second, etc.). These plans should show the layout and type of fixtures to be used and the design footcandle levels for all types of lighting systems.

d. Power Plan(s)
These plans should show a building's full floor plan (first, second, etc.). The power plans should show the location of receptacles, panelboards, switchboards, motor control centers, transformers and any other major equipment throughout the inside and outside of the building or project.

e. Single Line Diagram
This plan should show the following:

(1) Existing distribution to a point of connection.
(2) Primary feeder to project.
(3) Padmounted transformer or substation with primary and secondary switchgear.
(4) Secondary feeders.
(5) All panels, switchboards, motor control centers, transformers and other major electrical loads such as M.G. sets, A/C chillers, etc.

f. Additional Plans/Risers (Show Location of Devices)

(1) Telephone
(2) IDS
(3) Others as required

2.1.2 35% Design Data

2.1.2.1 The Electrical Basis of Design shall include the following:

a. Primary Distribution

(1) Describe the primary source of power.
(2) Where the source of power is located.
(3) Statement relative to the adequacy of the primary supply at the point of take-off. If primary source is inadequate, state measures proposed to correct the deficiency.
(4) Electrical characteristics of power supply to station, or portion involved, including circuit interrupting and voltage regulation requirements.
(5) Estimate of total connected load and resulting KVA demand load by applying proper demand (state operating assumptions) and diversity factors.
(6) Basis for selection of secondary voltage.
(7) Distribution, overhead or underground.
(8) Type of conductors, such as copper or aluminum.
(9) Type of conduit or duct if used.
(10) A statement describing pertinent standards of design, such as voltage drop, physical characteristics of overhead or underground circuits, clearances, etc.

b. Describe the Primary Service Transformation to Secondary Service:

(1) Primary and secondary voltage rating.
(2) Describe the transformer or unit substation giving electrical characteristics.
(3) Describe the proposed primary and secondary switchgear.
(4) Describe the proposed primary and secondary protection devices.

c. Describe the secondary Electrical Interior Systems Including the Following:

(1) Lighting systems
(2) Power systems
(3) Special electrical systems
(4) Emergency lighting
(5) Emergency power
(6) Grounding system or systems
(7) Any special systems
(8) Equipment list

d. A statement describing proposed pertinent standards of design, such as voltage regulation, lighting intensities, and type of lighting fixtures.
e. Describe the proposed telephone interior and exterior raceway system to the point of connection. THE IMPORTANCE OF EARLY RESOLUTION OF TELEPHONE REQUIREMENTS CANNOT BE OVER EMPHASIZED.
f. Describe other systems such as television, paging and call system addressing equipment, conduit, and other similar systems.
g. Describe both physical and electronic security features (IDS, lighting access control, tempest, etc.)

2.1.2.2 Design Calculations: Refer to SOUTHNAVFACENGCOM 16000 for required calculations.

2.2 100% Electrical Submittal: The 100% electrical submittal shall include the following:

a. 100% Drawings
b. Updated Basis of Design
c. 100% Design Calculations
d. Response to previous 35% review comments

2.2.1 100% Drawings: The 100% submission shall include all sheets indicated for the 35% submission plus all detail sheets necessary to fully present the scope of the electrical work required for the project. All drawings shall be complete to the point that the project could be advertised and awarded without additional work on the drawings. Per 16000, show ground wire in every conduit.

a. Existing Site and Demolition Plan
This drawing shall include all existing site information such as buildings, pavements and utilities that affect or interface with the demolition of the electrical portions of the project. The specifications should indicate the disposition of demolished materials and equipment. The limits of demolition must be clearly defined, i.e, if a portion of overhead line is to be removed, provide a detail showing how the remaining portion is to be terminated.

b. Site Plan and Details (more than one sheet may be required)

This drawing shall show all new and existing aboveground and underground features such as buildings, pavements and utilities that affect or interface with the electrical portions of the project. As a minimum the following information shall be shown:

(1) Primary and secondary electrical lines
(2) Fire alarm and communications lines
(3) Transformer or substation (located by dimensions from the building or other prominent feature)
(4) Streets, parking area and other flood lighting
(5) All other exterior electrical equipment, such as M.G. sets, A/C units, etc.
(6) In congested areas a profile of duct lines may be required.

c. Lighting Plans and Details
These drawings shall show the building's full floor plan (first, second, etc.). The lighting plans shall show the location and number of lighting fixtures, type and size of wiring serving these fixtures. Provide details of all lighting fixtures used (include mounting height and support details). Emergency, exit, and security lighting shall be included where required.

d. Power Plans and Details
These drawings shall show a building's full floor plan (first, second, etc.) as well as any large scale plans necessary to prevent overcrowding. The power plans should show the location of receptacles and electrical equipment and the type, size and location of wiring required throughout the facility.

e. Power - Single Line Diagram
These drawings shall include the following, as a minimum:

(1) Prelimary feeders to project: show source of power, number of conductors, type of conductors, size of conductors, size and type of conduit.
(2) Transformers or unit substation: show primary and secondary switchgear, primary protection, lightning arresters, groundfault protection, metering and relaying.
(3) Secondary feeders: show type and size of conductors, type of insulation, type and size of conduits.
(4) All panels, switchboard, motor control centers and other major electrical equipment: show the connected voltage

system, the rated ampere load, the type and size of motor controls, the equipment served and the available fault current.

(5) Emergency generators: show rated KVA, connected voltage, systems and equipment served and transfer equipment.

f. Communications Plan
Usually one plan will be adequate to show the locations for all telephone, intercom, paging, and other systems.

g. Telephone Riser Diagram
Showing location of all telephone outlets, outlet box size, cabinets, backboard, conduit runs and sizes with pull wires.

h. Intercommunication Riser Diagram
Diagram showing location of all intercom outlets and type, equipment, conduit runs and sizes with pull wires.

i. Other Riser Diagrams for Television, Paging, IDS, etc.
Should be similar to telephone riser diagram.

j. Panel Schedules shall be provided for all panels showing the designation, location, voltage, phase, number of wires, hertz, minimum interrupting capacity, ampacity of main breaker or lugs, surface or recessed mounted, branch circuit number, breaker rating in amperes, poles, volt- ampere load with description and the total connected load in KVA.

k. Switchboards and Motor Control Center Schedules or riser diagram elevations shall be placed on the drawings. All the information noted in 16000 shall be provided.

l. Lighting Fixture Details shall be provided for all lighting fixtures with the following information shown under the detail:

(1) Fixture dimensions
(2) Fixture type
(3) Lens description
(4) Mounting height and method
(5) Special characteristics
(6) Number and description of lamps
(7) Voltage

2.2.2 Updated Basis of Design: Provide revised or corrected Basis of Design. If not changed provide statement to that effect.

2.2.3 100% Design Calculations: Refer to SOUTHNAVFACENGCOM 16000 for required calculations.

2.2.4 Response to Previous 35% Review Comments: Provide written response to all previous 35% review comments. A/E must always clarify major comments with a phone call to SOUTHNAVFACENGCOM reviewer, rather than wait until next submittal to respond.

2.3 Final Submittal: The final submission shall incorporate the corrections and clarifications noted on the previous 100% submittal. Provide written response to 100% review comments. All major comments should have been clarified with the SOUTHNAVFACENGCOM reviewer before the 100% submission.

***END OF SECTION 17***

SECTION 18

SPECIFICATIONS PREPARATION

1. DESIGN GUIDANCE:

1.1 General: Project specifications shall generally be written non-proprietary, with no "Gold Plating", adhering to the requirements of MIL-HDBK-1006/1 "Policy and Procedures for Project Drawing and Specification Preparation", and to the requirements specified herein. The Guide Specifications listed in the current SOUTHNAVFACENGCOM Index of Criteria SHALL BE UTILIZED; however, if certain portions of the work in the project are not included in any of the Guides listed, the A/E shall prepare the necessary sections, using the same type format as that in the Guides.

1.2 Guide Specifications: Over the years the repetitive projects constructed by the Navy have resulted in the establishment of many standard methods of construction, materials and procedures. In addition, legal and regulatory requirements have caused standardization. NAVFAC and SOUTHNAVFACENGCOM have developed guide specifications to cover a considerable number of these situations. The A/E shall use these guides where they are applicable, however, he is CAUTIONED TO EDIT AND MODIFY THEM TO SUIT THE PROJECT REQUIREMENTS.

1.2.1 Which Guides to Use: The A/E shall utilize the Guides listed in the current SOUTHNAVFACENGCOM Index of Criteria. Most of the Guides listed in this Index of Criteria are those that are used nationwide by all NAVFAC engineering field divisions; however, some of the guides listed are SOUTHNAVFACENGCOM Regional guides, and some of the NAVFAC guides listed indicates that there is a SOUTHNAVFACENGCOM interim Regional revision (or amendment) associated with it. The A/E is CAUTIONED THAT WHEN HE OBTAINS GUIDES FROM ANY SOURCE OTHER THAN SOUTHNAVFACENGCOM, THESE REGIONAL REQUIREMENTS MIGHT NOT BE INCLUDED. It is the A/E's responsibility to ensure that he obtains and includes all the Regional requirements, especially when he purchases guides on electronic media. Note, however, that Regional guides are gradually being phased out and Regional revisions are being incorporated into the NAVFAC guides; therefore, the amount of Regional requirements (not covered in electronic media) in the future will be minimal.

1.2.2 Current Guides: Guide Specifications are subject to constant revision, therefore, when preparing a project specification, the A/E is CAUTIONED AGAINST: (1) using old project specifications; (2) using Guide Specifications obtained for a previous project; (3) using A/E's personal database derived from Guide Specifications provided for previous projects.

1.2.3 Using Current SOUTHNAVFACENGCOM Index of Criteria: Each time the A/E begins preparation of a submittal, he must ensure that he has, and uses, the editions of the guides (including revisions and amendments) listed in the current Index of Criteria. Sometimes there is a considerable amount of time between submittals, and between the A/E's starting preparation of a submittal and the actual submission date. Within 60 days before each submission date, the A/E shall obtain a current copy of the Index of Criteria, compare the issue dates of guides listed therein with guides he has used to that point, and update all specification sections as necessary to agree with the current guides. SOUTHNAVFACENGCOM updates the Index of Criteria approximately every three months.

1.2.4 Electronic Copies of Guide Specifications: SOUTHNAVFAVENGCOM does NOT provide the A/E with electronic copies of Guide Specifications; we provide paper-copies only. However, electronic copies can be purchased by the A/E, for most of the guides listed in our Index of Criteria, from organizations such as the National Institute of Building Sciences (NIBS) and CSI Data Services. SOUTHNAVFACENGCOM and all the other NAVFAC engineering field divisions utilize, for in-house projects, the "SPECSINTACT" system of the Construction Criteria Base (CCB) distributed by NIBS; this system includes many desirable features for assisting the specification preparer, and for automatic extraction of several helpful reports. NOTE, HOWEVER, that some Regional requirements might not be included in these electronic copies; every effort is being made to minimize these Regional requirements (see paragraph above titled "Which Guides to Use").

1.3 Federal and Military Specifications: Federal and Military specifications and standards are NOT stocked for issue by SOUTHNAVFACENGCOM. The A/E is responsible for procuring these documents as necessary. See Section titled "DATA AND CRITERIA" for information on this.

1.4 Design Kit: After award of the A/E contract, the A/E will be provided an initial Design Kit containing paper-copies of guide specifications, design manuals, and other types of criteria documents deemed pertinent to this project. Additional Guide Specifications and criteria listed in the SOUTHNAVFACENGCOM Index of Criteria will usually be required by the A/E, and paper-copies will be furnished upon written request to SOUTHNAVFACENGCOM (Attn: Code 406), or by calling 803-743-0459. Publications referenced in the Guide Specifications will NOT be furnished by SOUTHNAVFACENGCOM. Note that only one copy of each pertinent document will be provided for a project; should the A/E desire multiple copies it is his responsibility to reproduce them from the copy provided.

1.5 Coordination of Specifications and Drawings: The importance of complete coordination between the drawings and specifications cannot be overstressed. These elements of the contract package CANNOT be developed separately and then merged at the last moment. It is necessary for the A/E to review the drawings during and after their completion, to assure that everything indicated on the drawings is covered in the specifications and that those methods, materials and procedures required to accomplish the work but which cannot be (or are not) shown on the drawings, are thoroughly and completely described in the specifications. Conversely, those preparing drawings should review the specifications to assure complete coordination. Quite often a simple detail, section, or note on the drawings will make it possible to eliminate substantial descriptive material from the specifications. All conflicts between the specifications and drawings shall be resolved.

a. The drawings shall show:

(1) Architectural and engineering design.
(2) Plans, elevations, details and all essential dimensions.
(3) Designation of each portion by title or symbol, to allow reference to it.
(4) Extent of the various materials by symbols or otherwise.
(5) Notes giving the basic design data, assumed loads, allowable stresses, design references, and requirements.
(6) Limits of work.

b. Specifications shall give all necessary information governing:

(1) Materials, installation and workmanship.
(2) Inspection and tests.
(3) Contractual requirements.
(4) Necessary information not supplied by the drawings.

Terminology used in specifications and on the drawings should be the same. If the terminology used on the drawings should vary and revision of the drawings is not practicable, the specifications must reconcile such differences in a manner similar to the following: "Hollow tile (noted as 'clay tile' and 'terra cotta tile')". The Specification should be cross- checked carefully with the drawings to verify that no conflicts or ambiguities exist and that each reference to drawings in the specifications includes the phrase "as indicated".

1.6 Project Title: All Military Construction Projects (MILCON) are authorized by Congress under specific nomenclature. An item in this nomenclature is the project title. The official title of each project appears on the DD Form 1391 which is a part of each project data package. Unless the A/E is directed in writing to the contrary, this title is to be used on all drawings, specifications and correspondence WITHOUT REVISION.

1.7 Bid Items: NAVFACENGCOM has established as a basic policy that only ADDITIVE bid items may be used in projects; deductive bid items shall not be used. SOUTHNAVFACENGCOM COST ESTIMATE INSTRUCTION 01190, and the following instructions, shall be adhered to for structuring and indicating bid items for a project. The A/E shall consult with the EIC in setting up additive bid item structure.

a. Design projects at approximately 90% of the authorized construction funds. When an estimated project cost is in excess of approximately 90% of the authorized construction funds, additive bid items should be provided, in order to maximize chances of awarding the contract.
b. Design projects so that the Base Bid (Bid Item 1) will provide a usable facility which will satisfy the requirements of the using command.
c. Non-cumulative, independent, additive bid items may be specified that will provide additional desired features, that are within the Scope, when added to the Base Bid.
d. Try to limit additive bid items to two; the maximum allowable number of additives shall be four.
e. Additive bid item costs, relative to the funds available, should be in the range specified in INSTRUCTION 01190.
f. Additive bid items shall be set up in the order of DESCENDING PRIORITY, i.e., the most desirable feature to be added must be Bid Item 2, the next most desirable as Bid Item 3, etc.
g. The Base Bid alone, and the Base Bid plus any single or combination of additive items, shall result in a complete and usable facility.
h. All elements of each additive bid item shall be readily identifiable on the drawings; if it is necessary to clarify additives on the drawings, they shall be designated as "Additive Bid Item"; do NOT designate bid item NUMBERS on drawings (This will avoid coordination problems should the bid items be re-arranged later).

1.7.1 Submittal of Basis of Bid Statement: The A/E shall, at the 100% submittal, and all succeeding submittals, properly complete and submit the BASIS OF BID STATEMENT form (SOUTHNAVFACENGCOM Guide 00009), which will be provided with the A/E's Design Kit. The information on this form shall clearly reflect the bid item structure for the project, and shall be coordinated with all bid item information shown on the drawings and the cost estimate. SOUTHNAVFACENGCOM will use this information for preparing the "Instruction to Bidders" Section of the contract documents.

1.8 Quality Control Provisions: NAVFACENGCOM requires that all contracts that have an ECC of $2,000,000 or more contain provisions for Contractor Quality Control (CQC). Projects that have an ECC of less than $2,000,000 must contain provisions for Contractor Inspection System.

1.8.1 Contractor Quality Control (CQC) System: Simply stated, CQC means that quality control is the responsibility of the Contractor's Quality Control Representative, unless specific provisions of the contract provide for Government inspection, testing or approval. Normally a project will require that some quality controls be exempted for Government inspection, testing or approval; for these exempt items, the specifications must make it ABSOLUTELY CLEAR by including a statement such as "SUBMIT FOR GOVERNMENT APPROVAL" beside each affected item. Note that a phrase such as "SUBMIT FOR APPROVAL" (with no Government or Contracting Officer annotations) means that the approval is the responsibility of the Contractor's CQC Representative. See SOUTHNAVFACENGCOM Guide 01031, "Quality Control Guidance and Procedure" for more information on quality control.

1.8.2 Contractor Inspection System: Under this system, quality control, except for approval of submittals, is the responsibility of the Contractor, unless specific provisions of the contract provide for Government inspections or tests. All approval of submittals is the responsibility of the Government. See SOUTHNAVFACENGCOM Guide 01031, "Quality Control Guidance and Procedure" for more information on quality control. When reference is made to "NON-CQC" herein, and in other SOUTHNAVENGCOM criteria, it should be interpreted as the Contractor Inspection System.

1.8.3 Contractor Submittal List: The A/E shall prepare a contractor submittal list for all projects. This list shall indicate who will be responsible for checking (and approving) each submittal. See SOUTHNAVFACENGCOM Guide 01031, "Quality Control Guidance and Procedure" for complete instructions for preparing this list, and also a sample contractor submittal list for each type of project (CQC and NON-CQC). The A/E must be PARTICULARLY CAREFUL to keep the submittal list and the submittals paragraphs of the specifications coordinated at all times; when one document is changed, the other must also be changed to agree.

1.9 Obtaining Interruptions and Outages Requirements: For construction projects which involve interruptions of existing building operations or major utility outages, it is the A/E's responsibility to discuss the required outages and interruptions with the appropriate Activity Public Works and Operations personnel and establish a construction schedule in the Specifications for these interruptions.

1.10 Proprietary or Restrictive Requirements: This shall not be used unless it is established conclusively that no substitute serves the purpose. Specifications shall be written to permit bidding by any supplier whose equipment provides the functional, technical, and physical requirements of the project. Proprietary requirements shall not be included in specifications without written approval by a Level I Contracting Officer. When a proprietary product is proposed for use it shall be fully justified as early as possible, in writing, to the AIC/EIC. This justification must be submitted in time to allow for

necessary processing and a decision before the final submission. The justification shall include a complete description of the product, including the name, model, and manufacturer's address. It shall also include the reason(s) for the proposed proprietary specification. Such reasons are generally related to one of the following:

a. Safety
b. Health
c. Substantial cost savings
d. One-of-a-kind product with no equivalents
e. Continued operation of existing vital equipment.

When a proprietary specification has been authorized by the Government, the project specification shall state: "Notwithstanding any other provision of this contract, no other product will be acceptable."

1.11 Use of "OR EQUAL" Specifications: The practice of specifying items by naming acceptable commercial products followed by the words "or equal" should not be used unless written, Level I Contracting Officer approval has been obtained. "Or equal" approval may be authorized for the following situations:

a. There are no industry or Government-type Specifications for the item
b. The item must be a minor part of the construction project;
c. The item cannot be described adequately because of its technically involved construction or composition.

When an "or equal" specification is proposed for use it shall be fully justified as early as possible, in writing, to the AIC/EIC. This justification must be submitted in time to allow for necessary processing and a decision before the final submission. If manufacturers' names and trade designations are used, a minimum of three manufacturers shall be included as a part of the required description followed by the words "or equal" to assure that the bidding will not be restricted to the particular named manufacturers or suppliers.

1.12 Experience Clauses: Experience clauses shall not be included in the body of technical specifications, unless the clauses are existing in the guide specifications that we provide (which means they have been pre- approved), or, unless Level I Contracting Officer approval is first obtained. Should the A/E desire to add an experience clause, for either contractor or equipment experience, he must provide full justification, in writing, to the AIC/EIC in time to allow for processing and a decision before the final submission.

1.13 Selection of Materials: The Government, through its various agencies has, and may, place restrictions on the use of certain materials. It is advisable to INVESTIGATE THOROUGHLY all new materials which have not been proven in the specific type of service involved, and whose promotion is based upon unsupported statements and lists of supposedly satisfied users. MATERIALS MUST BE USED IN A MANNER WHICH WILL AFFORD THE MAXIMUM SERVICE AT THE LOWEST COMPARABLE COST. Operation and maintenance costs must be weighed against initial costs to achieve maximum economy. Before deciding upon a specific material for design or specification purposes, the following shall be considered:

a. Contemplated life of the construction
b. Climatic and operating conditions
c. Fire-Resistance, Flame-Spread and Smoke-Developed Ratings.
d. Will the material be used to the best advantage under contemplated conditions of use
e. Is the material a stock item or does it require special processing
f. Is material proprietary
g. Is the material or any of its ingredients scarce or critical in the area of usage
h. Transportability of the material.
i. Is the material produced within the United States or its possessions (Refer to BUY-AMERICAN ACT)

The use of new materials and techniques which have gained commercial acceptance is encouraged whenever it will result in economies or increased utility.

1.14 Buy American Act: Guide specifications provided the A/E are written to adhere to the Buy American Act (FAR 52.225-5). The A/E shall ensure that all specifications for materials and equipment that he prepares also meets this Act.

1.15 Contract Amendments Prepared by A/E: When the A/E is required to prepare necessary contract amendments after the project has been advertised for bids, or during construction of the project, he shall utilize the SOUTHNAVFACENGCOM Guide Specification titled "CONTRACT AMENDMENTS-GUIDANCE AND PROCEDURE".

1.16 Specifications Preparation Check List: SOUTHNAVFACENGCOM Guide 00003, "Specifications Preparation Check List" is a check list that should be very helpful as a quick reference for anyone preparing specifications for SOUTHNAVFACENGCOM. It is only two pages long and will be provided with A/E Design Kits (if not provided, you may request at any time). It is recommended that A/E give a copy to each person that will be preparing any sections of specifications, including consultants.

2. SUBMITTAL REQUIREMENTS:

2.1 General (All Submittals):

a. All submittals shall be typed on 8-1/2 X 11 inch paper.
b. No "Cut-and-Paste" specifications permitted.
c. The number of copies required for each submission shall be as stipulated in the Statement of Work; when not stipulatd, a minimum of 2 copies shall be provided.
d. ALWAYS RETURN the Specification submittal that has been marked-up by SOUTHNAVFACENGCOM with your next submission; take EXTREME CARE not to lose these marked-up Specifications. (NOTE that SOUTHNAVFACENGCOM Specifications Branch does NOT use the "Design Coordination and Review-Comments" sheets for commenting on Specifications--The marked-up Specifications is the only record of comments.)

2.2 35% Submission (Outline Specifications): Provide a table of contents listing the numbers and titles of all Specification sections that will be included in the project. Indicate any letter suffix (such as "S") directly after the Guide Specification number, the issue date of each Guide Specification, and all applicable amendment or revision dates, for each Guide; these issue dates should correspond to the Guides that you received with your Design Kit, or where you have not yet received the Guide, they should be as listed in the current edition of the SOUTHNAVFACENGCOM Index of Criteria; the purpose for including these issue and revision dates is to aid us in determining whether or not you have the latest criteria. For sections for which we have no Guide, show an appropriate 5-digit number, and title, followed by "A/E will prepare section without a Guide."

2.3 100% Submission:

a. Adhere to SOUTHNAVFACENGCOM Guide 00004, "Project Specification Typing and Printing Instructions". A few excerpts are:

(1) Specifications shall be typed, single-spaced, in Letter- Quality type.
(2) Specifications submittals shall be on ONE SIDE OF PAPER ONLY (Two-sided copies will not be accepted).
(3) All copies of Specifications shall be bound in the left margin or in the upper left-hand corner.

b. Marked-up Guide Specifications will NOT be acceptable.
c. Specifications shall be complete in every respect, so that, if need be, project could be advertised using these 100% Specifications.

2.4 Re-Submissions and Extra Submissions: Requirements for all submissions between the 100% Submission and the Final Submission shall, as a minimum, be as stipulated for the 100% Submission.

2.5 Final Submission:

a. Adhere to SOUTHNAVFACENGCOM Guide 00004, "Project Specification Typing and Printing Instructions". A few excerpts are:

(1) Specifications shall be typed, single-spaced, in Letter- Quality type.
(2) Specifications (original and copies) shall be on ONE SIDE OF PAPER ONLY (Two-sided copies will not be accepted).
(3) Specifications COPIES shall be bound in the left margin or in the upper left-hand corner.

b. Original Specifications shall be un-bound and securely packaged such that they will not be subject to damage during shipment. Do NOT roll Specifications (package them in flat position).
c. Cover sheet shall be signed and dated by a corporate member of the A/E firm.
d. Specifications shall be complete in all respects, ready for advertisement and bidding, with all 100% (and subsequent) review comments incorporated or resolved.

***END OF SECTION 18***

SECTION 19

COST ENGINEERING

1. GUIDANCE: Detailed guidance on the preparation of construction cost estimates is contained in SOUTHNAVFACENGCOM COST ESTIMATE INSTRUCTION 01190 (latest edition). Cost estimates shall conform to the specific instructions contained therein. Submittals made for review which do not conform to the instruction will be returned unreviewed for compliance.

2. OBJECTIVE: The objective of the cost engineer is to develop an estimate to reflect the lowest possible price at which the project can be awarded. The lowest possible price is defined as the lowest price at which a responsible contractor is willing and able to perform the work defined by the contract documents. This requires precise pricing, experienced judgment and accurate assessment of market conditions. "Fattening" of the estimate in either pricing or quantities to be safe will be avoided. It is expected that the final estimate will approximate the low responsive bid within + or - 10%. Estimates that exceed + or - 15% of the low responsive bid will require an immediate post-bid analysis by the A/E to determine the reason for the variance. A written explanation listing specific areas of difference between the Government estimate and the bidding contractors shall be provided the Cost Engineering Branch, Code 407, not later than seven calendar days following notification that a post bid analysis is necessary. The response shall include an award/reject recommendation based on the findings with full rationale to support the recommendation. The bidders for the contract shall not be contacted by the A/E during the post bid analysis.

3. GENERAL REQUIREMENTS: All estimates shall be in the COMNAVFACENGCOM Standard Systems Descriptions format. For all projects over $1,000,000 and all new buildings or additions over $500,000, a Cost Engineering System micro- computer estimate is required. The A/E shall be required to run the estimate on his own computer equipment using SOUTHNAVFACENGCOM furnished programs. Hard copies of estimates will be submitted with each submittal. With the final estimate a floppy disk containing the complete estimate shall be submitted. To obtain a copy of SOUTHNAVFACENGCOM's estimating program and price file, the A/E must send 7 blank floppy disks, 5-1/4" double sided double density, to Code 407. These disks will be returned to the A/E with instructions on how to load the system. The A/E shall be responsible for preparing, loading, printing and checking the estimate prior to each submission. Contact should be made with the EIC prior to each submission to reconfirm programmed construction costs for the contract. Where A/E estimate exceeds 90% of programmed construction costs, recommendations for cost reduction or proposed bid items should be provided with the 100% submission. With each submittal the A/E shall provide a brief narrative explanation for the rationale that went into the preparation of the Government Estimate. The rationale shall explain the basis of the estimate and shall address all factors that have a significant impact on the estimate and the various sources of cost data used in the estimate.

4. SUBMISSION REQUIREMENTS:

4.1 Schematic Design Submission: The Schematic Design Submission Cost Estimate, when required, shall be prepared utilizing the Building Cost Summary and Supporting Facilities Cost Summary forms. Since little design has been developed, careful attention should be exercised to insure all major elements are properly considered and evaluated.

4.2 Preliminary 35% Submission:

a. The preliminary 35% Submission Cost Estimate shall be prepared in as much detail as possible. Although the detailed system estimate may lack full definition at this stage, there should be a fully developed listing of the major systems of the project complete with unit costs. It is recognized this estimate is based on preliminary drawings and quotes and that revision to the costs are likely as the project drawings and specifications are further developed.

b. Projects requiring a Project Engineering Documentation (PED) require a detailed 35% cost estimate. It is this estimate which formulates the cost data presented in Block 9 of the DD Form 1391 from which Congress authorizes and appropriates construction funds for the project. Appropriate allowances must be made for all features of work not completely designed at this stage. Arriving at the project cost consists of three steps:

(1) Preparation of the PED Back-Up Detailed Cost Estimate
(2) Preparation of the PED Budget Estimate Summary Sheet
(3) Preparation of the PED DD Form 1391

The PED Back-up Detailed Cost Estimate must provide a breakdown of Primary and Supporting Facilities cost in order to transfer costs to the PED Budget Estimate Summary Sheet and PED DD Form 1391. The Primary Facility includes all construction items inside the five-foot line. The five-foot line is an imaginary line around the foot print of the building and all work within this area is considered as building cost. An exception is that special construction features (e.g., special foundations), unique to the building because of location are to be included under Supporting Facilities. Supporting Facilities are all construction items outside the five foot line such as utility services, site improvements, roads and parking, special construction features unique to the building because of location, such as special foundation (piling, engineered fill, vibroflotation, etc.), sound attenuation considerations, and contaminated soil removal. For more detailed instruction on preparation of the detailed Back-up Cost Estimate, PED Budget Estimate Summary Sheet and PED DD Form 1391 refer to SOUTHNAVFACENGCOM 01191, GUIDELINES FOR PREPARATION OF PROJECT ENGINEERING DOCUMENTATION (PED), latest edition.

4.3 100% Submission: The 100% Submission Cost Estimate shall be developed from complete drawings and specifications. The estimate shall be based on a fully developed and accurate quantity takeoff with current unit prices. The A/E shall provide a brief narrative description of how the Cost Estimate was developed and what sources of pricing data were used in the estimate. The A/E shall provide specific rationale for factors that have a significant impact on the Cost Estimate (i.e. - local market conditions, project size, complexity, etc.).

4.4 Final Submission: The Final Cost Estimate should normally require only minor revisions to the 100% Cost Estimate. The estimate should reflect any final adjustments in the project cost to assure the estimate is in line with market conditions expected at the bid date and incorporates all changes that result from the 100% submission review.

*** END OF SECTION 19 ***

SECTION 20

SUBMISSION OF DRAWINGS, SPECIFICATIONS
AND COST ESTIMATES

1. GENERAL: Submission of the drawings, specifications, cost estimate and other data will be as stipulated in the Scope. These submissions will normally include the Schematic (20% for Air Force Projects), 35% (30% Early Preliminary for Air Force projects), 100% (90% for Air Force Projects), and Final Construction Contract documents. Include information in sufficient detail for all phases of the work to permit a complete technical review. All items in each submission shall be date stamped with the date and stage of design submittal. Engineering calculations shall be legible, neatly arranged, BOUND and INDEXED. The A/E's name, the project title, and construction contract number shall be shown. For some projects an "In-Progress" submittal may be required in lieu of a 35%; for others the preliminary submittal may be waived and the A/E authorized to proceed directly to 100% design stage. Major or highly technical projects may require an additional submittal between the 35% and the 100% stage; usually a 60% submittal.

2. DISTRIBUTION OF SUBMITTALS: The Scope indicates which review agencies are to receive copies of each submittal. The A/E shall submit the required number of copies directly to each agency and provide a copy of all forwarding letters to the EIC. The forwarding letter shall request that comments be forwarded to SOUTHNAVFACENGCOM within ten working days after receipt.

3. RETURN OF PREVIOUS REVIEW COMMENTS BY A/E: With the 35%, 100% and Final Submissions, include a copy of the previous submittal review comments annotated with the A/E's response to each comment. Explain the reason or reasons why each comment was not included in the present submission. All comments must be incorporated or resolved.

4. 100% DESIGN SUBMITTAL: The 100% drawings, specifications and cost estimate should be complete and to the point where, if necessary, the project could be advertised immediately without further change. It should be, to the best of the A/E's knowledge, final and complete with all elements thoroughly checked. The drawing title blocks shall be completed with all NAVFAC Drawing numbers, contract numbers, specification number and A/E signatures and seals. SOUTHNAVFACENGCOM may choose to advertise the 100% submittal without review. See Section 10 for A/E seal and signature requirements.

4.1 100% Contractor's Submittal List: The A/E shall develop a list of all construction contract submittals which identifies who is responsible for reviewing each submittal (shop dwgs, catalog data, samples, etc). See SOUTHNAVFACENGCOM Guide 01031 for specific guidance.

5. FINAL SUBMITTAL: Normally, the final A/E design submission shall be provided to SOUTHNAVFACENGCOM only, and shall incorporate the corrections and clarifications noted on the 100% submission. The exact number of copies required and their distribution will be specified in the Scope. The Final Submission normally shall include the following:

a. Final Original Drawings
b. Prints of Original Drawings
c. Final Specification Originals
d. Copy of Original Specification
e. Final Cost Estimate
f. Final Contractor Submittal List
g. Final Design Calculations, Energy Analysis, Economic Analysis and Soils Report

5.1 Final Original Drawings: Final original drawings shall be complete in all respects including all changes incorporated as a result of 100% design review comments.

5.2 Final Specifications: Specification originals shall be complete in every respect, ready for advertisement and bidding, with all 100% review comments incorporated or resolved. Specifications Cover Sheet shall be properly executed, signed and dated by a corporate member of the A/E Firm. Bond originals of the specifications and one specification copy (Xerox copy is acceptable) shall accompany the Final Submission. Specification originals shall be typed on one side of paper only, with pages unbound. Specification copy shall also be on one side of paper only, with pages bound in left margin or stapled at upper left-hand corner.

5.3 Final Contractor Submittal List: The 100% Contractor Submittal List shall be finalized in conjunction with the specification and submitted with the specification originals.

5.4 Final Cost Estimate: Preparation of the Final Cost Estimate should require only minor revisions to the 100% Cost Estimate. The estimate shall reflect final adjustments in the project cost believed necessary to assure the estimate is in line with market conditions expected at the time bids are to be opened. The final estimate shall be the lowest price possible at which a responsible contractor is willing and able to perform the work consistent with the prevailing market conditions.

5.5 Final Contractor's OMSI Submittal List: The 100% OMSI Submittal List shall be finalized in conjunction with the specifications and submitted with the specification originals.

5.6 Final Design Calculations: The 100% calculations shall be corrected in accordance with 100% Review Comments and included with the final submission. The calculations shall be submitted in a folder with the licensed design engineer's signature and seal on the cover sheet of each discipline. The order of discipline presentation shall be the following: Civil, Architectural, Structural, Mechanical, Fire Protection, and Electrical.

5.7 Miscellaneous: In addition, the final submittal shall include all field notes, plane table sheets, computations, reports, studies, and all NAVFAC Design Manuals, Air Force Manuals, unused sheets of Mylar and other significant material not returned to SOUTHNAVFACENGCOM previously. ALL COMPUTATIONS, STUDIES, AND OTHER SIGNIFICANT MATERIAL SHALL BE BOUND IN BOOK FORM FOR THIS FINAL SUBMITTAL.

***END OF SECTION 20***

REQUISITION PROCEDURE FOR GOVERNMENT
SPECIFICATIONS AND STANDARDS

1. SOURCE: Government Specifications and Standards of the types listed below are available from:

NAVAL PUBLICATIONS AND FORMS CENTER
5801 TABOR AVENUE
PHILADELPHIA, PA. 19120

1.1 Types of Documents Stocked for Distribution:

| | |
|---|---|
| Military Specifications | Military Standards |
| Federal Specifications | Federal Standards |
| Qualified Products Lists | Industry Documents |
| Military Handbooks | Air Force-Navy Aeronautical Standards |
| Air Force-Navy Aeronautical Design Standards | Air Force-Navy Aeronautical Specifications |
| Air Force Specifications | |
| Air Force-Navy Aeronautical Bulletins | Air Force Specification Bulletins |

2. REQUISITION PROCEDURE: Before placing any orders, telephone Naval Publications and Forms Center at (215) 697-2179 and have a customer number assigned. Once a customer number has been assigned to you, you may place an order by phoning (215) 697-3321 or by mailing the order form included with this appendix. Other methods of ordering are FACS (215) 697-5914 or TELEX 834295.

3. SPECIAL INQUIRIES: To make an inquiry, complaint, or for assistance in resolving problems related to ordering of specifications and standards, telephone: (215) 697-2179.

4. DEPARTMENT OF DEFENSE INDEX OF SPECIFICATIONS AND STANDARDS (DODISS): A cumulative listing of Government specifications and standards consisting of two volumes:

Part I - Alphabetical Listing
Part I - Numerical Listing

This Index is available on a yearly subscription basis from SUPERINTENDENT OF DOCUMENTS, GOVERNMENT PRINTING OFFICE, WASHINGTON, D. C. 20402, for a nominal fee. For further information and current cost of subscription, Telephone (215) 697-2179.

APPENDIX I