# Exhibit 5

**************************************************************************
DEPARTMENT OF THE NAVY NFGS-04200J
NAVAL FACILITIES 30 September 1993
ENGINEERING COMMAND --------------------------------
GUIDE SPECIFICATION Superseding NFGS-04200H (06/93)
**************************************************************************

SECTION TABLE OF CONTENTS

MASONRY

SECTION 04200

UNIT MASONRY


PART 1 GENERAL

1.1 REFERENCES
1.2 SUBMITTALS
  1.2.1 SD-02, Manufacturer's Catalog Data
  1.2.2 SD-04, Drawings
    1.2.2.1 Drawing Requirements
  1.2.3 SD-05, Design Data
  1.2.4 SD-06, Instructions
  1.2.5 SD-11, Factory Test Reports
  1.2.6 SD-13, Certificates
  1.2.7 SD-14, Samples
  1.2.8 SD-16, Sample Panels
    1.2.8.1 Panel Requirements
1.3 QUALITY ASSURANCE
  1.3.1 Appearance
1.4 DELIVERY, STORAGE, AND HANDLING
1.5 ENVIRONMENTAL CONDITIONS
  1.5.1 Cold Weather Construction
  1.5.2 Cold Weather Protection
1.6 SCHEDULING

PART 2 PRODUCTS

2.1 MASONRY UNITS
  2.1.1 Building Brick
  2.1.2 Facing Brick
  2.1.3 Sand-Lime Brick
  2.1.4 Refractory Brick
  2.1.5 Concrete Masonry Units
  2.1.6 [[Economy] [or] [Jumbo Utility] Brick
  2.1.7 Precast Concrete Lintels
  2.1.8 Flue Linings and Thimbles
  2.1.9 Water-Repellant Admixture
2.2 MORTAR
  2.2.1 Portland Cement
  2.2.2 Hydrated Lime
  2.2.3 Masonry Cement
  2.2.4 Sand
  2.2.5 Water

2.2.6 Mortar Types
2.2.7 Pre-Mixed Mortar
2.3 MASONRY ACCESSORIES
2.3.1 Horizontal Joint Reinforcement
2.3.1.1 Single-Wythe
2.3.1.2 Brick-Faced or Composition Walls
2.3.1.3 Cavity Walls
2.3.2 Anchors and Wall Ties
2.3.3 Fastenings
2.3.4 Reinforcing Bars
2.3.5 Through-Wall Flashing
2.3.6 [Weep Holes
2.4 SOURCE QUALITY CONTROL
2.4.1 Efflorescence Test

PART 3 EXECUTION

3.1 PREPARATION
3.1.1 Protection
3.1.2 Surface Preparation
3.2 WORKMANSHIP
3.3 MORTAR MIXING
3.4 MORTAR JOINTS
3.5 TOLERANCES
3.6 BRICKWORK
3.6.1 Testing
3.6.2 Application
3.6.3 Brick-Faced Walls
3.6.4 Cavity Walls
3.6.5 Reinforced Brick Walls
3.6.6 Chimneys
3.7 CONCRETE MASONRY UNIT WORK
3.7.1 Special Concrete Masonry Unit Work
3.7.2 Reinforced Concrete Masonry Unit Walls
3.8 BONDING AND ANCHORING
3.9 THROUGH-WALL FLASHING
3.10 WEEP HOLES
3.11 HORIZONTAL JOINT REINFORCEMENT
3.12 CONCRETE MASONRY UNIT LINTELS AND BOND BEAMS
3.13 CONTROL JOINTS
3.14 EXPANSION JOINTS
3.15 GROUT PLACEMENT
3.16 FORMS AND SHORING
3.17 PARGING
3.18 CLEANING
3.18.1 Protection
3.18.2 Pointing
3.18.3 Cleaning

-- End of Section Table of Contents --

*************************************************************************
DEPARTMENT OF THE NAVY NFGS-04200J
NAVAL FACILITIES 30 September 1993
ENGINEERING COMMAND --------------------------------
GUIDE SPECIFICATION Superseding NFGS-04200H (06/93)
*************************************************************************

NFGS-04200J

UNIT MASONRY

*************************************************************************

| | | | |
|---|---|---|---|
| Preparing Activity: LANTNAVFACENGCOM | | | |
| | Typed Name & Reg. | Signature | Date |
| Prepared by: | H. C. Crofford, R.A. | /s/ | 05/27/93 |
| Approved by: | M. D. Mutter, P.E. Branch Manager | /s/ | 06/10/93 |
| Approved by: | W. H. Crone, P.E. Division Director | /s/ | 06/14/93 |
| Approved for NAVFAC: | Carl E. Kersten, R.A. | /s/ | 09/30/93 |

*************************************************************************

AMSC N/A AREA FACR

DISTRIBUTION STATEMENT A. Approved for public release; distribution is unlimited.

**************************************************************************
DEPARTMENT OF THE NAVY NFGS-04200J
NAVAL FACILITIES 30 September 1993
ENGINEERING COMMAND ------------------------------
GUIDE SPECIFICATION Superseding NFGS-04200H (06/93)
**************************************************************************

SECTION 04200

UNIT MASONRY
09/93

**************************************************************************
NOTE: This guide specification covers brick, concrete masonry units, general masonry construction, and masonry using the low-lift grouting technique. Stonework, prefaced concrete masonry units, and structural facing tile are not included in this specification. Appropriate paragraphs must be added to this section, or appropriate sections must be added to the project specification when required by the project.
**************************************************************************

**************************************************************************
NOTE: This revision "J" to NFGS-04200 follows a complete review of the previous version. The text is revised throughout, according to that review.
**************************************************************************

**************************************************************************
NOTE: See Note A located at rear of text.
**************************************************************************

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM A 82 | 1990 (Rev. A) Steel Wire, Plain, for Concrete Reinforcement |
| ASTM A 90 | 1981 (R 1991) Weight of Coating on Zinc-Coated (Galvanized) Iron or Steel Articles |
| ASTM A 153 | 1982 (R 1987) Zinc Coating (Hot-Dip) on Iron and Steel Hardware |
| ASTM A 167 | 1992 (Rev. B) Stainless and Heat-Resisting Chromium-Nickel Steel Plate, |

| | |
|---|---|
| | Sheet, and Strip |
| ASTM A 615/A 615M | 1992 (Rev. A) Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| ASTM A 616/A 616M | 1992 Rail-Steel Deformed and Plain Bars for Concrete Reinforcement |
| ASTM B 370 | 1992 Copper Sheet and Strip for Building Construction |
| ASTM C 27 | 1984 (R 1988) Fireclay and High-Alumina Refractory Brick |
| ASTM C 55 | 1985 Concrete Building Brick |
| ASTM C 62 | 1992 (Rev. C) Building Brick (Solid Masonry Units Made from Clay or Shale) |
| ASTM C 67 | 1992 (Rev. A) Sampling and Testing Brick and Structural Clay Tile |
| ASTM C 73 | 1985 (R 1989) Calcium Silicate Face Brick (Sand-Lime Brick) |
| ASTM C 90 | 1993 Load-Bearing Concrete Masonry Units |
| ASTM C 91 | 1991 Masonry Cement |
| ASTM C 129 | 1985 (R 1990) Non-Load-Bearing Concrete Masonry Units |
| ASTM C 144 | 1991 Aggregate for Masonry Mortar |
| ASTM C 150 | 1992 Portland Cement |
| ASTM C 207 | 1991 (R 1992) Hydrated Lime for Masonry Purposes |
| ASTM C 216 | 1992 (Rev. C) Facing Brick (Solid Masonry Units Made from Clay or Shale) |
| ASTM C 270 | 1992 (Rev. A) Mortar for Unit Masonry |
| ASTM C 315 | 1991 Clay Flue Linings |
| ASTM C 476 | 1991 Grout for Masonry |
| ASTM C 1072 | 1986 Masonry Flexural Bond Strength |
| ASTM E 514 | 1990 Water Penetration and Leakage Through Masonry |

1.2 SUBMITTALS

**************************************************************************

NOTE: Where a "G" in asterisk tokens follows a submittal item, it indicates Government approval for that item. Add "G" in asterisk tokens following any added or existing submittal items deemed sufficiently critical, complex, or aesthetically significant to merit approval by the Government. Submittal items not designated with a "G" will be approved by the QC organization.

**************************************************************************

Submit the following in accordance with Section 01300, "Submittals."

1.2.1 SD-02, Manufacturer's Catalog Data

**************************************************************************

NOTE: See Note B located at rear of text.

**************************************************************************

a. Masonry accessories

b. Reinforcement

[c. Pre-mixed mortar]

[d. Control joints]

[e. Expansion joints]

[f. Water-repellant admixture]

g. Flashing

Submit for each type.

1.2.2 SD-04, Drawings

a. Reinforcing steel

1.2.2.1 Drawing Requirements

Indicate splicing, laps, shapes, dimensions, and details of reinforcing steel and accessories. Include details of anchors, adjustable wall ties, positioning devices, bond beams, and lintels. Do not scale drawings to determine lengths of bars.

1.2.3 SD-05, Design Data

a. Pre-mixed mortar

1.2.4 SD-06, Instructions

a. Masonry cement

When masonry cement is used, submit the manufacturer's printed instructions on proportions of water and aggregates and on mixing to obtain the type of mortar required.

1.2.5 SD-11, Factory Test Reports

a. Efflorescence test

Submit efflorescence test reports on masonry units that are to be exposed to weathering.

1.2.6 SD-13, Certificates

a. Water-repellant admixture

Certify that the additive does not adversely offset bond strength as tested under ASTM C 1072.

1.2.7 SD-14, Samples

a. Masonry units G

b. Mortar color G

Submit two sets of each type masonry units, showing full range of color, texture, finish, and dimensions and two samples of each color of mortar.

1.2.8 SD-16, Sample Panels

a. Masonry panel

1.2.8.1 Panel Requirements

At the job site submit for approval by the Contracting Officer, a sample masonry panel approximately 4 feet long by 4 feet high showing the workmanship, coursing, bond, weep holes, flashing, thickness, anchors, joint reinforcing, wall ties, rigid-board insulation, intersection of walls, bond beams, expansion and control joints, and tooling of joints, range of color, texture of masonry, and mortar color. The sample panel shall be protected from damage and shall remain at the site until masonry work is complete and approved, at which time the panel shall be removed from the site. Masonry work shall match the approved sample.

1.3 QUALITY ASSURANCE

1.3.1 Appearance

Do not change source or supply of materials after work has started if the appearance of the finished work would be affected.

1.4 DELIVERY, STORAGE, AND HANDLING

Deliver cementitious materials to the site in unbroken containers, plainly marked and labeled with manufacturers' names and brands. Store cementitious materials in dry, weathertight sheds or enclosures and handle so as to prevent entry of foreign materials and damage by water or

dampness. Store masonry units off the ground and handle with care to avoid chipping and breakage. Protect materials from damage and, except for sand, keep dry until used. Cover sand to prevent intrusion of water and foreign materials and to prevent drying. Do not use materials containing frost or ice. Store Type II, concrete masonry units at the site before using for a minimum of 28 days for air cured units, 10 days for atmospheric steam or water cured units, and 3 days for units cured with steam at a pressure of 120 to 150 psi and at a temperature of 350 to 365 degrees F for at least 5 hours.

1.5 ENVIRONMENTAL CONDITIONS

1.5.1 Cold Weather Construction

When the air temperature is below 40 degrees F and falling, or when it appears that the air temperature will drop to 40 degrees F or below within 24 hours, do not lay masonry unless the work is protected from freezing as specified below. Surfaces receiving mortar shall be free of ice and frost.

Comply with the requirements specified below for the respective air temperatures:

a. Air Temperature 40 to 32 Degrees F: Heat sand or mixing water to produce mortar temperature between 40 and 120 degrees F.

b. Air Temperature 32 to 25 Degrees F: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F.

c. Air Temperature 25 to 20 Degrees F: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F. Use salamanders or other heat sources on both sides of walls under construction. Use windbreaks when wind is in excess of 15 mph.

d. Air Temperature 20 Degrees F and Below: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F. Provide enclosures and auxiliary heat to maintain air temperature above 32 degrees F on both sides of walls under construction. Ascertain that temperatures of masonry units are not less than 20 degrees F when units are laid.

1.5.2 Cold Weather Protection

Protect newly laid masonry as specified below for the respective mean daily air temperature (MDAT), that is, the average of the daytime high temperature and the forecasted nighttime low temperature.

a. MDAT 40 to 32 Degrees F: Protect masonry from rain and snow by covering the top 4 feet with weather-resistive membrane for 24 hours after laying.

b. MDAT 32 to 25 Degrees F: Completely cover newly-laid masonry with weather-resistive membrane for 24 hours.

c. MDAT 25 to 20 Degrees F: Completely cover newly-laid masonry with insulating blankets and weather-resistive membrane for 24 hours.

d. MDAT 20 Degrees F and Below: Maintain temperature of masonry above 32 degrees F for 24 hours by providing enclosures and supplementary heat or other approved means.

1.6 SCHEDULING

Coordinate masonry work with the work of other trades to accommodate built-in items and to avoid cutting and patching.

PART 2 PRODUCTS

2.1 MASONRY UNITS

2.1.1 Building Brick

**************************************************************************

NOTE: If larger units, such as utility brick are required, change the specified dimensions. If nominal dimensions are used, they should be so noted.

**************************************************************************

ASTM C 62; Grade SW for vertical surfaces in contact with the earth, exposed vertical surfaces in the severe weathering region, as defined in ASTM C 62, and for all nonvertical surfaces; Grade SW or MW for other locations. Average dimensions of brick shall be 3 3/4 inches thick, 2 1/4 inches high, and 8 inches long (standard), or 3 5/8 inches thick, 2 1/4 inches high, and 7 5/8 inches long (modular), subject to the tolerances specified in ASTM C 62. [Color, texture, and range of building brick provided in the exterior face of walls shall match the brick [on display at [______]] [indicated].]

2.1.2 Facing Brick

**************************************************************************

NOTE: Choose one of the following options.

**************************************************************************

**************************************************************************

NOTE: If larger units, such as utility brick, are required, change the specified dimensions. If nominal dimensions are used, they should be so noted. Consider the use of economy brick or jumbo utility brick, at least as a Contractor's option, when it is architecturally acceptable. The cost per square foot of wall is about 15 percent less for economy brick, 20 percent less for utility brick, than for standard brick. Use paragraph entitled "Economy or Jumbo Utility Brick.

**************************************************************************

**************************************************************************

NOTE: Specify facing brick only where aesthetic value is a prime consideration or to match existing construction. See ASTM C 216 for conditions under which Grade MW may be allowed.

**************************************************************************

**************************************************************************
NOTE: Use the last sentence ("Brick shall be of uniform ...") in lieu of the preceding sentence for brick at the Naval Air Station, Belle Chasse, Louisiana.
**************************************************************************

[ASTM C 216, Grade SW, Type FBS, 3 3/4 inches thick, 2 1/4 inches high, and 8 inches long (standard) [or 3 5/8 inches thick, 2 1/4 inches high, and 7 5/8 inches long (modular)]. Color, texture, and range of facing brick shall match the brick [on display at [_____]] [indicated]. [Brick shall be of uniform light beige, buff color with a wire cut texture.]]

**************************************************************************
NOTE: Use the text following in lieu of that preceding, for work at the Naval Training Center, Orlando, Florida. Delete in all other projects.
**************************************************************************

[ASTM C 216, Grade SW, Type FBS, with light buff color and wire cut texture to match the color and texture of the control buildings below, 2 1/4 by 3 5/8 or 3 3/4 by 11 5/8 inches. Brick shall not be lighter in color than the lightest brick on the control buildings listed below. Brick shall be manufactured at one time and stockpiled before beginning shipments to the job site. At the Contractor's option, 2 1/4 by 3 5/8 or 3 3/4 by 8 inches long facing brick may be provided. The control buildings are as follows:

a. Nuclear Power Training Buildings I and II

b. Applied Instruction Building]

2.1.3 Sand-Lime Brick

**************************************************************************
NOTE: Where all sand-lime brick is interior, Grade MW may be specified as an option to Grade SW.
**************************************************************************

ASTM C 73, Grade SW, approximately 3 3/4 inches thick, 2 1/4 inches high, and 8 inches long (standard) [or 3 5/8 inches thick, 2 1/4 inches high, and 7 5/8 inches long (modular)], with smooth surfaces and natural color.

2.1.4 Refractory Brick

ASTM C 27, low-duty type, [_____] inches thick, [_____] inches high, and [_____] inches long.

2.1.5 Concrete Masonry Units

**************************************************************************
NOTE: Specify lightweight aggregate where required for structural or "U" value purposes. Coordinate with structural and mechanical designers. Specify only normal weight aggregate for single-wythe,

ungrouted, exterior walls. For PACNAVFACENGCOM projects, specify Brick Type II only. Otherwise, light or normal weight aggregate should be optional with the Contractor, including single wythe, grouted walls.
**************************************************************************

**************************************************************************
NOTE: See Note B located at rear of text.
**************************************************************************

Units of modular dimensions and air, water, or steam cured. [Surfaces of units which are to be plastered or stuccoed shall be sufficiently rough to provide bond]; [elsewhere,] [exposed surfaces of units shall be smooth and of uniform texture]. [Exterior concrete masonry units shall have water-repellant admixture added during manufacture.]

a. Hollow Load-Bearing Units: ASTM C 90, Type I or II, made with lightweight [or normal weight] aggregate. Provide load-bearing units for exterior walls, foundation walls, load-bearing walls, and shear walls.

b. Hollow Non-Load-Bearing Units: ASTM C 129, Type I or II, made with lightweight [or normal weight] aggregate. Load-bearing units may be provided in lieu of non-load-bearing units.

c. Concrete Building Brick: ASTM C 55, Grade S-I or S-II, except brick exposed to weather shall be Grade N-I or N-II, and made with lightweight [or normal weight] aggregate. Concrete brick shall match the concrete masonry units in color and surface characteristics.

d. Solid Load-Bearing Units: ASTM C 90, Type I or II, and made with lightweight [or normal weight] aggregates. Provide solid units [for masonry bearing under structural framing members] [as indicated].

e. Special Shapes: Provide special shapes such as closures, header units, and jamb units as necessary to complete the work. Special shapes shall conform to the requirements for the units with which they are used.

2.1.6 [[Economy] [or] [Jumbo Utility] Brick

ASTM C 216, Grade SW, Type FBS, [3 5/8 inches thick, 3 5/8 inches high, and 7 5/8 inches long (economy)] [or] [3 5/8 inches thick, 3 5/8 inches high, and 11 5/8 inches long (jumbo utility)]. [Economy] [or] [Utility] brick may be used at the option of the Contractor, provided that changes necessitated by the use of such brick shall be the responsibility of the Contractor. Color, texture, and range of brick shall match the brick [on display at [_____]] [indicated].]

2.1.7 Precast Concrete Lintels

Same materials and surface texture as adjacent masonry units, with a 28-day compressive strength of not less than 3000 psi. Provide reinforcing as indicated. Provide lintels of sizes indicated, with at least 8 inches of

bearing at each end.

2.1.8 Flue Linings and Thimbles

ASTM C 315, free from fractures. Sizes and shapes shall be as indicated.

2.1.9 Water-Repellant Admixture

**************************************************************************
NOTE: See Note B located at rear of text.
**************************************************************************

Polymeric type formulated to reduce porosity and water transmission. Construct panels of masonry units and mortar which contain the water-repellant admixture. When tested in accordance with ASTM C 1072, such panels shall have flexural strength not less than that specified or indicated. When tested in accordance with ASTM E 514, panels shall exhibit no water visible on back of test panel and no leaks through the panel after 24 hours, and not more than 25 percent of wall area shall be damp after 72 hours.

2.2 MORTAR

2.2.1 Portland Cement

**************************************************************************
NOTE: Include last sentence for projects located at the Naval Training Center, Orlando, Florida.
**************************************************************************

ASTM C 150, Type I, II, or III. [Cement in mortar for exterior brickwork shall be white.]

2.2.2 Hydrated Lime

**************************************************************************
NOTE: Include last sentence for projects located at the Naval Training Center, Orlando, Florida.
**************************************************************************

ASTM C 207, Type S. [Hydrated lime in mortar for exterior brickwork shall be white.]

2.2.3 Masonry Cement

ASTM C 91, except that for masonry cement provided for mortar for exterior walls, the air content of the mortar specimen shall be not more than 16 percent by volume in lieu of 22 percent. Containers shall bear complete instructions for proportioning and mixing to obtain the required types of mortar.

2.2.4 Sand

**************************************************************************
NOTE: Include last sentence for projects located at the Naval Training Center, Orlando, Florida.
**************************************************************************

ASTM C 144. [Sand in combination with cementitious materials shall produce a mortar of the specified color.]

2.2.5 Water

Clean, potable, and free from substances which could adversely affect the mortar.

2.2.6 Mortar Types

**************************************************************************
NOTE: See Note C located at rear of text.
**************************************************************************

ASTM C 270, Type M for foundation walls [, basement walls,] [and piers]; Type N or S for non-load-bearing, non-shear-wall interior masonry; [approved commercial fire clay mortar or refractory cement (calcium-aluminate) mortar for fire brick and flue liners;] and Type S for remaining masonry work; except where higher compressive strength is indicated on structural drawings. Air content shall not be less than 11 percent. [Where colored mortar is indicated, add pigment to obtain the mortar color indicated. The quantity of metallic oxide pigment relative to the cementitious content of the mortar mix shall be 10 to 15 percent by weight. Carbon black shall be no more than 2 percent by weight.]

2.2.7 Pre-Mixed Mortar

ASTM C 270, [Type N, compressive strength of 750 psi in 28 days;] [Type S, compressive strength of 1800 psi in 28 days;] Type M, compressive strength of 2500 psi in 28 days. Air content shall not be less than 11 percent. Admixtures may be provided in mortar to retard curing and provide up to 36 hours of workability, as long as the admixture does not adversely affect bonding or compressive strength.

2.3 MASONRY ACCESSORIES

2.3.1 Horizontal Joint Reinforcement

**************************************************************************
NOTE: Various combinations of wire sizes are available and are usually designated as follows:

| | Long. wires | Cross wires |
|---|---|---|
| Standard | 9 gage (0.1483-inch) | 9 gage |
| Heavy Duty | 3/16-inch (0.1875-inch) | 9 gage |
| Extra Heavy Duty | 3/16-inch | 3/16 inch |

Reinforcement made with 8 gage wire is considered special and is not available from all manufacturers.
**************************************************************************

Fabricate from cold drawn steel wire, ASTM A 82. Wire shall be hot-dipped galvanized after fabrication in accordance with ASTM A 153 Class B-2, 1.5 oz. of zinc per square foot. Reinforcement shall be truss type with two or more longitudinal wires welded to a continuous diagonal cross wire, or ladder type with perpendicular cross wires not more than 16 inches o.c. Provide flat sections 10 feet long, and preformed corners and tees approximately 30 inches long. Overall width shall be approximately 2-inches less than nominal thickness of wall.

2.3.1.1 Single-Wythe

For single-wythe walls and partitions, provide two 9-gage (0.1483-inch) longitudinal wires and 9-gage cross wires.

2.3.1.2 Brick-Faced or Composition Walls

For brick-faced or composition walls, provide three [9-gage (0.1483-inch)] [3/16-inch (0.1875-inch)] longitudinal wires, one for each face shell of concrete masonry units and one for the brick wythe, and [9-gage] [3/16-inch] cross wires.

2.3.1.3 Cavity Walls

**************************************************************************

NOTE: Choose one of the following options. For SOUTHNAVFACENGCOM projects, add in each of the options, "Cavity wall reinforcing shall have integral drip located in the cavity."

**************************************************************************

[For cavity walls, provide truss type reinforcing utilizing three [9-gage (0.1483-inch)] [3/16-inch (0.1875-inch] longitudinal wires, one for each face shell of concrete masonry units and one for the brick wythe, and [9-gage] [3/16-inch] cross wires.]

[For cavity walls, provide vertically adjustable ladder type consisting of two [9-gage (0.1483-inch)] [3/16-inch (0.1875-inch)] longitudinal wires for the inner wythe, [9-gage] [3/16-inch] cross wires either winged loop or eye-section receivers, and 3/16-inch wire hook type box ties or rectangular pintle ties at not more than 16 inches o.c. Pintles shall have two vertical legs. Maximum play between pintles and eyes shall be 1/16 inch. Maximum vertical misalignment between bed joints of brick and the joint reinforcement shall be 1.25 inches. Provide one tie for every 1.78 square feet of wall area, 16 inches o.c. both ways.]

2.3.2 Anchors and Wall Ties

**************************************************************************

NOTE: For SOUTHNAVFACENGCOM projects, add to text: "Provide anchors and ties for cavity walls with integral drip located in the cavity."

**************************************************************************

**************************************************************************

NOTE: Industry standard rigid steel anchor 1/4" thick by 1" wide by 24" long with 3" bends.

**************************************************************************

Provide approved designs of stainless steel, zinc-coated steel, or noncorrosive metal having the equivalent total strength of steel types. Zinc coat steel by the hot-dip process after fabrication to a minimum of 1.25 ounces of zinc per square foot of surface when tested in accordance with ASTM A 90.

a. Corrugated Metal Ties: Not less than 7/8-inch wide by approximately 7 inches long and not lighter than 22 gage.

b. Rigid Steel Anchors: Not less than [1 inch] [1 1/2 inches] wide, [3/16] [1/4]-inch thick, and [18] [24] inches long with each end bent not less than 2 inches.

c. Dovetail Flat Bar or Wire Anchors: Flat bar: sheet steel, not lighter than 16 gage, and 7/8-inch wide, with end turned up 1/4 inch. Wire: not lighter than 6 gage, 7/8-inch wide with wire looped and closed. Dovetail slots and inserts are specified in Section 03300, "Cast-In-Place Concrete."

2.3.3 Fastenings

Build in bolts, metal wall plugs, and other metal fastenings furnished under other sections for securing furring and other items.

2.3.4 Reinforcing Bars

ASTM A 615/A 615M or ASTM A 616/A 616M.

2.3.5 Through-Wall Flashing

**************************************************************************
NOTE: See Note D located at rear of text.
**************************************************************************

Provide one of the following types [except that flashing indicated to terminate in reglets shall be metal or coated-metal flashing] [and] [except that the material shall be one which is not adversely affected by dampproofing material.]

a. Coated-Copper Flashing: 16-ounce, electrolytic copper sheet, uniformly coated on both sides with acidproof, alkaliproof, elastic bituminous compound. Factory apply coating to a weight of not less than 6 ounces per square foot (approximately 3 ounces per square foot on each side).

b. Copper or Stainless Steel Flashing: Copper, ASTM B 370, minimum 16-ounce weight; stainless steel, ASTM A 167, Type 301, 302, 304, or 316, 0.010-inch thick, No. 2D finish. Provide with factory-fabricated deformations that mechanically bond flashing against horizontal movement in all directions. Deformations shall consist of dimples, diagonal corrugations, or a combination of dimples and transverse corrugations.

c. Reinforced Membrane Flashing: Polyester film core with a reinforcing fiberglass scrim bonded to one side. The membrane shall be impervious to moisture, flexible, and not affected by

caustic alkalis. The material, after being exposed for not less than 1/2 hour to a temperature of 32 degrees F, shall show no cracking when, at that temperature, it is bent 180 degrees over a 1/16-inch diameter mandrel and then bent at the same point over the same size mandrel in the opposite direction 360 degrees.

2.3.6 [Weep Holes

**************************************************************************
NOTE: For SOUTHNAVFACENGCOM projects, use second bracketed paragraph.
**************************************************************************

**************************************************************************
NOTE: See Note E located at rear of text.
**************************************************************************

Fiberglass, 1/4 inch in diameter, each piece not less than 18 inches long.]

[Prefabricated aluminum, plastic or wood blocking sized to form the proper size opening in head joints. Provide aluminum and plastic inserts with grill or screen-type openings designed to allow the passage of moisture from cavities and to prevent the entrance or insects.]

2.4 SOURCE QUALITY CONTROL

2.4.1 Efflorescence Test

Conduct efflorescence tests on masonry units that are to be exposed to weathering. Schedule tests far enough in advance of starting masonry work to permit retesting if necessary. Test five pairs of specimens of each type of masonry unit for efflorescence in accordance with ASTM C 67. If any pair is rated "effloresced," reject the units represented by the samples.

PART 3 EXECUTION

3.1 PREPARATION

3.1.1 Protection

a. Stains: Protect exposed surfaces from mortar and other stains. When mortar joints are tooled, remove mortar from exposed surfaces with fiber brushes and wooden paddles. Protect base of walls from splash stains by covering adjacent ground with sand, sawdust, or polyethylene.

b. Loads: Do not apply uniform loads for at least 12 hours or concentrated loads for at least 72 hours after masonry is constructed.

c. Provide temporary bracing as required.

d. Polyester Embossed Film: Provide protective boards for polyester film during job installation.

3.1.2 Surface Preparation

Surfaces on which masonry is to be placed shall be smooth, clean, and free of foreign substances when mortar is applied.

3.2 WORKMANSHIP

Carry masonry up level and plumb. Furnish and use story poles or gage rods throughout the work. Changes in coursing or bonding after the work is started will not be permitted. Do not carry one section of the walls up in advance of the others. Step back unfinished work for joining with new work. Toothing will not be permitted. Check heights of masonry at each floor and at sills and heads of openings to maintain the level of the walls. Build in door and window frames, louvered openings, anchors, pipes, ducts, and conduits as the masonry work progresses. Fill spaces around metal door frames solidly with mortar. Handle masonry units with care to avoid chipping, cracking, and spalling of faces and edges. Drilling, cutting, fitting, and patching to accommodate the work of others shall be performed by masonry mechanics. Cut masonry with masonry saws for exposed work. Structural steelwork, bolts, anchors, inserts, plugs, ties, lintels, and miscellaneous metalwork specified elsewhere shall be placed in position as the work progresses. Provide chases of approved dimensions for pipes and other purposes where indicated and where necessary. Cover tops of exposed walls and partitions not being worked on with a waterproof membrane secured in place and extended down at least 2 feet on both sides. Inspect scaffolding regularly to ensure that it is amply strong, well braced, and securely tied in position. Do not overload scaffolding.

3.3 MORTAR MIXING

Measure mortar materials in 1 cu. ft. containers to maintain control and accuracy of proportions. Do not measure materials with shovels. Mix mortar in a mechanical batch mixer for not less than 3 nor more than 5 minutes after all ingredients are in so as to produce a uniform mixture. Add water gradually as required to produce a workable consistency. Do not load mixer beyond its rated capacity. Keep mortar boxes, pans, and mixer drums clean and free of debris and dried mortar. Retemper mortar which has stiffened because of evaporation by adding water and mixing to obtain a workable consistency. Do not use or retemper mortar which has not been placed in final position within 2 1/2 hours after the initial mixing. Do not use antifreeze compounds, salts, or other substances to lower the freezing point of mortar.

**************************************************************************
NOTE: See Note B located at rear of text.
**************************************************************************

a. Mortar: Mix mortar in accordance with ASTM C 270 to obtain type mortar required. [Where colored mortars are required, pigments may be added at the site or provided as part of prepackaged mortar mix.] When masonry cement is provided, conform to masonry cement manufacturer's printed mixing instructions. [During mixing, add water-repellant admixture in quantity recommended by the admixture manufacturer to mortar which will be used in exterior concrete masonry unit walls.]

b. Grout: ASTM C 476. Provide fine grout in grout spaces less than 2 inches in any horizontal dimension or in which clearance between reinforcing and masonry is less than 3/4 inch. Provide coarse grout in grout spaces 2 inches or greater in all horizontal dimensions provided the clearance between reinforcing and masonry is not less than 3/4 inch.

3.4 MORTAR JOINTS

**************************************************************************

NOTE: In second sentence between "joints" and "slightly", for SOUTHNAVFACENGCOM projects, add "and the exterior joints of the interior wythe of cavity walls" and beginning of fifth sentence, add "Except for the exterior joints of the interior wythe of cavity walls."

**************************************************************************

Uniform thickness of 3/8-inch unless otherwise indicated. Tool exposed joints slightly concave with a round or other suitable jointer when the mortar is thumbprint hard. For horizontal joints, jointers shall be at least 12 inches long for brickwork and 16 inches long for concrete masonry. Jointers shall be slightly larger than the width of the joint so that complete contact is made along the edges of the units, compressing and sealing the surface of the joint. Strike flush joints that will not be exposed. Tool vertical joints first. Brush joints to remove all loose and excess mortar. Horizontal joints shall be level; vertical joints shall be plumb and in alignment from top to bottom of wall within a tolerance of plus or minus 1/2 inch in 40 feet.

3.5 TOLERANCES

Masonry work shall be within the following limits:

a. [Pilasters] [and] [Columns]: 1/4 inch from true line.

b. Face of Brick: 1/32 inch from face of adjacent brick.

c. Face of Concrete Masonry Unit: 1/16 inch from face of adjacent unit.

d. Variation From True Plane: 1/4 inch in 10 feet and 1/2 inch maximum in 20 feet or more.

e. Variation From Plumb: 1/4 inch in each story, noncumulative and 1/2 inch maximum in two stories or more.

f. Variation From Level: 1/8 inch in 3 feet, 1/4 inch in 10 feet, and 1/2 inch maximum.

g. Variation in Wall Thickness: Plus or minus 1/4 inch.

3.6 BRICKWORK

Provide brickwork that conforms to requirements of paragraph entitled "Tolerances" of this section. Select and place brick so that better face of stretchers and headers is exposed.

3.6.1 Testing

Except during cold weather, as defined under paragraph entitled "Environmental Conditions," test clay or shale brick daily on the job, prior to laying, as follows: Using a wax pencil, draw a circle the size of a quarter on five randomly selected bricks. Apply 20 drops of water with a medicine dropper to the surface within the circle on each brick. If the average time that the water is completely absorbed in the five bricks is less than 1-1/2 minutes, wet bricks represented by the five bricks tested. Ensure that each brick is nearly saturated, but surface dry when laid. During cold weather, keep masonry units dry until laid.

**************************************************************************
NOTE: See Note F located at rear of text, regarding the text below.
**************************************************************************

3.6.2 Application

Unless indicated or specified otherwise, lay brick in running bond. Completely fill joints between bricks with mortar. Form bed joints of a thick layer of mortar slightly furrowed. Form head joints by applying a full coat of mortar on the brick to be laid. Slushing of head joints will not be permitted. Lay closure bricks with mortar on each bedding surface of unit to be laid and units in place. Place brick carefully without disturbing brick previously laid. Dry or butt joints will not be permitted. [Provide grouting as specified.] [Lay fire brick by dipping each brick in a soft mixture of fire clay and water and then rubbing the brick into place with joints as thin as practicable or provide refractory mortar with joints not more than 3/8 inch thick.]

3.6.3 Brick-Faced Walls

Brick-Faced Walls: Bond the two wythes in every sixth brick course with continuous horizontal joint reinforcement. Provide additional bonding ties spaced not more than 3 feet apart around the perimeter of and within 12 inches of all openings.

(a) Collar Joints: Fill collar joints solid with mortar as each course of brick is laid. Do not disturb units in place.

(b) Brick Sills: Lay brick on edge, slope, and project not less than 1/2 inch beyond the face of the wall to form a wash and drip. Fill all joints solidly with mortar and tool.

**************************************************************************
NOTE: Regarding the text below, see Note E located at rear of text.
**************************************************************************

**************************************************************************

NOTE: On projects located in the Tidewater, Virginia and Jacksonville, North Carolina areas and having masonry cavity wall construction, use the bracketed requirements ("At the bottom...found clean.").

**************************************************************************

**************************************************************************

NOTE: For SOUTHNAVFACENGCOM projects, delete eighth sentence and substitute with the following: "Provide weep holes of open head joints spaced 24 inches o.c. at base of wall and vertical obstructions (e.g. lintels)."

**************************************************************************

3.6.4 Cavity Walls

Provide a continuous cavity as indicated. Securely tie the two wythes together with horizontal joint reinforcement. Bevel mortar beds away from cavity to prevent projection into cavity when bricks are shoved in place. Keep cavities clear and clean of mortar droppings. [At the bottom of cavity walls, in the course immediately above the through-wall flashing, temporarily omit one brick every 4 feet. With a hose and clean water, wash all mortar droppings and debris out of the cavity through the temporary openings at least twice each day masonry is laid, and more often when required to keep the cavities clean. Fill in the openings with bricks and mortar after the wall is complete and the cavity has been inspected and found clean.] Provide weep holes of open head joints spaced 24 inches o.c. wherever the cavity is interrupted. [Cavity face of interior wythe shall be dampproofed in accordance with Section 07160, "Bituminous Dampproofing."]

3.6.5 Reinforced Brick Walls

Provide two wythes of brick separated by a [_____]-inch wide continuous space filled with [grout] [bricks "floated" in grout] and reinforced as indicated. Bevel mortar beds away from grout space to prevent projection into grout space when bricks are shoved in place. Deeply furrowed bed joints will not be permitted. Lay exterior wythe of brick to the height of each grout pour in advance of interior wythe. Clean grout space and set reinforcing before laying interior wythe. Provide metal ties to prevent spreading of the wythes and to maintain vertical alignment of walls. Position reinforcing as indicated. Wire vertical reinforcing securely in position as the brickwork progresses. Use puddling rod or vibrator to consolidate the grout. The minimum clear distance between parallel bars shall be the nominal diameter of the bars; the minimum clear distance between masonry and reinforcing shall be 1/4 inch. Unless indicated or specified otherwise, form splices by lapping bars not less than 40 bar diameters and wire tying them together. Stagger splices in adjacent horizontal bars.

**************************************************************************

NOTE: At the text below, if a chimney wall is 8 inches or less in thickness, the space between the

flue liner and brickwork should be kept clean and clear to avoid cracking the brickwork.
*************************************************************************

3.6.6 Chimneys

Construct chimneys of brick with clay flue linings of the sizes indicated. Extend flue linings from 12 inches below the smoke inlet to 4 inches above the chimney cap. Place thimbles as indicated, flush with inside of or up to 1 inch into the flue lining. Set linings in fire clay mortar or refractory mortar and fill and smooth the joints on the inside. Set each section of flue lining before surrounding brickwork reaches top of flue lining section below. Build brickwork around lining, and [fill the space] [leave a 1-inch airspace] between lining and brickwork [with grout]. [Seal top of airspace before installing chimney cap.] Do not cut linings after they are installed in chimney. Unless indicated otherwise, provide a chimney cap of air-entrained concrete. Slope cap to a minimum edge thickness of 2 inches and reinforce with two rings of No. 3 gage galvanized steel wire.

3.7 CONCRETE MASONRY UNIT WORK

Lay the first course in a full bed of mortar for the full width of the unit. Lay succeeding courses in running bond unless otherwise indicated. Form bed-joints by applying mortar to entire top surfaces of inner and outer face shells. Form head joints by applying mortar for a width of about 1 inch to ends of adjoining units. Mortar shall be of such thickness that it will be forced out of the joints as the units are placed in position. Where anchors, bolts, and ties occur within the cells of the units, place metal lath in the joint at the bottom of such cells and fill cells with mortar or grout as work progresses. Provide concrete brick for bonding walls, working out the coursing, topping out walls under sloping slabs, distributing concentrated loads, backing brick headers, and elsewhere as required. Do not dampen concrete masonry units before or during laying.

3.7.1 Special Concrete Masonry Unit Work

Where exposed concrete masonry unit walls and partitions are indicated in [______], provide special concrete masonry unit work. Select units for uniformity of size, texture, true plane, and undamaged edges and ends of exposed surfaces. Place units plumb, parallel, and with properly tooled joints of maximum 3/8-inch thickness. Keep exposed surfaces clean and free from blemishes or defects. [Lay units in the bond pattern indicated.]

3.7.2 Reinforced Concrete Masonry Unit Walls

Where vertical reinforcement occurs, fill cores solid with grout. Lay units in such a manner as to preserve the unobstructed vertical continuity of cores to be filled. Embed the adjacent webs in mortar to prevent leakage of grout. Remove mortar fins protruding from joints before placing grout. Minimum clear dimensions of vertical cores shall be 2 by 3 inches. Position reinforcing accurately as indicated before placing grout. As masonry work progresses, secure vertical reinforcing in place at vertical intervals not to exceed 160 bar diameters. Use puddling rod or vibrator to consolidate the grout. Minimum clear distance between masonry and vertical reinforcement shall be not less than 1/2 inch. Unless indicated or

specified otherwise, form splices by lapping bars not less than 40 bar diameters and wire tying them together.

3.8 BONDING AND ANCHORING

Unless indicated otherwise, extend partitions from the floor to the bottom of the construction above. Structurally bond or anchor walls and partitions to each other [and to concrete walls, beams, and columns]. Securely anchor non-load-bearing partitions and interior walls to the construction above [as indicated] [in a manner that provides lateral stability while permitting unrestricted deflection of construction above]. Completely embed anchors in mortar joints.

a. Corners of Load-Bearing Walls: Provide a true masonry bond in each course, except where indicated or specified otherwise.

b. Intersections of Load-Bearing Walls: Provide a true masonry bond in each course, or anchor with rigid steel anchors not more than 2 feet apart vertically, unless otherwise indicated.

c. Intersections of Non-Load-Bearing Partitions With Other Walls or Partitions: Tie with wire mesh ties at vertical intervals of not more than 2 feet or with masonry bonding in alternate courses.

d. Masonry Walls Facing or Abutting Concrete Members: Anchor masonry to concrete with dovetail or wire-type anchors inserted in slots or inserts built into concrete. Locate anchors not more than 18 inches o.c. vertically and not more than 24 inches o.c. horizontally.

e. Brick Veneer on Wood Frame: Provide corrugated metal ties nailed to wood studs at 16 inches o.c. both ways.

3.9 THROUGH-WALL FLASHING

Provide [at [_____]] [as indicated]. Unless indicated otherwise, extend flashing from a point 1/4-inch outside of exterior face of walls, upward [in collar joint] [across wall cavity] [not less than 6 inches and into] [reglets] [mortar of bed joint for backing wythe]. Bend down exterior edge to form a drip. Flashing shall be [terminated 3/4-inch back from interior face of walls and turned back on itself not less than 1/2-inch] [extended beyond interior face of wall and turned up not less than 2 inches]. Secure flashing [in reglets to ensure a permanent watertight joint] [as indicated]. Provide flashing in lengths as long as practicable. Lap ends not less than 1 1/2 inches for interlocking type and 4 inches for other types. Seal laps as necessary to ensure watertight construction. Provide dams at ends of flashing where masonry abuts concrete and where flashing ends within the masonry.

3.10 WEEP HOLES

**************************************************************************

NOTE: For SOUTHNAVFACENGCOM projects, delete the second and third sentences and substitute with the following: "Weep holes shall be full open head joints 20 inches o.c. for brick faced walls and

minimum 2 inch high open head joints 32 inches o.c. for concrete masonry unit construction."

*****************************************************************************

*****************************************************************************

NOTE: See Note E located at rear of text.

*****************************************************************************

Wherever through-wall flashing occurs, provide weep holes to drain flashing to exterior. Weep holes shall be open head joints 24 inches o.c.[, clear round holes not less than 1/4 inch in diameter and 24 inches o.c., or 1/4-inch diameter wicking 16 inches o.c. Wicking shall extend from exterior face of masonry to and approximately 2 inches upward into cavity or collar joint].

3.11 HORIZONTAL JOINT REINFORCEMENT

Provide reinforcement [where indicated] [[in every course] [in every other course and in the first two courses above and below openings] in walls [and partitions] of concrete masonry units]. [Provide in every course of concrete masonry unit walls of elevator shafts.] Reinforcement shall be continuous except at control joints and expansion joints. Reinforcement above and below openings shall extend not less than 24 inches beyond each side of openings. Provide reinforcement in the longest available lengths, utilizing the minimum number of splices. Overlap ends not less than 6 inches. Provide welded L-shaped assemblies and welded T-shaped assemblies to match the straight reinforcement, at corners and intersections of walls and partitions. Provide mortar cover for the wire of at least 5/8 inch for exterior face of wall and 1/2 inch for interior face of wall.

3.12 CONCRETE MASONRY UNIT LINTELS AND BOND BEAMS

*****************************************************************************

NOTE: See Note B located at rear of text.

*****************************************************************************

Provide special units, fill cells solidly with grout or concrete, and provide not less than two No. 5 reinforcing bars, unless indicated otherwise. Reinforcing shall overlap a minimum of 40 bar diameters at splices. Terminate bond beams and reinforcing on each side of expansion joints [and control joints]. Concrete masonry units provided for lintels and bond beams shall have exposed surfaces of the same material and texture as the adjoining masonry units. Lintels shall be straight and true and shall have at least 8 inches of bearing at each end. Allow lintels to set at least 6 days before shoring is removed. [During mixing, add water-repellant admixture in quantity recommended by the admixture manufacturer to concrete and grout which will be used to fill lintels and bond beams in exterior walls.]

3.13 CONTROL JOINTS

Provide where indicated in concrete masonry-unit walls. Provide sawed type or built-in type as required. Joints shall occur directly opposite each other on both faces of the wall and shall be filled with sealant as specified in Section 07920, "Sealants," [or] [a properly formed synthetic rubber or vinyl plastic sealing strip] [as indicated].

3.14 EXPANSION JOINTS

Provide where indicated in brick walls. Fill joints with a permanently flexible preformed filler material and a sealant as specified in Section 07920, "Sealants."

3.15 GROUT PLACEMENT

**************************************************************************

NOTE: For brickwork, when least clear horizontal dimension of grout space is less than 2 inches, limit height of pour to 1 foot. When such dimension is 2 inches or more, limit height to 48 times such dimension for coarse grout or 64 times for fine grout. For concrete masonry, limit height of pour to 4 feet.

**************************************************************************

Place grout from the interior side of walls, unless approved otherwise. Protect sills, ledges, offsets, and other surfaces from grout droppings. Remove grout from such surfaces immediately. Grout shall be well mixed to prevent segregation and shall be sufficiently fluid to flow into joints and around reinforcing without leaving voids. Place grout by pumping or pouring from buckets equipped with spouts in lifts not exceeding [_____] feet. Keep pours at 1-1/2 inches below top of masonry units in top course, except at finish course. [Float bricks into grout to a position not less than 1/2 inch nor more than 2 inches from surrounding bricks.] Puddle or agitate grout thoroughly to eliminate voids. Remove masonry displaced by grouting operation and re-lay in alignment with fresh mortar.

3.16 FORMS AND SHORING

Construct to the shape, lines, and dimensions of members indicated. Prevent deflections which may result in cracking or other damage to supported masonry. Do not remove until members have cured.

3.17 PARGING

Parge outside of masonry basement walls in contact with earth with two coats of Type M mortar, each 3/8-inch thick. Cross-scratch first coat and allow to cure at least 24 hours. Trowel smooth second coat, bevel at top, and cove out to edge of footing. Extend parging not more than 4 inches above grade, unless indicated otherwise, and keep damp for at least 3 days.

3.18 CLEANING

3.18.1 Protection

During cleaning operations, protect work which may be damaged, stained, or discolored.

3.18.2 Pointing

Upon completion of masonry work and before cleaning, cut out defective mortar joints and tuck point joints and all holes solidly with prehydrated mortar.

3.18.3 Cleaning

Clean exposed masonry surfaces with clear water and stiff fiber brushes and rinse with clear water. Where stains, mortar, or other soil remain, continue scrubbing with warm water and detergent. [Where soil still remains on brickwork, continue cleaning as follows: [Thoroughly wet exposed surfaces of dark-colored brickwork with clear water and scrub with stiff fiber brushes and a solution of not more than 1 part of muriatic acid to 9 parts of water applied to an area of 15 to 20 square feet at a time.] [Clean light-colored brickwork surfaces with non-acid or buffered-acid cleaners as recommended by the brick manufacturer. Use cleaners in accordance with the instructions and recommendations of the brick and cleaner manufacturers.]] Immediately after cleaning each area, rinse thoroughly with clear water. Restore damaged, stained, and discolored work to original condition or provide new work.

-- End of Section --

CRITERIA NOTES

NOTE A: The following information shall be shown on the project drawings:

1. Locations and dimensions of each type of masonry work.

2. Color, texture, and size of brick and color of mortar if other than natural gray.

3. Bond pattern if other than running bond.

4. Through-wall flashing details.

5. Control joint and expansion joint locations and details.

6. Special brick shapes if required.

NOTE B: For single-wythe, concrete masonry unit exterior walls, specify water-repellant admixture for both the masonry units and the mortar. This is a regional requirement which shall be used, when applicable, for SOUTHNAVFACENGCOM projects; when appropriate, the requirements may be used for projects in other areas.

NOTE C: See ASTM C 270 for guidance in selecting mortar types. Use Type M when masonry is in contact with earth and high degree of compressive strength is required. Type S should be used for reinforced masonry and high degree of compressive strength or high degree of lateral load resistance is required. For cavity wall construction, a high degree of lateral load is defined as an 80 mph wind. Type N should be used for all general interior and exterior masonry construction including chimneys and parapets unless higher compressive strength or a high degree

of lateral load resistance is required. For SOUTHNAVFACENGCOM projects, use only Type S mortar for exterior walls except use Type M mortar when masonry is in contact with earth.

NOTE D: Require flashing in exterior masonry walls, including single-wythe construction, at all obstructions such as bond beams, sills, lintels, and concrete tie beams. The wall design and detailing must conform to National Concrete Masonry Association (NCMA) publications: TEK 13A, "Details for Building Dry Concrete Masonry Walls"; TEK 53, "Design of Concrete Masonry for Crack Control"; and TEK 126, "Flashing Concrete Masonry." Show locations and details on project drawings. This is a regional requirement which shall be used, when applicable, for SOUTHNAVFACENGCOM projects; when appropriate, the requirements may be used for projects in other areas.

NOTE E: Include wicking and dampproofing requirements in geographic areas where these are acceptable practices. Specify dampproofing in Division 7 of the project specification. Now that masonry wall cavities are usually at least half full of rigid board insulation, and the backup wythe is usually complete before the brickwork is started, the wood strip method of keeping the cavities clean is neither practicable nor effective. The specified method is effective, but may be deleted if the specifier is reluctant to require it. Care must be taken (1) to prevent damage to mortar joints, especially adjacent to the washout holes, and (2) to prevent accumulation of water at the bottom of the wall. The cavities must be inspected to verify that they are clean and functional.

NOTE F: If other than running bond is desired, delete the first sentence and specify and/or indicate type of bond required. For Naval Training Center, Orlando, Florida, delete the first sentence and substitute: "Brick shall be laid in running bond, with joints staggered in every other course at the third point of the length of the brick. Brick facing shall be bonded to the concrete-unit masonry backup with metal ties. Cut edges shall be the same appearance as formed edges and shall be saw cut. Cut-brick shall be used only for closures."

NOTE G: Suggestions for improvement of this specification will be welcomed using "Agency Response Form" located in SPECSINTACT under "System Directory" or DD Form 1426. Suggestions should be forwarded to:

Commanding Officer
Naval Construction Battalion Center
NAVFAC 15G/CESO 158
1000 23rd Avenue
Port Hueneme, CA 93043-4301

-- End --