# Exhibit 6

R2011P
R30
R30BA
R2006
9/19

ROICC CHASN

DEPARTMENT OF THE NAVY
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DR, P O BOX 190010
NORTH CHARLESTON, S C. 29419 9010

PLEASE ADDRESS REPLY TO THE COMMANDING OFFICER, NOT TO THE SIGNER OF THIS LETTER. REFER TO.

4281
0212CC:sc
16 SEP 1994

CERTIFIED MAIL RETURN - RECEIPT REQUESTED
PIZZAGALLI CONSTRUCTION COMPANY
50 JOY DRIVE, P O BOX 2009
SOUTH BURLINGTON, VT 05407

Subj: AWARD OF CONTRACT N62467-93-B-1096, NISE EAST ENGINEERING CENTER, NAVAL WEAPONS STATION, SOUTH ANNEX, CHARLESTON, SC

Gentlemen:

Enclosed is your Notice of Award, Standard Form (SF) 1442 "Solicitation, Offer & Award" for Contract N62467-93-C-1096. You are to contact the administration Office (ROICC) listed in block 26 of the SF 1442 to schedule a preconstruction conference. That office will manage the execution of your contract.

Also, 1 copy of enclosure (2) (Payment and Performance Bonds) is provided for your use and information. Please submit your executed payment and performance bonds to the ROICC Office. Upon their approval by the Government, a Notice to Proceed will be issued. Certificates of insurance and all correspondence are to be submitted to the ROICC. Note that no on-site work will be performed until you have satisfied appropriate administrative requirements.

The Secretary of the Navy has authorized two performance awards that you may earn while fulfilling the contract requirements. The first, the **Certificate of Appreciation** (CoA), recognizes meritorious contractor performance. The higher award, **The Commander's Certificate of Commendation** (CCoC), pays tribute to those CoA holders who have demonstrated distinctly superior performance in executing the contract. The program is restricted to contractors who have **noteworthy** accomplishment in 1 or more of these areas: a) Better product; b) Speed of accomplishment; c) Savings or exceptional cooperation to benefit the Government; d) Extended high standard of performance. Upon contract completion, the performance of your firm will be evaluated to determine if nomination for a certificate is in order.

Under separate cover, you are being mailed 15 sets of plans and specifications and one set of full size reproducible drawings. The reproducibles are for your use in producing full size drawings upon which As-Built Conditions are to be annotated.

Sincerely,

L. C. MILLHOUSE
Head, Western - A-E/ Constr.
Contracts Branch
Contracting Officer

Encl:
(1) SF 1442 (2) APPROVED SUBCONTRACTING PLAN (3) SF 25 & 25A & INSTRUCTION
Copy to: ROICC CHASN OFCCP CODE 181A

CONT

0212
0212CC
cc
09/16/94

OFFER *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

Pizzagalli Construction Company
50 Joy Drive, P. O. Box 2009
South Burlington, Vermont 05407

A22580

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*

802-658-4100

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

SAME

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.*

AMOUNTS ▶ 26,542,000.00

SOLICITATION NO: N62467- 93-B-1096
TITLE: NISE EAST ENGINEERING CENTER
NAVAL WEAPONS STATION
CHARLESTON, SC

18 The offeror agrees to furnish any required performance and payment bonds.

19 ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation — give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 8-26-94 | 8-29-94 | 8-30-94 | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

Peter M. Bernhardt, Sr. Vice President

20B. SIGNATURE

[signature]

20C. OFFER DATE

9-09-94

AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

BID ITEM 1 OF NAVFAC SPECIFICATION 06-93-1096 INCLUDING AMENDMENTS 0001, 0002 AND 0003, IN ACCORDANCE WITH THE ATTACHED BASIS OF BID STATEMENT WITH UNIT-PRICED ITEMS. WORK SHALL COMMENCE 01 OCTOBER 1994 AND SHALL BE COMPLETED 30 SEPTEMBER 1996.

THIS AWARD IS MADE PURSUANT TO PUBLIC LAW 100-656 (Continued on Page 3)

22. AMOUNT

$26,542,000.00

23. ACCOUNTING AND APPROPRIATION DATA

AA 97X0510.1634 032 11406/0 062467 2D N65236
00000001T04C

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM BLOCK 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO

☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE

RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
BLDG. NH-52
NAVAL BASE
CHARLESTON, SC 29408

27. PAYMENT WILL BE MADE BY

DFAS
DAO - CLEVE CTR.
621 PLEASANT VALLEY ROAD
PORT HUENEME, CA 93043

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28 NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

L. C. MILLHOUSE, Head, Western AE/Constr.
Contracts Branch, Contracting Officer

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

BY [signature]

31C. AWARD DATE

16 SEPT 94

**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|
| N62467-93-B-1096 | [X] SEALED BID *(IFB)* [ ] NEGOTIATED *(RFP)* | 8-9-94 | |

IMPORTANT — The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| N62467- 93-C-1096 | | |

7. ISSUED BY CODE

COMMANDING OFFICER, SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P. O. BOX 190010
CHARLESTON, SC 29419-9010

8. ADDRESS OFFER TO

SAME AS BLOCK 7

9. FOR INFORMATION CALL: A. NAME: ROBERT JORDAN 803/743-0927

B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)*
TO OBTAIN BID RESULTS: CALL 803/743-0922 AFTER 10:00 AM ON THE WORKING DAY FOLLOWING SCHEDULED BID OPENING.

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

TITLE:

SOLICITATION NO: N62467-93-B-1096

NISE EAST ENGINEERING CENTER
NAVAL WEAPONS STATION
CHARLESTON, SC

DATED: 09 AUG 94

THE SUCCESSFUL CONTRACTOR WILL FURNISH A CONTRACTOR QUALITY CONTROL PLAN IN ACCORDANCE WITH THE SOLICITATION, WITHIN 15 CALENDAR DAYS AFTER AWARD.

ESTIMATED COST: BETWEEN $ OVER 10 MILLION

ALL INQUIRIES CONCERNING THE TECHNICAL ASPECTS OF THE ATTACHED SPECIFICATION "MUST BE SUBMITTED IN WRITING," AND MUST BE RECEIVED AT LEAST FIFTENN (15) DAYS IN ADVANCE OF THE BID OPENING DATE IN ORDER TO PERMIT ADEQUATE TIME TO REPLY TO THE INQUIRY. YOU MAY FAX IN YOUR TECHNICAL QUESTIONS TO THE ATTENTION OF CODE 0212 AT 803/743-0853.

11. The Contractor shall begin performance within ______ calendar days and complete it within ______ calendar days after receiv [ ] award, [ ] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* SECTION 00720 FAR CLAUSE 52.212-3

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| [ ] YES [ ] NO | 15 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 3 copies to perform the work required are due at the place specified in Item 8 by 2:30 PM *(h* local time 09 SEPT 94 *(date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelo containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are du

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

"BASIS OF BID STATEMENT WITH UNIT-PRICED ITEMS"

PROJECT TITLE: NISE EAST - ENGINEERING CENTER

LOCATION: NWS, CHARLESTON, SC

CONSTRUCTION CONTRACT NO. N62467-93-C-1096 SPECIFICATION NO. 06-93-1096

Basis of Bid: The Basis of Bid shall be bid items for selected work, as indicated. The estimated quantity of any unit-priced item is stated for bid purposes and for use as may be required in conjunction with the "Variation in Estimated Quantity" Clause.

Bidders shall enter the unit-price and the extended total amount for each item of their bids in the spaces provided. Should there be a discrepancy between a unit-price and the extended total, the unit-price will be held to be the intended bid and the total recomputed accordingly. If a bidder provides an extended total but fails to enter a unit-price, the extended total divided by the specified quantity will be held to be the intended unit-price. Should there be a discrepancy between the sum of the correct amounts for the subitems and the amount entered as the total price for a bid item, the sum of the correct amounts shall govern. Award, if made, will be based on performance of the bid items which are accepted, and a multiple award will not be made.

Bid Item #1: Bid Item #1 shall be the entire work, complete, but not including work indicated or specified to be provided under any of the other bid items.

a. Price for all Bid Item #1 work except for subsurface densification with stone columns as indicated below. $25,012,000.00

b. Price for construction of subsurface densification with an estimated 170,000 lineal feet of subsurface stone columns as specified in Section 02221, "Earthwork for Structures and Pavements."

$ 9.00 /LF x 170,000 LF $ 1,530,000.00

Total Price Bid Item #1 $ 26,542,000.00

Bid Option #1: Bid for OPTION 1 shall be the following, complete in accordance with the requirements specified hereinafter:

Complete furniture systems as specified in Section 12640, "Furniture Systems".

Total Price OPTION #1 $ 1,190,000.00

21. (Continued)

In accordance with Subcontracting Plan dated 16 September 1994 incorporated herein by reference, the following subcontracting goals shall apply:

| | | | |
|---|---|---|---|
| (1) | Total dollars planned to be subcontracted: | $20,000,000 | 75% |
| (2) | Total dollars planned to be subcontracted to small businesses | $ 8,000,000 | 40% |
| (3) | Total dollars planned to be subcontracted to small disadvantaged businesses: | $ 1,000,000 | 5% |

The Government reserves the right to exercise the option for Systems Furniture in the amount of $1,190,000 within 90 days.

Any claim submitted under the Disputes Clause of this contract shall be submitted to the Contracting Officer, in care of the Resident Officer in Charge of Construction.

**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

| 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|
| N62467-93-B-1096 | [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 8-9-94 | |

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| N62467- 93-C-1096 | | |

| 7. ISSUED BY CODE | 8. ADDRESS OFFER TO |
|---|---|
| COMMANDING OFFICER, SOUTHERN DIVISION<br>NAVAL FACILITIES ENGINEERING COMMAND<br>2155 EAGLE DRIVE, P. O. BOX 190010<br>CHARLESTON, SC 29419-9010 | SAME AS BLOCK 7 |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | ROBERT JORDAN 803/743-0927 | TO OBTAIN BID RESULTS: CALL 803/743-0922 AFTER 10:00 AM ON THE WORKING DAY FOLLOWING SCHEDULED BID OPENING. |

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

**TITLE:** **SOLICITATION NO:** N62467-93-B-1096

NISE EAST ENGINEERING CENTER
NAVAL WEAPONS STATION
CHARLESTON, SC

**DATED:** 09 AUG 94

THE SUCCESSFUL CONTRACTOR WILL FURNISH A CONTRACTOR QUALITY CONTROL PLAN IN ACCORDANCE WITH THE SOLICITATION, WITHIN 15 CALENDAR DAYS AFTER AWARD.

ESTIMATED COST: BETWEEN $ OVER 10 MILLION

ALL INQUIRIES CONCERNING THE TECHNICAL ASPECTS OF THE ATTACHED SPECIFICATION "MUST BE SUBMITTED IN WRITING," AND MUST BE RECEIVED AT LEAST FIFTEENN (15) DAYS IN ADVANCE OF THE BID OPENING DATE IN ORDER TO PERMIT ADEQUATE TIME TO REPLY TO THE INQUIRY. YOU MAY FAX IN YOUR TECHNICAL QUESTIONS TO THE ATTENTION OF CODE 0212 AT 803/743-0853

11. The Contractor shall begin performance within ______ calendar days and complete it within ______ calendar days after receiving [ ] award, [ ] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See SECTION 00720 FAR CLAUSE 52.212-3 .)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) | 12B. CALENDAR DAYS |
|---|---|
| [ ] YES [ ] NO | 15 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 3 copies to perform the work required are due at the place specified in Item 8 by 2:30 PM (hour) local time 09 SEPT 94 (date). If this is a sealed bid solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

DEPARTMENT OF THE NAVY
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
CHARLESTON, SC

SPECIFICATION NO:
06-93-1096

CONTRACT NO:
N62467-93-C-1096

APPROPRIATION: BRAC III

# NISE EAST - ENGINEERING CENTER

at the

NAVAL WEAPONS STATION, SOUTH SIDE

CHARLESTON, SOUTH CAROLINA

DESIGN BY:

GEE & JENSON Engineers-Architects-Planners, Inc.
One Harvard Circle
West Palm Beach, FL 33409

SPECIFICATION PREPARED BY:

| Architectural: | Civil: | Structural: |
|---|---|---|
| R. Adams | H. Benoit | C. Pruitt |

| Electrical: | Mechanical: | Interiors: | Landscaping: |
|---|---|---|---|
| H. Ragan | R. Funk | V. Goldman | B. Nein |

DATE: August 1, 1994

SUBMITTED BY: Thomas C. Orlando (signature) DATE: July 26, 1994

SPECIFICATION APPROVED BY: R. J. Byrd (signature) DATE: 8/3/94

PROJECT TABLE OF CONTENTS

DIVISION 01 -- GENERAL REQUIREMENTS

01010 SUMMARY OF WORK
01025 MEASUREMENT AND PAYMENT
01090 REFERENCES
01300 SUBMITTALS
01310 PROGRESS SCHEDULES
01400 QUALITY CONTROL
01500 CONSTRUCTION FACILITIES
01560 TEMPORARY CONTROLS
01561 ADDITIONAL TEMPORARY CONTROLS
01700 PROJECT CLOSEOUT
01730 OPERATION AND MAINTENANCE DATA

DIVISION 02 -- SITE WORK

02050 DEMOLITION AND REMOVAL
02102 CLEARING AND GRUBBING
02221 EARTHWORK FOR STRUCTURES AND PAVEMENTS
02225 EXCAVATION, BACKFILLING, AND COMPACTING FOR UTILITIES
02233 GRADED CRUSHED AGGREGATE BASE COURSE FOR FLEXIBLE PAVEMENT
02284 SOIL TREATMENT FOR SUBTERRANEAN TERMITE CONTROL
02511 BITUMINOUS HOT MIX PAVEMENT
02516 BRICK PAVERS
02519 CONCRETE DECK PAVERS
02530 MULTI PURPOSE COURT PLAYING SURFACES
02551 BITUMINOUS PRIME COAT
02552 BITUMINOUS TACK COAT
02563 PAVEMENT, PORTLAND CEMENT CONCRETE
02577 PAVEMENT MARKINGS
02660 EXTERIOR WATER DISTRIBUTION SYSTEM
02720 STORM DRAINAGE SYSTEM
02730 EXTERIOR SANITARY SEWER SYSTEM
02811 IRRIGATION SPRINKLER SYSTEMS
02820 FOUNTAINS
02831 FENCE, CHAIN LINK
02865 SITE ACCESSORIES
02930 TURF
02950 TREES, PLANTS, AND GROUND COVERS

DIVISION 03 -- CONCRETE

03300 CAST-IN-PLACE CONCRETE
03410 PRECAST CONCRETE (NON-PRESTRESSED)
03411 PRECAST CONCRETE WALL PANELS
03501 INSULATING CONCRETE ROOF DECK SYSTEM

DIVISION 04 -- MASONRY

04200 UNIT MASONRY
04230 REINFORCED MASONRY

DIVISION 05 -- METALS

05120 STRUCTURAL STEEL
05210 STEEL JOISTS AND JOIST GIRDERS
05310 STEEL DECKS
05400 COLD-FORMED METAL FRAMING
05500 METAL FABRICATIONS
05700 ORNAMENTAL METAL

DIVISION 06 -- WOODS & PLASTICS

06100 ROUGH CARPENTRY
06200 FINISH CARPENTRY

DIVISION 07 -- THERMAL & MOISTURE PROTECTION

07111 ELASTOMERIC WATERPROOFING, SHEET-APPLIED
07160 BITUMINOUS DAMPPROOFING
07212 MINERAL FIBER INSULATION
07214 BOARD THERMAL INSULATION
07250 SPRAY-APPLIED FIREPROOFING
07270 FIRESTOPPING
07535 MODIFIED BITUMEN SHEET ROOFING
07600 FLASHING AND SHEET METAL
07820 INSULATED SKYLIGHT SYSTEM
07920 SEALANTS

DIVISION 08 -- DOORS & WINDOWS

08110 STEEL DOORS AND FRAMES
08120 ALUMINUM DOORS AND FRAMES
08210 WOOD DOORS
08318 SECURITY VAULT DOOR
08331 ROLLING SERVICE DOORS
08371 ALUMINUM SLIDING GLASS DOORS
08425 FIRE RESISTANT GLAZING SYSTEM
08450 ALL-GLASS DOORS
08710 FINISH HARDWARE
08800 GLAZING
08900 GLAZED WALL SYSTEMS

DIVISION 09 -- FINISHES

09100 METAL SUPPORT SYSTEMS
09200 LATHING
09212 PLASTERING AND STUCCOING
09215 VENEER PLASTER
09250 GYPSUM BOARD
09310 CERAMIC TILE AND PAVER TILE
09450 GRANITE WALL FACING
09500 ACOUSTICAL TREATMENT
09521 ACOUSTICAL WALL TREATMENT
09620 GRANITE FLOORING
09660 RESILIENT TILE FLOORING
09680 CARPET
09900 PAINTING

SECTION 04200

UNIT MASONRY
09/93

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM A 82 | 1990 (Rev. A) Steel Wire, Plain, for Concrete Reinforcement |
| ASTM A 90 | 1981 (R 1991) Weight of Coating on Zinc-Coated (Galvanized) Iron or Steel Articles |
| ASTM A 153 | 1982 (R 1987) Zinc Coating (Hot-Dip) on Iron and Steel Hardware |
| ASTM A 167 | 1992 (Rev. B) Stainless and Heat-Resisting Chromium-Nickel Steel Plate, Sheet, and Strip |
| ASTM A 525 | 1991 (Rev. B) Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process |
| ASTM B 370 | 1992 Copper Sheet and Strip for Building Construction |
| ASTM C 55 | 1985 Concrete Building Brick |
| ASTM C 67 | 1992 (Rev. A) Sampling and Testing Brick and Structural Clay Tile |
| ASTM C 90 | 1993 Load-Bearing Concrete Masonry Units |
| ASTM C 91 | 1991 Masonry Cement |
| ASTM C 144 | 1991 Aggregate for Masonry Mortar |
| ASTM C 150 | 1992 Portland Cement |
| ASTM C 207 | 1991 (R 1992) Hydrated Lime for Masonry Purposes |
| ASTM C 216 | 1992 (Rev. C) Facing Brick (Solid Masonry Units Made from Clay or Shale) |
| ASTM C 270 | 1992 (Rev. A) Mortar for Unit Masonry |

| | |
|---|---|
| ASTM C 954 | 1986 (Rev. A) Steel Drill Screws for the Application of Gypsum Board or Metal Plaster Bases to Steel Studs |
| ASTM C 1072 | 1986 Masonry Flexural Bond Strength |
| ASTM E 119 | 1991 Fire Tests of Building Construction and Materials |

1.2 SUBMITTALS

Submit the following in accordance with Section 01300, "Submittals."

1.2.1 SD-02, Manufacturer's Catalog Data

a. Masonry accessories G

b. Reinforcement G

c. Pre-mixed mortar G

d. Control joints G

e. Expansion joints G

f. Water-repellant admixture G

g. Flashing G

Submit for each type.

1.2.2 SD-05, Design Data

a. Pre-mixed mortar G

1.2.3 SD-06, Instructions

a. Masonry cement

When masonry cement is used, submit the manufacturer's printed instructions on proportions of water and aggregates and on mixing to obtain the type of mortar required.

1.2.4 SD-11, Factory Test Reports

a. Efflorescence test

Submit efflorescence test reports on masonry units that are to be exposed to weathering.

1.2.5 SD-13, Certificates

a. Water-repellant admixture

Certify that the additive does not adversely offset bond strength as tested under ASTM C 1072.

1.2.6 SD-14, Samples.

a. Masonry units G

b. Mortar color G

Submit two sets of each type masonry units, showing full range of color, texture, finish, and dimensions and two samples of each color of mortar.

1.2.7 SD-16, Sample Panels

a. Masonry panel

At the job site submit for approval by the Contracting Officer, a sample masonry panel approximately 4 feet long by 4 feet high constructed of CMU with face brick veneer, and include each different type of special face brick and at least 2 different types of precast concrete trim pieces. Build corner at one end of panel to show special corner shapes. Complete panel shall show the workmanship, coursing, bond, weep holes, flashing, thickness, anchors, joint reinforcing, special shape, and tooling of joints, range of color, texture of masonry, and mortar color to be expected in performance of the work. The sample panel shall be protected from damage and shall remain at the site until masonry work is complete and approved, at which time the panel shall be removed from the site. Masonry work shall match the approved sample.

1.3 QUALITY ASSURANCE

1.3.1 Appearance

Do not change source or supply of materials after work has started if the appearance of the finished work would be affected.

1.3.2 Fire Performance Characteristics

Where used in fire rated walls, provide CMU which are identical to those assemblies whose fire endurance has been determined by testing in compliance with ASTM E 119.

1.4 DELIVERY, STORAGE, AND HANDLING

Deliver cementitious materials to the site in unbroken containers, plainly marked and labeled with manufacturers' names and brands. Store cementitious materials in dry, weathertight sheds or enclosures and handle so as to prevent entry of foreign materials and damage by water or dampness. Store masonry units off the ground and handle with care to avoid chipping and breakage. Protect materials from damage and, except for sand, keep dry until used. Cover sand to prevent intrusion of water and foreign materials and to prevent drying. Do not use materials containing frost or ice. Store Type II, concrete masonry units at the site before using for a minimum of 28 days for air cured units, 10 days for atmospheric steam or

water cured units, and 3 days for units cured with steam at a pressure of 120 to 150 psi and at a temperature of 350 to 365 degrees F for at least 5 hours.

1.5 ENVIRONMENTAL CONDITIONS

1.5.1 Cold Weather Construction

When the air temperature is below 40 degrees F and falling, or when it appears that the air temperature will drop to 40 degrees F or below within 24 hours, do not lay masonry unless the work is protected from freezing as specified below. Surfaces receiving mortar shall be free of ice and frost. Comply with the requirements specified below for the respective air temperatures:

a. Air Temperature 40 to 32 Degrees F: Heat sand or mixing water to produce mortar temperature between 40 and 120 degrees F.

b. Air Temperature 32 to 25 Degrees F: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F.

c. Air Temperature 25 to 20 Degrees F: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F. Use salamanders or other heat sources on both sides of walls under construction. Use windbreaks when wind is in excess of 15 mph.

d. Air Temperature 20 Degrees F and Below: Heat sand and mixing water to produce mortar temperature between 40 and 120 degrees F. Provide enclosures and auxiliary heat to maintain air temperature above 32 degrees F on both sides of walls under construction. Ascertain that temperatures of masonry units are not less than 20 degrees F when units are laid.

1.5.2 Cold Weather Protection

Protect newly laid masonry as specified below for the respective mean daily air temperature (MDAT), that is, the average of the daytime high temperature and the forecasted nighttime low temperature.

a. MDAT 40 to 32 Degrees F: Protect masonry from rain and snow by covering the top 4 feet with weather-resistive membrane for 24 hours after laying.

b. MDAT 32 to 25 Degrees F: Completely cover newly-laid masonry with weather-resistive membrane for 24 hours.

c. MDAT 25 to 20 Degrees F: Completely cover newly-laid masonry with insulating blankets and weather-resistive membrane for 24 hours.

d. MDAT 20 Degrees F and Below: Maintain temperature of masonry above 32 degrees F for 24 hours by providing enclosures and supplementary heat or other approved means.

1.6 SCHEDULING

Coordinate masonry work with the work of other trades to accommodate built-in items and to avoid cutting and patching.

PART 2 PRODUCTS

2.1 MASONRY UNITS

2.1.1 Facing Brick

ASTM C 216, Grade SW, Type FBS, or 3 5/8 inches thick, 2 1/4 inches high, and 7 5/8 inches long (modular). Colors, texture, and ranges of facing brick shall match the brick indicated. Provide accent color bricks of same properties as primary brick.

2.1.2 Special Shapes

Provide special custom molded brick shapes of form, size, and finish on exposed faces which cannot be produced from standard brick sizes by saw cutting.

2.1.3 Concrete Masonry Units

Units of modular dimensions and air, water, or steam cured. Surfaces of units which are to be plastered or stuccoed shall be sufficiently rough to provide bond; elsewhere, exposed surfaces of units shall be smooth and of uniform texture. Exterior concrete masonry units shall have water-repellant admixture added during manufacture.

a. Hollow Load-Bearing Units: ASTM C 90, Type I or II, made with normal weight aggregate. Provide load-bearing units for exterior walls, foundation walls, load-bearing walls, and shear walls.

b. Concrete Building Brick: ASTM C 55, Grade S-I or S-II, except brick exposed to weather shall be Grade N-I or N-II, and made with normal weight aggregate. Concrete brick shall match the concrete masonry units in color and surface characteristics.

c. Solid Load-Bearing Units: ASTM C 90, Type I or II, and made with normal weight aggregates. Provide solid units for masonry bearing under structural framing members and as indicated.

d. Special Shapes: Provide special shapes such as closures, header units, and jamb units as necessary to complete the work. Special shapes shall conform to the requirements for the units with which they are used.

2.2 MORTAR

2.2.1 Portland Cement

ASTM C 150, Type I, II, or III. Cement in mortar for exterior brickwork shall be white.

2.2.2 Hydrated Lime

ASTM C 207, Type S. Hydrated lime in mortar for exterior brickwork shall be white.

2.2.3 Masonry Cement

ASTM C 91, except that for masonry cement provided for mortar for exterior walls, the air content of the mortar specimen shall be not more than 16 percent by volume in lieu of 22 percent. Containers shall bear complete instructions for proportioning and mixing to obtain the required types of mortar.

2.2.4 Sand

ASTM C 144. Sand in combination with cementitious materials shall produce a mortar of the specified colors for exterior brickwork.

2.2.5 Water

Clean, potable, and free from substances which could adversely affect the mortar.

2.2.6 Mortar Types

ASTM C 270, except where higher compressive strength is indicated on structural drawings. Air content shall not be less than 11 percent. For exterior brickwork, add pigments to obtain the mortar colors indicated. The quantity of metallic oxide pigment relative to the cementitious content of the mortar mix shall be 10 to 15 percent by weight. Carbon black shall be no more than 2 percent by weight.

2.2.7 Pre-Mixed Mortar

ASTM C 270, Type S, compressive strength of 1800 psi in 28 days. Air content shall not be less than 11 percent. Admixtures may be provided in mortar to retard curing and provide up to 36 hours of workability, as long as the admixture does not adversely affect bonding or compressive strength. For exterior brickwork, add pigments to obtain mortar colors indicated.

2.2.8 Water-Repellant Admixture

Polymeric type formulated to reduce porosity and water transmission.

2.3 MASONRY ACCESSORIES

2.3.1 Horizontal Joint Reinforcement

Fabricate from cold drawn steel wire, ASTM A 82. Wire shall be hot-dipped galvanized after fabrication in accordance with ASTM A 153 Class B-2, 1.5 oz. of zinc per square foot. Reinforcement shall be truss type with two or more longitudinal wires welded to a continuous diagonal cross wire, or ladder type with perpendicular cross wires not more than 16 inches o.c. Provide flat sections 10 feet long, and preformed corners and tees approximately 30 inches long. Overall width shall be approximately

2-inches less than nominal thickness of wall.

2.3.1.1 Single-Wythe

For single-wythe walls and partitions, provide truss type reinforcing utilizing two 9-gage (0.1483-inch) longitudinal wires and 9-gage cross wires.

2.3.1.2 Brick Veneer - Masonry Walls

For brick veneer cavity walls, provide vertically adjustable truss type reinforcing utilizing two 9-gage (0.1483-inch) longitudinal wires for the inner CMU wythes, 9-gage cross wires either winged loop or eye-section receivers, and 3/16 inch wire hook type box ties or rectangular pintle ties. Pintles shall have two vertical legs. Maximum play between pintles and eyes shall be 1/16 inch. Maximum vertical misalignment between bed joints of brick and the joint reinforcement shall be 1 1/4 inch.

2.3.2 Brick Veneer - Stud Walls

Provide ASTM A 82 cold drawn steel wire 2 piece adjustable assembly of wire tie section and metal anchor section, 0.1875 inch diameter, hot dip galvanized finish, ASTM A 90-.

a. Wire Tie Shape: Triangular.

b. Wire Tie Length: As required to extend within one inch of masonry veneer face.

c. Anchor Section: 14 gage thick rib stiffened ASTM A 525 galvanized sheet steel plate with screw holes top and bottom, tee shaped with slotted holes for connecting vertical legs of triangular wire tie.

2.3.2.1 Fasteners

ASTM C 954 No. 10 steel drill screws, with hex washer head and neoprene washer, cadmium-plated.

2.3.3 Miscellaneous Anchors

Provide approved designs of stainless steel, zinc-coated steel, or noncorrosive metal having the equivalent total strength of steel types. Zinc coat steel by the hot-dip process after fabrication to a minimum of 1.25 ounces of zinc per square foot of surface when tested in accordance with ASTM A 90.

a. Rigid Steel Anchors: Not less than 1 1/2 inches wide, 3/16-inch thick, and 24 inches long with each end bent not less than 2 inches.

b. Dovetail Flat Bar or Wire Anchors: Flat bar: sheet steel, not lighter than 16 gage, and 7/8-inch wide, with end turned up 1/4 inch. Wire: not lighter than 6 gage, 7/8-inch wide with wire looped and closed. Dovetail slots and inserts are specified in

Section 03300, "Cast-In-Place Concrete."

2.3.4 Fastenings

Build in bolts, metal wall plugs, and other metal fastenings furnished under other sections for securing furring and other items.

2.3.5 Through-Wall Flashing

Provide one of the following types except that flashing indicated to terminate in reglets shall be metal or coated-metal flashing and except that the material shall be one which is not adversely affected by dampproofing material.

a. Coated-Copper Flashing: 16-ounce, electrolytic copper sheet, uniformly coated on both sides with acidproof, alkaliproof, elastic bituminous compound. Factory apply coating to a weight of not less than 6 ounces per square foot (approximately 3 ounces per square foot on each side).

b. Copper or Stainless Steel Flashing: Copper, ASTM B 370, minimum 16-ounce weight; stainless steel, ASTM A 167, Type 301, 302, 304, or 316, 0.010-inch thick, No. 2D finish. Provide with factory-fabricated deformations that mechanically bond flashing against horizontal movement in all directions. Deformations shall consist of dimples, diagonal corrugations, or a combination of dimples and transverse corrugations.

2.3.6 Weep Holes

Prefabricated aluminum, plastic or wood blocking sized to form the proper size opening in head joints. Provide aluminum and plastic inserts with grill or screen-type openings designed to allow the passage of moisture from cavities and to prevent the entrance or insects.

2.3.7 Pressure Relief Joints

Foam neoprene sheet, 1/8 inch thick by 3 inches wide.

2.4 SOURCE QUALITY CONTROL

2.4.1 Efflorescence Test

Conduct efflorescence tests on masonry units that are to be exposed to weathering. Schedule tests far enough in advance of starting masonry work to permit retesting if necessary. Test five pairs of specimens of each type of masonry unit for efflorescence in accordance with ASTM C 67. If any pair is rated "effloresced," reject the units represented by the samples.

PART 3 EXECUTION

3.1 PREPARATION

3.1.1 Protection

a. Stains: Protect exposed surfaces from mortar and other stains. When mortar joints are tooled, remove mortar from exposed surfaces with fiber brushes and wooden paddles. Protect base of walls from splash stains by covering adjacent ground with sand, sawdust, or polyethylene.

b. Loads: Do not apply uniform loads for at least 12 hours or concentrated loads for at least 72 hours after masonry is constructed.

c. Provide temporary bracing as required.

d. Polyester Embossed Film: Provide protective boards for polyester film during job installation.

3.1.2 Surface Preparation

Surfaces on which masonry is to be placed shall be smooth, clean, and free of foreign substances when mortar is applied.

3.2 WORKMANSHIP

Carry masonry up level and plumb. Furnish and use story poles or gage rods throughout the work. Changes in coursing or bonding after the work is started will not be permitted. Do not carry one section of the walls up in advance of the others. Step back unfinished work for joining with new work. Toothing will not be permitted. Check heights of masonry at each floor and at sills and heads of openings to maintain the level of the walls. Build in door and window frames, louvered openings, anchors, pipes, ducts, and conduits as the masonry work progresses. Fill spaces around metal door frames solidly with mortar. Handle masonry units with care to avoid chipping, cracking, and spalling of faces and edges. Drilling, cutting, fitting, and patching to accommodate the work of others shall be performed by masonry mechanics. Cut masonry with masonry saws for exposed work. Structural steelwork, bolts, anchors, inserts, plugs, ties, lintels, and miscellaneous metalwork specified elsewhere shall be placed in position as the work progresses. Provide chases of approved dimensions for pipes and other purposes where indicated and where necessary. Cover tops of exposed walls and partitions not being worked on with a waterproof membrane secured in place and extended down at least 2 feet on both sides. Inspect scaffolding regularly to ensure that it is amply strong, well braced, and securely tied in position. Do not overload scaffolding.

3.3 MORTAR MIXING

Measure mortar materials in 1 cu. ft. containers to maintain control and accuracy of proportions. Do not measure materials with shovels. Mix mortar in a mechanical batch mixer for not less than 3 nor more than 5 minutes after all ingredients are in so as to produce a uniform mixture.

Add water gradually as required to produce a workable consistency. Do not load mixer beyond its rated capacity. Keep mortar boxes, pans, and mixer drums clean and free of debris and dried mortar. Retemper mortar which has stiffened because of evaporation by adding water and mixing to obtain a workable consistency. Do not use or retemper mortar which has not been placed in final position within 2 1/2 hours after the initial mixing. Do not use antifreeze compounds, salts, or other substances to lower the freezing point of mortar.

a. Mix mortar in accordance with ASTM C 270 to obtain type mortar required. Where colored mortars are required for brick veneer, pigments may be added at the site or provided as part of prepackaged mortar mix.

b. When masonry cement is provided, conform to masonry cement manufacturer's printed mixing instructions.

c. During mixing, add water-repellant admixture in quantity recommended by the admixture manufacturer to mortar which will be used in exterior brick veneer masonry.

3.4 MORTAR JOINTS

Uniform thickness of 3/8-inch unless otherwise indicated. Tool exposed joints and the exterior joint of the interior wythe of cavity walls slightly concave with a round or other suitable jointer when the mortar is thumbprint hard. For horizontal joints, jointers shall be at least 12 inches long for brickwork and 16 inches long for concrete masonry. Jointers shall be slightly larger than the width of the joint so that complete contact is made along the edges of the units, compressing and sealing the surface of the joint. Strike flush joints that will not be exposed except for the exterior joints of the interior wythe of cavity walls. Tool vertical joints first. Brush joints to remove all loose and excess mortar. Horizontal joints shall be level; vertical joints shall be plumb and in alignment from top to bottom of wall within a tolerance of plus or minus 1/2 inch in 40 feet.

3.5 TOLERANCES

Masonry work shall be within the following limits:

a. Pilasters and Columns: 1/4 inch from true line.

b. Face of Brick: 1/32 inch from face of adjacent brick.

c. Face of Concrete Masonry Unit: 1/16 inch from face of adjacent unit.

d. Variation From True Plane: 1/4 inch in 10 feet and 1/2 inch maximum in 20 feet or more.

e. Variation From Plumb: 1/4 inch in each story, noncumulative and 1/2 inch maximum in two stories or more.

f. Variation From Level: 1/8 inch in 3 feet, 1/4 inch in 10 feet, and

1/2 inch maximum.

g. Variation in Wall Thickness: Plus or minus 1/4 inch.

3.6 BRICKWORK

Provide brickwork that conforms to requirements of paragraph entitled "Tolerances" of this section. Select and place brick so that better face of stretchers and headers is exposed. During laying of face brick, select and mix individual brick units from several pallets so as to provide maximum random placement and eliminate discernable color changes in finished wall. Areas of brick walls which are not uniformly blended for color shall be removed and resinstalled at no additional cost to the Government.

3.6.1 Testing

Except during cold weather, as defined under paragraph entitled "Environmental Conditions," test clay or shale brick daily on the job, prior to laying, as follows: Using a wax pencil, draw a circle the size of a quarter on five randomly selected bricks. Apply 20 drops of water with a medicine dropper to the surface within the circle on each brick. If the average time that the water is completely absorbed in the five bricks is less than 1-1/2 minutes, wet bricks represented by the five bricks tested. Ensure that each brick is nearly saturated, but surface dry when laid. During cold weather, keep masonry units dry until laid.

3.6.2 Application

Unless indicated or specified otherwise, lay brick in running bond. Completely fill joints between bricks with mortar. Form bed joints of a thick layer of mortar slightly furrowed. Form head joints by applying a full coat of mortar on the brick to be laid. Slushing of head joints will not be permitted. Lay closure bricks with mortar on each bedding surface of unit to be laid and units in place. Place brick carefully without disturbing brick previously laid. Dry or butt joints will not be permitted. Provide grouting as specified.

3.6.3 CMU and Brick Cavity Walls

Provide a continuous cavity as indicated. Securely tie the two wythes together with horizontal joint reinforcement. Bevel mortar beds away from cavity to prevent projection into cavity when bricks are shoved in place. Keep cavities clear and clean of mortar droppings. At the bottom of cavity walls, in the course immediately above the through-wall flashing, temporarily omit one brick every 4 feet. With a hose and clean water, wash all mortar droppings and debris out of the cavity through the temporary openings at least twice each day masonry is laid, and more often when required to keep the cavities clean. Fill in the openings with bricks and mortar after the wall is complete and the cavity has been inspected and found clean. Provide weep holes of open head joints spaced 24 inches o.c. at base of wall and vertical obstructions. Cavity face of interior wythe shall be dampproofed in accordance with Section 07160, "Bituminous Dampproofing."

3.6.4 Brick Veneer on Metal Stud Walls

Provide a continuous cavity as indicated. Keep cavity clean of mortar drippings and other debris as work progresses up. Anchor single-wythe brickwork to metal studs with adjustable veneer anchors fastened through sheathing to metal studs. Provide weep hopes of open head joints located immediately above ledges and flashing, spaced 24 inches o.c.

3.6.5 Pressure Relief Joints

Provide pressure reliving horizontal joints in face brick by installing a continuous 1/8 inch neoprene sheet directly below steel shelf angles.

3.7 CONCRETE MASONRY UNIT WORK

Lay the first course in a full bed of mortar for the full width of the unit. Lay succeeding courses in running bond unless otherwise indicated. Form bed-joints by applying mortar to entire top surfaces of inner and outer face shells. Form head joints by applying mortar for a width of about 1 inch to ends of adjoining units. Mortar shall be of such thickness that it will be forced out of the joints as the units are placed in position. Where anchors, bolts, and ties occur within the cells of the units, place metal lath in the joint at the bottom of such cells and fill cells with mortar or grout as work progresses. Provide concrete brick for bonding walls, working out the coursing, topping out walls under sloping slabs, distributing concentrated loads, backing brick headers, and elsewhere as required. Do not dampen concrete masonry units before or during laying.

3.7.1 Special Concrete Masonry Unit Work

Where exposed concrete masonry unit walls and partitions are indicated, provide special concrete masonry unit work. Select units for uniformity of size, texture, true plane, and undamaged edges and ends of exposed surfaces. Place units plumb, parallel, and with properly tooled joints of maximum 3/8-inch thickness. Keep exposed surfaces clean and free from blemishes or defects.

3.7.2 Reinforced Concrete Masonry Unit Walls

As specified in Section 04230, "Reinforced Masonry."

3.8 BONDING AND ANCHORING

Unless indicated otherwise, extend partitions from the floor to the bottom of the construction above. Structurally bond or anchor walls and partitions to each other and to concrete walls, beams, and columns. Securely anchor non-load-bearing partitions and interior walls to the construction above in a manner that provides lateral stability while permitting unrestricted deflection of construction above. Completely embed anchors in mortar joints.

a. Corners of Load-Bearing Walls: Provide a true masonry bond in each course, except where indicated or specified otherwise.

b. Intersections of Load-Bearing Walls: Provide a true masonry bond in each course, or anchor with rigid steel anchors not more than 2 feet apart vertically, unless otherwise indicated.

c. Intersections of Non-Load-Bearing Partitions With Other Walls or Partitions: Tie with wire mesh ties at vertical intervals of not more than 2 feet or with masonry bonding in alternate courses.

d. Masonry Walls Facing or Abutting Concrete Members: Anchor masonry to concrete with dovetail or wire-type anchors inserted in slots or inserts built into concrete. Locate anchors not more than 18 inches o.c. vertically and not more than 24 inches o.c. horizontally.

e. Brick Veneer on Metal Frame: Provide adjustable veneer anchors screwed to metal studs at 16 inches o.c. both ways with 2 metal screws per anchor. Install additional anchors within 12 inches of openings and around perimeter at 8 inch o.c.

f. Brick Veneer on Masonry Wall: Provide wire hook type or pintle ties attached to horizontal joint reinforcing, at not more than 16 inches o.c. vertically and horizontally (one tie for every 1.78 square feet). Provide additional anchors within 12 inches of openings and around perimeter at 8 inches o.c.

3.9 THROUGH-WALL FLASHING

Provide at locations as indicated. Unless indicated otherwise, extend flashing from a point 1/4-inch outside of exterior face of walls, upward across wall cavity not less than 6 inches and into reglets or mortar of bed joint for backing wythe. Bend down exterior edge to form a drip. Flashing shall be terminated 3/4-inch back from interior face of walls and turned back on itself not less than 1/2-inch. Secure flashing in reglets to ensure a permanent watertight joint unless indicated otherwise. Provide flashing in lengths as long as practicable. Lap ends not less than 1 1/2 inches for interlocking type and 4 inches for other types. Seal laps as necessary to ensure watertight construction. Provide dams at ends of flashing where masonry abuts concrete and where flashing ends within the masonry.

3.10 WEEP HOLES

Wherever through-wall flashing occurs, provide weep holes to drain flashing to exterior. Weep holes shall be full open head joints 20 inches o.c. for brick faced walls.

3.11 HORIZONTAL JOINT REINFORCEMENT

Provide reinforcement in every other course and in the first two courses above and below openings in walls and partitions of concrete masonry units. Provide in every course of concrete masonry unit walls of elevator shafts. Reinforcement shall be continuous except at control joints and expansion joints. Reinforcement above and below openings shall extend not less than 24 inches beyond each side of openings. Provide reinforcement in the longest available lengths, utilizing the minimum number of splices.

Overlap ends not less than 6 inches. Provide welded L-shaped assemblies and welded T-shaped assemblies to match the straight reinforcement, at corners and intersections of walls and partitions. Provide mortar cover for the wire of at least 5/8 inch for exterior face of wall and 1/2 inch for interior face of wall.

3.12 CONCRETE MASONRY UNIT LINTELS AND BOND BEAMS

Provide special units, fill cells solidly with grout or concrete, and provide not less than two No. 5 reinforcing bars, unless indicated otherwise. Reinforcing shall overlap a minimum of 40 bar diameters at splices. Terminate bond beams and reinforcing on each side of expansion joints and control joints. Concrete masonry units provided for lintels and bond beams shall have exposed surfaces of the same material and texture as the adjoining masonry units. Lintels shall be straight and true and shall have at least 8 inches of bearing at each end. Allow lintels to set at least 6 days before shoring is removed. During mixing, add water-repellant admixture in quantity recommended by the admixture manufacturer to concrete and grout which will be used to fill lintels and bond beams in exterior walls. Grout mix is specified in Section 04230, "Reinforced Masonry"; concrete is specified in Section 03300, "Cast-in-Place Concrete."

3.13 CONTROL JOINTS

Provide where indicated in concrete masonry-unit walls. Provide sawed type or built-in type as required. Joints shall occur directly opposite each other on both faces of the wall and shall be filled with sealant as specified in Section 07920, "Sealants."

3.14 EXPANSION JOINTS

Provide where indicated in walls. Fill joints with a permanently flexible preformed filler material and a sealant as specified in Section 07920, "Sealants."

3.15 FORMS AND SHORING

Construct to the shape, lines, and dimensions of members indicated. Prevent deflections which may result in cracking or other damage to supported masonry. Do not remove until members have cured.

3.16 CLEANING

3.16.1 Protection

During cleaning operations, protect work which may be damaged, stained, or discolored.

3.16.2 Pointing

Upon completion of masonry work and before cleaning, cut out defective mortar joints and tuck point joints and all holes solidly with prehydrated mortar.

3.16.3 Cleaning

Clean exposed masonry surfaces with clear water and stiff fiber brushes and rinse with clear water. Where stains, mortar, or other soil remain, continue scrubbing with warm water and detergent. Where soil still remains on brickwork, continue cleaning as follows: Thoroughly wet exposed surfaces of dark-colored brickwork with clear water and scrub with stiff fiber brushes and a solution of not more than 1 part of muriatic acid to 9 parts of water applied to an area of 15 to 20 square feet at a time. Clean light-colored brickwork surfaces with non-acid or buffered-acid cleaners as recommended by the brick manufacturer. Use cleaners in accordance with the instructions and recommendations of the brick and cleaner manufacturers. Immediately after cleaning each area, rinse thoroughly with clear water. Restore damaged, stained, and discolored work to original condition or provide new work.

-- End of Section --

SECTION 07600

FLASHING AND SHEET METAL
06/93

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | |
|---|---|
| ASTM B 209 | 1992 (Rev. A) Aluminum and Aluminum-Alloy Sheet and Plate |
| ASTM B 221 | 1992 (Rev. A) Aluminum and Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes, and Tubes |
| ASTM D 41 | 1985 Asphalt Primer Used in Roofing, Dampproofing, and Waterproofing |
| ASTM D 4022 | 1981 Coal Tar Roof Cement |
| ASTM D 4586 | 1986 Asphalt Roof Cement, Asbestos Free |

AMERICAN WELDING SOCIETY, INC. (AWS)

| | |
|---|---|
| AWS D1.2 | 1990 Structural Welding Code Aluminum |

FEDERAL SPECIFICATIONS (FS)

| | |
|---|---|
| FS QQ-L-201 | (Rev. F) (Am. 2) Lead Sheet |
| FS UU-B-790 | (Rev. A Reinst) Building Paper, Vegetable Fiber: (Kraft, Waterproofed, Water Repellent and Fire Resistant) |

SHEET METAL & AIR CONDITIONING CONTRACTORS' NATIONAL ASSOCIATION, INC. (SMACNA)

| | |
|---|---|
| SMACNA ASMM | 1987 Architectural Sheet Metal Manual |

1.2 SUBMITTALS

Submit the following in accordance with Section 01300, "Submittals."

1.2.1 SD-04, Drawings

a. Expansion joints G

b. Base flashing G

c. Counterflashing G

d. Flashing at roof penetrations G

e. Reglets G

f. Parapet coping cap G

Indicate thicknesses, dimensions, fastenings and anchoring methods, expansion joints, and other provisions necessary for thermal expansion and contraction. Scaled manufacturer's catalog data may be submitted for factory fabricated items.

1.3 DELIVERY, HANDLING, AND STORAGE

Package and protect materials during shipment. Uncrate and inspect materials for damage, dampness, and wet-storage stains upon delivery to the job site. Remove from the site and replace damaged materials that cannot be restored to like-new condition. Handle sheet metal items to avoid damage to surfaces, edges, and ends. Store materials in dry, weather-tight, ventilated areas until immediately before installation.

PART 2 PRODUCTS

2.1 MATERIALS

Furnish sheet metal items in 8-to 10-foot lengths. Single pieces less than 8 feet long may be used to connect to factory-fabricated inside and outside corners, and at ends of runs. Provide accessories and other items essential to complete the sheet metal installation. These accessories shall be made of the same materials as the items to which they are applied. Fabricate sheet metal items of the materials specified below and to the gage, thickness, or weight shown in Table I at the end of this Section. Sheet metal items shall have mill finish unless specified otherwise. Where more than one material is listed for a particular item in Table I, each is acceptable and may be used except as follows:

2.1.1 Exposed Sheet Metal Items

Shall be of the same material. The following items shall be considered as exposed sheet metal: base flashings and related accessories.

2.1.2 Lead Sheet

FS QQ-L-201, Grade B, minimum weight 4 pounds per square foot.

2.1.3 Aluminum Alloy Sheet and Plate

ASTM B 209, form alloy, and temper appropriate for use.

2.1.4 Aluminum Alloy, Extruded Bars, Rods, Shapes, and Tubes

ASTM B 221.

2.1.5 Bituminous Plastic Cement

ASTM D 4586, Type I; ASTM D 4022.

2.1.6 Building Paper

FS UU-B-790, Style 4, Grade B.

2.1.7 Asphalt Primer

ASTM D 41.

2.1.8 Through-Wall Flashing

Through-wall flashing for masonry is specified in Section 04200, "Unit Masonry."

2.1.9 Fasteners

Use the same metal or a metal compatible with the item fastened. Use stainless steel fasteners to fasten dissimilar materials.

PART 3 EXECUTION

3.1 INSTALLATION

3.1.1 Requirements

Make surfaces to receive sheet metal plumb and true, clean, even, smooth, dry, and free of defects and projections which might affect the application. For installation of items not shown in detail or not covered by specifications conform to the applicable requirements of SMACNA ASMM, Architectural Sheet Metal Manual. Provide sheet metal flashing where indicated and necessary to make the work watertight. Join sheet metal items together as shown in Table II.

3.1.2 Workmanship

Make lines, arrises, and angles sharp and true. Free exposed surfaces from visible wave, warp, and buckle, and tool marks. Fold back exposed edges neatly to form a 1/2-inch hem on the concealed side. Make sheet metal exposed to the weather watertight with provisions for expansion and contraction.

3.1.3 Nailing

Confine nailing of sheet metal generally to sheet metal having a maximum width of 18 inches. Confine nailing or flashing to one edge only. Space nails evenly not over 3 inches on centers and approximately 1/2 inch from edge unless otherwise specified or indicated. Face nailing will not be permitted. Where sheet metal is applied to other than wood surfaces,

include in shop drawings, the locations for sleepers and nailing strips required to secure the work. Sleepers and nailing strips are specified in Section 06100, "Rough Carpentry."

3.1.4 Bolts, Rivets, and Screws

Install bolts, rivets, and screws where indicated or required. Provide compatible washers where required to protect surface of sheet metal and to provide a watertight connection.

3.1.5 Seams

Straight and uniform in width and height with no solder showing on the face.

3.1.5.1 Flat-lock Seams

Finish not less than 3/4-inch wide.

3.1.5.2 Loose-Lock Expansion Seams

Not less than 3 inches wide; provide minimum one-inch movement within the joint. Completely fill the joints with the specified sealant, applied at not less than 1/8-inch thick bed. Sealants are specified in Section 07920, "Sealants."

3.1.5.3 Flat Seams

Make seams in the direction of the flow.

3.1.6 Welding and Mechanical Fastening

Use welding for aluminum of thickness greater than 0.040 inch. Aluminum 0.040 inch or less in thickness shall be butted and the space backed with formed flashing plate; or lock joined, mechanically fastened, and filled with sealant as recommended by the aluminum manufacturer.

3.1.6.1 Welding of Aluminum

Use welding of the inert gas, shield-arc type. For procedures, appearance and quality of welds, and the methods used in correcting welding work, conform to AWS D1.2.

3.1.6.2 Mechanical Fastening of Aluminum

Use No. 12, aluminum alloy, sheet metal screws or other suitable aluminum alloy or stainless steel fasteners. Drive fasteners in holes made with a No. 26 drill in securing side laps, end laps, and flashings. Space fasteners 12 inches maximum on centers. Where end lap fasteners are required to improve closure, locate the end lap fasteners not more than 2 inches from the end of the overlapping sheet.

3.1.7 Protection from Contact with Dissimilar Materials

3.1.7.1 Aluminum

Aluminum surfaces shall not directly contact other metals except stainless steel, zinc, or zinc coating. Where aluminum contacts another metal, paint the dissimilar metal with a primer followed by two coats of aluminum paint. Where drainage from a dissimilar metal passes over aluminum, paint the dissimilar metal with a non-lead pigmented paint.

3.1.7.2 Metal Surfaces

Paint surfaces in contact with mortar, concrete, or other masonry materials with alkali-resistant coatings such as heavy-bodied bituminous paint.

3.1.7.3 Wood or Other Absorptive Materials

Paint surfaces that may become repeatedly wet and in contact with metal with two coats of aluminum paint or a coat of heavy-bodied bituminous paint.

3.1.8 Expansion and Contraction

Provide expansion and contraction joints at not more 32-foot intervals for aluminum and at not more than 40-foot intervals for other metals. Where the distance between the last expansion joint and the end of the continuous run is more than half the required interval, an additional joint shall be provided. Space joints evenly.

3.1.9 Base Flashing

Extend base flashings up vertical surfaces not less than 8 inches and not less than 4 inches under the roof covering. Where finish wall coverings form a counterflashing, extend the vertical leg of the flashing up behind the applied wall covering not less than 6 inches. Overlap the flashing strips with the previously laid flashing not less than 3 inches. Fasten the strips at their upper edge to the deck, with compatible, large-head roofing nails. Install and fit the flashings so as to be completely weathertight. Base flashing for interior and exterior corners shall be factory-fabricated.

3.1.10 Counterflashing

Except where indicated or specified otherwise, insert counterflashing in reglets located from 9 to 10 inches above roof decks, extend down vertical surfaces over upturned vertical leg of base flashings not less than 3 inches. Fold the exposed edges of counterflashings 1/2 inch. Where stepped counterflashings are required, they may be installed in short lengths or may be of the preformed one-piece type. Provide end laps in counterflashings not less than 3 inches and make it weathertight with plastic cement. Do not make lengths of metal counterflashings exceed 10 feet. Form the flashings to the required shapes before installation. Factory-form the corners not less than 12 inches from the angle. Secure the flashings in the reglets with lead wedges and space not more than 18 inches apart; on short runs, place wedges closer together. Fill calked-type

reglets or raked joints which receive counterflashing with calking compound. Calking is covered in Section 07920, "Sealants." Turn up the concealed edge of counterflashings built into masonry not less than 1/4 inch and extend not less than 2 inches into the walls. Install counterflashing to provide a spring action against base flashing.

3.1.11 Metal Reglets

Calked type or friction type reglets shall be factory fabricated with a minimum opening of 1/4 inch and a depth of 1 1/4 inches, as approved.

3.1.11.1 Calked Reglets

Provide with rounded edges and metal strap brackets or other anchors for securing to the concrete forms. Provide reglets with a core to protect them from injury during the installation. Provide built-up mitered corner pieces for internal and external angles. Wedge the flashing in the reglets with lead wedges every 18 inches, calked full and solid with an approved compound.

3.1.11.2 Friction Reglets

Provide with flashing receiving slots not less than 5/8 inch deep, one-inch jointing tongues, and upper and lower anchoring flanges. Insert the flashing the full depth of the slot and lock by indentations made with a dull-pointed tool.

3.1.12 Expansion Joints

Provide expansion joints for roofs, walls, and floors where indicated and conform to the requirements of Table I.

3.1.12.1 Roof Expansion Joints

Consist of curb with wood nailing members on each side of joint, bituminous base flashing, metal counterflashing, and metal joint cover. Bituminous base flashing is specified in Section 07535, "Modified Bitumen Sheet Roofing." Provide counterflashing as specified in paragraph "Counterflashing," except as follows: Provide counterflashing with vertical leg of suitable depth to enable forming into a horizontal continuous cleat. Secure the inner edge to the nailing member. Make the outer edge projection not less than one inch for flashing on one side of the expansion joint and be less than the width of the expansion joint plus one inch for flashing on the other side of the joint. Hook the expansion joint cover over the projecting outer edges of counterflashing. Provide roof joint with a joint cover of the width indicated. Hook and lock one edge of the joint cover over the shorter projecting flange of the continuous cleat, and the other edge hooked over and loose locked with the longer projecting flange. Joints are specified in Table II.

3.1.12.2 Custom Fabrication

Provide custom shop fabricated expansion joint cover assemblies as required for special interfacing conditions such as intersection of roof, wall, and parapet. Provide single fabricated pieces at joint intersections.

3.1.13 Flashing at Roof Penetrations and Equipment Supports

Provide metal flashing for all pipes, ducts, and conduits projecting through the roof surface and for equipment supports, guy wire anchors, and similar items supported by or attached to the roof deck.

3.1.13.1 Single Pipe Vents

See Table I, footnote (d). Set flange of sleeve in bituminous plastic cement and nail 3 inches on centers. Bend the top of sleeve over and extend down into the vent pipe a minimum of 2 inches. For long runs or long rises above the deck, where it is impractical to cover the vent pipe with lead, use a two-piece formed metal housing. Set metal housing with a metal sleeve having a 4-inch roof flange in bituminous plastic cement and nailed 3 inches on centers. Extend sleeve a minimum of 8 inches above the roof deck and lapped a minimum of 3 inches by a metal hood secured to the vent pipe by a draw band. Seal the area of hood in contact with vent pipe with an approved sealant. Sealants are covered under Section 07920, "Sealants."

3.1.14 Parapet Coping Cap

Fabricate of extruded aluminum not less than 0.80 inch thick. Turn outer edges down each face of wall as shown. Shop fabricate external and internal corners as one piece welded assemblies with not less than 12-inch, leg lengths. Grind welds smooth prior to application of finish. Maximum lengths of 10-feet. Provide four inch wide 0.032-inch thick watertight joint covers. Provide anchor gutter bar of 0.032-inch thick aluminum with anchor holes formed for underside of joint. Provide concealed guttered splice plate of 0.032-inch thick aluminum with butyl or other resilient seal strips anchored to splice plate for underside of joint. Use galvanized steel anchor plate providing compression spring anchoring of coping cover.

3.1.14.1 Finish

Bronze color anodized.

3.2 PAINTING

Field-paint sheet metal for separation of dissimilar materials. Finish painting is specified in Section 09900, "Painting."

3.3 CLEANING

Clean exposed sheet metal work at completion of installation. Remove grease and oil films, handling marks, contamination from steel wool, fittings and drilling debris, and scrub-clean. Free the exposed metal surfaces of dents, creases, waves, scratch marks, and solder or weld marks.

3.4 REPAIRS TO FINISH

Scratches, abrasions, and minor surface defects of finish may be repaired in accordance with the manufacturer's printed instructions and as approved.

Repair damaged surfaces caused by scratches, blemishes, and variations of color and surface texture. Replace items which cannot be repaired.

TABLE I. SHEET METAL WEIGHTS, THICKNESSES, AND GAGES

| Sheet Metal Items | Aluminum, Inch |
|---|---|
| Building Expansion Joints: | |
| Cover............... | .032 |
| Flashings: | |
| Base................ | .040 |
| Counter-flashing.... | .032 |
| Roof drain.......... | (a) |
| Pipe vent sleeve.... | (b) |
| Joint Cover plates... (See Table II) | .032 |
| Reglets ............. | .032 |

(a) May be lead weighing 4 pounds per square foot.

(b) 2.5-pound minimum lead sleeve with 4-inch flange. Where lead sleeve is impractical, refer to paragraph titled "Single Pipe Vents" for optional material.

TABLE II. SHEET METAL JOINTS

TYPE OF JOINT

| Item Designation | Aluminum | Remarks |
|---|---|---|
| Joint cap for building expansion joint at roof | 1.25-inch single lock, standing seam, cleated | - - - |
| Flashings | | |
| Base | One-inch (25.4-mm) flat locked, sealed; 3-inch lap for expansion joint | Aluminum producer's recommended hard setting sealant for locked aluminum joints. Fill each metal expansion joint with a joint sealing compound. See Section 07920, "Sealants." |
| Cap-in reglet | 3-inch lap | Seal groove with joint sealing compound. See Section07920, "Sealants." |
| Reglets | Butt joint | Seal reglet groove with joint sealing compound. See Section 07920, "Sealants." |
| Sheet, smooth | Butt with 1/4-inch space | Use sheet flashing backup plate. |

-- End of Section --


NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
NISE EAST - ENGINEERING CENTER
ROOF DETAILS
SOUTHERN DIVISION
A62
05ARD1
PARAPET DETAIL 3" = 1'-0"
GRAPHIC SCALE
TOP OF PARAPET 140'-0" REF.
1" EMBEDMENT
FLASH AROUND STUD W/ MEMBRANE FLASHING
ONE-PIECE THRU WALL MTL FLASHING
BRICK VENEER SOLDIER COURSE W/ ALTERNATING 5/8" OFFSET
LINE OF BRICK BEYOND
BRICK VENEER SOLDIER COURSE
BRICK TIES (TYP)
BRICK VENEER RUNNING BOND
GYP. SHEATHING WITH CONT. DAMPPROOFING
2" AIR SPACE DEBRIS FREE
SPECIAL LIPPED BRICK SHAPE SEE 1/A172
MEMBRANE BASE FLASHING
WEEP HOLES @ 24" O.C.
BRICK ANGLE
TOP OF PRECAST 136'-0" REF.
ONE-PIECE MTL COUNTER FLASHING
CONT. SEALANT
PRECAST CONCRETE PANEL
GYP SHEATHING W/ CONT. DAMPPROOFING
PRECAST CONCRETE PARAPET CAP SEE DET. 2/A168
5/8" ø x 2 1/2" STEEL STUD @ 36" O.C.
CONT. CAVITY
3/4" EXT. PLYWOOD x 6'-0" GAP 2" @ ENDS
SUSPENDED PREFABRICATED STRUCTURAL STEEL WALL FRAMES
ROOF MEMBRANE & FLASHING SET IN MASTIC
GROOVED 5/8" EXT. GRADE PLYWD. SHEATHING. GROOVES TOWARDS INSIDE. HOLD 2" SHORT AT BOTTOM
KERFED P.T. WD. CANT STRIP
ROOF MEMBRANE OVER INSULATING CONC. ROOF SYSTEM
SEE STRUCT.
2 HR RATED ASSEMBLEY PER UL DESIGN #D921
PRECAST CONCRETE PARAPET CAP SEE DET. 1/A168
5/8" ø x 5 1/2" STEEL STUD @ 36" O.C.
ONE-PIECE THROUGH WALL MTL FLASHING
FLASH AROUND STUD W/ MEMBRANE FLASHING
CONCRETE BLOCK W/ CONT. DAMPPROOFING (SEE STRUCT.)
ROOFING MEMBRANE & FLASHING SET IN MASTIC
TOP OF PARAPET 122'-0" REF.
3" EMBEDMENT
TOP OF PRECAST 118'-0" REF.
1'-5 3/8"
1'-8 3/8"
1'-6"



1'-8 3/8"
TOP OF PARAPET
122'-0" REF.
1" EMBEDMENT
3" EMBEDMENT
LINE OF BRICK BEYOND
BRICK VENEER SOLDIER COURSE W/ ALTERNATE 5/8" OFFSET
CONT. DAMPPROOFING
2" AIR SPACE DEBRIS FREE
BRICK VENEER RUNNING BOND
BRICK TIES (TYP.)
WEEP HOLES @ 24" O.C.
SLOPE 1/8"
PRECAST CONC. SCUPPER SEE DET. 16/A168
6" TO EDGE OF SLEEVE
MEMBRANE BASE FLASHING
ROOF LOW PT.
118'-4" REF.
TOP OF PRECAST
118'-0" REF.
SPECIAL LIPPED BRICK SHAPE SEE 1/A172
WEEP HOLES @ 24" O.C.
ONE-PIECE MTL COUNTER FLASHING
SEALANT
SHELF ANGLE SEE STRUC.
PRECAST CONCRETE PANEL
CONT. DAMPPROOFING
PRECAST CONCRETE PARAPET CAP SEE DET. 1 /A168
5/8"ø x 5 1/2" STEEL STUD @ 36" O.C.
MEMBRANE FLASHING. MEMBRANE FLASH AROUND ANCHOR
THROUGH WALL FLASHING.
CONT. CAVITY
3/4" EXT PLYWD X 6'-0" GAP 2" @ END
GROOVED 5/8" EXT. GRADE PLYWD SHEATHING. GROOVES TOWARDS MASONRY. HOLD 2" SHORT AT BOTTOM
CONCRETE BLOCK. SEE STRUCTURAL
MEMBRANE BASE FLASHING
ROOFING MEMBRANE SET IN MASTIC
ONE PIECE SEAMLESS MTL SCUPPER SLEEVE SET IN MASTIC
KERFED P.T. WOOD CANT STRIP
ROOF MEMBRANE OVER INSULATING CONC. ROOF SYSTEM
2 HR RATED ASSEMBLEY PER UL DESIGN #D921 SEE STRUCT.
1'-6¼"
8 1/4"
2" LAP
1 SCUPPER DETAIL A24 A63 3" = 1'-0" A26
1'-5 3/8"
PRECAST CONCRETE PARAPET CAP SEE DET. 2/A168
5/8"ø x 2 1/2" STEEL STUD @ 36" O.C.
MEMBRANE FLASH AROUND ANCHOR
ONE-PIECE THROUGH WALL MTL FLASHING.
CONT. CAVITY
3/4" EXT PLYWD X 6'-0" GAP 2" @ END
SUSPENDED PREFABRICATED STRUCTURAL STEEL WALL FRAMES W/ BLANKET INSUL. (R-11)
GROOVED 5/8" EXT. GRADE PLYWD SHEATHING. GROOVES TOWARDS FRAME. HOLD 2" SHORT AT BOTTOM
1 1/2" FURRING CHANNELS
ROOFING MEMBRANE SET IN MASTIC
ONE-PIECE SEAMLESS MTL SCUPPER SLEEVE SET IN MASTIC
KERFED P.T. WOOD CANT STRIP
ROOF MEMBRANE OVER INSULATING CONC. ROOF SYSTEM
2 HR RATED ASSEMBLEY PER UL DESIGN #D921 SEE STRUCT.
TOP OF PARAPET
140'-0" REF.
1" EMBEDMENT
BRICK VENEER SOLDIER COURSE W/ ALTERNATE OFFSET
LINE OF BRICK BEYOND
BRICK TIES (TYP.)
BRICK VENEER SOLDIER COURSE
2" AIR SPACE DEBRIS FREE
BRICK VENEER RUNNING BOND
5/8" EXT. GRADE GYP. SHEATHING WITH DAMPPROOFING
MEMBRANE BASE FLASHING
WEEP HOLES @ 24" O.C.
PRECAST CONCRETE SCUPPER SEE DET. 15/A168
MEMBRANE BASE FLASHING
ROOF LOW PT.
136'-4" REF.
TOP OF PRECAST
136'-0" REF.
SPECIAL LIPPED BRICK SHAPE SEE 1/A172
WEEP HOLES @ 24" O.C.
ONE-PIECE MTL COUNTER FLASHING
SEALANT
BRICK ANGLE
PRECAST CONCRETE PANEL
1'-6"
SLOPE 1/8"
6" TO EDGE OF SLEEVE
2" LAP
8"
8 1/4"
2 SCUPPER DETAIL A23 A63 3" = 1'-0" A25
GRAPHIC SCALE
1' 9" 6" 3" 0 1'
3" = 1'-0"
REV. DESCRIPTION RECORD DRAWING PREP BY DATE APPRVD
SOUTHERN DIVISION
NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
NISE EAST - ENGINEERING CENTER
PARAPET DETAILS
5278148
122 of 497
A63
05ARD2
Plotted: 7/15/1994 7:57 pm Plot Scale: 1=1.0


PRECAST CONC. PARAPET CAP REV DET. 1/A168
MEMBRANE FLASHING (FLASH AROUND STUD)
3/4" EXT PLYWD x 6'-0" GAP 2" @ END
ONE-PIECE THROUGH WALL MTL FLASHING
PREFABRICATED STRUCTURAL STEEL WALL FRAME W/ BLANKET INSUL. (R-11)
GROOVED 5/8" EXT. GRADE PLYWD. SHEATHING. GROOVES TOWARDS FRAME. HOLD 2" SHORT AT BOTTOM
ROOFING MEMBRANE SET IN MASTIC
KERFED P.T. WOOD CANT STRIP
ROOF MEMBRANE OVER INSULATING CONC. ROOF SYSTEM
2 HR. RATED ASSEMBLY PER U.L. DESIGN # D921 SEE STRUCT.
TOP OF PARAPET 122'-0" REF.
5/8"⌀ X 2 1/2" STEEL STUD IS 1/4" IN FROM FACE OF FRAME
1" EMBEDMENT
BRICK VENEER SOLDIER COURSE W/ 5/8" ALTERNATE OFFSET
LINE OF BRICK BEYOND
SHELF ANGLE
BRICK VENEER
BRICK TIES
GYP. SHEATHING W/ DAMPPROOFING
1 3/8" AIR SPACE DEBRIS FREE
MEMBRANE BASE FLASHING
SPECIAL LIPPED BRICK SHAPE SEE 1/A171
WEEP HOLES @ 24" O.C.
ONE-PIECE MTL COUNTER FLASHING
TOP OF PRECAST 118'-0" REF.
CONT. SEALANT
SHELF ANGLE SEE STRUCT.
PRECAST CONC. PANEL
GYP. SHEATHING W/ CONT. DAMPPROOFING
1'-8 3/8"
1'-6"
8"
3"
2 A49 A64 PARAPET DETAIL 3" = 1'-0"
5/8"⌀ X 2 1/2" STEEL STUD @ 36" O.C.
PRECAST CONC PARAPET CAP SEE DET. 2/A168
MEMBRANE FLASHING (FLASH AROUND STUDS)
3/4" EXT PLYWD x 6'-0" GAP 2" @ END
ONE-PIECE THROUGH WALL MTL FLASHING
STUCCO OVER LATH ON GYP SHEATHING W/ CONT. DAMPPROOFING. HOLD SHEATHING 2" SHORT OF DECK
PREFABRICATED STRUCTURAL STEEL WALL FRAMES W/ BLANKET R-11 INSULATION
ONE-PIECE SPRING-LOK FLASHING AND PLASTER STOP (TYP)
BASE FLASHING
ROOF PAVER
PAVER PEDESTAL
PAVER ELEV. 118'-0"
KERFED P.T. WOOD CANT STRIP
ISOLATION MATERIAL CUT 2" LARGER THAN PEDESTAL
ROOF MEMBRANE OVER INSULATING CONC. ROOF SYSTEM
2HR RATED ASSEMBLY PER U.L. DESIGN #D921
SEE STRUCT.
TOP OF PARAPET 122'-0" REF.
1" EMBEDMENT
BRICK VENEER, SOLDIER COURSE W/ ALTERNATING 5/8" OFFSET
LINE OF BRICK BEYOND
BRICK TIES
GYP. SHEATHING W/ CONT. DAMPPROOFING
BRICK VENEER W/ 2" AIR SPACE DEBRIS FREE
MEMBRANE BASE FLASHING
WEEP HOLES @ 24" O.C.
SPECIAL LIPPED BRICK SHAPE SEE 1/A171
ONE-PIECE MTL COUNTER FLASHING
TOP OF PRECAST & SECOND FLOOR 118'-0" REF.
CONT. SEALANT
SHELF ANGLE SEE STRUCT.
PRECAST CONC. PANEL
GYP. SHEATHING W/ CONT. DAMPPROOFING
1'-6 3/8"
1 A44 A64 A46 PARAPET DETAIL 3" = 1'-0"
GRAPHIC SCALE
NISE EAST - ENGINEERING CENTER
ROOF DETAILS
NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
SOUTHERN DIVISION
RECORD DRAWING
REV. DESCRIPTION PREP BY DATE APPROVED
5278150
A64
05ARD3


PARAPET DETAIL 3" = 1'-0"
PARAPET DETAIL 3" = 1'-0"
GRAPHIC SCALE
PRECAST CONC. PARAPET CAP, SEE 1/A168
5/8" X 2 1/2" STEEL STUD @ 36" O.C.
FLASH AROUND STUD W/ MEMBRANE FLASHING
ONE-PIECE THROUGH WALL MTL FLASHING
GROOVED 5/8" EXT. GRADE PLYWD SHEATHING GROOVES TOWARD FRAME. HOLD 2" SHORT AT BOT.
3-5/8" MTL STUDS W/ BLANKET INSUL. R-11
ROOFING MEMBRANE SET IN MASTIC
ONE-PIECE SEAMLESS MTL SCUPPER SLEEVE SET IN MASTIC
ROOF MEMBRANE EXTENDS 2" MIN INTO SCUPPER (TYP)
KERFED P.T. WOOD CANT STRIP
ROOF MEMBRANE OVER INSULATING CONC ROOF SYSTEM
2 HR RATED ASSEMBLY FOR U.L. DESIGN #D921
HIGH ROOF LOW POINT 145'-0" REF.
TOP OF PARAPET 149'-0" REF.
1" EMBEDMENT
BRICK TIES (TYP.)
BRICK SOLDIER COURSING W/ ALT. 5/8" OFFSET
LINE OF BRICK BEYOND
MEMBRANE BASE FLASHING
WEEP HOLES @ 24" O.C.
TOP OF PRECAST 147'-0" REF.
ONE-PIECE MTL COUNTER FLASHING
CONT. SEALANT
GYP SHEATHING W/ CONT. DAMPPROOFING
PRECAST CONC. PANEL
PRECAST CONC. SCUPPER SEE DET. 7/A171
PREFABRICATED STRUCT. STEEL WALL FRAME W/ R-11 BLANKET INSUL.
ROOF DETAILS
NISE EAST - ENGINEERING CENTER
NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
SOUTHERN DIVISION
A65
05ARD8


SOUTHERN DIVISION
NAVAL WEAPONS STATION, SOUTH ANNEX
CHARLESTON, SC
NISE EAST – ENGINEERING CENTER
EXTERIOR WINDOW DETAILS
A97
05AXWDT1
HEAD
SILL
JAMB
GRAPHIC SCALE


SOUTHERN DIVISION
NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
NISE EAST - ENGINEERING CENTER
EXTERIOR WINDOW DETAILS
A101
STOREFRONT EXP. JOINT
WINDOW EXP. JOINT
SILL
GRAPHIC SCALE


SOUTHERN DIVISION
NAVAL WEAPONS STATION, SOUTH ANNEX CHARLESTON, SC
NISE EAST - ENGINEERING CENTER
MISCELLANEOUS EXTERIOR DETAILS
A169
JAMB DETAIL 3"=1'-0"
JAMB-LOUVER 3"=1'-0"
FLAG OUTRIGGER SECTION 3"=1'-0"
GRAPHIC SCALE
LOUVER SILL DETAIL 3"=1'-0"
FLAG OUTRIGGER ELEVATION VIEWS 3"=1'-0"
COVERPLATE
BACKPLATE
LOUVER HEAD DETAIL 3"=1'-0"
LOUVER SILL DETAIL 3"=1'-0"
HM DOOR FRAME, SEE SCHED.
2" STL. TUBE SLAB TO LINTEL
LOUVER JAMB ANCHORED TO TUBE
SEALANT AND BACKER ROD BOTH SIDES
CONC. TIE COLUMN W/ CONT. DAMPPROOFING SEE STRUCT.
BRICK VENEER W/ 2" DEBRIS FREE AIR SPACE
MTL. LOUVER UNIT
CHAMFER EDGE
TYP. THRU WALL FLASHING W/ WEEPS @ 24"O.C.
TYP. LIPPED BRICK
1/4" WEEP HOLE
CONT. SEALANT
1/4" P.T. SHIM
FIRST FLOOR 98'-6"
CONC. BOND BEAM SEE STRUCTURAL
VAPOR BARRIER
MEMBRANE WATERPROOFING
SEE STRUCT. DWGS. FOR FOUNDATION DETAILS
BRICK JAMB BEYOND
"DRAINABLE" - TYPE BRONZE ANODIZED LOUVER
SEALANT AND BACKER ROD
CONT. HEADER COURSE SLOPED 1/8" MIN.
APPROXIMATE FINISH GRADE
FILL SOLID WITH MORTAR
6" CONC. BLOCK GROUT SOLID
PRECAST CONC. BAND
CONT. DAMPPROOFING
P.T. WOOD SHIM
H.M. LOUVER FRAME
WEEPS VERTICALLY @ ALL PANEL JOINTS
PRECAST SILL SEE DETAIL 4/A168
CONT. DAMPPROOFING