# Exhibit 7

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
| --- | --- |
| | 1 \| 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (IF APPLICABLE) |
| --- | --- | --- | --- |
| 000113 | See Block 16C | N/A | |

6. ISSUED BY CODE N62467

COMMANDING OFFICER, SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 10068
CHARLESTON, SC 29411-0068
MRS. CHRIS COTTON: 0212CC, 803/743-0905

7. ADMINISTERED BY *(IF OTHER THAN ITEM 6)* CODE

SAME AS BLOCK 6

DUPLICATE ORIGINAL

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

GEE & JENSON ENGRS., ARCHS., AND PLANNERS
ONE HARVARD CIRCLE, PO BOX 24600
WEST PALM BEACH, FL 33416-4600

A05606

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

x 10A. MODIFICATION OF CONTRACT/ORDER NO. N62467-93-D-0911/0001

10B. DATED *(SEE ITEM 13)* 93SEP03

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

____ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers |__| is extended, |__| is not exte

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATE (If required)

AC 17 95951804 KU2N 0000 62467 8 062467 2D 000000 AC1545E521PZ
10739 N6246795WE11238 16612

NET INCREASE
$30,850.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(x) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
x FAR CLAUSE 52.243-1 ENTITLED CHANGES AND AS MUTUALLY AGREED TO BY BOTH PARTIES

D. OTHER *(SPECIFY TYPE OF MODIFICATION AND AUTHORITY)*

E. IMPORTANT: Contractor (X) is not, ( ) is required to sign this document and return __1__ copies to the issuing offi

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

AE DESIGN SERVICES FOR WATERFRONT & INDUSTRIAL FACILITIES IN SUPPORT OF SURFACE SHIPS AND SUBMARINES IN FL, GA, SC AND TX
Delivery Order 0001, NISE EAST CONSOLIDATION, dated 3 Sep 93 is hereby amended to include Title II Services.

The total negotiated price of $123,400.00 is for a twelve month period. This initial award will be for a three month period in the amount of $30,850.00 leaving a balance of $92,500.00 for the remaining nine months which will be awarded by formal modification at a later date.

The following unit prices were negotiated and may be exercised at a later date by a formal modification:

$10,283/month for Title II Services beyond the above 12 month period for up to 12 additional months (24 months total).
$30.49/HR OVERTIME
Copy to: ROICC CHASN, SC (Continued on Page 2) Reason Code: SCON

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(TYPE OR PRINT)* LARRY C. MILLHOUSE, Head, A-E/Constr. Contracts Br. Contracting Officer | |
| --- | --- | --- | --- |
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY: [signature] *(SIGNATURE OF CONTRACTING OFFICER)* | 16C. DATE SIGNED 29 SEP 95 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

COMPUTER GENERATED STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA – FAR (48 CFR) 53.2

14. (Continued)

New total this order $3,226,957.00. New total this contract $9,492,896.00.

SUBMIT INVOICES TO: SAME AS BLOCK 6, CODE 070VLD
PAYMENT WILL BE MADE BY: DEFENSE FINANCE & ACCTG SVC, OLO, ATTN: FPV, P O BOX 23870, OAKLAND, CA 94623-3870

Attachment A - Statement of Work No. 56
Attachment B - Gee & Jenson agreement ltr dtd 28 September 1995

#56

# STATEMENT OF WORK
# TITLE II INSPECTION AND SURVEILLANCE SERVICES
Charleston, South Carolina

1. General Requirements

a. The Architect-Engineer (A-E)/Engineer Services (E-S), Gee & Jenson EAP Inc., contract # 93-R-0911, contractor shall provide the services indicated below in connection with construction contract listed in paragraph 10 to assure compliance with construction contract plans and specifications. The specific requirements of the A-E/E-S representative is to inform the Resident Officer in Charge of Construction (ROICC) of whether or not the work meets the contract requirements. The A-E/E-S representative has no authority to direct the construction contractor in any way regarding methods or procedures and shall not interfere with the contractors method of performance. The ROICC will be responsible for and execute signature upon all correspondence and specific directives to contractors.

b. The A-E/E-S shall provide qualified personnel experienced in building construction, estimating and CPM scheduling. Resumes shall be submitted to the ROICC, detailing qualifications and experience, for Government approval. It is necessary that the inspection personnel have a knowledge of quality control programs (including three phases of control), building and construction crafts, and experience in estimating level of effort and labor, materials and equipment costs for contract modifications involving all types of construction including paving, drainage, utilities, mechanical, electrical, plumbing, HVAC and removal and disposal of hazardous materials. The personnel shall be a U.S. citizen, must pass a background security check and shall be capable of reading and understanding the requirements and design intent of contract drawings and specifications. Further, inspection personnel shall have a minimum of three (3) years experience as construction inspectors on construction projects plus ten (10) years experience on construction projects or possess a four (4) year engineering or architecture degree with five (5) years experience on construction projects or other similar experience acceptable to the ROICC. The ROICC may, in writing, require the A-E/E-S to remove from the work any construction inspector considered incompetent, careless or otherwise objectionable.

2. Inspection and Surveillance Conference

The ROICC will conduct an inspection and surveillance conference with the A-E/E-S prior to commencement of the work to discuss the project(s) and to review administrative procedures.

3. Schedule of Services

a. Participate in pre-construction and other conferences with construction contractors.

b. Review and make recommendations on Progress Schedules, including CPM Network Diagrams.

c. Inspection and surveillance of construction work.

d. Monitor all contractor and Government materials testing.

e. Monitor contractors' construction assurance surveying and measurements.

f. Review and make recommendations on quality control plans.

g. Review and make recommendations on safety plans

h. Review and make recommendations on submittal data and shop drawings. This is a "field review" for completeness and general compliance with the contract requirements. Engineering review and approval for signature by the Contracting Officer is not within the scope of this modification.

i. Review and make recommendations on materials data and shop drawings specified for ROICC review.

j. Monitor and report to the ROICC observed contractor safety violations or unsafe conditions/practices which do not conform to the safety requirements outlined in the US Army Corps of Engineers Manual EM 385-1-1, latest edition.

k. Coordinate requests for passes, outages, excavation permits, hauling and delivery routes.

l. Review and make recommendations on partial payments.

m. Prepare estimates and assist during change order negotiations.

n. Review Contractor Quality Control (CQC) Reports and Contractor Production Reports.

o. Prepare A-E Inspection Report (AEIR). Completed report to be turned in to ROICC daily.

p. Provide technical recommendations on resolving problems during construction ( to be aided by technically qualified ROICC staff).

q. Review and make recommendations on requests for equitable adjustments to contract prices and times for completion.

r. Prepare progress reports for the ROICC. The frequency of these reports shall be determined by the Contracting Officer (weekly, bi-weekly and / or monthly) .

s. Witness test and checkout of electrical, mechanical including but not limited to testing and air balancing (TAB), control systems and other tests as required by the contract.

t. Conduct pre-final and final inspections, prepare detailed punch lists and assure that all punch list items are corrected prior to final payment.

u. Assure preparation of and provide review and recommendations on as-built drawings.

v. Review and make recommendations on all Installation, Operation and Maintenance Manuals.

w. Provide inspector transportation for local travel as required to provide inspection services.

x. Take periodic photographic coverage of construction progress. Progress photos should be done at a minimum on a monthly basis. Maintain photographic coverage of all differing site conditions as they occur. Include in field overhead:

(1) 8" X 10" Color Prints, 4 each/month per project
(2) 35 mm Slides, 1 roll/month per project
(3) Instant Prints, 12 per month per project

y. Provide equipment and services to perform moisture surveys of roofing systems installed/reworked/repaired under the surveillance of this contract. This service is to be treated as an option and if needed will be negotiated as a modification to this contract. The Title II contractor must, however, possess this capability.

z. Maintain a daily diary for each project utilizing a bound log book or computer format. Format will be provided by the ROICC.

4. Items to be Furnished to the A-E/E-S representative

a. Copies of construction contract drawings and specifications.

b. Navy report forms and miscellaneous government forms as required.

c. Copies of NAVFAC, Military and Federal specifications, guides, manuals and regulations are available for use / borrow from the ROICC office for the contractor's use. The ROICC will not furnish copies of these documents.

5. Contractor Furnished Materials

a. Office Space and Equipment: The A-E/E-S shall furnish all necessary facilities, equipment and materials necessary to perform the contract. This includes, but is not limited to, office space, furniture and equipment ( including all computer equipment hardware and software, telephone, fax machine, paper supplies, toner supplies, etc.) all office consumables, all testing equipment, all safety equipment for A-E/E-S inspection personnel, all photographic equipment (including 35 mm camera with date/time feature, Polaroid camera, video camera and film for all) and paging service equipment (i.e., beeper).

b. Vehicles: The A-E/E-S shall provide all vehicles required for performance of the contract.

6. Administration of Contract

a. General: The ROICC will provide a minimum of 30 days notice to the A-E/E-S to begin or end the services indicated in this scope. A mutually agreeable day and time will be established between the ROICC and the A-E/E-S.

b. Inspection: The normal site inspection will require a minimum of one inspector, 5 days per week at 8 hours per day. Overtime may be required periodically and maximum advance notice possible will be provided by the ROICC verbally and confirmed by letter to the A-E/E-S. Premium rate is listed in paragraph 9.

7. Insurance

a. A-E/E-S shall furnish to the ROICC a certificate of insurance, identified as to contract number, as evidence of the existence of the following insurance coverage in amounts not less than the amount specified below:

| Type of Coverage | Per Person | Per Accident | Property |
|---|---|---|---|
| Comprehensive General Liability | $300,000.00 | $1,000,000.00 | $100,000.00 |
| Automobile Liability | $300,000.00 | $1,000,000.00 | $100,000.00 |
| Workman's Compensation | As required by Federal and State law | | |
| Employers Liability | $100,000.00 Except in states where worker's compensation may not be written by private carrier | | |

The Comprehensive General and Automobile policies shall contain a provision worded as follows:

"The insurance company waives any right of subrogation against the United States of America which may arise by reason of any payment under the policy."

The certificate of all policies shall provide for 30 day notice of cancellation to the Officer in Charge of Construction and the certificates shall indicate that the above provision has been included.

8. Limitation on Services:

Services under this contract shall not exceed the total amount without prior written approval of the Contracting Officer or his delegated representative. In the event there is a variance in the services to be performed under the "Schedule of Services" in paragraph 3., the contract amount will be adjusted accordingly. The services of this contract are for one year (approx. $ 300,000.00) with an option for two option years (total contract value not to exceed $ 900,000.00). Minimum fee of $ 30,000.00 is guaranteed for the first year (and each option year if awarded).

9. Unit Prices for Additional Services

1. Overtime Rate (Inspector) $________/hr

2. Project Engineer, Engineer or Architect Field Visits $________ each

3. Additional Photographic Services

a. 8" X 10" Color Prints $________ each

b. 35 mm Slides $________ each

c. Instant Prints $________ each

d. Videotape (60 min) $________ each

10. Contracts to be Inspected/Surveyed

a. N62467-93-C-1096, NISE EAST - ENGINEERING CENTER, Naval Weapons Station South Annex, Charleston, SC

GEE & JENSON
Engineers-Architects-Planners, Inc.

One Harvard Circle
West Palm Beach, FL 33409
Telephone (407) 683-3301
Fax (407) 686-7446

September 28, 1995

Commanding Officer
Southern Division
Naval Facilities Engineering Command
2155 Eagle Drive
P.O. Box 190010
North Charleston, SC 29419-9010

Attention: Chris Cotton, Code 0212CC

Reference: NISE East Complex; NWS South Annex, Charleston, SC; Statement of Work No. 56 under Contract No. 62467-93-C-0911 - Title II Services

Dear Ms. Cotton:

As per our telephone conversation this morning on the above referenced project, we agree to perform the services outlined in the Statement of Work for the negotiated amount of $123,400. We understand that the initial award will be for a three month period in the amount of $30,850 leaving a balance of $92,500 for the remaining nine months.

We agree to extend the period of service for up to an additional 12 months (24 months total) at a rate of $10,283/month. Overtime rate for our field representative will be $30.49/hour.

If there are any questions or if additional information is required, please don't hesitate to contact us. We look forward to working with you on this phase of the project.

Sincerely,

Donald L. Goddeau
Executive Vice President

DLG/jls

# Exhibit 8

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1 1

2. AMENDMENT/MODIFICATION NO. 000121

3. EFFECTIVE DATE See Block 16C

4. REQUISITION/PURCHASE REQ. NO. N/A

5. PROJECT NO. (IF APPLICABLE)

6. ISSUED BY CODE N62467
COMMANDING OFFICER, SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 10068
CHARLESTON, SC 29411-0068
MRS. CHRIS COTTON: 0212CC, 803/820-5905

7. ADMINISTERED BY (IF OTHER THAN ITEM 6) CODE
SAME AS BLOCK 6

DUPLICATE ORIGINAL

9. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
GEE & JENSON ENGRS., ARCHS., AND PLANNERS
ONE HARVARD CIRCLE, PO BOX 24600
WEST PALM BEACH, FL 33416-4600
A05606

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER NO. N62467-93-D-0911/0001

10B. DATED (SEE ITEM 13) 93SEP03

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not exte

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATE (If required)
AA 17 96961804 KU2N 0000 62467 8 062467 2D 050J0Q AA6A45E504PZ
10739 N6246795WE11238 41053

NET INCREASE
$50,421.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| x | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: AS MUTUALLY AGREED TO BY BOTH PARTIES |
| | D. OTHER (SPECIFY TYPE OF MODIFICATION AND AUTHORITY) |

E. IMPORTANT: Contractor (X) is not, ( ) is required to sign this document and return 1 copies to the issuing ofl

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

AE DESIGN SERVICES FOR WATERFRONT & INDUSTRIAL FACILITIES IN SUPPORT OF SURFACE SHIPS AND SUBMARINES IN FL, GA, SC AND TX

Delivery Order 0001, NISE EAST CONSOLIDATION, dated 3 Sep 93 is hereby amended to include On-Site Support Services for NISE East Consolidation in accordance with Statement of Work dtd 12 Apr 96 in the negotiated amount of $50,421.00.

New total this order $3,610,171.00.

SUBMIT INVOICES TO: SAME AS BLOCK 6, CODE 070VLD
PAYMENT WILL BE MADE BY: DEFENSE FINANCE & ACCTG SVC, OLO, ATTN: FPV, P O BOX 23870, OAKLAND, CA 94623-3870

Attachment A - Statement of Work dtd 12 Apr 96
Copy to: ROICC CHASN, SC

Reason Code: PCAS

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

16A. NAME AND TITLE OF CONTRACTING OFFICER (TYPE OR PRINT)
LARRY C. MILLHOUSE, Head, A-E/Constr. Contracts Branch
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY: (SIGNATURE OF CONTRACTING OFFICER)

16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

COMPUTER GENERATED STANDARD FORM 3
Prescribed by GSA - FAR (48 CFR) 53.243

M09 8 F 3?
D.O

# STATEMENT OF WORK#78
# POST CONSTRUCTION AWARD SERVICES
# A-E CONTRACT No. N62467-93-D-0911

1. General Requirements

a. The Architect-Engineer (A-E)/Engineer Services (E-S) firm shall provide the services indicated below in connection with construction contract 93-1046, "NISE HEADQUARTERS" AT CHARLESTON, SC to assure compliance with construction contract plans and specifications.

The A-E/E-S representatives will assist the Resident Officer in Charge of Construction (ROICC) in answering RFI's, resolving construction issues and other duties as requested by the ROICC. The A-E/E-S representative has no authority to direct the construction contractor in any way regarding methods or procedures and shall not interfere with the contractors method of performance. The ROICC will be responsible for and execute signatures upon all correspondence and specific directives to contractors.

2. Schedule of Services

a. Participate in regular project meetings and other conferences with construction contractors.

b. Review and make recommendations on Progress Schedules, including CPM Network Diagrams.

c. Review and make recommendations on submittal data and shop drawings. This is a "field review" for completeness and general compliance with the contract requirements. Engineering review and approval for signature by the Contracting Officer is not within the scope of this modification.

d. Review and make recommendations on materials data and shop drawings specified for ROICC review.

e. Assist during change order negotiations and prepare written recommendations.

f. Prepare A-E Inspection Report (AEIR). Completed report to be turned in to ROICC daily.

g. Based on personal experience and training, provide technical recommendations on resolving problems during construction ( to be aided by technically qualified ROICC staff).

h. Review and make recommendations on requests for equitable adjustments to contract prices and times for completion.

i. Prepare progress reports for the ROICC. The frequency of these reports shall be determined by the Contracting Officer (weekly, bi-weekly and / or monthly) .

j. Witness test and checkout of electrical, mechanical including but not limited to testing and air balancing (TAB), control systems and other tests as required by the contract.

u. Assure preparation of and provide review and recommendations on as-built drawing

3. Items to be Furnished to the A-E/E-S representative

a. Copies of construction contract drawings and specifications.

b. Navy report forms and miscellaneous government forms as required.

c. Copies of NAVFAC, Military and Federal specifications, guides, manuals and regulations are available for use / borrow from the ROICC office for the contractor's use. The ROICC will not furnish copies of these documents.

4. Contractor Furnished Materials

a. Office Space and Equipment: The A-E/E-S shall furnish all safety equipment for A-E/E-S personnel and paging service equipment (i.e., beeper).

b. Vehicles: The A-E/E-S shall provide all vehicles required for performance of the contract.

5. Administration of Contract

a. General: The ROICC will provide a minimum 5 days notice to the A-E/E-S to begin or end the services indicated in this scope. A mutually agreeable day and time will be established between the ROICC and the A-E/E-S.

b. Services: The normal work period is 5 days per week at 8 hours per day. Overtime may be required periodically and maximum advance notice possible will be provided by the ROICC verbally and confirmed by letter to the A-E/E-S. Premium rate is listed in paragraph 9 below.

6. Insurance

a. A-E/E-S shall furnish to the ROICC a certificate of insurance, identified as to contract number, as evidence of the existence of the following insurance coverage in amounts not less than the amount specified below:

| Type of Coverage | Per Person | Per Accident | Property |
|---|---|---|---|
| Comprehensive General Liability | $300,000.00 | $1,000,000.00 | $100,000.00 |
| Automobile Liability | $300,000.00 | $1,000,000.00 | $100,000.00 |
| Workman's Compensation | As required by Federal and State law | | |
| Employers Liability | $100,000.00 Except in states where worker's compensation may not be written by private carrier | | |

The Comprehensive General and Automobile policies shall contain a provision worded as follows:

"The insurance company waives any right of subrogation against the United States of America which may arise by reason of any payment under the policy."

The certificate of all policies shall provide for 30 day notice of cancellation to the Officer in Charge of Construction and the certificates shall indicate that the above provision has been included.

7. Limitation on Services

Services under this contract shall not exceed the total amount without prior written approval of the Contracting Officer or his delegated representative. In the event there is a variance in the services to be performed under the "Schedule of Services" in paragraph 3., the contract amount will be adjusted accordingly. The services shall be provided for a period of 30 days. In the event construction extends beyond or is less than the indicated time, the government may increase or decrease this contract at the applicable unit price by means of a change order. Extension of the contract beyond the above listed time period will be at unit price in paragraph 9, Unit Prices for Additional Services.

8. Engineer Services

Services will be for one month with provisions for 2 months extention for each of the following:

1 Electrical Engineer

1 Mechanical Engineer

1 Cost Estimator/ Scheduler

9. Unit Prices for Additional Services

1. Inspection Services (beyond original contract period) $________/month

2. Overtime Rate (Inspector) $________/hr

3. Project Engineer, Engineer or Architect Field Visits $________ each

281

# Exhibit 9

REC. GEE & JENSON, WPB
OCT 30 1998
JOB # ______________

**GEE & JENSON**
Engineers • Architects • Planners, Inc.
SINCE 1951
One Harvard Circle
West Palm Beach, FL 33409
Telephone (561) 683-3301
Executive Fax (561) 697-3892
Fax (561) 686-7446

# MEETING MINUTES

**June 2, 1998**

**Meeting Place:** NISE East Engineering Center
Charleston, SC

**Attendees:** Jimmy Elmore
Tim Hullihan

**Subject:** NISE East Leaks

---

1. Reviewed 4 to 5 twelve inch square holes in drywall of exterior walls.
2. Holes made at horizontal joints in GWB showing water strains.
3. All holes/GWB currently dry.
4. Window system weeps are moist.
5. Weeps appear to be crudely made. as if field modified.
6. Every location of water strains is below or very near a joint in window system (panel, operable window, column, etc.)
7. Jimmy will discuss findings with Pizzagalli Construction and Fred Williams. Will consider forensic engineer for review.
8. Tim advised Jimmy that shop drawings for window system were never approved by A/E due to no compliance issues.

cc: Don Goddeau
James Herrington

# Exhibit 10

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| ..7-96-D-0819 | 0002 | 1998 Jun 16 | 0211LF02-98-0002 | |

**6. ISSUED BY** CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
2155 EAGLE DRIVE,
P.O. BOX 190010
NORTH CHARLESTON SC 29419-9010

**7. ADMINISTERED BY** CODE
SEE ITEM 6

**8. DELIVERY FOB**
[X] DEST
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE FACILITY
RIESBERG LUNN, LLC
WILLIAM RIESBERG
296 MEETING STREET
CHARLESTON SC 29401

**10. DELIVER TO FOB POINT BY (Date)** SEE SCHEDULE

**11. MARK IF BUSINESS IS**
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS** N/A

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 14

**14. SHIP TO** CODE
VICKY L. DARROW (CODE 070VLD)
VICKY L. DARROW
NAVAL FACILITIES ENGINEERING COM
P. O. BOX 190010
NO. CHARLESTON SC 29419-9010

**15. PAYMENT WILL BE MADE BY** CODE
DEFENSE FINANCE AND ACCOUNTING SERVICE
OPERATING LOCATION OAKLAND
P.O. BOX 23870, CODE FPV
OAKLAND CA 94623-3870

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**
DELIVERY/ CALL [X] This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE [ ] Reference your quote dated
Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: Larry Fisk [signature]
CONTRACTING / ORDERING OFFICER

25. TOTAL $4,613.00
29. DIFFERENCES
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO. [ ] PARTIAL [ ] FINAL
28. DO VOUCHER NO.
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
34. CHECK NUMBER
35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

D... ..M 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 4,613.00 | Dollars, U.S. | $1.00 | $4,613.00 |

Base Year
FFP - A/E Services to conduct Type 1-2 Forensic Engineering Consultation Services, NISE East Engineering Center, Charleston, SC in the amount of your proposal of $4,613.00 dated 10 Jun 1998 in accordance with Attachment A dated 10 Jun 1998.
PURCHASE REQUEST NUMBER 0211LF02-96-0002

| | |
|---|---|
| MAX NET AMT | $4,613.00 |
| GUARANTEED MIN AMOUNT | |

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA: GENERIC LINE OF ACCOUNTING FOR MIGRATION 000000000000
AMOUNT: $4,613.00

# Exhibit 11

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
P. O. Box 30938
296 Meeting Street
Charleston, SC
29417-0938/29401
(843) 577-3431
Fax (843) 577-9200
d/b/a PLLC in NC
riesberglunn.com

9676.02:3.1
*Please Note Our*
*New Name & Address*

EXHIBIT
tabbies
11
4-5-07

July 7, 1998

Commanding Officer
Southern Division, Naval Facilities Engineering Command
Attn.: Code 077VGS
2155 Eagle Drive
North Charleston, SC 29406

Project: Contract N62467-96-D-0819, Indefinite Delivery Requirement for Professional Forensic Architectural And Engineering Services Within The Southern Division Naval Facilities Engineering Command Area Of Responsibility

Subject: Delivery Order 0002: NISE East Engineering Center

Gentlemen :

This is a report of my Forensic Consultation 1-2 of the subject facility. The objective of the investigation was to assess the likely cause of water infiltration recently discovered at the exterior wall. Due to the nature of the assignment, other deficiencies and suspected deficiencies were identified and included in my report.

## EXECUTIVE SUMMARY

The exterior walls are leaking. The manifestation of leaks are few and the resulting damage, to date, appears to be light to moderate. However, if the leaks are left unattended, substantial damage will result. The openings that have been made were limited and widely spaced, but suggest that the problem is pervasive.

Documentation of the applicable wind load criteria for the various components of the exterior wall assembly is missing and contradictory. The applicable wind load criteria should be determined, applied to the various components of the exterior wall assembly and evaluated. Found deficiencies should be corrected.

Combustible faced insulation was used as firesafing where the metal framing bypasses the floor edge. This condition was deficient. The combustible kraft paer faced fibrous batt insulation installed is at variance to the specifications and its use should be evaluated against the criteria.

## OVERVIEW

The exterior wall assembly comprises a secondary structural steel tube framing system, light gage metal stud framing, kraft paper faced fibrous batt insulation, gypsum sheathing, brick veneer, conventional stucco, a ribbon curtainwall system and various finishes of architectural precast

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesberglunn.com

concrete panels, sills and trim. In some locations, concrete masonry unit backup walls are provided in lieu of the metal stud framing system.

The customer found several locations of water damage and mold growth which led the ROICC to open the wall in five locations. At each of these openings, water damage occurred:

- Water damage to gypsum wallboard
- Mold growth on the interior side of the gypsum wallboard and within the fibrous batt insulation and on the insulation kraft paper facer
- Rusting metal stud framing and screws
- Rusting secondary structural steel tube framing system

## WATER INFILTRATION

My working hypothesis at this point is that the source of the observed water infiltration is the joint below the precast sill. The precast sill extends continuously under the ribbon windowall system. Three of the openings were located in the exterior wall, below the precast sill, adjacent to the roof, as indicated in Detail 5/A97 of the Gee & Johnson drawings. The detail vaguely indicated counter flashing turning up behind the precast sill, but was not identified. I suspect the counter flashing does not turn up behind the precast sill, and if it did, it would not provide a sufficient upstand to prevent water infiltration.

On the underside of the precast sill, the A/E indicated a quarter round drip with a half inch radius. The drip is necessary to break the surface tension of the water and prevent it from running back into the building. In this case the drip must handle all the water from the entire wall area above it. The designed drip is probably insufficient to handle to amount and speed of the water, especially with the increased acceleration of the water because of the rounded nose of the sill. The precast shop drawings show this same design. However, the drips of the as-fabricated sills vary widely. The drips range from non-existent to 1/8" wide and 1/16" deep to about as-designed.

I performed a simple test. I poured water on top of the sill and observed the water breach the drip and enter the wall on top of the roof counter flashing. This water was sucked into the joint by capillary action. I hypothesize that most of this water is being transported to the inside face of the wall while some water follows various avenues of less resistance. A field check with a calibrated water nozzle would probably simulate this leak pattern. However, a destructive opening should be made to confirm the water path and the presence or absence of flashing and upstand. The drawing detail of the typical condition does not indicate flashing. The two openings made at the typical condition confirmed that none was installed. However, these openings were very close together and further destructive investigation is recommended to determine the extent of the condition..

Presently, the curtainwall system is not considered to be contributory to the observed leakage. Some evidence of curtainwall leaks were observed but do appear to have entered the wall assembly. There is no sealant joint around the perimeter of the operable windows. The shop drawings clearly indicated a sealant joint, but failed to indicate a backer rod or bond breaker tape on the back side. The specifications did require backing. Backing is required to prevent three-sided adhesion resulting in premature joint failure. Without a sealant joint, water could readily

enter the joint and the building. The absence of the sealant joint also poses a security concern. The 6 screws that secure the window to the frame are exposed to view from the exterior and could easily be cut and allow a large access through the wall assembly. To correct this problem, many windows will have to be removed and reinstalled because the margin around the window in many cases is too small to permit the installation of a proper sealant joint. In addition, the 6 screws are of questionable capacity to withstand the wind loads, especially with the absence of shims. Without shims, the screws must resists loads in bending as well as in shear. (See discussion below regarding combustibility of shims.)

The drawings indicated a small joint along the head of the window. The curtainwall shop drawings indicated a 3/8" joint with backer rod. A fillet bead of sealant, without a bond breaker, was installed. This kind of joint will fail early in its life. With the absence of head flashing and the absence of a drip screed for the stucco above, this condition is critical.

The vertical mullions are structural glazed. There appears to be a general lack of the required width of structural sealant and possibly the absence of a part required by the manufacture. This condition should be surveyed and investigated.

There are unsealed curtainwall joints greater than the width necessary to emit water into the system. There are gaps in glazing gaskets. I found a curtainwall expansion joint that had failed in adhesion and resulted in a gap. Many of the curtainwall baffles were missing. The extent to which these deficiencies may be contributing to leakage is unknown. A curtainwall of this type should be expected to handle water emitted by these sources.

## WIND CRITERIA CONCERNS

The project documentation revealed conflicting and contradictory wind load criteria for the various elements that compose the exterior wall assembly. My brief review performed to date suggests that some of the critical connections were not designed by the A/E or the contractor. Examples include:

- The shop drawings indicated the stud track to structure connection as "Drywall track shot to steel beams with power [sic] actuated Hilti fasteners," but failed to indicate fastener type and spacing or length.
- The Drawings were silent about the connection of the windowall to the adjacent construction. The windowall shop drawings stated the connection was "Not by YKK," the windowall manufacturer.
- The connection for the precast sill was not designed by the precast manufacturer to transfer the curtainwall wind load to the sub structure.

Construction Deficiencies:

The shop drawings indicated the screw attachment of track to studs at both the inside and outside studs legs. Normally this is critical to engage both legs in bending to resist loads in either the inward and outward directions. With the inside screw missing, only the outside leg is engaged in bending for suction loads. Where observed, only the exterior screw was installed. The extent of this deficiency should be identified and corrected.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesberglunn.com

## FIRE CONCERNS

**Firesafing:**
The drawings indicated firesafing where metal stud walls bypass the floor edge. The material should have been installed in accordance with Section 07270 - Firestopping. Instead, kraft paper faced fibrous batt installation was installed. This insulation is combustible and the label on its facer warns against its combustibility.

**Combustible Materials:**
Kraft paper faced fibrous batt installation was installed within the walls. Normally this type of insulation is not permitted in what most probably was a noncombustible wall assembly. This issue should be researched.

The Drawings and shop drawings indicated pressure preservative treated wood blocking in numerous details. Such wood is combustible and its use should be evaluated against the criteria.

## SIGNIFICANCE OF THE PROBLEMS

**Water Infiltration**
I characterize the present water damage as light to moderate. However, if left unchecked and unremedied, substantial damage will follow resulting in reduced structural capacity and a possible health hazard to individuals sensitive to mold and mildew growth.

Because of the repetitive nature of the design and construction, the entire exterior wall assembly is suspect. Similar problems may occur later even though they may not have yet manifested themselves.

**Structural**
The wind load capacity of the exterior wall assembly is dubious. Failure to design and construct the facility to withstand the wind loads may result in failure of the assembly at far lower wind loads than the criteria. If wall areas are lost in a storm, positive pressurization of the building interior can result in even greater failure and therefor extensive damage to the building and its contents.

**Fire**
The absence of firesafing and the placement of combustible materials in its place could allow the rapid spread of fire from one floor to another resulting in early loss of containment of the fire within one floor. Life safety is at risk.

## CONCLUSIONS

The observations and review of the project documents implicate both the A/E and the contractor.

The issues indicate a substantially reduced service life and possible loss of exterior wall at areas constructed to less than adequate design criteria.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesberglunn.com



Life safety is at risk. That risk should be eliminated.

Further investigation to reveal the extent of deficiencies, confirm the causes, and establish an opinion of culpability should be pursued.

RECOMMENDATIONS

1. Perform field testing and destructive investigation to confirm the path of water infiltration presently manifesting itself. Perform tests on areas known to leak as well as those areas which do not indicate leakage.
2. Establish appropriate wind load criteria for the structural subframe, components and cladding. Evaluate the structural subframe against the criteria.
3. Perform destructive investigation to ascertain the as-constructed connections:
   - Stucco lath to studs
   - Brick ties to studs and CMU backup walls
   - Gypsum sheathing to studs
   - Studs to track
   - Track to structure
   - Precast pins to structural subframe
   - Curtainwall to structure
4. Evaluate the as-constructed connections against the criteria.
5. Establish noncombustibility criteria and evaluate the use of combustible materials within the wall assembly.

Sincerely,
RIESBERG ARCHITECTS, LLC

William F. Riesberg, FCSI, AIA, CCS
President
*wriesberg@riesbergarchitects.com*

# Exhibit 12

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| N...67-96-D-0819 | 0004 | 1998 Oct 15 | 0211LF02-98-0004 | |

6. ISSUED BY CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
2155 EAGLE DRIVE,
P.O. BOX 190010
NORTH CHARLESTON SC 29419-9010

7. ADMINISTERED BY CODE
SEE ITEM 6

8. DELIVERY FOB
[X] DEST
[ ] OTHER
(See Schedule if other)

9. CONTRACTOR CODE FACILITY
RIESBERG LUNN, LLC
WILLIAM RIESBERG
296 MEETING STREET
CHARLESTON SC 29401

10. DELIVER TO FOB POINT BY (Date)
SEE SCHEDULE

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS
N/A

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 14

14. SHIP TO CODE
VICKY L. DARROW (CODE 070VLD)
VICKY L. DARROW
NAVAL FACILITIES ENGINEERING COM
P. O..BOX 190010
NO. CHARLESTON SC 29419-9010

15. PAYMENT WILL BE MADE BY CODE
DEFENSE FINANCE AND ACCOUNTING SERVICE
OPERATING LOCATION OAKLAND
P.O. BOX 23870, CODE FPV
OAKLAND CA 94623-3870

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

16. TYPE OF ORDER
DELIVERY/ CALL X — This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE — Reference your quote dated
Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

**If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA
BY: Larry Fisk [signature: Larry R Fisk]
CONTRACTING / ORDERING OFFICER

25. TOTAL $41,413.00
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO.
[ ] PARTIAL
[ ] FINAL

28. DO VOUCHER NO.

30. INITIALS

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 41,413.00 | Dollars, U.S. | $1.00 | $41,413.00 |

Base Year
FFP - A/E Services to conduct Type 1 Forensic Engineering Study, NISE East Engineering Center, Charleston, SC to investigate the water infiltration around the windows and fire safety deficiencies in the amount of $41,413.00 in accordance with the basic contract dtd 97Oct21.
PURCHASE REQUEST NUMBER 0211LF02-96-0004

| | |
|---|---|
| MAX NET AMT | $41,413.00 |
| GUARANTEED MIN AMOUNT | |

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | GENERIC LINE OF ACCOUNTING FOR MIGRATION | 000000000000 |
| AMOUNT: | $41,413.00 | |