# Exhibit 37

Copy - Reisberg in Gov't File

LAW OFFICES

# CARLOCK, COPELAND, SEMLER & STAIR, LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

KENT T. STAIR

DIRECT DIAL NUMBER
404-221-2244

E-MAIL ADDRESS
kstair@carlockcopeland.com

FACSIMILE
404-222-9482

2600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE
ATLANTA, GEORGIA 30303-1235
TELEPHONE (404) 522-8220

MAILING ADDRESS
P. O. Box 56887
Atlanta, Georgia
30343-0887

www.carlockcopeland.com

CHARLESTON, SC OFFICE
134 Meeting Street, Suite 500
Charleston, SC 29401-3001
(843) 727-0307

COLUMBUS, GA OFFICE
The Rothschild Building
Suite 400, 1214 First Avenue
Columbus, GA 31901
(706) 653-6109

REPLY TO ATLANTA OFFICE

April 19, 2004

Mr. Peter Kushner
2155 Eagle Drive
North Charleston, SC 29406

Re: Contract N62487-93-C-0911
NISE East Building, Naval Weapons Station
Charleston, SC
Initial Reply to Final Decision Dated April 7, 2004
Our File No. 254-20433

Dear Pete:

It was a pleasure speaking with you today about this matter. As I understand things, Bill Reisberg has designed some "fix" for the various issues we discussed at mediation and estimated the cost of that work to be $70,000. At my request, and subject to your receiving authority from the Contracting Officer to do so, you will send me Mr. Reisberg's design documents and the basis of his estimate.

As requested, I would also appreciate some accounting of the $68,083 figure. Concerning the Reisberg portion of that amount, it would be helpful if you could break out his recent design services from the previous forensic efforts.

Once we have had the opportunity to review the information requested above, I will be back in touch with you about our position concerning the resolution of this disputed matter. If you have any questions or comments in the meantime, please let me know.

I look forward to receiving this information from you.

Very truly yours,

KENT T. STAIR

KTS:bhc
cc: Don Goddeau

# Exhibit 38

**DEPARTMENT OF THE NAVY**
OFFICE OF THE GENERAL COUNSEL

COUNSEL FOR THE
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 190010
NORTH CHARLESTON, SOUTH CAROLINA 29419-9010

10 June 2004

Mr. Kent Stair
Carlock, Copeland, Semler & Stair
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, GA 30303-1235

Re: Contract N62467-93-C-0911
NISE East Building, NWS Charleston

Dear Kent:

This responds to your letter of 19 April 04 requesting Bill Reisberg's design documents, cost estimate basis, and breakout of his design services cost. Enclosed are Mr. Reisberg's design documents and task orders we issued for design services. I cannot provide the basis for his cost estimate at this time because we consider such information to be proprietary. However, the cost estimate range to complete the work is $55,000-$85,000 and consistent with what we discussed at the mediation.

I look forward to hearing from you soon.

Sincerely,

PETER M. KUSHNER

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|
| J | 1 | 5 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 03 | 25-Sep-2002 | 0211LF02-96-0004 | |

6. ISSUED BY CODE N62467

NAVAL FACILITIES ENGINEERING COMMAND, SO
2155 EAGLE DRIVE,
P.O. BOX 190010
NORTH CHARLESTON SC 29419-9010

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
RIESBERG LUNN, LLC
WILLIAM RIESBERG
296 MEETING STREET
CHARLESTON SC 29401

CODE 1QZZ9 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO.
N62467-96-D-0819-0004

X 10B. DATED (SEE ITEM 13)
04-May-2000

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
MUTUAL AGREEMENT OF THE PARTIES

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

INDEFINITE DELIVERY REQUIREMENTS CONTRACT FOR PROFESSIONAL FORENSIC ARCHITECTURAL AND ENGINEERING SERVICES WITHIN SOUTHERN DIVISION NAVAL FACILITIES ENGINEERING COMMAND AREA OF RESPONSIBILITY.

A/E Services to conduct design services at NISE East Engineering Center, Charleston, SC to implement repairs recommended by the Type 1 Forensic Engineering Study previously awarded under this task order.

See page 2

DSGN

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | LARRY FISK / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>25-Sep-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

Changes in Solicitation/Contract/Order Form

Both parties mutually agree to modify task order 0004 to include the Design Services Package for the NISE East Facility, Charleston, SC.

The start date for this work shall be the date of the Modification, Block 16c of the SF30.

INDEFINITE DELIVERY REQUIREMENTS FOR PROFESSIONAL FORENSIC ARCHITECTURAL AND ENGINEERING SERVICES WITHIN SOUTHERN DIVISION FACILITIES ENGINEERING COMMAND AREA OF RESPONSIBILITY

000403 shall award Design Services to implement recommendations of the Type 1 Forensic Engineering Study, NISE East Engineering Center, Charleston, SC.

Services shall be in accordance with Scope of Work and associated Work Plan, Attachment A.

You are not required to sign this document. Your offer dated September 11, 2002 (Rev. 9.16.02) is accepted. This action consummates the contract, which consists of the following documents, Scope of Work and associated Work Plan, your offer, and this contract document. No further documentation is necessary.

Attachment A: Scope of Work and associated Work Plan dated September 19 and 20, 2002, respectively.
Attachment B: Riesberg Lunn, LLC revised offer dated September 11, 2002 (Rev. 9.16.02)

Changes in Section B

CLIN 0002 was added.

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0002 | Expert Testimony<br>FFP - Add expert testimony concerning the water intrusion problem at NISE East Facility in Charleston, SC. | 5,835.00 | | $1.00 | $5,835.00 |

ESTIMATED NET AMT $5,835.00

ACRN AB Funded Amount $5,835.00

CLIN 0003 was added.

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003 | | .00 | | $0.00 | $0.00 |
| | Design Services<br>FFP - Provide investigation and design to implement repairs recommended by the Forensic Study. [$17,014.00] | | | | |

ESTIMATED NET AMT $0.00

SUB-CLIN 0003AA was added.

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 12,697.00 | | $1.00 | $12,697.00 |
| | Design Services<br>FFP - Window Repairs to NISE East Facility, Charleston, SC. | | | | |

ESTIMATED NET AMT $12,697.00

ACRN AC Funded Amount $12,697.00

SUB-CLIN 0003AB was added.

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE | ESTIMATED AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 4,317.00 | Dollars, U.S. | $1.00 | $4,317.00 |
| | Design Services<br>FFP - Window Repairs for NISE East Facility, Charleston, SC | | | | |

| | |
|---|---|
| ESTIMATED NET AMT | $4,317.00 |

ACRN AD Funded Amount $4,317.00

Changes in Section G

Summary for the Payment Office

As a result of this modification, the total funded amount of the contract is increased by $17,014.00 from $47,248.00 to $64,262.00

This modification restructures the previous contract level funding with clin level funding.

(Contract Level Funding)
AA: GENERIC LINE OF ACCOUNTING FOR MIGRATION 000000000000
is decreased by $41,413.00 from $41,413.00 to $0.00

ZZ: AB 17 01011804 KU2N 0252 62467 8 068732 2D 07000Y AB1A43C346PZ 000000000000
is decreased by $5,835.00 from $5,835.00 to $0.00
The funding ACRN AB has been deleted.

(Clin Level Funding)
CLIN :0001
AA: 1797XXXX0510 K500 0252 11506 0 062467 2D N65236 AAFU365574XX
is increased by $41,413.00 from $0.00 to $41,413.00
The funding ACRN AA has been added.

CLIN :0002
AB: 17 01011804 KU2N 0252 62467 8 068732 2D 07000Y AB1A43C346PZ
is increased by $5,835.00 from $0.00 to $5,835.00
The funding ACRN AB has been added.

SUB-CLIN :0003AA
AC: 1797XXXX0510 K800 0252 11806 0 062467 2D N69214 ACFU476748XX
10083/13 8516 N65236001T1 70219 is increased by $12,697.00 from $0.00 to $12,697.00
The funding ACRN AC has been added.

SUB-CLIN :0003AB
AD: 1797XXXX0510 K700 0252 11706 0 062467 2D N69214 ADFU476748XX
10083/13 8516 N65236001T1 54235 is increased by $4,317.00 from $0.00 to $4,317.00
The funding ACRN AD has been added.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| N6[illegible]-D-0819 | 0004 | 1998 Oct 15 | 0211LF02-98-0004 | |

6. ISSUED BY CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
2155 EAGLE DRIVE,
P.O. BOX 190010
NORTH CHARLESTON SC 29419-9010

7. ADMINISTERED BY CODE
SEE ITEM 6

8. DELIVERY FOB
[X] DEST
[ ] OTHER
(See Schedule if other)

9. CONTRACTOR CODE FACILITY
RIESBERG LUNN, LLC
WILLIAM RIESBERG
296 MEETING STREET
CHARLESTON SC 29401

10. DELIVER TO FOB POINT BY (Date)
SEE SCHEDULE

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS
N/A

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 14

14. SHIP TO CODE
VICKY L DARROW (CODE 070VLD)
VICKY L DARROW
NAVAL FACILITIES ENGINEERING COM
P. O. BOX 190010
NO. CHARLESTON SC 29419-9010

15. PAYMENT WILL BE MADE BY CODE
DEFENSE FINANCE AND ACCOUNTING SERVICE
OPERATING LOCATION OAKLAND
P.O. BOX 23870, CODE FPV
OAKLAND CA 94623-3870

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

16. TYPE OF ORDER

| | | |
|---|---|---|
| DELIVERY/ CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
| PURCHASE | | Reference your quote dated<br>Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: Larry Fisk
CONTRACTING / ORDERING OFFICER

25. TOTAL $41,413.00
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO.
[ ] PARTIAL
[ ] FINAL

28. DO VOUCHER NO.

30. INITIALS

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

34. CHECK NUMBER

35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD [illegible] 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 41,413.00 | Dollars, U.S. | $1.00 | $41,413.00 |

Base Year
FFP - A/E Services to conduct Type 1 Forensic Engineering Study, NISE East Engineering Center, Charleston, SC to investigate the water infiltration around the windows and fire safety deficiencies in the amount of $41,413.00 in accordance with the basic contract dtd 97Oct21.
PURCHASE REQUEST NUMBER 0211LF02-96-0004

| | |
|---|---|
| MAX NET AMT | $41,413.00 |
| GUARANTEED MIN AMOUNT | |

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | GENERIC LINE OF ACCOUNTING FOR MIGRATION | 000000000000 |
| AMOUNT: | $41,413.00 | |

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 3

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| N6 -D-0819 | 0002 | 1998 Jun 16 | 0211LF02-98-0002 | |

**6. ISSUED BY** CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
2155 EAGLE DRIVE,
P.O. BOX 190010
NORTH CHARLESTON SC 29419-9010

**7. ADMINISTERED BY** CODE
SEE ITEM 6

**8. DELIVERY FOB**
[X] DEST
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE | FACILITY
RIESBERG LUNN, LLC
WILLIAM RIESBERG
296 MEETING STREET
CHARLESTON SC 29401

10. DELIVER TO FOB POINT BY (Date): SEE SCHEDULE

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS: N/A

13. MAIL INVOICES TO THE ADDRESS IN BLOCK: See Item 14

**14. SHIP TO** CODE
VICKY L. DARROW (CODE 070VLD)
VICKY L. DARROW
NAVAL FACILITIES ENGINEERING COM
P. O. BOX 190010
NO. CHARLESTON SC 29419-9010

**15. PAYMENT WILL BE MADE BY** CODE
DEFENSE FINANCE AND ACCOUNTING SERVICE
OPERATING LOCATION OAKLAND
P.O. BOX 23870, CODE FPV
OAKLAND CA 94623-3870

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

16. TYPE OF ORDER

| | | |
|---|---|---|
| DELIVERY/CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
| PURCHASE | | Reference your quote dated<br>Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.*

24. UNITED STATES OF AMERICA
BY: Larry Fisk — Larry R Fisk (signature)
CONTRACTING / ORDERING OFFICER

25. TOTAL: $4,613.00
29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO. | 28. DO VOUCHER NO. | 30. INITIALS
[ ] PARTIAL
[ ] FINAL

32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

34. CHECK NUMBER

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

D 155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 4,613.00 | Dollars, U.S. | $1.00 | $4,613.00 |

Base Year
FFP - A/E Services to conduct Type 1-2 Forensic Engineering Consultation Services, NISE East Engineering Center, Charleston, SC in the amount of your proposal of $4,613.00 dated 10 Jun 1998 in accordance with Attachment A dated 10 Jun 1998.
PURCHASE REQUEST NUMBER 0211LF02-96-0002

| | |
|---|---|
| MAX NET AMT | $4,613.00 |
| GUARANTEED MIN AMOUNT | |

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | GENERIC LINE OF ACCOUNTING FOR MIGRATION | 000000000000 |
| AMOUNT: | $4,613.00 | |

# Exhibit 39

**DEPARTMENT OF THE NAVY**
OFFICE OF THE GENERAL COUNSEL

COUNSEL FOR THE
SOUTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
2155 EAGLE DRIVE, P.O. BOX 190010
NORTH CHARLESTON, SOUTH CAROLINA 29419-9010

25 August 2004

Certified Mail Return Receipt

Kent Stair, Esq.
Carlock, Copeland, Semler, & Stair
2600 Marquis Two Tower
285 Peachtree center Avenue
Atlanta, GA 30303-1235

Re: Contract N62467-93-C-0911
NISE East Building, NWS Charleston
Gee & Jensen
Your File No. 254-20433

Dear Kent:

By letter dated 10 June 2004, I provided you Bill Reisberg's design documents and a cost estimate to do the repair work at the subject facility as you requested. Since then I have attempted to contact you and left several phone messages to ascertain what your client's response is to the proposed repair work and possible settlement of the A&E liability issue, but we have been unable to make contact.

My clients and the facility occupants are anxious to begin the repair work. Therefore, if I do not hear from you within two weeks of receipt of this letter that your client is willing to undertake or pay for the repairs, we will proceed with the repair work ourselves and pursue recovery of our costs through what means are available.

Sincerely,

PETER M. KUSHNER

# Exhibit 40

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 6

1. CONTRACT/PURCH. ORDER/ AGREEMENT NO.: [illegible]7-01-D-8306
2. DELIVERY ORDER/ CALL NO.: 0035
3. DATE OF ORDER/CALL (YYYYMMMDD): 2005 Mar 14
4. REQ./ PURCH. REQUEST NO.: N6248701D83060035
5. PRIORITY: DO-C20

6. ISSUED BY — CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
ROICC CHARLESTON
2120 QUALITY CIRCLE
GOOSE CREEK SC 29445-8611

7. ADMINISTERED BY (if other than 6) — CODE N62467
NAVAL FACILITIES ENGINEERING COMMAND, SO
ROICC CHARLESTON
2120 QUALITY CIRCLE
GOOSE CREEK SC 29445-8611

8. DELIVERY FOB
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

9. CONTRACTOR — CODE 1KEK2 — FACILITY
NAME AND ADDRESS:
HITT CONTRACTING, INC.
2547 AVIATION AVENUE
NORTH CHARLESTON SC 29406

10. DELIVER TO FOB POINT BY (Date) (YYYYMMMDD): SEE SCHEDULE

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS: NET 30

13. MAIL INVOICES TO THE ADDRESS IN BLOCK: See Item 6

14. SHIP TO — CODE
SEE SCHEDULE

15. PAYMENT WILL BE MADE BY — CODE N68894
DEFENSE FINANCE AND ACCOUNTING SERVICE
DFAS - OAKLAND
2201 BROADWAY STREET
VIA NAVFAC SOUTHERN DIV CODE FM015
OAKLAND CA 94612

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

16. TYPE OF ORDER
- DELIVERY/ CALL: X — This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
- PURCHASE: Reference your quote dated — Furnish the following on terms specified herein. REF:

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED (YYYYMMMDD)

If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 843-764-4112 EXT 3046
EMAIL: lori.chestnut@navy.mil
BY: LORELEI H. CHESTNUT — [signature] — CONTRACTING / ORDERING OFFICER

25. TOTAL: $99,400.00
26. DIFFERENCES

27a. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
c. DATE (YYYYMMMDD)
d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE
28. SHIP NO.
29. DO VOUCHER NO.
30. INITIALS

f. TELEPHONE NUMBER
g. E-MAIL ADDRESS
[ ] PARTIAL
[ ] FINAL
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR

36. I certify this account is correct and proper for payment.
a. DATE (YYYYMMMDD)
b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

34. CHECK NUMBER
35. BILL OF LADING NO.

37. RECEIVED AT
38. RECEIVED BY
39. DATE RECEIVED (YYYYMMMDD)
40. TOTAL CONTAINERS
41. S/R ACCOUNT NO.
42. S/R VOUCHER NO.

DD FORM 1155, DEC 2001 — PREVIOUS EDITION IS OBSOLETE.

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 1 | | $99,400.00 | $99,400.00 |

THIRD OPTION YEAR
FFP
PROVIDE ALL LABOR AND MATERIAL TO COMPLETE WORK IN ACCORDANCE WITH THE APPLICABLE SPECIFICATIONS AND/OR DRAWINGS.
FOB: Destination
PURCHASE REQUEST NUMBER: N6246701D83060035

NET AMT $99,400.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 00401 | | | | | |

First Line of Accounting
FFP
Remediation of Water Infiltration at Bldg 3147
FOB: Destination

NET AMT $0.00

ACRN AA $16,480.09
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 000402 | Second Line of Accounting<br>FFP<br>Remediation of Water Infiltration at Bldg 3147<br>FOB: Destination | | | | |
| | | | | NET AMT | $0.00 |
| | ACRN AB<br>CIN: 000000000000000000000000000000 | | | | $33,277.91 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 000403 | Third Line of Accounting<br>FFP<br>Remediation of Water Infiltration at Bldg 3147<br>FOB: Destination | | | | |
| | | | | NET AMT | $0.00 |
| | ACRN AC<br>CIN: 000000000000000000000000000000 | | | | $49,642.00 |

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0004 | N/A | N/A | N/A | N/A |
| 000401 | N/A | N/A | N/A | Government |
| 000402 | N/A | N/A | N/A | Government |
| 000403 | N/A | N/A | N/A | Government |

Section F - Deliveries or Performance

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0004 | N/A | N/A | N/A | N/A |
| 000401 | N/A | N/A | N/A | N/A |
| 000402 | N/A | N/A | N/A | N/A |
| 000403 | N/A | N/A | N/A | N/A |

Section G - Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA: 1797XXXX0510 1634 0252 11406 0 062467 2D N65236
COST CODE: AAFU545292XX
AMOUNT: $16,480.09
CIN 000000000000000000000000000000: $16,480.09

AB: 1797XXXX0510 K800 0252 11806 0 062467 2D N65236
COST CODE: ABFU545292XX
AMOUNT: $33,277.91
CIN 000000000000000000000000000000: $33,277.91

AC: 1797XXXX0510 KN00 0252 11906 0 062467 2D N65236
COST CODE: ACFU545292XX
AMOUNT: $49,642.00
CIN 000000000000000000000000000000: $49,642.00

# Exhibit 41

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GEE & JENSON ENGINEERS, ARCHITECTS AND PLANNERS,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 05-457c
(Judge Bush)

EXPERT WITNESS REPORT OF WILLIAM RIESBERG
February 26, 2007

RIESBERG ARCHITECTS LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
P. O. Box 30938
296 Meeting Street
Charleston, SC
29417-0938/29401
(843) 577-3431
Fax (843) 577-9200
d/b/a PLLC in NC
riesbergarchitects.com

967628:3.2

February 26, 2007

Tara K. Hogan, Esq.
U. S. Department of Justice, Commercial Litigation
1100 L Street, N. W.
Room 7034, Civil Division
Washington, DC 20530

Project: NISE East Litigation: Gee & Jenson v. U. S., Fed. Claims Case No. 05-457

Subject: Expert Report

Dear Ms. Hogan:

This is to report to you my opinions in this matter. This report is written with information known to me at this time. If information becomes available that may affect my opinion, I would appreciate the opportunity to review it.

## I. ASSIGNMENT

This report is a result of an assignment to provide an opinion on the standard of care of design as it relates to flashing, the standard of care of an architect providing full-time onsite inspection and surveillance services, and on the reasonableness of the repair design.

## II. COMPENSATION & QUALIFICATIONS

Riesberg Architects, LLC is under contract[1] with the Department of Justice on a time and material basis contract for the writer to provide this report, expert testimony and assistance to the attorneys. The current budget for these services is $24,000. Time is billed at the rate of $225.00/hour. The contract is an outgrowth of my involvement with the facility dating from 1998 when Riesberg Lunn, LLC (a/k/a Riesberg Architects, LLC) investigated the building and found substantial design and construction deficiencies, some of which were resulting in leaks.

I have been an architect since 1977. My original registration is in Tennessee, which I have continuously maintained in good standing. I am currently registered (or licensed as the case may be) in South Carolina, North Carolina, Virginia, Georgia, Alabama and Kansas. My curriculum vitae is appended to this report.

## III. BACKGROUND

The claim relates to a building project for a new engineering center at the Naval Weapons Stations, Charleston, South Carolina. The Navy awarded the A-E design services contract for the project to the plaintiff, Gee & Jenson Engineers-Architects-Planners, Inc., on 20 July 1993. The A-E design services contract, No. N62467-93-D-0911, included project development, preparation of plans, specifications, and construction cost estimates for the new facility.

[1] Contract 7W-CIV01-0083.

The design and specifications provided by Gee & Jenson under the A-E contract became the basis for construction contract N62467-93-C-1096, awarded to Pizzagalli Construction.

There were several executed modifications to A-E Contract No. N62467-93-D-0911 to include full time Title II Inspection and Surveillance Services in connection with construction contract N62493-C-1096. The general requirements of the Title II Inspection services include:

- Assure compliance with construction contract plans and specifications
- The A-E/E-S representative is to inform the Resident Officer in Charge of Construction (ROICC) of whether or not the work meets the contract requirements.

The exterior walls are composed of brick and concrete masonry units, stucco and precast concrete. Typically, there are continuous 'ribbon' aluminum windows. The aluminum windows are on top of precast concrete sills. The precast sill is a bullnose shape and has a large, slightly sloping horizontal surface. The precast sills have a sealant joint with backer rod installed between adjacent sills. For most of the precast sills, there is no through-wall flashing.

The purpose of flashing is to protect exterior walls, floors exposed to the weather, and roofs to prevent water infiltration or to redirect water to the exterior. A flashing material is impervious. Through-wall flashing, as its name implies, typically goes through the components that compose a wall assembly to redirect water to the exterior. Properly designed and constructed, through-wall flashing redirects water to the exterior, regardless of the source of water.

The interior edge of through-wall flashing is turned up to assure that water does not flow inward. This is referred to as an upstand.

There are basically three differing wall conditions in the building:

- On the first floor, the exterior veneer is backed with concrete masonry units with dampproofing. The interior is clad with furring and painted gypsum board. There is no flashing under the precast sills.
- On the second floor, the typical exterior veneer is backed with cold-formed metal (stud) framing with gypsum sheathing and a water resistant membrane. The interior is clad with furring and painted gypsum board. There is no flashing under the precast sills.
- Adjacent to roofs, there are second story walls with windows continuing above the roof constructed similarly to the other second story walls. There is flashing under the precast sills. This condition represents a very small fraction of the total length of precast sills.

## IV. HISTORY OF INVOLVEMENT

Riesberg Lunn, LLC held contract N62467-96-D-0819 entitled "Indefinite Delivery Requirement for Professional Forensic Architectural and Engineering Services within the Southern Division Naval Facilities Engineering Command Area of Responsibility."[2]

---

[2] Referred to in this report as NAVFAC.

Delivery Order 0002 amended the contract. The project was a pre-negotiated level of effort known as Forensic Consultation 1-2. A Forensic Consultation 1-2 provided one registered design professional in the field for two days, including travel time. The objective of the investigation was to assess the likely cause of water infiltration that had been discovered at the exterior walls. Due to the nature of the assignment, other deficiencies and suspected deficiencies were identified and included in my report.[3]

Subsequently, Delivery Order 0004, to provide a destructive investigation as recommended under Delivery Order 0002 and to report on our findings, amended the contract. The level of effort in the field was approximately 100 man-hours. A report was issued on November 11, 1998, reporting on design and construction issues. A cost estimate to repair the deficiencies was included.

Delivery Order 0004 was modified to include mediation support for mediation with Gee & Jenson.

The contract was then amended by Delivery Order 0023 to provide design services to implement a protocol to repair the remaining deficiencies of concern: the absence of through-wall flashing under the precast window sills and the failure to provide an upstand on through-wall flashing that was provided under some of the precast sills. The amendment included preparation of drawings and specifications, attendance of the preconstruction meeting, and attendance of field-testing of joints prior to production work on the joints. The fix was implemented by Hitt Contracting, Inc. in 2005 through contract N62467-01-D-8306, Delivery Order D0035.

## V. OPINION (SUMMARY) ON DESIGN

It is my opinion that the architect breached the standard of care by failing to design through-wall flashing except where they are adjacent to a roof. This opinion is based on a review of the applicable code, the project drawings, the project specifications, relevant industry standards and my experience as an architect.

### A. CODE

Standard Building Code (SBC), 1991 edition is the applicable Code.[4]

Chapter 8, Appurtenance Requirements, Section 811 Veneered Walls, prescribes:

- 8.11.1 General
  - 811.1.1 Veneer refers to a facing of brick, tile, concrete, masonry units, metal, including metal coated with porcelain enamel, glass, wood or similar material securely attached to a wall for the purpose of providing ornamentation, protection, or insulation but not so bonded as to exert a common reaction under load.
  - 811.1.3 Veneered walls shall provide weather protection for the building at the walls.
  - Flashing shall be provided at intersections of veneered walls of different materials unless such materials provide a self flashing joint and at other points subject to the entrance of water.
  - Caulking shall be provided where such flashing is determined by the Building Official to be impractical.

---

[3] Dated July 7, 1998.
[4] Refer to Basis of Design, 4. Building Criteria/Codes (Standard Building Code 1991 Edition).

Chapter 2, Definitions, Section 201 General, prescribes:

- 201.2 Words Not Defined
  - Words not defined in the Standard Codes shall have the meanings in Webster's Ninth New Collegiate Dictionary, as revised.

Webster's Ninth New Collegiate Dictionary, dated 1985, states: "impractical…not practical: as a: not wise to put into or keep in practice or effect…"

It is my opinion that it is not impractical to install through-wall flashing. Through-wall flashing is a common and fundamental component of masonry wall systems and it is wise to deploy it. The joints between the adjacent precast sill members are not self-flashing and the precast sill is a different material than the brick masonry.

**B. DRAWINGS**

Drawings A62, A63, A64 and A65 all indicate flashing beneath a precast concrete coping. These details are relevant because the coping is similar to the sill as it has joints between adjacent units like the precast sills.

Drawing 2/A97 graphically indicates a precast sill under a window at a wall with concrete masonry backup. Flashing under the sill is not indicated.

Drawing 5/A97 graphically indicates a precast sill under a window at a wall with cold-formed metal stud backup. Flashing under the sill is indicated and includes an upstand behind the sill. This condition is adjacent to a roof.

Drawing 6/A97 graphically indicates a precast sill under a window at a wall with concrete masonry backup. Flashing under the sill is not indicated.

Drawing 9/A97 graphically indicates a precast sill under a window at a wall with cold-formed metal framing backup. Flashing under the sill is not indicated.

Drawing 10/A97 graphically indicates a precast sill under a window at a wall with cold-formed metal framing backup. Flashing under the sill is not indicated.

Drawing 6/A101[5] graphically indicates a precast sill under a window at a wall with cold-formed metal framing backup. Flashing under the sill is not indicated.

[5] The drawing is erroneously labeled 6/A-97.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com






Drawing 8/A101 graphically indicates a precast sill under a window at a wall with cold-formed metal stud backup. Flashing under the sill is indicated and includes an upstand behind the sill. This condition is adjacent to a roof.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com






Drawing 9/A101 graphically indicates a precast sill under a window at a wall with cold-formed metal stud backup. Flashing under the sill is indicated and includes an upstand behind the sill. This condition is adjacent to a roof.

Drawing 2/A169 graphically indicates a precast sill under a window at a wall with concrete masonry backup. Flashing under the sill is not indicated.

Drawing 3/A169 graphically indicates a brick sill under a louver opening. Through-wall flashing is indicated.

## C. SPECIFICATIONS

Specification Section 03410, Precast Concrete (Non-Prestressed), is silent as to flashing requirements. Typically, flashing is not specified in a section regarding precast concrete. Flashing is normally specified in a separate specification section devoted to the subject of flashing. Such is the case in these specifications as will be demonstrated below.

Specification Section 04200, Unit Masonry, specifies:

- Paragraph 2.3.5, Through-Wall Flashing, specifies through-wall flashing materials.
- Article 3.9, Through-Wall Flashing specifies: "…provide at locations indicated…."

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com



Specification Section 07600, Flashing and Sheet Metal, specifies:

- "1.1 References
  - Sheet Metal and Air Conditioning Contractors' National Association (SMACNA)
  - SMACNA ASMM 1987 Architectural Sheet Metal Manual[6]"
- "2.1.8 Through-Wall Flashing[:] Through-Wall flashing for masonry is specified in Section 04200, "Unit Masonry."

**D. RELEVANT STANDARDS**

Sheet Metal and Air Conditioning Contractors National Association, Inc. (SMACNA), Architectural Sheet Metal Manual, Fifth Edition, dated 1993, indicates:

- Figure 4-1A, Through Wall Flashing Installation, graphically indicates through-wall flashing under a precast concrete sill.
- Figure 4-1B indicates the same at a larger scale.




FIG 4-1B

[6] The publication was superceded by the 1993 edition, which should have been specified. The specification section makes no other reference to the manual.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com



Brick Institute of America[7]

- Technical Notes, 7A, Flashing Clay Masonry, dated February 1983, states:
  - "Introduction…Flashing provides a degree of control over moisture penetration and movement within masonry. It is difficult to completely prevent rain water from entering at parapets, sills, projections, recess, roof intersections, etc., unless proper flashing is installed. And without proper flashing, water which does penetrate a wall will not be diverted back to the exterior of the building."
  - "Design Considerations.
    - Exposure to rain is a basic consideration in design against moisture penetration. It varies greatly throughout the United States; e.g., severe along the Gulf Coast, the Atlantic Seaboard, and the Great Lakes; moderate through the Midwest; and slight in the far Southwest. Recommendations in this *Technical Notes* apply to severe or moderate exposures…."
  - "Window Sills.
    - Place through flashing under and behind all sills except, perhaps, impervious monolithic sills. Extend ends of sill flashing beyond the jamb line on both sides and turn them up at least 1 in. into the wall. Slope all sills to drain water away from the building. Where the undersides of sills do not slope away from the building, provide a drip notch or extend flashing and bend down to form a drip. If water which runs down windows and over sills continues down the building face, it is likely to create stains. (See Fig. 2)"
    - Figure 2, Flashing Window Sills, graphically indicates a precast concrete sill with flashing underneath it and states: "Flashing"




FIG. 2
Flashing Window Sills.

- Technical Notes, 28B, Brick Veneer Steel Stud Panel Walls, Revised II, dated February, 1987, states:
  - "Water Penetration…General
    - One of the major concerns with the brick veneer/steel stud wall system has been that

[7] Now named Brick Industry Association.

of water penetration. Prevention of water penetration of this wall system requires the same care and attention as do other brick masonry walls. There are three principal requirements of prevention of water penetration: 1) proper design and detailing, 2) selection of suitable materials and 3) good workmanship and construction techniques. Lack of attention to anyone of these may result in leaky walls or other problems. Experience has shown that frequently the water and moisture found in these walls are the result of condensation. It is therefore recommended that condensation analyses be part of the design considerations."

- "Recommendations...General.
  - The general recommendations for preventing water penetration of brick walls are covered in *Technical Notes* 7 Series. Many are repeated here as they specifically impact brick veneer/steel stud panel walls. It is suggested that the general recommendations also be consulted.
  - Design and Detailing. Following are some of the critical factors of design and detailing of brick veneer/steel stud panel wall systems:
  - Flashing - Flashing must be placed at all points where the wall is interrupted, i.e., at window and door heads, louvers or other wall penetrations, sills, shelf angles, etc. Also, it should be installed at the top and bottom of the wall. It is imperative that flashing extend *through* [emphasis in original] the wall. It must not be stopped behind the face of the wall. See Fig. 10."
  - Figure 10 graphically indicates a brick sill with flashing beneath it and states: "Flashing".

- American Institute of Architects, Architectural Graphic Standards, Ninth Edition, dated 1994, Chapter 4, Masonry, Flashing in Masonry Walls states:
  - "Purpose
    - Flashing in masonry construction is necessary to collect moisture that enters the wall system and to channel it to the exterior through weep holes. Moisture manifests itself in masonry walls through condensation, penetration of wind-driven rains, failed sealant joints, interfaces with other components, or other components themselves, such as windows or roofs...."
  - "Installation
    - Embedded flashing is typically used in drainage walls at the base, above all openings, at sills and shelf angles and under copings...."

It is my opinion based on these authorities, my experience, and my review of the contract documents that the architect should have included through-wall flashing in its design. While the architect could have designed an alternative similar to the one I designed for the repair design, it is my opinion that it would have cost more than simply including the flashing.

## VI. OPINION ON REPAIR DESIGN

In my report of November 11, 1998, I made a repair recommendation to fix the absence of flashing under the precast sill. The estimated cost was $454,485.[8] The repair protocol was to remove the windows and precast sills, install flashing and to reinstall removed construction. This fix would have been quite disruptive to occupants.

As previously stated, Delivery Order D0023 amended the Riesberg Lunn, LLC contract to repair the precast sill conditions discussed in this report. I explored alternatives to the recommended repair. The objective was to design a fix that would provide equivalent functionality for the balance of the useful life of the wall.[9] An alternative design was conceived at a substantially lower price and that was not disruptive to the occupants. The underlying concept is to use a two-stage joint between the precast sills that does not solely rely on sealant. This design was performed pursuant to the International Building Code (IBC), 2000 edition, Chapter 1 Administration, Section 104 Duties and Powers of Building Official, 104.11 Alternative materials, design and methods of construction and equipment, which prescribes: "The provisions of this code are not intended to prevent the installation of any material or to prohibit any design or method of construction not specifically prescribed by this code, provided that any such alternative has been approved…." On a NAVFAC project, NAVFAC acts as the building official and approved the design.

A two-stage joint is a joint where the outer joint is a deterrent seal and inner seal is a dependable joint to preclude water infiltration when the outer joint fails. The inner seal in this design is a neoprene compression seal adhered to the precast sills. The repair design includes an air space between the inner seal that facilitates water that has entered through the outer seal to drain to the base of the joint where there is a weep. The weep allows the water to drain from the joint to the exterior. The neoprene compression seal is not exposed to the sun or weather, so its life will be extensive. The outer seal will require periodic maintenance similar to any sealant joint.[10]




---

[8] Refer to estimate provided with Delivery Order 0004.

[9] In the Basis of Design, Gee & Jenson estimated the useful life at 50 years. I concur.

[10] During our destructive investigation in 1998, we found that most sealant joints were well tooled and were performing. In our field work preparing the fix design, the majority of the joints had failed.

It is my opinion that the implementation of the repair design was a reasonable and practical alternative to installing through-wall flashing, especially considering that the design was implemented with minimal disruption to the occupants.

## VII. OPINION ON RELATED DEFICIENCIES

The report of November 11, 1998 contains issue WP-1.2 "Failure to Provide Upstand on Through-Wall Flashing." This issue relates to the through-wall counterflashing that was designed by the architect for flashing adjacent to roofs. The flashing was installed, but the contractor (Pizagalli Construction) did not install the upstand as indicated by the drawings and required by the specification Section 07600, Flashing and Sheet Metal. This condition exists at approximately 11% of the precast sill conditions.[11]

This condition would have been open and obvious to the Title II inspector for an extended period of time. The condition is between waist and shoulder high and was observable from inside the building from the time the flashing was installed until the gypsum board interior finish was installed, which was after the window installation.[12] Given my water testing, which was performed without air pressure differential, and given that the condition readily leaked, it is my opinion that leaks such as the one below could have been observed during construction. I have not reviewed any documents indicating that the Title II inspector informed the ROICC that this condition did not meet the project requirements.



*During water testing, the sill flashing without an upstand readily leaked.*[13]

[11] The repair estimate of Delivery Order 0004 indicates 2916 linear feet of precast sills (WP-1.1) and 326 linear feet of condition where there was no upstand (WP-1.1). 326/2916 = 11.18%.
[12] The interior sill piece is manufactured to slide the gypsum board edge into it.
[13] Upper photograph on Bates P459.

This deficiency could have been corrected by removing interior finishes, installing an upstand to the interior edge of the flashing and then replacing the removed construction.[14] The estimated fix for this item was $8,209.[15] However, this would be disruptive to the occupants. It was therefore decided to deploy the same repair design in these areas.

The report also was critical of the contractor failing to fabricate the precast units with an adequate drip.[16] Pizzagalli to the Government's satisfaction repaired this condition.

The other construction deficiencies relating to flashing and sealants were in different locations and were not related to the precast sills. They were repaired or negotiated to the Government's satisfaction.

## VIII. CONCLUSION

It is my opinion that the architect was negligent in failing to design through-wall flashing under the precast concrete sills and in failing to observe the designed upstand for the through-wall flashing that was not installed by the contractor. It is my opinion that these deficiencies caused damage to the walls and that this damage would not have occurred had they not existed. It is my opinion that the Government was reasonable and prudent in performing the repairs. Had the walls not been repaired, damage would have occurred throughout the life of the walls, which would have been substantially diminished by the presence of these deficiencies.

Should you have any questions, please do not hesitate to inquire.

I declare that the foregoing report is true and correct to the best of my knowledge.

Sincerely,
RIESBERG ARCHITECTS, LLC

William F. Riesberg, FCSI, AIA, CCS
President
*wriesberg@riesbergarchitects.com*

enclosure (1): Curriculum vitae dated February 16, 2007
(2) List of Testimony in preceding four years
(3): Report Supplement dated February 26, 2007 listing documents considered

copy: Pamela Nestell, Esq.

[14] This is the repair recommended in the report of November 11, 1998.
[15] Refer to Summary of Estimate, which was a deliverable with Delivery Order 0004.
[16] Refer to WP-3 contained in the November 11, 1998 report.

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
P. O. Box 30938
296 Meeting Street
Charleston, SC
29417-0938/29401
(843) 577-3431
Fax (843) 577-9200
d/b/a PLLC in NC
riesbergarchitects.com

# WILLIAM F. RIESBERG, FCSI, AIA, CCS

February 16, 2007

## PROFESSIONAL CREDENTIALS

Registered Architect:

- Tennessee #11,750
- South Carolina #2,529
- North Carolina #4,956
- Georgia #6748
- Kansas #3882
- Virginia #010622
- Alabama #3844

NCARB Certificate #25,258
Certified Construction Specifier (CCS), 1983 to present.

## HONORS AND AWARDS

*(CSI Awards are for Fiscal Years)*

2005 **Design Competition for Clemson Architectural Center Charleston**; Associate Architect to W. G. Clark Associates, Winner
1996 **Lifetime Member; Former President's Medal:** For personal and devoted service while serving as President of the Institute (CSI).
1996 **Certificate of Merit and Appreciation:** For devoted and selfless personal contributions to the Institute (CSI).
1992 **Honor Award:** Specifications Competition, Construction Specifications Institute, Lucy Daniels Developmental Preschool and Foundation, Cary, North Carolina. Client: Clark & Menefee Architects.
1991 **Advanced to Fellow of the Construction Specifications Institute.**
1991 **Honor Award:** Specifications Competition, Construction Specifications Institute, Hurricane Repairs: Reconstruct Summer House, Isle of Palms, South Carolina
1991 Certificate of Appreciation (CSI)
1991 **Education Award:** Charleston Chapter, CSI
1991 **President's Award:** Charleston Chapter, CSI
1990 **Honor Award:** Specifications Competition, Construction Specifications Institute, Parkside Villas: Siding Replacement, Kiawah Island, South Carolina
1990 **Honorable Mention:** Specifications Competition, Construction Specifications Institute, Winnabow and Delco Tower Modifications, Winnabow and Delco, North Carolina
1990 **Certificate of Appreciation:** Southeast Region, CSI.
1989 **Honorable Mention:** Specifications Competition, Construction Specifications Institute, Harleston Place, Chimney Replacement, Phase I, Charleston, South Carolina.
1989 **Certificate of Merit and Appreciation:** Construction Specifications Institute.
1989 **Certificate of Appreciation (Education):** Charleston Chapter, CSI.
1988 **Commendation Award:** Southeast Region, CSI.
1987 **Honor Award:** Middleton Inn, American Institute of Architects (Charleston Architectural Group in association with W. G. Clark, Architect.)

1987 **President's Plaque:**(Special Award by Charles Chief Boyd, President, CSI)
1987 **President's Award:** (Charleston Chapter, CSI)
1986 **Award for Excellence in Architecture:** Middleton Inn, South Atlantic Region of the American Institute of Architects (Charleston Architectural Group in association with W. G. Clark, Architect.)
1986 **Certificate of Appreciation:** (Ft. Lauderdale Chapter, CSI)
1986 **Education Award:** (Charleston Chapter, CSI)
1985 **Region Director's Award**
1984 **Certificate of Merit and Appreciation**
1983 **Winner, Grand Prize,** New Orleans Museum of Art Competition: (In association with W. G. Clark, Architect.)
1982 **Certificate of Appreciation**
1981 **Certificate of Merit and Appreciation**

## PROFESSIONAL & CIVIC ORGANIZATIONAL ACTIVITY

- Member: American Institute of Architects, (since 1976).
- Member: South Carolina Chapter, American Institute of Architects (since 1977).
- Member, Professional: Construction Specifications Institute (CSI); Member of the Board, Director, Professional, CSI, representing Southeast Region FY87-89. Secretary FY 92-93; President-Elect FY94; **President FY95**; Immediate Past President, FY96; Chairman, Programs Committee, Member, Planning Committee, FY94. Member, Ad Hoc Committee for Master Specifications Systems, FY 97; Chairman, Task Force for Image and Liaison, FY 97; Member, Nominating Committee 1997-1998, Chairman, Nominating Committee 1998.
- Director, Construction Sciences Research Foundation, FY94-95.
- Member, American Society for Testing and Materials
- Member; Panel of Arbitrators, American Arbitration Association.
- Member, Charleston County Construction Board of Appeals (March 4, 1997-January 31, 1998, February 1, 2000 to present), Vice Chairman, 2002-2003, Chairman, 2003-2005
- Member, Professional. Southern Building Code Congress International/International Codes Council
- Member, Professional Affiliate, APA
- Member, Steel Framing Alliance (formerly Light Gauge Metal Framing Association)
- Member, National Fire Protection Association (NFPA)
- Charter Member, Professional Member, Building Envelope Institute (2006)

## PROFESSIONAL DEVELOPMENT

2007:
- Air Sealing Workshop (Building Enclosure Council) (2.5 HSW)

2006:
- Waterproofing Exterior Cementitious Wall Surfaces (AEC Daily) (1.0 HSW)
- AIA Convention
  - Conducting an Historic Structure Assessment (HSW 7.5)
  - AIA 2007 Documents : Where is B141 Going (HSW 1.5) (AIA Documents Committee)
  - Focus on Construction Drawings : Managing the Process (HSW 1.5) (Czap/Simpson)

RIESBERG ARCHITECTS, LLC
*FORENSIC ARCHITECTURE & COST ESTIMATING*
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

- Innovation : Leading Architects Discuss the Present and Future of Los Angeles ((1.0) (General Session)
- Engagement : In Service to the Public (1.0) (General Session)
- Design for Earthquake Safety (HSW 1.5) (Schierle, PhD)
- Sharpening Your Presentation Skills (1.5) (Greusel)
- Financial Analysis and Building Sharholder Value (1.5) (Cohen/Shidner)
- Moisture in Building Envekopes (HSW 1.5) (Crow/Godfryt & Weber, Wiss Janney, Elstner Associates)
- The Human Connection : Bring Your Presentation to Life (1.5) (Doscher/Swingle)

2005:

- Southeast CSI Region Conference, San Juan, PR (11.75 LU, HSW):
- Environmental Risks in Buildings: Hazardous Material Remediation (César A. Santos, CEM) (1.5 LU, HSW)
- Homeland Security-FEMA Hazard Mitigation Programs and Effective Projects (Frau) (1.5 LU, HSW)
- Assessing Damage: Through Specifications - Part 1 Typical Damages After a Natural Disaster (Frau) (1.0 LU, HSW)
- Defending Design: Controlling Product Quality Through Specifications - Part 2 (Kabza) (1.0 LU, HSW)
- The Revival of the Urban Centers (Diana Luna Serbiá, AIA) (0.75 LU, HSW)
- Traditional Construction: Materials, Technologies and the Climatic Realities (Beatriz del Cueto, FAIA) (0.75 LU, HSW)
- The Application of Archaeology in the Construction Industry (Agamemnon G. Pantel, Ph.D) (0.75 LU, HSW)
- Relearning Traditional Construction Techniques Historic Building Repairs (Edwin Colón Ríos) (0.75 LU, HSW)
- Involvement of the Engineer Historic Preservation Projects (José M. Izquierdo-Encarnación, PE, FACI) (0.75 LU, HSW)
- Preservation Architecture: Saving a Past, Enhancing The Present and Inspiring a Future (Alexis O. Fernandez-Vives, AIA, NCARB) (0.75 LU, HSW)
- El Viejo San Juan: History, Development and Regulatory Process (José C. Silvestre-Lugo, AIT, Assoc. AIA) (0.75 LU, HSW)
- Specifications and Codes As Applied to Historic Preservation Projects (José M. Izquierdo-Encarnación, PE, FACI) (0.75 LU, HSW)

- Brick – Design, Specifying & Construction Techniques (Charleston Chapter CSI) (2 LU, HSW)
- CSI Show:
- MasterFormat Forum - Architects/Engineers (Beougher) (1.0 LU, HSW)
- Opening General Session and MasterFormat Industry Issues Forum) (1.0 LU, HSW)
- Common Construction Failures (Waterson/Stieve) (1.0 LU, HSW)
- Firestopping, Specifications, and Legal Issues (Laying//Munyan/Usher) (1.0 LU, HSW)
- The 10 Biggest Mistakes You Can Make On Your Project. (Kasimer) (1.0 LU)
- Industry Roundtable: Legal Issues (Katz) (1.5 LU)
- Facade Mapping and Commisioning Hicks) (1.5 LU)
- Advanced Waterproofing Design (D'Annunzio) (1.0 LU, HSW)

RIESBERG ARCHITECTS, LLC

*FORENSIC ARCHITECTURE & COST ESTIMATING*

Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

2004:
- Standing Seam Metal Roof Systems (Charleston Chapter CSI) (3 LU, HSW)
- CSI Show:
  - Perfect Construction Drawings—Fact or Fiction? (Greene) (1.0 LU)
  - Mold Control Using Air Barriers (Knight, Melampy) (1.0 LU, HSW)
  - Life Safety Perimeter Fire Containment Systems Shriver, Wojtak, Usher) (1.0 LU, HSW)
  - Practical Approach to Mold (Grupe) (1.0 LU, HSW)
  - Value Engineering of Building Envelope Systems (Dworkin) (1.0 LU)
  - Mold: The Prevention is Cheaper than the Cure (Taterman) (1.0 LU, HSW)
  - Below Grade Waterproofing (Henshell) (1.0 LU, HSW)
  - Keynote Address and Industry Issues Forum (1.5 LU)
  - Moisture Mitigation for Concrete Slabs (1.0 LU)
  - OmniClass™ Version 1.0 – A Place for Everything (0.5 LU)
  - MasterFormat 04 – Making the Transition (0.5 LU)

2003:
- Toxic Mold – The Next Asbestos? Part I: Mycology, Health and Legal Issues; Part II: Assessment, Prevention, Remediation (John MacGiffert, PMP and Ernie Watkins, Esq. (legal Issues)) (16 LU, HSW)
- CSI Show:
  - How to Avoid or Minimize Construction Claims (Joseph Kasimer, Esq.) (2.5 LU, HSW)
  - Brick Veneer and Metal Stud Backup Exterior Wall Systems (Michael Gurevich) (1.5 LU, HSW)
  - Implications of New innovations in Wood Shear Wall Design (Jenniffer Cover, PE) (1.5 LU, HSW)
  - The Intent Behind the Codes: A Study of Significant Fires that have Resulted in Code Development (Gail Manning) (1.5 LU, HSW)
  - Paperless Code Research (Pelin Atasoy) (1 LU, HSW)
  - Corrosion of Steel In Concrete-Causes, Preventions, Cures (Thomas Ferguson) (1 LU, HSW)
  - Lessons From Ground Zero: Design and Construction Essentials After September 11th (Paul Dougherty) (1.5 LU, HSW)
  - The Outlook for Construction (Dr. David A. Wyss) (1 LU)
  - OmniClass – A Place for Everything (Gary Beamers, Ken Guthrie) (0 LU)
  - Looking Toward the Next 40 Years (Changes in Masterformat) (Dennis Hall) (0 LU)
  - The System Approach to Thermal Performance (Session primarily on mold and mildew) (Randy Nicklas, PE) (1.5 LU HSW) (via Taped Session)
  - Accessibility: Products and Documentation (Gina Hilberry) (1.5 LU; HSW) (via Taped Session)

2002:
- Impact-Resistant Windows and Doors, Marvin Windows and Doors (1 LU, HSW)
- Critical Issues in Construction Contract Administration (Victor O. Schinnerer: Richard Garber) (3 LU)
- CSI Convention:
- The Phoenix Project: Rebuilding The Pentagon (W. Lee Evey) (1 LU)

RIESBERG ARCHITECTS, LLC
*FORENSIC ARCHITECTURE & COST ESTIMATING*
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

- Moisture Related Floor Problems (Robert C. Higgins, Jr.) (1.5 LU)
- Ambiguity In Specifications (Dennis Haney) (1 LU)
- Mold As Damage in Construction Defects (Constance Jenkins) (1 LU)
- Defense of Claims for Design and Construction (Joseph Kasimer, Esq.) (1.5 LU)
- How Good Documents go Bad or What Went Wrong Between Design and Construction (Hagan, Washington, Finkel) (2 LU)
- Project Quality–What it is and How to Get It (Rex Holmin) (1 LU)
- Creating A Learning Environment: Human Capital as a Business Strategy (Doherty, Karen Stephenson) (1 LU)

2001:
- Use and Application of the International Building Code (ICC) (28 LU's, HSW)
- CSI Convention (8.5 LU's):
- How to Determine Causes of [Sealant] Joint Failures (Klosowski, Noel) (1.5 HSW)
- Continuous Lateral Load Path Design (Ballash) (1.0 HSW)
- A Rational Method for Analyzing Building Products and Systems (Heineman) (2.0)
- Designing, Specifying and Detailing Masonry Construction (Filloramo) (2.0 HSW)
- Integrating Drawings and Specifications (Johnson) (1.0 HSW)
- Organization and Communication of Construction Information (Wolfe; panel) (1.5 HSW)

2000:
- International Building Code Seminar (Wicker) (4.0 HSW)
- TJ Beam® Software Training for Engineered Lumber Design (3.0 HSW)
- CSI Convention (7.0 LU's):
- Roofing Selection & Specification Basics (Just, Spiegel) (1.5)
- Brand Name or Equal Specifications (Mockbee) (1.0)
- Troubleshooting Concrete Problems Through Microscopy (1.5)
- Sealants—Just a Bunch of Spaghetti & Meatballs (Klosowski) (1.0)
- Practical Dispute Management (1.5)
- Change Orders 101 (1.0)

1999:
CSI Convention (17 LU's):
- Firestopping: A Life Safety Issue (2.0 HSW)
- Detailing and Specifying Lath & Plaster (3.0 HSW)
- How to Use A201-97 (Stair) (2.0 HSW)
- Door Closers (2.0 HSW)
- Masonry as a System (3.0 HSW)
- Hidden Liabilities (2.0 HSW)
- Specifying EIFS in a Period of Change (Klamskey) (3.0 HSW)

1998:



Prior to 2000, a learning unit was determined by the quality factor of the education experience on a scale of 1 to 3. The actual time spent on the education experience was multiplied by the quality factor. Post 1999, a learning unit is equivalent to a contact hour, which is 50 minutes, regardless of the quality of the education experience.

RIESBERG ARCHITECTS, LLC
*FORENSIC ARCHITECTURE & COST ESTIMATING*
*Charleston, SC*
*d/b/a PLLC in NC*
*riesbergarchitects.com*

- CSI Convention (16.0 LU's):
  - Concrete Performance: Reality v. Specification (2.0 HSW)
  - Building Envelope Failure: Underlying Causes (2.0 HSW)
  - New Standards for Doors and Windows AAMA/NWWDA (Wagus) (2.0 HSW)
  - So, You're Going To Be Deposed (Lowe) (2.0 HSW)
  - Trends in Employee Benefits (Kracov) (2.0)
  - The Forensics of EIFS (Barbara Lamp Williams) (2.0 HSW)
  - NETDOC: Construction Documents on the Internet (Just, Spiegel) (2.0 HSW)
  - Cyperplaces: Applied Internet Technology (Doherty) (2.0)

1997:
- Organizing Files and Records, 7 hrs.
- Construction Industry Arbitrators Training (AAA, Charleston)
- AIA Convention (37.25 total, 33.25 HSW)
  - Negotiation as a Core Skill (8.25, HSW)
  - From Risk to Prosperity (1.5, HSW)
  - How to Mix Winds and Roofs for a Failure-Prevention Recipe to Avoid Litigation (4.5, HSW)
  - Flying Solo: Risk Management (3, HSW)
  - 21st Century Culture: Designing the Libraries and Museums of the Future (3, HSW)
  - Upgrading AADAG: What's New (3, HSW)
  - A Virtual Construction Information System:-Virtually Here and Virtually Free (4.0 HSW)
  - Meeting the Architect's Mediation Objectives (3, HSW)
  - Design/Build: The Production Process (3, HSW)
  - Practice and Prosperity: Paul Hawken on Environment and Technology (1)
  - Practice and Prosperity: Community Leadership (1)
  - Cal Poly Round Table Discussion on Architectural Education and Practice (2)

- Construction Specifications Institute Convention (31.5 Total, 16.5 HSW)
  - Alternative Dispute resolution Seminar (8.0)
  - The 3 R's-Retrofit, Renovation, and Reuse (2.0, HSW)
  - Giving Away the Store (2.0)
  - Restoration Mortar Mastery (2.0, HSW)
  - Avoiding Project Failures - Believe it or Not (5.5, HSW)
  - Forensics - Building Failures (3.0, HSW)
  - Changing World of Communication and Construction Documents (5.0)
  - Wind Tunnel Testing of Structures (2.0, HSW)
  - Rain Screen Walls (2.0, HSW)

1996 Approximately 100 AIA Learning Units on various topics. (Not all listed)
- AIA Convention: 51 total, 19 in Health, Safety and Welfare (HSW)
  - Financial Management for Firm Principals (21)
  - Preparing for Survival (Seismic) (3, HSW)
  - Technology Strategies for Design Firms: New Tools for Successful Practice (4, HSW)
  - High Impact Proposals (4)

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

- Understanding ADA Obligations: Spending Your Client's Dollars Wisely (3, HSW)
  - ISO 9000 Tonic or toxin? (3, HSW)
  - Fundamentals of Fire Protection in the Design Process (3, HSW)
  - Strategic Facilities Planning (3, HSW)
  - Leadership in Architecture (2)
  - Making Money: Critical Tools for the Business of Design (3)
  - Forecasting Economic Futures (1)

- CSI Convention: 7 total:
  - Quality Standards–A Guided Tour of the Architectural Woodwork Institutes 6th Edition (1).
  - Specifying Facility Commissioning (2).
  - Quality in the A/E Sector (1).
  - Code Consolidation (2).
  - Update on Accessibility–A Report from the Accessibility Board (1)

1995 74 AIA Learning Units on various topics.
- CSI Convention
- Symposium for Chief Executive Officers and Chief Elected Officers, American Society of Association Executives

1994
- CSI Convention
- Construction Specifications Canada Convention

1993 CSI Convention
1992 CSI Convention
1991 CSI Convention
1990 CSI Convention
1989 CSI Convention
Harvard Graduate School of Design: The Building Envelope: Design and Failure Prevention (3 days).
1988 CSI Convention
1987:
- CSI Convention
- Quality Assurance Techniques in Contract Documents 'REDICHECK', William Nigro, Architect, Grand Strand Chapter, CSI, 1 day, 0.7 CEU

1986:
- CSI Convention
- Contract and Bidding Requirements: 1/2 day, Charleston Chapter, CSI
- Construction Schedules and Quality Control, Charleston Chapter, CSI Seminar, 1/2 day.

1985 CSI Convention
1984 CSI Convention
1983 CSI Convention
1982 CSI Convention

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

1982:
- Built-up Roofing Systems Institute (BURSI), Denver, Colorado: An intense review of essential criteria for proper roof system design and specification. (5 days)
- Passive Solar Workshop sponsored by Santee Cooper Public Service Authority/Innovative Designs (2 days)

1981 'Winning & Not Losing': A comprehensive overview of Construction Industry claims and counterclaims by professional construction arbitrators, American Arbitration Association, Charleston, South Carolina (2 days)
1980 Single-ply Roofing Seminar, Tecon, Inc., Orlando, Florida (2 days)
1976 American Management Association Seminar, Non-degree program associated with East Tennessee State University (2 days)

## SPEAKER/SEMINARS

2006 'Building Codes in South Carolina, Columbia (6.0 HSW) (Lorman Seminars)
'Building Codes in South Carolina, Charleston (6.0 HSW) (Lorman Seminars)
'Building Codes in North Carolina, Greensboro (6.0 HSW) (Lorman Seminars)
'Building Codes in North Carolina, Greenville (6.0 HSW) (Lorman Seminars)
'Building Codes in North Carolina, Raleigh (6.0 HSW) (Lorman Seminars)
'Building Codes in Texas, Corpus Christi (6.0 HSW) (Lorman Seminars)
'Building Codes in Texas, San Antonio (6.0 HSW) (Lorman Seminars)
'Building Codes in Georgia, Macon (6.0 HSW) (Lorman Seminars)
'Building Codes in Florida, West Palm Beach (2.5 HSW) (Lorman Seminars)
'Building Codes in Georgia', Savannah (6.0 HSW) (Lorman Seminars)
'Building Codes in North Carolina', Asheville (6.0 HSW) (Lorman Seminars)
'Life, Fire Safety and Building Codes in South Carolina', Greenville (6.0 HSW) (Lorman Seminars)
2005 'Building Codes in South Carolina', Columbia (6.0 HSW) (Lorman Seminars)
2005 'Using 4D Draw as a User Interface to Data', 1.3 hours, 4D Summit
2005 'Using Hierarchical List as a User Interface to Data', 1.3 hours, 4D Summit
2005 'Building Codes in South Carolina', Charleston (6.0 HSW) (Lorman Seminars)
2005 'Common Problems/Avoiding Problems': Seminars for Hightower Construction.
2005 CSI Show & Convention: 'Value Engineering: Plucking Disaster from the Jaws of Defeat' (1.0 LU)
2004 'Building Codes in South Carolina', Charleston (6.0 HSW) (Lorman Seminars)
2000 Charleston Chapter CSI: 'Principles of Exterior Wall Design'.
2000 Tech Topics; Charleston Chapter CSI: 'Theory of Water Vapor Transmission; Application of Methodologies for Predicting Condensation Potential'.
1999 'Avoiding Construction Defects', Charleston Contractors Association
1998 'Common Construction Defects'; Trident Construction Company superintendents.
1997 'Exterior Insulation & Finish Systems: Problems, Pitfalls, and Solutions', Charleston Chapter, CSI.
1995 'Safety in Building Design', Federal Safety and Health Council.
1992 'Specifying in Tropical and Coastal Environments', CSI Annual Convention.
1991 'The Rainscreen Principle'; Charleston Chapter, CSI.
1990 'Preventing Water Infiltration'; Charleston Chapter, CSI Seminar.

RIESBERG ARCHITECTS, LLC
*FORENSIC ARCHITECTURE & COST ESTIMATING*
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

| | |
|---|---|
| 1990 | 'Water Infiltration: Prevention and Cure'; Southern Division NAVFAC. |
| 1990 | 'The Status of the Certified Construction Product Representative Program'; Charleston Chapter, CSI. |
| 1990 | 'The Status of the Certified Construction Product Representative Program'; Gulf States CSI Region Conference. |
| 1990 | 'Planning and Organizing the Successful Chapter'; Southeast Region Conference. |
| 1989 | 'Producing the Project Manual', Charleston Chapter, CSI Seminar (4 hours). |
| 1988 | CSI Convention: 'Contract Documents Conflicts'; and 'What they Didn't Teach You In School' (A presentation of curriculum for teaching Building Science) |
| 1988 | FOC/LAN '88 (Fiber Optics/Local Area Networks) Conference 'CSI Methods for Specifying Telecommunications Systems'. |
| 1988 | Tech Topics; Charleston Chapter, CSI: 'The Agreement'. |
| 1987 | Tech Topics; Charleston Chapter, CSI: 'The Submittal Action System'. |
| 1987 | Tech Topics; Charleston Chapter, CSI: 'Contextural Addendum'. |
| 1987 | Tech Topics; Charleston Chapter, CSI: 'The Elements of a Project Manual'. |
| 1986 | Professional Construction Estimators Association, Charleston Chapter, meeting; 'Wishing Will Make It So'. |
| 1986 | Grand Strand Chapter, 'Products Fairs'. |
| 1986- | Frequent speaker to the various Southeast Region Chapters. (8/Year through 1989) |
| 1985 | Lead seminar giver, Southeast Region Leadership Training Meeting; 'Success', Traveling the Road to Success', 'The Planning Retreat, 'On Goals and Objectives'.(Through 1988). |
| 1986 | 'CSI Method of Organizing Contract Documents', Charleston Chapter, CSI Seminar, 4 hours. |
| 1982 | Speaker & Panelist, Mid-Winter Convention and Trade Show of the Carolinas Roofing and Sheet Metal Association (Topic: Critical Aspects of Re-roofing) |

## PROFESSIONAL EXPERIENCE

6/1/96 to present
Riesberg Architects, LLC (formerly Riesberg Lunn, LLC and Huff Riesberg Lunn, LLC)
(a/k/a Riesberg Architects, PLLC)
President

July, 1987 to 5/31/96
President
Riesberg Lunn Architects & Engineers, P. A.
(Formerly William Riesberg Architects, P.A. and William Riesberg Architects)

August, 1985 to July, 1987
Principal, Director of Architecture
Gifford Nielson Riesberg, Inc. (GNR)
(formally Gifford, Nielson & Williams, Inc.)

1982 through August 1985
Partner: Charleston Architectural Group
Charleston, South Carolina (merged with GNR, August, 1985)

RIESBERG ARCHITECTS, LLC

*FORENSIC ARCHITECTURE & COST ESTIMATING*

Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

1977-1982
Vice President & Principal,
Lucas & Stubbs Associates, LTD (now LS3P)
Charleston, South Carolina

1974-1977
Project Manager, Project Architect
Allen N. Dryden Architects
Kingsport, Tennessee

1973-1974
Project Manager, Project Architect
John Brooks Boyd Associates
Palo Alto, California

## PROJECTS: Representative Work

**Middleton Inn:** (W. G. Clark in Association with Charleston Architectural Group, A Joint Venture.)

**New Orleans Museum of Art:** First Place, National Design Competition for $15 million museum expansion. (see Honors and Awards) (W. G. Clark in Association with Charleston Architectural Group, A Joint Venture.)

**94 Broad Street:** W. G. Clark in Association with Charleston Architectural Group. Also associate architect for later design by Jova Daniels Busby Architects of Atlanta.

**Santee Cooper Complex:** (While principal of Lucas & Stubbs Architects, LTD. (LS3P) Architects.)

**Roper Hospital Ancillary Addition:** (While principal of Lucas & Stubbs Architects, LTD. (LS3P Architects.)

**Sullivan South Comprehensive High School:** (While Project Manager/Project Architect at Allen N. Dryden Architects.)

**VA Hospital Clinical Sciences Addition:** (While principal of Lucas & Stubbs Architects, LTD. (LS3P) Architects.)

**Holston Valley Community Hospital:** (While Project Manager/Project Architect at Allen N. Dryden Architects.)

**Cassell Drive Office/Parking Garage:** (While Project Manager/Project Architect at Allen N. Dryden Architects.)

**Franklin C. Fetter Family Health Center:** (LS3P Architects.)

RIESBERG ARCHITECTS, LLC
FORENSIC ARCHITECTURE & COST ESTIMATING
Charleston, SC
d/b/a PLLC in NC
riesbergarchitects.com

**Ft. Johnson High School:** (LS3P Architects.)

**Southern Division Naval Facilities Engineering Command (NAVFAC)**
25 projects of an open-end repair/maintenance nature and new facilities. (1985-1987) Project Manager for Open-End Contract. (While principal of Gifford Neilson Riesberg Architects, Inc.)

**Charleston Naval Shipyard Public Works Department:**
30 projects of an open-end repair/maintenance nature. (1985-1987) Project Manager for two Open-End Contracts. (While principal of Gifford Neilson Riesberg Architects, Inc.)

**Parkside Villas:** Repair of 100 unit condominium due to design and construction defects.

**Turtle Point Villas II:** Repair of 56 unit condominium due to design and construction defects.

**Harleston Place:** Chimney Replacement: Replace defective chimneys.

**Reconstruct Summer House:** $3,500,000 Hurricane Repair and Correction of Construction Deficiencies.

**Reconstruct Faber Place:** $2,200,000 wall and roof replacement on commercially leased office space.

**Southern Division Naval Facilities Engineering Command (NAVFAC):** Indefinite Delivery Requirement contract for Forensic Architecture and Engineering in the Southern Division Area of Responsibility (26 states plus The Bahamans and Ascension Island), 5 years.

**Ron Motley Residence:** Building Envelope consultant to Reggie Gibson, Architect, Givert Street residence.

**Folly Beach Pier:** Water Infiltration consultant, Pier building, Charleston County Department of Parks and Recreation.

EDUCATION
California State Polytechnic University, San Luis Obispo, California, Bachelor of Architecture, 1973, Urban Design Option; Deans Honor Roll, School of Architecture.

1968-1970: San Bernardino Valley College, San Bernardino, California, Undergraduate, Architecture; Honor Roll

1968: Colton Unified High School, Colton, California, Academic Degree

END OF DOCUMENT