**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GEE & JENSEN ENGINEERS, ARCHITECTS AND PLANNERS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | Case Number: 1:05-cv-00457-LJB (Judge Bush) |
| **UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY and RESPONSE**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims, the Plaintiff, Gee & Jenson, respectfully requests a thirty (30) day extension to and including March 20, 2008 to file a Reply and Response to the Defendant's Response and Cross Motion for Summary Judgment. This is the Plaintiff's first requests for an enlargement of time for this purpose. Counsel for the Defendant does not oppose this motion.

The enlargement of time is requested as a result of conflicts in the schedules of Plaintiff's counsel and Gee & Jenson personnel which has prevented the completion of the Reply and Response. Plaintiff's counsel does not expect that another enlargement will be necessary.

Respectfully submitted,

**PEDERSEN & SCOTT, P.C.**

S/William A. Scott

William A. Scott
775 St. Andrews Blvd.
Charleston, SC 29407
(843) 556-5656
ATTORNEY FOR PLAINTIFF

Dated this 18th day of February, 2008.