# In the United States Court of Federal Claims

No. 05-457 C

(Filed February 20, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 18, 2008, plaintiff filed an Unopposed Motion for an Extention of Time of thirty days, to and including March 20, 2008, within which to plaintiff's reply/response to defendant's response and cross motion for summary judgment. For good cause, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge