**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GEE & JENSEN ENGINEERS, ARCHITECTS AND PLANNERS,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | Case Number: 1:05-cv-00457-LJB (Judge Bush) |
| **UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S SECOND UNOPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO FILE REPLY and RESPONSE**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims, the Plaintiff, Gee & Jenson, respectfully requests a fifteen (15) day extension from March 20, 2008 to and including April 4, 2008 to file a Reply and Response to the Defendant's Response and Cross Motion for Summary Judgment. This is the Plaintiff's second request for an enlargement of time for this purpose. Counsel for the Defendant does not oppose this motion.

The enlargement of time is requested as a result of Plaintiff counsel's surgery that was not scheduled when the first request for an extension was made. Counsel had an artificial disc installed in his neck on March 5th, has just returned to work this week, and expects to be able to work a full schedule beginning next week.

Respectfully submitted,

**PEDERSEN & SCOTT, P.C.**

S/William A. Scott

William A. Scott
775 St. Andrews Blvd.
Charleston, SC 29407
(843) 556-5656
ATTORNEY FOR PLAINTIFF

Dated this 19th day of March, 2008.