IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS, & PLANNERS, | ) | |
| Plaintiff, | ) | No. 05-457 (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a thirty (30) day enlargement of time, to and including May 19, 2008, to file its reply to the plaintiff's response to our motion for summary judgment. Our response is currently due on April 21, 2008. This is defendant's first request for an enlargement for this purpose. On April 11, counsel for plaintiff, Mr. William Scott, stated that the plaintiff does not oppose this motion.

Other court matters will prevent counsel of record from dedicating the necessary time to thoroughly preparing the Government's reply brief prior to the current due date. Specifically, counsel of record is responsible for preparing and filing briefs in three cases before the Court of Appeals for the Federal Circuit: Killeen v. Office of Personnel Management, case number 2008-3089, due on April 23, 2008, Benjamin v. Department of Agriculture, case number 2007-3330, due on April 24, 2008, and Johnson v. Merit Systems Protection Board, case number 2008-3083, due April 29, 2008. Before the Court of International Trade, Government counsel is responsible for preparing a response to a motion for summary judgment in Chrysler Corporation v. United States, case number 07-0041, due May 6, 2008.

For the foregoing reasons, defendant respectfully requests the Court to grant its unopposed motion for enlargement of time of thirty days, to and including, May 19, 2008, within which to file its reply brief.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

April 14, 2008

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 14th day of April, 2008 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan