# In the United States Court of Federal Claims

No. 05-457 C

(Filed April 15, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 14, 2008, defendant filed an Unopposed Motion for an Extension of Time of thirty days, to and including May 19, 2008, within which to file its reply to plaintiff's response to defendant's cross motion for summary judgment. For good cause, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge