IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEE & JENSON ENGINEERS, ARCHITECTS, & PLANNERS, | ) | |
| | ) | No. 05-457 |
| Plaintiff, | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an eight day enlargement of time, to and including May 27, 2008, to file its reply to the plaintiff's response to our motion for summary judgment. Our response is currently due on May 19, 2008. This is defendant's second request for an enlargement for this purpose. This Court previously granted a thirty day extension of time. On May 17, counsel for plaintiff, Mr. William Scott, stated that the plaintiff does not oppose this motion.

As described in our first motion, counsel of record had responsibilities before this Court and others which prevented her from devoting sufficient time to prepare a reply brief in this matter. Although counsel of record initially believed she would be able to complete the reply brief by May 19, she will be unable to do so. While she has made substantial progress on the brief, counsel needs additional time to seek review and input on the reply brief, both internally and from the Navy. Counsel anticipates that this review will be completed by May 27.

For the foregoing reasons, defendant respectfully requests the Court to grant its unopposed motion for enlargement of time of eight days, to and including, May 27, 2008, within which to file its reply brief.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

May 19, 2008

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 19th day of May, 2008 a copy of the foregoing "DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/Tara K. Hogan