# In the United States Court of Federal Claims

No. 05-457 C

(Filed May 20, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GEE & JENSEN ENGINEERS, *
ARCHITECTS & PLANNERS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 19, 2008, defendant filed a Second Unopposed Motion for an Enlargement of Time of eight days, to and including May 27, 2008, within which to file its reply to plaintiff's response to defendant's cross motion for summary judgment. For good cause, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge